**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MISSOURI

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **417 Rentals, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-1674178** |
| 4. | **Debtor's address** | **Principal place of business** **5759 W Highway 60** **Brookline, MO 65619** Number, Street, City, State & ZIP Code **Greene** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **417 Rentals, LLC** _____ Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☒ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **417 Rentals, LLC** _____ Case number (*if known*) _____
Name

11. **Why is the case filed in *this district*?** *Check all that apply:*
   - ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
   - ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
   - ■ No
   - ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)
   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
   - ☐ It needs to be physically secured or protected from the weather.
   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - ☐ Other _____

   **Where is the property?** _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - ☐ No
   - ☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds** . *Check one:*
   - ■ Funds will be available for distribution to unsecured creditors.
   - ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
   - ☐ 1-49
   - ■ 50-99
   - ☐ 100-199
   - ☐ 200-999
   - ☐ 1,000-5,000
   - ☐ 5001-10,000
   - ☐ 10,001-25,000
   - ☐ 25,001-50,000
   - ☐ 50,001-100,000
   - ☐ More than 100,000

15. **Estimated Assets**
   - ☐ $0 - $50,000
   - ☐ $50,001 - $100,000
   - ☐ $100,001 - $500,000
   - ☐ $500,001 - $1 million
   - ■ $1,000,001 - $10 million
   - ☐ $10,000,001 - $50 million
   - ☐ $50,000,001 - $100 million
   - ☐ $100,000,001 - $500 million
   - ☐ $500,000,001 - $1 billion
   - ☐ $1,000,000,001 - $10 billion
   - ☐ $10,000,000,001 - $50 billion
   - ☐ More than $50 billion

16. **Estimated liabilities**
   - ☐ $0 - $50,000
   - ☐ $50,001 - $100,000
   - ☐ $100,001 - $500,000
   - ☐ $500,001 - $1 million
   - ■ $1,000,001 - $10 million
   - ☐ $10,000,001 - $50 million
   - ☐ $50,000,001 - $100 million
   - ☐ $100,000,001 - $500 million
   - ☐ $500,000,001 - $1 billion
   - ☐ $1,000,000,001 - $10 billion
   - ☐ $10,000,000,001 - $50 billion
   - ☐ More than $50 billion

Debtor **417 Rentals, LLC** _____  Case number (*if known*) _____
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 25, 2017**
            MM / DD / YYYY

**X** **/s/ Christopher Gatley**                          **Christopher Gatley**
Signature of authorized representative of debtor         Printed name

Title  **Member**

**18. Signature of attorney**

**X** **/s/ Ronald S. Weiss MO**                         Date  **August 25, 2017**
Signature of attorney for debtor                               MM / DD / YYYY

**Ronald S. Weiss MO**
Printed name

**Berman DeLeve Kuchan & Chapman, LLC**
Firm name

**2850 City Center Square**
**1100 Main**
**Kansas City, MO 64105**
Number, Street, City, State & ZIP Code

Contact phone  **(816) 471-5900**     Email address  _____

**#21215**
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

```
Arvest Bank
P.O. Box 14590
Springfield MO 65814


Bancorp South
P.O. Box 4023
Springfield MO 65808


Bank of Bolivar
P.O. Box 560
495 S Springfield Avenue
Bolivar MO 65613


Central Bank of the Ozarks
P.O. Box 3397
Springfield MO 65804


City of Springfield
Busch Municipal Building
830 Booneville Avenue, 3rd Floor
Springfield MO 65802


Craig F. Lowther
Lowther & Johnson
901 E St. Louis Street #20
Springfield MO 65806


First National Bank
4108 S National
Springfield MO 65807


Great Southern Bank
P.O. Box 5087
Springfield MO 65801


Greene County Collector
940 N Boonville
Springfield MO 65802


Guaranty Bank
1341 W Battlefield
Springfield MO 65807
```

Jeffery J. Love
Millington, Glass, Love & Young
1901 S Ventura, Suite A
Springfield MO 65804


Legacy Bank and Trust
P.O. Box 920
175 Johnston Drive
Rogersville MO 65742


Mid-Missouri Bank
P.O. Box 490
Republic MO 65738


Neale & Newman, LLP
1949 E Sunshine Street
Building 1, Suite 130
Springfield MO 65807


OakStar Bank
1020 E Battlefield Road
Springfield MO 65807


Ocwen Loan Servicing, LLC
P.O. Box 660264
Dallas TX 75266-0264


Old Missouri Bank
3570 S National
Springfield MO 65807


Simmons Bank
P.O. Box 14350
Springfield MO 65814


Southern Bank
P.O. Box 520
Poplar Bluff MO 63902


Southern Missouri Bank of Marshfield
1292 Banning Street
Marshfield MO 65706

```
Sprint
4100 South Campbell
Springfield MO 65807


Systematic Savings Bank
318 South Avenue
Springfield MO 65806


The Bank of Missouri
2360 East Sunshine
Springfield MO 65804


US Bank Home Mortgage
P.O. Box 790415
Saint Louis MO 63179
```

# United States Bankruptcy Court
### Western District of Missouri

In re: **417 Rentals, LLC**

Debtor(s)

Case No.

Chapter **11**

## VERIFICATION OF MAILING MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge and includes the name and address of my ex-spouse (if any).

Date: **August 25, 2017**

**/s/ Christopher Gatley**
**Christopher Gatley/Member**
Signer/Title

Fill in this information to identify the case:

Debtor name: **417 Rentals, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF MISSOURI**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| City of Springfield Busch Municipal Building 830 Booneville Avenue, 3rd Floor Springfield, MO 65802 | 417-874-2300 | Special Tax Bill Lien | | | | $2,055.00 |
| Craig F. Lowther Lowther & Johnson 901 E St. Louis Street #20 Springfield, MO 65806 | 417-866-7777 | Attorney fees | | | | Unknown |
| Greene County Collector 940 N Boonville Springfield, MO 65802 | 417-868-4101 | Real Property Tax | | $221,506.25 | Unknown | Unknown |
| Neale & Newman, LLP 1949 E Sunshine Street Building 1, Suite 130 Springfield, MO 65807 | 417-882-9090 | Attorney fees | | | | Unknown |
| Sprint 4100 South Campbell Springfield, MO 65807 | 913-599-1920 | Utility Bill | | | | Unknown |