# United States Bankruptcy Court
## Western District of Missouri

In re  **417 Rentals, LLC**                                            Case No.
                         Debtor(s)                                     Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **417 Rentals, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**New Vacancy LLC**
**1949 East Sunshine**
**Springfield, MO 65808**

☐ None [*Check if applicable*]

| | |
|---|---|
| **August 25, 2017** | **/s/ Ronald S. Weiss MO** |
| Date | **Ronald S. Weiss MO #21215** |
| | Signature of Attorney or Litigant |
| | Counsel for  **417 Rentals, LLC** |
| | **Berman DeLeve Kuchan & Chapman, LLC** |
| | **2850 City Center Square** |
| | **1100 Main** |
| | **Kansas City, MO 64105** |
| | **(816) 471-5900 Fax:(816) 842-9955** |