# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

**In re:**

**417 Rentals, LLC**

Case # 17-60935-11
Chapter 11

**Debtor.**

## DEBTOR'S LOCAL RULE 2015-2A STATEMENT

For its *Local Rule 2015-2A* Statement, the above-captioned Debtor and Debtor-in-Possession respectfully states as follows:

1.      A schedule of pending litigation to which the Debtor is a party is attached hereto as Appendix I.

3.      None of Petitioner's property is in the possession of or custody of a public officer, receiver, trustee, assignee for the benefit of creditors, mortgagee, or assignee of rents. In contemplation of filing this Chapter 11 proceeding, the Debtor has given a retainer in the amount of $25,000.00 and a cost deposit in the amount of $1,717.00 to Berman, DeLeve, Kuchan & Chapman, LLC.

4.      Utilities currently providing services are listed on the attached Appendix II.


**Dated: August 28, 2017**




    __*/s/  Christopher Gatley*_____
    **Authorized Representative**
    **Title: Member**

2

## APPENDIX I
### Lawsuits

| Caption/Case # | Nature | Court/Location | Status |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| | | | |
| | | | |
| | | | |

## APPENDIX II
### Utilities

| UTILITY | Name and Address | Balance |
|---|---|---|
| Trash | Miscellaneous Companies | $  1,261.92 |
| Electric | Ozark Electric Cooperative/Empire District/City Utilities | $ 10,000.00 |
| Gas | Hoods Propane | $  5,126.74 |
| | Missouri Gas Energy/Laclede Gas | $      133.29 |
| Water | Miscellaneous Companies | $  5,000.00 |
| Other: | Miscellaneous Companies | $  2,478.34 |
| | | |
| | | |
| | | |
| | | |
| | | |

2

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **In re:** | |
| | Case # 17-60935-11 |
| **417 Rentals, LLC** | Chapter 11 |
| **Debtor.** | |

## DEBTOR'S LOCAL RULE 2015-2B OPERATING STATEMENT

The Debtor maintains its records and projections for each month of each fiscal year.  The following information is submitted in compliance with Local Rule 2015-2B and is for the four-week period ending September 30, 2017.

| | |
|---|---|
| Estimated Gross Revenue | $300,000.00 |
| Estimated Payroll | $ 57,700.00 |
| Estimated Operating Expenses | $244,700.00 |
| Expected Gain or Loss | $(-2,400.00) |

These are estimates for the operation of the Debtor's business.

**Dated: August 28, 2017**

_/s/ Christopher Gatley_
**Authorized Representative**
**Title: Member**

3