**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In Re:<br><br>417 RENTALS, LLC,<br><br>Debtor. | )<br>)<br>)<br>) Case No. 17-60935<br>)<br>)<br>) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

**COMES NOW**, the law firm of Lathrop & Gage LLP and gives notice of its appearance on behalf of Central Bank of the Ozarks pursuant to Fed. R. Bankr. P. 2002 and 9007 and 11 U.S.C. § 1109(b).

**PLEASE TAKE NOTICE** the undersigned requests that all applications, complaints, motions, notices, orders, petitions, pleadings, disclosure statements, plans of reorganization or liquidation, reports, and papers filed in the above-captioned bankruptcy proceeding, which are authorized or required by any provision of the United States Bankruptcy Code, 11 U.S.C. §§ 101 through 1330, by any provision of the Federal Rules of Bankruptcy Procedure, by any Order of the United States Bankruptcy Court, and by any request, instruction, or directive of the Office of the United States Trustee, be served upon Central Bank of the Ozarks as well as its attorneys as follows:

> Dan R. Nelson
> Lathrop Gage LLP
> 910 E. St. Louis
> Suite 100
> Springfield, MO 65806
> dnelson@lathropgage.com

**PLEASE TAKE FURTHER NOTICE** that neither this Entry of Appearance nor any subsequent appearance, pleading, claim, or suit by Central Bank of the Ozarks

27933693v1

intended to waive: (i) the right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other actions, claims, defenses, privileges, rights, set-offs and recoupments to which Central Bank of the Ozarks may be entitled under any agreements, at law, or in equity, all of which are hereby expressly reserved.

Dated: August 29, 2017    LATHROP GAGE LLP

By:    */s/ Dan Nelson*
Dan Nelson (31486)
910 East St. Louis Street
Suite 100
Springfield, Missouri 65806-2523
Telephone: 417.886.2000
Telecopier: 417.886.9126

Attorneys for Creditor
Central Bank of the Ozarks

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above was served electronically on all creditors, parties in interest or their attorneys of record, according to this Court's notice of electronic filing and that a copy was served by regular mail, postage prepaid, to the creditors, parties in interest or their attorneys of record that did not receive electronic notice on this 29th day of August, 2017.

*/s/ Dan Nelson*
Dan Nelson

27933693v1