# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: ) | |
| ) | |
| 417 RENTALS, LLC, ) | |
| ) | Case No. 17-60935 |
| ) | |
| Debtor. ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

**COMES NOW** Brian K. Asberry and hereby enters his appearance on behalf of Neale & Newman, LLP, (Creditor), and, pursuant to Fed. R. Bankr. P.2002 and 9007 and 11 U.S.C. § 1109(b), requests and demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned as well as to Creditor.

**PLEASE TAKE FURTHER NOTICE** that Creditor requests that all notices authorized, permitted, or required by any provision of the Bankruptcy Code, 11 U.S.C. §§101 et. seq.; by any provision of the Federal Rules of Bankruptcy Procedure, by any Order of the United States Bankruptcy Court for the Western District of Missouri, and by any request, instruction, or directive of the Office of the United States Trustee, and all other notices, applications, motions, complaints, petitions, pleadings, disclosure statements, plans of reorganization, plans of liquidation, reports, orders, and papers lodged or filed in the above-captioned Bankruptcy Code proceedings, as well as all notices of any of the foregoing, be given to and served upon his attorney:

> Brian K. Asberry
> Neale & Newman, L.L.P.
> P.O. Box 10327
> Springfield, MO 65808

Neither this entry of appearance nor any subsequent appearance, pleading, claim, or suit is

intended to waive (i) Creditor's right to have final orders in non-core matters entered only have *de novo* review by a district judge; (ii) Creditor's right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) Creditor's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Creditor is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Creditor expressly reserves.

NEALE & NEWMAN, L.L.P.

_____
By:   Brian K. Asberry, Mo. Bar No. 37796

American National Center
1949 E. Sunshine, Suite 1-130
P. O. Box 10327
Springfield, Missouri   65808
Telephone:   (417) 882-9090
Facsimile:   (417) 882-2529
E-mail:   basberry@nnlaw.com

ATTORNEY FOR NEALE & NEWMAN, LLP

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the Court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties who have requested notice but are not participating in the ECF System, pursuant to instructions appearing on the electronic filing receipt received from the U.S. Bankruptcy Court, on this __31__ day of August, 2017.

                                          NEALE & NEWMAN, L.L.P.

                                          By:   Brian K. Asberry