**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **417 Rentals, LLC**<br>Name | EIN | **26–1674178** |
| | United States Bankruptcy Court  **Western District of Missouri**<br>Case number:  **17–60935–abf11** | Date case filed for chapter | **11**  **8/25/17** |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

12/15

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | 417 Rentals, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5759 W Highway 60<br>Brookline, MO 65619 | |
| 4. | **Debtor's attorney**<br>Name and address | Ronald S. Weiss<br>Berman DeLeve Kuchan & Chapman<br>1100 Main Street<br>Suite 2850<br>Kansas City, MO 64105 | Contact phone  816–471–5900 |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>Charles Evans Whittaker Courthouse<br>400 East 9th Street, Room 1510<br>Kansas City, MO 64106 | Hours open 9:00 am to 4:30 pm<br><br>Contact phone  816–512–1800<br><br>Date: 8/29/17 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **October 18, 2017 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Jury Assembly Rm, 222 North John Q. Hammons Parkway, Springfield, MO 65806** |

**For more information, see page 2 >**

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** Not yet set. If a deadline is set, the court will send you another notice.<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A).<br><br>**Deadline for filing the complaint:** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

```
                         United States Bankruptcy Court
                          Western District of Missouri
In re:                                                         Case No. 17-60935-abf
417 Rentals, LLC                                               Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0866-6          User: parlec              Page 1 of 2              Date Rcvd: Aug 29, 2017
                              Form ID: 309F             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2017.
db             +417 Rentals, LLC,    5759 W Highway 60,    Brookline, MO 65619-9438
16012078       +Bancorp South,    P.O. Box 4023,    Springfield MO 65808-4023
16012079       +Bank of Bolivar,    P.O. Box 560,    495 S Springfield Avenue,    Bolivar MO 65613-2147
16012080       +Central Bank of the Ozarks,    P.O. Box 3397,    Springfield MO 65808-3397
16012081       +City of Springfield,    Busch Municipal Building,    830 Booneville Avenue, 3rd Floor,
                 Springfield MO 65802-3832
16012082       +Craig F. Lowther,    Lowther & Johnson,    901 E St. Louis Street #20,
                 Springfield MO 65806-2592
16012083       +First National Bank,    4108 S National,    Springfield MO 65807-5355
16012084       +Great Southern Bank,    P.O. Box 5087,    Springfield MO 65801-5087
16012085       +Greene County Collector,    940 N Boonville,    Springfield MO 65802-3802
16012087       +Jeffery J. Love,    Millington, Glass, Love & Young,    1901 S Ventura, Suite A,
                 Springfield MO 65804-2700
16012088       +Legacy Bank and Trust,    P.O. Box 920,    175 Johnston Drive,    Rogersville MO 65742-9366
16012089       +Mid-Missouri Bank,    P.O. Box 490,    Republic MO 65738-0490
16012090       +Neale & Newman, LLP,    1949 E Sunshine Street,    Building 1, Suite 130,
                 Springfield MO 65804-1682
16012091       +OakStar Bank,    1020 E Battlefield Road,    Springfield MO 65807-5111
16012092        Ocwen Loan Servicing, LLC,    P.O. Box 660264,    Dallas TX 75266-0264
16012093       +Old Missouri Bank,    3570 S National,    Springfield MO 65807-7338
16012094       +Simmons Bank,    P.O. Box 14350,    Springfield MO 65814-0350
16012095       +Southern Bank,    P.O. Box 520,    Poplar Bluff MO 63902-0520
16012096       +Southern Missouri Bank of Marshfield,    1292 Banning Street,    Marshfield MO 65706-2390
16012097       +Sprint,    4100 South Campbell,    Springfield MO 65807-5856
16012098       +Systematic Savings Bank,    318 South Avenue,    Springfield MO 65806-2124
16012100       +US Bank Home Mortgage,    P.O. Box 790415,    Saint Louis MO 63179-0415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: rweiss@bdkc.com Aug 29 2017 21:15:04      Ronald S. Weiss,
                 Berman DeLeve Kuchan & Chapman,    1100 Main Street,    Suite 2850,    Kansas City, MO  64105
smg             EDI: IRS.COM Aug 29 2017 21:08:00      Internal Revenue Service,    Special Procedures,
                 PO Box 66778, Stop 5028,    St. Louis, MO  63166
smg             E-mail/Text: ecfnotices@dor.mo.gov Aug 29 2017 21:15:09      Missouri Department of Revenue,
                 General Counsel's Office,    PO Box 475,    Jefferson City, MO  65105-0475
16012077       +E-mail/Text: bankruptcy@arvest.com Aug 29 2017 21:15:34      Arvest Bank,    P.O. Box 14590,
                 Springfield MO 65814-0590
16012086       +E-mail/Text: jhumphreys@gbankmo.com Aug 29 2017 21:15:33      Guaranty Bank,
                 1341 W Battlefield,    Springfield MO 65807-4101
16012099       +E-mail/Text: jcissell@bankofmissouri.com Aug 29 2017 21:15:13      The Bank of Missouri,
                 2360 East Sunshine,    Springfield MO 65804-1821
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2017 at the address(es) listed below:
              Danny R. Nelson    on behalf of Creditor    Central Bank of the Ozarks jchorice@lathropgage.com,
               MO46@ecfcbis.com
              Lloyd E. Mueller    on behalf of U.S. Trustee    U.S. Trustee lloyd.e.mueller@usdoj.gov,
               murie.s.bolen@usdoj.gov
```

```
District/off: 0866-6          User: parlec           Page 2 of 2              Date Rcvd: Aug 29, 2017
                              Form ID: 309F          Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Ronald S. Weiss    on behalf of Debtor 1    417 Rentals, LLC rweiss@bdkc.com, dsmith@bdkc.com;r62861@notify.bestcase.com

                                                                                                                                                                                                                   TOTAL: 3