## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In re:

**417 Rentals, LLC**

Case # 17-60935-11
Chapter 11

**Debtor.**

### MOTION OF DEBTOR FOR EXTENSION OF TIME FOR THE FILING OF COMPLETION SCHEDULES

FOR ITS MOTION for Extension of Time for the filing of Schedules A-H, Summary of Assets and Liabilities, Statement of Financial Affairs and Disclosure of Compensation, Debtor, 417 Rentals, LLC states as follows:

1.       Debtor's Chapter 11 case was filed on August 25, 2017 and the 341 Meeting of Creditors is scheduled for October 18, 2017.

2.       Debtor requests an extension of time to September 29, 2017 for the filing of the remaining items in this case.

3.       Debtor needs additional time to obtain information necessary to complete the schedules.

4.       The requested extension of time will not prejudice the Debtor or the administration of the case.

**WHEREFORE**, Debtor respectfully moves the Court for an order extending the period for filing completion schedules in this case to September 29, 2017 and for such other and further relief as is just and proper.

Respectfully submitted,

**BERMAN, DeLEVE, KUCHAN & CHAPMAN, LLC**

**By**: */s/ Ronald S. Weiss*
          Ronald S. Weiss      MO #21215
          Joel Pelofsky        MO #17929
          1100 Main, Suite 2850
          Kansas City, Missouri 64105
          (816) 471-5900 Phone / (816) 842-9955 Fax
          Email:  rweiss@bdkc.com
          Email:  jpelofsky@bdkc.com
**ATTORNEYS FOR DEBTOR**

### CERTIFICATE OF SERVICE

I certify that the foregoing Motion was electronically filed with the Clerk of the Bankruptcy Court on this 8th day of September, 2017 and was served electronically on those parties receiving electronic notice through the Court's CM/ECF system.

          */s/ Ronald S. Weiss*
          Ronald S. Weiss, MO #21215
          Attorney for Debtor