MOW 2015-2 (11/13)

Case Name: 417 Rentals, LLC                                              Case No: 17-60935

**Monthly Operating Report Summary for Month of: August 2017**

### REVENUE
1. Gross Income ............................................................................................... **$39,658.00**

**Cost of Goods Sold**
2. Materials ............................................................................ N/A
3. Direct Labor ...................................................................... N/A
4. Overhead .......................................................................... N/A

5. **Total Cost of Goods Sold (add lines 2 through 4)** ................................... **- $0.00**
6. **Gross Profit (subtract line 5 from line 1)** ............................................... **$39,658.00**

### OPERATING EXPENSES
7. Owner/Officer - Draws/Salaries ................................................................. $750.00
8. Other Employee Salaries ............................................................................. $8,087.04
9. Advertising and Marketing ......................................................................... $250.00
10. Insurance ..................................................................................................... $0.00
11. Payroll Taxes .............................................................................................. $0.00
12. Lease and Rent ............................................................................................ $29,395.00
13. Telephone and Utilities ............................................................................... $4,122.50
14. Attorney and Other Professional Fees ........................................................ $500.00
15. UST Quarterly Fees .................................................................................... $0.00
16. Other Expenses ........................................................................................... $1,365.47
17. **Total Operating Expenses (add lines 7 through 16)** ............................ **$44,470.01**
18. **Net Income (Loss) (subtract line 17 from line 6)** ................................ **($4,812.01)**

### CURRENT ASSETS
19. Accounts Receivable at end of month ........................................................ $0.00
20. Increase (Decrease) in Accounts Receivable from prior month ................ $0.00
21. Inventory at end of month .......................................................................... $0.00
22. Increase (Decrease) in Inventory from prior month .................................. $0.00
23. Cash at end of month .................................................................................. $3,500.00
24. Increase (Decrease) in Cash from prior month .......................................... $0.00

### LIABILITIES
25. Increase (Decrease) in post-petition debt ................................................... $0.00
    Include the net amount of any changes to business debt incurred post-petition
26. Increase (Decrease) in pre-petition debt .................................................... $0.00
    Include the net amount of any changes to business debt incurred pre-petition

**Taxes payable:**
27. Federal Payroll Taxes ........................................................ $0.00
28. State Payroll Taxes ............................................................ $0.00
29. Local Payroll Taxes ........................................................... $0.00
30. State Sales Taxes ............................................................... $0.00
31. Real Estate and Personal Property Taxes ......................... $5,586.99
32. Other (describe) ................................................................ $0.00
33. **Total Taxes Payable (add lines 27 through 32)** ................................. **$5,586.99**