# EXHIBIT A

## GREAT SOUTHERN BANK
## 417 RENTALS, LLC LOAN SUMMARY DETAIL

|   | Loan Balance | Loan No. | Deed of Trust (DT) Assign. of Rent (RT) Book – Page | Property Addresses | Amount Secured |
|---|---|---|---|---|---|
| 1 | $58,791.58 | xxxx3492 | 2008 – 10407  DT<br>2008 – 10406  RT | 633 W. Division | $75,200 |
| 2 | $30,853.01 | xxxx3506 | 2008 – 10408  DT<br>2008 – 10409  RT | 2354 N. Pierce Ave | $40,000 |
| 3 | $37,914.29 | xxxx5339 | 2008 – 25091  DT<br>2008 – 25092  RT | 503 S. Miller Rd | $54,400 |
| 4 | $23,596.37 | xxxx6262 | 2008 – 35419  DT<br>2008 – 35420  RT | 2242 N. Farmer Ave | $34,000 |
| 5 | $23,429.65 | xxxx6270 | 2008 – 35421  DT<br>2008 – 35422  RT | 1020 S. Douglas Ave | $34,320 |
| 6 | $323,040.03 | xxxx9040 | 2009 – 21920  DT<br>2009 – 21921  RT | 1030 S. Fort<br>1235 N. Prospect<br>802 W. Mt Vernon<br>2223 N. Hillcrest<br>1350 N. Wabash<br>1839 N. Hillcrest<br>229 N. Scenic Ave<br>903 N. Delaware<br>2259 N. Main<br>1885 N. Grant | $413,250 |
| 7 | $350,602.34 | xxxx5792 | 2010 – 25093  DT<br>2010 – 25094  RT | 3244 W. Latoka<br>1216 W. Florida<br>811 N. Broadway<br>2100 N. Elizabeth<br>1510 E. Lindburg<br>1201 N. Fulbright<br>1816 N. Colgate<br>759 S. Grant<br>1212 W. Webster<br>635 S. Nettleton | $454,000 |
| 8 | $355,244.96 | xxxx2381 | 2011 – 21009  DT<br>2011 – 21010  RT | 608-610 N. Patterson<br>1026 W. Monroe Ter<br>2236 N. National Ave<br>1132 W. Division<br>826 N. National<br>1218 W. Webster St | $410,000 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | 2338 N. Lyon Ave | |
| | | | | 2226 W. Mt. Vernon | |
| | | | | 816 S. Glenn Ave | |
| | | | | 2006 W. Olive St | |
| | | | | 512 W. Nichols | |
| 9 | $187,110.08 | xxxx2856 | 2008 – 27163  DT<br>2008 – 30187  DT<br>2008 – 32180  DT<br>2008 – 32862  DT<br>2008 – 40540  DT<br><br>2008 – 27164  RT<br>2008 – 30188  RT<br>2008 – 32181  RT<br>2008 – 32863  RT<br>2008 – 40541  RT | 1509 Oak Grove<br>1800 W. Walnut<br>2553 E. Atlantic<br>1120 Mt Vernon<br>615 N. Nettleton | $48,750<br>$47,200<br>$52,000<br>$48,000<br>$53,600 |

**Total Due:  $1,390,582.30\***        **Total Secured: $1,764,720.00**

*Summary detail is provided as of Chapter 11 File date of 8.25.17*