**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>**417 RENTALS, LLC,**<br><br>      **Debtor.**<br>_____<br><br>**CENTRAL BANK OF THE OZARKS,**<br><br>      **Movant,**<br><br>vs.<br><br>**417 RENTALS, LLC,**<br><br>      **Respondent.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **Case No.  17-60935**<br>   **Chapter 11** |

**EXHIBIT INDEX**

| Ex. | = | Offered & Admitted w/o objections | X | = | Offered & Admitted over objection |
|---|---|---|---|---|---|
| D.B. | = | Offered, but objected to & excluded | N.O. | = | |
| Ltd. | = | Admitted, de bene | W.D. | = | Marked but not offered |
| | = | Admitted for limited purpose | | | Offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | | | **Promissory Note, dated October 17, 2008, executed by Christopher Eric Gatley.** |
| 2 | | | | **Deed of Trust, dated October 17, 2008, executed and delivered to Central Bank by Debtor.** |
| 3 | | | | **Commercial Loan Modification Agreement dated August 17, 2010.** |
| 4 | | | | **Commercial Loan Modification Agreement dated October 25, 2012.** |
| 5 | | | | **Commercial Loan Modification Agreement dated December 17, 2012.** |
| 6 | | | | **Forbearance Agreement dated February 23, 2016.** |
| 7 | | | | **Addendum to Forbearance Agreement dated September 20, 2016.** |
| 8 | | | | **Second Addendum to Forbearance Agreement dated May 24, 2017.** |

| | | | | |
|---|---|---|---|---|
| 9 | | | | **Commercial Guaranty dated February 18, 2016, executed by 417 Rentals, LLC.** |
| 10 | | | | **Promissory Note, dated November 19, 2008, executed by Christopher Eric Gatley.** |
| 11 | | | | **Deed of Trust, dated November 19, 2008, executed by Debtor and recorded December 2, 2008 in Book 2008 at Page 049552-08.** |
| 12 | | | | **Commercial Loan Modification Agreement dated August 17, 2010.** |
| 13 | | | | **Commercial Loan Modification Agreement dated December 18, 2012.** |
| 14 | | | | **Promissory Note, dated July 16, 2009, executed by Christopher Eric Gatley.** |
| 15 | | | | **Deed of Trust, dated July 16, 2009, executed by Debtor and recorded July 22, 2009 in Book 2009 at Page 033130-09.** |
| 16 | | | | **Deed of Trust, dated July 16, 2009, executed by Debtor and recorded on July 22, 2009 in Book 2009 at Page 033131-09.** |
| 17 | | | | **Commercial Loan Modification Agreement dated July 12, 2010.** |
| 18 | | | | **Commercial Loan Modification Agreement dated August 27, 2012.** |
| 19 | | | | **Commercial Loan Modification Agreement dated July 30, 2014.** |
| 20 | | | | **Promissory Note, dated September 28, 2009, executed by Debtor.** |
| 21 | | | | **Deed of Trust, dated September 28, 2009, executed by Debtor and recorded October 6, 2009 in Book 2009 at Page 044827-09.** |
| 22 | | | | **Commercial Loan Modification Agreement dated August 17, 2010.** |
| 23 | | | | **Commercial Loan Modification Agreement dated October 25, 2012.** |
| 24 | | | | **Commercial Loan Modification Agreement dated December 3, 2012.** |
| 25 | | | | **Commercial Guaranty dated September 28, 2009, executed by Christopher Eric Gatley.** |
| 26 | | | | **Promissory Note, dated November 6, 2009, executed by Debtor.** |

| | | | | |
|---|---|---|---|---|
| 27 | | | | **Deed of Trust, dated November 6, 2009, executed by Debtor and recorded November 11, 2009 in Book 2009 at Page 050058-09.** |
| 28 | | | | **Deed of Trust, dated December 18, 2012, executed by Debtor and recorded December 12, 2012 in Book 2012 at Page 057801-12.** |
| 29 | | | | **Commercial Loan Modification Agreement dated August 17, 2010.** |
| 30 | | | | **Commercial Loan Modification Agreement dated December 18, 2012.** |
| 31 | | | | **Commercial Guaranty dated November 6, 2009, executed by Christopher Eric Gatley.** |
| 32 | | | | **Promissory Note, dated February 18, 2016, executed by Debtor.** |
| 33 | | | | **Deed of Trust, dated February 18, 2016, executed by Debtor and recorded February 23, 2016 in Book 2016 at Page 006480-16.** |
| 34 | | | | **Deed of Trust, dated October 31, 2016, re-recorded on December 14, 2016.** |
| 35 | | | | **Commercial Guaranty dated February 18, 2016, executed by Christopher Eric Gatley.** |
| 36 | | | | **Promissory Note, dated June 15, 2007, executed by Christopher Eric Gatley.** |
| 37 | | | | **Deed of Trust, dated June 15, 2007, executed by Gatley and recorded June 26, 2007 in Book 2007 at Page 031965-07.** |
| 38 | | | | **Commercial Loan Modification Agreement dated May 6, 2008.** |
| 39 | | | | **Commercial Loan Modification Agreement dated May 4, 2010.** |
| 40 | | | | **Commercial Loan Modification Agreement dated June 26, 2012.** |
| 41 | | | | **Commercial Loan Modification Agreement dated May 27, 2014.** |
| 42 | | | | **Promissory Note, dated August 6, 2007, executed by Christopher Eric Gatley.** |
| 43 | | | | **Deed of Trust, dated August 6, 2007, executed by Gatley and recorded on August 28, 2007 in Book 2007 at Page 043197-07.** |
| 44 | | | | **Deed of Trust, dated August 6, 2007, executed and delivered to Central Bank by Gatley.** |

| | | | | |
|---|---|---|---|---|
| 45 | | | | **Commercial Loan Modification Agreement dated May 6, 2008.** |
| 46 | | | | **Commercial Loan Modification Agreement dated May 4, 2010.** |
| 47 | | | | **Commercial Loan Modification Agreement dated May 30, 2012.** |
| 48 | | | | **Promissory Note, dated August 14, 2007, executed by Christopher Eric Gatley.** |
| 49 | | | | **Deed of Trust, dated July 16, 2003, executed by Gatley and recorded July 18, 2003 in Book 2003 at Page 050446-03.** |
| 50 | | | | **Deed of Trust, dated March 3, 2006, executed by Gatley and recorded March 9, 2006 in Book 2006 at Page 011971-06.** |
| 51 | | | | **Deed of Trust, dated March 28, 2006, executed by Gatley and recorded March 28, 2006 in Book 2006 at Page 015342-06.** |
| 52 | | | | **Deed of Trust, dated April 11, 2006, executed by Gatley and recorded April 14, 2006 in Book 2006 at Page 018746-06.** |
| 53 | | | | **Deed of Trust, dated May 12, 2006, executed by Gatley and recorded May 16, 2006 in Book 2006 at Page 025358-06.** |
| 54 | | | | **Deed of Trust, dated August 21, 2006, executed by Gatley and recorded September 14, 2006 in Book 2006 at Page 049410-06.** |
| 55 | | | | **Deed of Trust, dated September 6, 2006, executed by Gatley and recorded September 14, 2006 in Book 2006 at Page 049401-06.** |
| 56 | | | | **Deed of Trust, dated October 19, 2006, executed by Gatley and recorded November 3, 2006 in Book 2006 at Page 058949-06.** |
| 57 | | | | **Deed of Trust, dated November 15, 2006, executed by Gatley and recorded November 17, 2006 in Book 2006 at Page 061577-06.** |
| 58 | | | | **Deed of Trust, dated December 22, 2006, executed by Gatley and recorded December 28, 2006 in Book 2006 at Page 068424-06.** |
| 59 | | | | **Deed of Trust, dated June 15, 2007, executed by Gatley and recorded June 26, 2007 in Book 2006 at Page 031966-07.** |

| 60 | | | | **Commercial Loan Modification Agreement dated May 6, 2008.** |
| 61 | | | | **Commercial Loan Modification Agreement dated May 4, 2010.** |
| 62 | | | | **Commercial Loan Modification Agreement dated June 12, 2012.** |
| 63 | | | | **Commercial Loan Modification Agreement dated June 26, 2012.** |
| 64 | | | | **Commercial Loan Modification Agreement dated July 30, 2014.** |

LATHROP GAGE LLP


By:    */s/ Dan Nelson*
       Dan Nelson (31486)
       910 East St. Louis Street, Suite 100
       Springfield, Missouri  65806
       Telephone:417.886.2000
       Telecopier:  417.886.9126
       dnelson@lathropgage.com

       ATTORNEYS FOR CENTRAL BANK
       CENTRAL BANK OF THE OZARKS


<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that a true copy of the above was served electronically on all Central Banks, parties in interest or their attorneys of record, according to this Court's notice of electronic filing and that a copy was served by regular mail, postage prepaid, to the Central Banks, parties in interest or their attorneys of record that did not receive electronic notice on this 29th day of September, 2017.


       */s/ Dan Nelson*
       Dan Nelson

27947897v1