| For Bank Use: (form dated 12/1/08) | Customer | | Note 1632 | NAICS 53111 | Purpose 50 | |
|---|---|---|---|---|---|---|
| Collateral 7110 | Call Code 1C2 | MSA 44180 | | State 29 | County 77 | Census 0031.00 |
| Gross Annual Revenue: $7,878 | | Source of Gross Annual Revenue: TR 2011 | | | | |

# Empire Bank
## Commercial Loan Modification Agreement

December 17, 2012

**For value received,** the receipt and sufficiency of which are hereby acknowledged, the undersigned hereby agree that Promissory Note No. ███1632 dated October 17, 2008 in the original principal amount of $167,200.00 ("Note") given by Christopher Eric Gatley (whether one or more, "Borrower") to Empire Bank ("Lender") and presently maturing on December 17, 2012 shall be modified as follows (check and complete as applicable):

☒ **Maturity Date:** The maturity date of the Note shall be extended to December 17, 2015 (the "Extended Maturity Date") at which time the entire outstanding indebtedness evidenced by the Note shall become fully due and payable.

☒ **Interest Rate:** Effective December 17, 2012, the interest rate accruing on the Note shall be:
a fixed rate of 5.50%, per annum.

☒ **Payments:** The schedule and amount of payments shall be as follows:
☐ Interest only payments, payable         , beginning         .
☐ Fixed principal payments of $         , plus accrued interest, payable         beginning         .
☒ Principal and interest payments of $1,138.00, payable monthly, beginning January 17, 2013.
☐ Interest only payments, payable         , beginning         . Principal and interest payments of $         , payable         , beginning         .
☐ Interest payments,  escrow payments of $         (tax $         , insurance $         ), total payment of $         , payable         , beginning         .
☐

☒ **Late Fee:** If a payment is more than ten (10) days late, Borrower will be charged a late fee of 5% of the regularly scheduled payment, but in no event shall the late fee be less than $30.00 or more than $99,999.99      (62)

☒ **Other Modifications:** In addition to modifications made above, if any, the Note shall be modified as follows:

Increase principal balance by $400.00 to pay for appraisal dated November 30, 2012 for property located at 2850 W Elm St, Springfield, MO; 1271 S. Ferguson Ave, Springfield, MO; 900 W Mount Vernon St, Springfield, MO; and 827 S Nettleton Ave, Springfield, MO 65806.

1

Exhibit 5

000019

 The Note is hereby amended so that all references to the figure of "167,200.00" as the original principal indebtedness evidenced by the Note are stricken and the figure "167,600.00" is substituted in lieu thereof. Grantor/Borrower understand that the Loan, as amended hereby, is a single advanced note but that the principal amount of the Note is hereby increased so that they may have an advances of "400.00" under the loan to pay for appraisal dated November 30, 2012 for property located at 2850 W Elm St, Springfield, MO; 1271 S. Ferguson Ave, Springfield, MO; 900 W Mount Vernon St, Springfield, MO; and 827 S Nettleton Ave, Springfield, MO 65806.

☒ **Modification Fee:**
  ☒ The fee for this modification is $50.00

The Note and the other documents evidencing, supporting and securing the indebtedness evidenced by the Note ("Loan Documents"), as extended and modified herein, are ratified and confirmed on the date hereof. Borrower acknowledges that on the date hereof, the outstanding principal amount of $145,111.68 is justly owing on account of the Note, and further acknowledges and agrees that there are no claims, counterclaims, or defenses of any kind or nature whatsoever to any of the obligations evidenced, supported and secured by the Loan Documents ("Obligations"). Borrower agrees to do all acts and things necessary to carry out the intentions of the parties as contemplated by this Agreement.

Each reference in the Loan Documents to the indebtedness evidenced by the Note shall hereafter refer to such indebtedness as modified by this Agreement; and to any other Loan Documents shall henceforth mean such other Loan Document as modified by this Agreement. This Agreement shall not be deemed as payment for or substitution of the Note, and does not in any manner satisfy or cancel the Obligations. As extended and modified by this Agreement, the Note and the other Loan Documents continue in full force and effect through the Extended Maturity Date.

**ORAL AGREEMENTS OR COMMITMENTS TO LOAN MONEY, EXTEND CREDIT, OR FORBEAR FROM ENFORCING REPAYMENT OF A DEBT, INCLUDING PROMISES TO EXTEND OR RENEW SUCH DEBT, ARE NOT ENFORCEABLE, REGARDLESS OF THE LEGAL THEORY UPON WHICH THEY ARE BASED. TO PROTECT YOU (BORROWER) AND US (LENDER) FROM MISUNDERSTANDING OR DISAPPOINTMENT, ANY AGREEMENT WE REACH COVERING SUCH MATTERS IS CONTAINED IN THIS WRITING, WHICH IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN US, EXCEPT AS WE MAY LATER AGREE IN WRITING TO MODIFY IT.**

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective personal representatives, heirs, successors and assigns.

*Signature page attached to Commercial Loan Modification Agreement dated December 3, 2012 for note #* ▓▓▓▓*1632.*

2

000020

## Signature Page

**Lender**
**Empire Bank**

By: _John B. Cunningham_
John Cunningham, Vice President

**Borrower**
**417 Rentab L.L.C.**

By: _[signature]_
Christopher Eric Gatley

3