**Fill in this information to identify the case:**

Debtor name   **417 Rentals, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known)   **17-60935**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**          **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

2.        **Cash on hand**                                                                                        **$3,000.00**

3.        **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Central Bank** | **Checking** | **8712** | **$1,446.23** |
| 3.2. | **Arvest Bank** | **Checking** | **9864** | **$34.31** |
| 3.3. | **Springfield First Community Bank** | **Security Deposit Trust** | **0080** | **$153,550.35** |
| 3.4. | **Mid-Missouri Bank** | **Checking** | **6533** | **$66.35** |
| 3.5. | **Central Bank** | **Checking** | **0371** | **$73.00** |
| 3.6. | **Mid-Missouri Bank** | **Savings** | | **$470.75** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **417 Rentals, LLC** | Case number *(If known)* | **17-60935** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 3.7. | **U.S. Bank, N.A.** | **Checking** | 5298 | $4,055.00 |
| 3.8. | **Southern Bank** | **Money Market** | 1203 | Unknown |
| 3.9. | **Simmons Bank** | **Checking** | 1409 | Unknown |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                                          $162,695.99
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**See Supplement to A/B, Part 3, 11a & 11b**

11.   **Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | 108,903.28 | - | 38,116.15 | = .... | $70,787.13 |
| | face amount | | doubtful or uncollectible accounts | | |

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | 73,650.00 | - | 25,777.50 | =.... | $47,872.50 |
| | face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3.**                                                                          $118,659.63
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy

| Debtor | **417 Rentals, LLC** | | Case number *(If known)* **17-60935** |
|---|---|---|---|
| | Name | | |

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **(50) Office Desks $8,750** **(12) Office Chairs $780** **(15) Office Shelving/Cabinets $1,125** | **$10,655.00** | **Comparable sale** | **$10,655.00** |
| 40. | **Office fixtures** **(60) Miscellaneous Office Deskware $600** **Server Rack $200** | **$800.00** | **Comparable sale** | **$800.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **(12) Desktop Computers (less than 5 years old) $4,800** **(15) Desktop Computers (greater than 5 years old) $750** **(19) Monitors/TV's $4,750** **(9) Printers/Fax/Scanners $675** **(13) External HDD $650** **(20) Flash Memory $200** **(100) Miscellaneous Wires/Wiring $500** **(20) Networking Equipment $400** **(10) Miscellaneous Software $2,000** | **$14,725.00** | **Comparable sale** | **$14,725.00** |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.

| | $26,180.00 |
|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☑ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **417 Rentals, LLC** | Case number *(If known)* **17-60935** |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

<table>
<tr><td style="background:black;color:white">Part 9:</td><td>**Real property**</td></tr>
</table>

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

**55.**     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **See Supplement A/B, Part 9, 55** | | $18,769,900.00 | Comparable sale | $18,984,900.00 |

**56.**     **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | $18,984,900.00 |
|---|---|

**57.**     **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

**58.**     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☑ Yes

<table>
<tr><td style="background:black;color:white">Part 10:</td><td>**Intangibles and intellectual property**</td></tr>
</table>

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**   **Internet domain names and websites** | | | |
| **62.**   **Licenses, franchises, and royalties** | | | |
| **63.**   **Customer lists, mailing lists, or other compilations**<br>**E-Mailing List $0.15/Subscriber** | $1,320.75 | Recent cost | $1,320.75 |
| **64.**   **Other intangibles, or intellectual property** | | | |
| **65.**   **Goodwill** | | | |

**66.**     **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $1,320.75 |
|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **417 Rentals, LLC** | Case number *(If known)* **17-60935** |
|---|---|---|
| | Name | |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**)?**
- [ ] No
- [x] Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- [x] No
- [ ] Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- [x] No
- [ ] Yes

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- [ ] No. Go to Part 12.
- [x] Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>**Contineo Advisors, LLC (Commercial Property Insurance)** | $0.00 |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**See Supplement A/B, Part 11, 74** | Unknown |

| Nature of claim | **Rent & Possession** |
|---|---|
| Amount requested | **Rent & Possession cases only.  Money judgments are typically not sought.** |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property**<br>**Springfield First Community Bank (Security Deposits)** | Unknown |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- [x] No
- [ ] Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **417 Rentals, LLC** | Case number *(If known)* **17-60935** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $162,695.99 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $118,659.63 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $26,180.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $18,984,900.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,320.75 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $308,856.37 + 91b. | $18,984,900.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $19,293,756.37 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **417 Rentals, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MISSOURI

Case number (if known) **17-60935**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 Arvest Bank**<br>Creditor's Name<br><br>**P.O. Box 14590**<br>**Springfield, MO 65814**<br>Creditor's mailing address<br><br>**fmorgan@arvest.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**See Supplement to D**<br>Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**See Supplement to D**<br><br><br>Describe the lien<br><br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,433,497.30 | $1,484,900.00 |
| **2.2 Bancorp South**<br>Creditor's Name<br><br>**P.O. Box 4023**<br>**Springfield, MO 65808**<br>Creditor's mailing address<br><br>**casey.pyle@bxs.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**See Supplement to D**<br>Do multiple creditors have an interest in the same property? | Describe debtor's property that is subject to a lien<br>**See Supplement to D**<br><br><br>Describe the lien<br><br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | $756,462.66 | $607,800.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **417 Rentals, LLC**                                    Case number (if know)   **17-60935**
_____Name_____

■ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Bank of Bolivar** | Describe debtor's property that is subject to a lien | $1,424,602.88 | $1,294,600.00 |

Creditor's Name

**P.O. Box 560**
**495 S Springfield Avenue**
**Bolivar, MO 65613**
Creditor's mailing address

**bowen@bankofbolivarmo.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**See Supplement to D**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**See Supplement to D**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Central Bank of the Ozarks** | Describe debtor's property that is subject to a lien | $1,301,589.63 | $1,667,300.00 |

Creditor's Name

**P.O. Box 3397**
**Springfield, MO 65804**
Creditor's mailing address

**john.cunningham@centralbank.net**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**See Supplement to D**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**See Supplement to D**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **First National Bank** | Describe debtor's property that is subject to a lien | $324,760.43 | $387,400.00 |

Creditor's Name

**4108 S National**
**Springfield, MO 65807**
Creditor's mailing address

**aaron@myfnbonline.com**
Creditor's email address, if known

**See Supplement to D**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 7

| Debtor | 417 Rentals, LLC | Case number (if know) | **17-60935** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**Last 4 digits of account number**
**See Supplement to D**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Great Southern Bank** | Describe debtor's property that is subject to a lien | $1,350,408.98 | $1,553,200.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 5087**
**Springfield, MO 65801**
Creditor's mailing address

**Describe the lien**

**bmonnig@greatsouthernbank.com**
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**See Supplement to D**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Guaranty Bank** | Describe debtor's property that is subject to a lien | $2,934,084.81 | $2,473,300.00 |
|---|---|---|---|---|

Creditor's Name

**1341 W Battlefield**
**Springfield, MO 65807**
Creditor's mailing address

**Describe the lien**

**eleonard@gbankmo.com**
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**See Supplement to D**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Legacy Bank and Trust** | Describe debtor's property that is subject to a lien | $1,475,729.22 | $926,400.00 |
|---|---|---|---|---|

| Debtor | 417 Rentals, LLC | Case number (if know) | 17-60935 |
|---|---|---|---|
| | Name | | |

**Creditor's Name**

**See Supplement to D**

P.O. Box 920
175 Johnston Drive
Rogersville, MO 65742
Creditor's mailing address

**Describe the lien**

bmagers@legacybankandtrust.com
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**See Supplement to D**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | Mid-Missouri Bank | | $812,392.28 | $857,200.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**See Supplement to D**

P.O. Box 490
Republic, MO 65738
Creditor's mailing address

**Describe the lien**

twojciechowski@midmobank.com
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**See Supplement to D**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | OakStar Bank | | $83,906.00 | $80,500.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**See Supplement to D**

1020 E Battlefield Road
Springfield, MO 65807
Creditor's mailing address

**Describe the lien**

chachtel@oakstarbank.com
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**See Supplement to D**

**Do multiple creditors have an interest in the same property?**
Check all that apply

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 4 of 7

Debtor    **417 Rentals, LLC**
_____
Name

Case number (if know)    **17-60935**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1<br>1 | **Old Missouri Bank** | Describe debtor's property that is subject to a lien | $1,421,490.85 | $1,093,900.00 |
|---|---|---|---|---|

**Old Missouri Bank**
Creditor's Name

**See Supplement to D**

**3570 S National
Springfield, MO 65807**
Creditor's mailing address

Describe the lien
_____

**j.maupin@oldmobank.com**
Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**See Supplement to D**

Do multiple creditors have an
interest in the same property?
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1<br>2 | **Simmons Bank** | Describe debtor's property that is subject to a lien | $2,089,631.06 | $1,852,900.00 |
|---|---|---|---|---|

**Simmons Bank**
Creditor's Name

**See Supplement to D**

**P.O. Box 14350
Springfield, MO 65814**
Creditor's mailing address

Describe the lien
_____

**melody.crigler@simmonsb
ank.com**
Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**See Supplement to D**

Do multiple creditors have an
interest in the same property?
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1<br>3 | **Southern Bank** | Describe debtor's property that is subject to a lien | $1,668,087.00 | $1,265,800.00 |
|---|---|---|---|---|

**Southern Bank**
Creditor's Name

**See Supplement to D**

**P.O. Box 520
Poplar Bluff, MO 63902**
Creditor's mailing address

Describe the lien

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **417 Rentals, LLC** | | Case number (if know) | **17-60935** |
|---|---|---|---|---|
| | Name | | | |

jcox@bankwithsouthern.com

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**See Supplement to D**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 4 | **Southern Missouri Bank of Marshfield** | Describe debtor's property that is subject to a lien **See Supplement to D** | $1,348,558.15 | $1,015,000.00 |
|---|---|---|---|---|

Creditor's Name

**1292 Banning Street**
**Marshfield, MO 65706**

Creditor's mailing address

**Describe the lien**

chan.crooker@somobank.com

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**See Supplement to D**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 5 | **Systematic Savings Bank** | Describe debtor's property that is subject to a lien **See Supplement to D** | $714,620.78 | $712,200.00 |
|---|---|---|---|---|

Creditor's Name

**318 South Avenue**
**Springfield, MO 65806**

Creditor's mailing address

**Describe the lien**

shamm@mysystematic.com

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**See Supplement to D**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 6 of 7

| Debtor | **417 Rentals, LLC** | Case number (if know) | **17-60935** |
|---|---|---|---|
| | Name | | |

---

| 2.1 6 | **The Bank of Missouri** | Describe debtor's property that is subject to a lien | $1,388,285.50 | $1,008,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **See Supplement to D** | | |

**2360 East Sunshine**
**Springfield, MO 65804**
Creditor's mailing address

**manthes@bankofmissouri.**
**com**
Creditor's email address, if known

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**See Supplement to D**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $20,528,107.53 |
|---|---|---|

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**417 Rentals, LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF MISSOURI__

Case number (if known) __17-60935__

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**City of Springfield**<br>**Busch Municipal Building**<br>**830 Booneville Avenue, 3rd Floor**<br>**Springfield, MO 65802** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Special Tax Bill Lien** | | |
| | Last 4 digits of account number __**Multiple Parcels**__ | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

| 2.2 | Priority creditor's name and mailing address<br>**Greene County Collector**<br>**940 N Boonville**<br>**Springfield, MO 65802** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number __**Multiple Parcels**__ | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **417 Rentals, LLC** | Case number (if known) | **17-60935** |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,688.93**

**City of Republic**
**540 W Civic Boulevard**
**Republic, MO 65738**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim: _

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,256.27**

**Cooley's Plumbing & Backhoe, Inc**
**1315 E Commercial Street**
**Springfield, MO 65803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim: _

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Craig F. Lowther**
**Lowther & Johnson**
**901 E St. Louis Street #20**
**Springfield, MO 65806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Attorney's Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,331.34**

**Drake Hammon Utility Consultants**
**9457 S University Boulevard #178**
**Highland Springs Ranch, CO 80126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim: _

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,126.74**

**Hoods Propane**
**1651 S State Highway K**
**Bois D Arc, MO 65612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim: _

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,569.50**

**Midwest Security, Inc**
**P.O. Box 6025**
**Springfield, MO 65801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim: _

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00**

**Midwest Security, Inc**
**P.O. Box 6025**
**Springfield, MO 65801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim: _

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | 417 Rentals, LLC | Case number (if known) | 17-60935 |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Neale & Newman, LLP**
**1949 E Sunshine Street**
**Building 1, Suite 130**
**Springfield, MO 65807**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Attorney's Fee**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sprint**
**4100 South Campbell**
**Springfield, MO 65807**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Cell Phone Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brian K. Asberry**<br>**American National Center**<br>**P.O. Box 10327**<br>**Springfield, MO 65808** | Line  **3.8**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ | 41,022.78 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 41,022.78 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **417 Rentals, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known) | **17-60935** |

☐ Check if this is an
amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| | |

**See Supplement to G**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**417 Rentals, LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF MISSOURI__

Case number (if known) __**17-60935**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Christopher Gatley | 5759 W Highway 60 Brookline, MO 65619 | Arvest Bank | ■ D __2.1__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.2 | Christopher Gatley | 5759 W Highway 60 Brookline, MO 65619 | Bancorp South | ■ D __2.2__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.3 | Christopher Gatley | 5759 W Highway 60 Brookline, MO 65619 | Bank of Bolivar | ■ D __2.3__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.4 | Christopher Gatley | 5759 W Highway 60 Brookline, MO 65619 | Central Bank of the Ozarks | ■ D __2.4__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.5 | Christopher Gatley | 5759 W Highway 60 Brookline, MO 65619 | City of Springfield | ☐ D ____ <br> ■ E/F __2.1__ <br> ☐ G ____ |

| Debtor | **417 Rentals, LLC** | Case number *(if known)* | **17-60935** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Christopher Gatley | 5759 W Highway 60 Brookline, MO 65619 | First National Bank | ■ D  **2.5** / ☐ E/F ____ / ☐ G ____ |
| 2.7 | Christopher Gatley | 5759 W Highway 60 Brookline, MO 65619 | Great Southern Bank | ■ D  **2.6** / ☐ E/F ____ / ☐ G ____ |
| 2.8 | Christopher Gatley | 5759 W Highway 60 Brookline, MO 65619 | Greene County Collector | ☐ D ____ / ■ E/F  **2.2** / ☐ G ____ |
| 2.9 | Christopher Gatley | 5759 W Highway 60 Brookline, MO 65619 | Guaranty Bank | ■ D  **2.7** / ☐ E/F ____ / ☐ G ____ |
| 2.10 | Christopher Gatley | 5759 W Highway 60 Brookline, MO 65619 | Legacy Bank and Trust | ■ D  **2.8** / ☐ E/F ____ / ☐ G ____ |
| 2.11 | Christopher Gatley | 5759 W Highway 60 Brookline, MO 65619 | Mid-Missouri Bank | ■ D  **2.9** / ☐ E/F ____ / ☐ G ____ |
| 2.12 | Christopher Gatley | 5759 W Highway 60 Brookline, MO 65619 | OakStar Bank | ■ D  **2.10** / ☐ E/F ____ / ☐ G ____ |
| 2.13 | Christopher Gatley | 5759 W Highway 60 Brookline, MO 65619 | Old Missouri Bank | ■ D  **2.11** / ☐ E/F ____ / ☐ G ____ |

| Debtor | **417 Rentals, LLC** | Case number *(if known)* | **17-60935** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | Christopher Gatley | 5759 W Highway 60 Brookline, MO 65619 | Simmons Bank | ■ D  __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | Christopher Gatley | 5759 W Highway 60 Brookline, MO 65619 | Southern Bank | ■ D  __2.13__<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | Christopher Gatley | 5759 W Highway 60 Brookline, MO 65619 | Southern Missouri Bank of Marshfield | ■ D  __2.14__<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | Christopher Gatley | 5759 W Highway 60 Brookline, MO 65619 | Systematic Savings Bank | ■ D  __2.15__<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | Christopher Gatley | 5759 W Highway 60 Brookline, MO 65619 | The Bank of Missouri | ■ D  __2.16__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __417 Rentals, LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF MISSOURI__

Case number (if known) __17-60935__

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$2,357,978.95** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ☑ Operating a business<br>☐ Other _____ | **$3,451,611.96** |
| From  **Unknown** to **08/25/2017** | ☐ Operating a business<br>☑ Other  **Shaffer & Associates-Money collected on Judgments** | **$8,859.20** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ☑ Operating a business<br>☐ Other _____ | **$3,510,962.68** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | 417 Rentals, LLC | Case number (if known) | 17-60935 |
|---|---|---|---|

☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **New Vacancy, LLC** <br> **1949 East Sunshine** <br> **Springfield, MO 65808** <br> **Managing Agent** | **Unknown** | **Unknown** | **Domain Purchases, Property Management, Miscellaneous** |
| 4.2. **Christopher Gatley** <br> **5759 W Highway 60** <br> **Brookline, MO 65619** <br> **Member** | **Unknown** | **Unknown** | **Loan Payments, Expense Reimbursements, Miscellaneous** |
| 4.3. **Clydesdale.Farm, LLC** <br> **5759 W Highway 60** <br> **Brookline, MO 65619** <br> **Business owned by Christopher Gatley** | **Unknown** | **Unknown** | |
| 4.4. **Real Dot Estate, LLC** <br> **5759 W Highway 60** <br> **Brookline, MO 65619** <br> **Business owned by Christopher Gatley** | **Unknown** | **Unknown** | **Domain Purchases/Sales** |
| 4.5. **417.Com, Inc** <br> **5759 W Highway 60** <br> **Brookline, MO 65619** <br> **Business owned by Christopher Gatley** | **Unknown** | **Unknown** | **Loan Payments** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Simmons Bank** <br> **P.O. Box 14350** <br> **Springfield, MO 65814** | **Acceleration of Notes** <br> Last 4 digits of account number: _____ | **Unknown** | **Unknown** |

**Part 3:**   **Legal Actions or Assignments**

| Debtor | **417 Rentals, LLC** | Case number (if known) **17-60935** |
|---|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

**See Supplement to SOFA, Part 3, 7**

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| **1035 N Broadway Avenue Springfield, MO 65802** | | **06/01/2017** | **$65,000.00** |
| **Loss from Fire** | N/A | | |
| **831 W Scott Street Springfield, MO 65802** | | **06/28/2017** | **$66,500.00** |
| **Loss from Fire** | N/A | | |
| **540 S Warren Avenue Springfield, MO 65806** | | **07/02/2017** | **$45,000.00** |
| **Loss from Fire** | N/A | | |

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

---

Debtor    **417 Rentals, LLC**                                              Case number *(if known)*    **17-60935**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **David Schroeder** **1524 E Primrose, Suite A** **Springfield, MO 65804** | | **06/06/2017 - 08/07/2017** | **$2,912.50** |
| | **Email or website address** **bk1@dschroederlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Berman, DeLeve, Kuchan & Chapman, LLC** **2850 City Center Square** **1100 Main Street** **Kansas City, MO 64105** | **Wire Transfer for: Retainer/Filing Fees/Cost Deposit/Miscellaneous** | **08/21/2017** | **$26,750.00** |
| | **Email or website address** **rweiss@bdkc.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor   **417 Rentals, LLC**                                    Case number *(if known)*  **17-60935**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

   **Tenant Screening Process Information**

   Does the debtor have a privacy policy about that information?
   ☐ No
   ☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **U.S. Bank, N.A.**<br>**981 US Highway 60 E**<br>**Republic, MO 65738** | **Unknown** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **Unknown** |
| 18.2. | **Academy Bank, N.A.** | **Unknown** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **Unknown** |
| 18.3. | **Southern Bank**<br>**531 Vine Street**<br>**Poplar Bluff, MO 63901** | **XXXX-3204** | ☐ Checking<br>☐ Savings<br>☑ Money Market<br>☐ Brokerage<br>☐ Other___ | **07/03/2017** | **Unknown** |
| 18.4. | **Legacy Bank & Trust**<br>**P.O. Box 920**<br>**Rogersville, MO 65742** | **XXXX-1061** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **03/27/2017** | **Unknown** |

Debtor    **417 Rentals, LLC**                                    Case number *(if known)*  **17-60935**

---

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| Debtor | 417 Rentals, LLC | Case number *(if known)* | **17-60935** |
| --- | --- | --- | --- |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1.    **David Kessler**<br>**Kessler & Associates**<br>**17736 E Sunshine**<br>**Springfield, MO 65804** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26b.1.    **Christopher Gatley**<br>**5759 W Highway 60**<br>**Brookline, MO 65619** | |

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26b.2.    **David Kessler**<br>**Kessler & Associates**<br>**17736 E Sunshine**<br>**Springfield, MO 65804** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
| --- | --- |
| 26c.1.    **Christopher Gatley**<br>**5759 W Highway 60**<br>**Brookline, MO 65619** | |
| 26c.2.    **David Kessler**<br>**Kessler & Associates**<br>**17736 E Sunshine**<br>**Springfield, MO 65804** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **417 Rentals, LLC** | Case number *(if known)* | **17-60935** |

| **Name and address** |
|---|
| 26d.1. | **Arvest Bank**<br>**2403 W Republic Road**<br>**Springfield, MO 65807** |
| 26d.2. | **Bancorp South**<br>**4039 S Kansas Expressway**<br>**Springfield, MO 65807** |
| 26d.3. | **Bank of Bolivar**<br>**1339 E Republic Road**<br>**Springfield, MO 65804** |
| 26d.4. | **Bank of Missouri**<br>**520 E Elm Street**<br>**Republic, MO 65738** |
| 26d.5. | **Central Bank of the Ozarks**<br>**1110 Independence**<br>**Republic, MO 65738** |
| 26d.6. | **First National Bank**<br>**4108 S National Avenue**<br>**Springfield, MO 65807** |
| 26d.7. | **Freedom Bank of Southern Missouri**<br>**502 S State Highway AB**<br>**Willard, MO 65781** |
| 26d.8. | **Great Southern Bank**<br>**620 E Harrison Street**<br>**Republic, MO 65738** |
| 26d.9. | **Guaranty Bank**<br>**2155 W Republic Road**<br>**Springfield, MO 65810** |
| 26d.10. | **Legacy Bank & Trust**<br>**175 Johnstown Drive**<br>**Rogersville, MO 65742** |
| 26d.11. | **Mid Missouri Bank**<br>**806 E Hines Street**<br>**Republic, MO 65738** |
| 26d.12. | **Old Missouri Bank**<br>**3570 S National Avenue**<br>**Springfield, MO 65807** |
| 26d.13. | **Simmons Bank**<br>**2423 W Republic Road**<br>**Springfield, MO 65807** |
| 26d.14. | **Southern Missouri Bank of Marshfield**<br>**1292 Banning Street**<br>**Marshfield, MO 65706** |
| 26d.15. | **Southern Bank**<br>**3000 W Republic Road**<br>**Springfield, MO 65807** |
| 26d.16. | **Systematic Savings Bank**<br>**318 South Avenue**<br>**Springfield, MO 65806** |

**27. Inventories**

Official Form 207                                   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                                   page **8**

| Debtor | **417 Rentals, LLC** | Case number *(if known)* | **17-60935** |

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Christopher Gatley** | **5759 W Highway 60 Brookline, MO 65619** | **Member** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | **Christopher Gatley 5759 W Highway 60 Brookline, MO 65619** | **Estimated $3,000 per Month** | **Various** | **Draws, Etc.** |
| | **Relationship to debtor Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |
| | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor      **417 Rentals, LLC**                                                    Case number *(if known)*  **17-60935**

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **October  5, 2017**

**/s/ Christopher Gatley**                                          **Christopher Gatley**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor      **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes