# Supplement to A/B, Part 3, 11a & 11b, 417 Rentals, LLC, Case No. 17-60935

| CurrBal | Due | Payment | Tenant Address | First Name | Last Name |
|---|---|---|---|---|---|
| 90 days old or less ||||||
| -$772.00 | 28 | $395.00 | #181 SUNFLOWER CIR | PATTY | MCGUIRE |
| -$846.50 | 15 | $565.00 | #227 SUNFLOWER CIR #227 | REBECCA | SWINT |
| -$1,695.00 | 11 | $675.00 | 1007 N FREMONT | ARTHUR | DWIRE SR. |
| -$755.00 | 1 | $595.00 | 1022 S LEXINGTON | CARLA KAY | PARNELL |
| -$628.00 | 19 | $650.00 | 1037 N BROWN | DANNY | |
| -$1,385.00 | 4 | $525.00 | 1074 S NEW | MELINDA S | LOWE |
| -$1,370.00 | 3 | $700.00 | 1078 S MAIN | GLEN A | |
| -$620.00 | 2 | $600.00 | 1111 N KANSAS AVE | ERIC | CRIDDLE |
| -$670.00 | 1 | $525.00 | 1117 W DIVISION | SAMANTHA | E MOENTMANN |
| -$505.00 | 3 | $495.00 | 1120 W MT VERNON | JAMES | ROSEMARY |
| -$945.00 | 25 | $475.00 | 1128 W DIVISION | MICHAEL | ROBBINS |
| -$985.00 | 1 | $495.00 | 1205 W ELM ARCADE APT #B | TANYA | MOLKENBUR |
| -$1,042.29 | 1 | $500.00 | 1205 W ELM ARCADE APT #C | STEPHEN | STAAS |
| -$1,000.00 | 15 | $675.00 | 1207 W WEBSTER | MEGAN | GRAVES |
| -$885.00 | 14 | $475.00 | 1218 W WEBSTER | ABIGAIL | ROBERTSON |
| -$965.00 | 1 | $600.00 | 1271 S FERGUSON | JAMES | WINCH |
| -$600.00 | 3 | $550.00 | 130 S WALNUT AVE | ANDREW | LATHAM |
| -$656.31 | 3 | $495.00 | 1300 E DIVISION #C | JODEAN | KANE |
| -$1,335.00 | 3 | $525.00 | 1315 W MT.V | LARRY | CANNON |
| -$950.00 | 5 | $750.00 | 1333 S PRINCE LANE | CARA | MAHONEY |
| -$675.00 | 1 | $675.00 | 141 S MAIN ST | ANGIE | TALBERT |
| -$1,130.00 | 17 | $550.00 | 1431 E MCDANIEL | DAVID | VANLOOZEN |
| -$740.00 | 9 | $550.00 | 1470 E CAIRO | RACHEL | STIZELECKI |
| -$510.00 | 1 | $525.00 | 1510 E LINDBERG | MASON | MILLER |
| -$1,375.00 | 15 | $725.00 | 1600 N HAYES | KEITH | STILLABOWER |
| -$866.15 | 3 | $625.00 | 1617 N MAIN | BETHANY A. FILED | BAKER |
| -$1,150.00 | 10 | $575.00 | 1619 N MARLAN | SANDRA | GOODSON |
| -$806.00 | 1 | $550.00 | 1626 N GOLDEN | JAMES ROBERT | BLOOR |

| CurrBal | Due | Payment | Tenant Address | First Name | Last Name |
|---|---|---|---|---|---|
| -$645.00 | 14 | $450.00 | 1627 W CHESTNUT ST | DEBRA | LINDSEY |
| -$1,350.00 | 4 | $450.00 | 1631 N SHERMAN | KYLE | MOUDRY |
| -$600.00 | 12 | $600.00 | 1638 N DRURY | ANDREA | LATTA |
| -$800.00 | 28 | $650.00 | 1701 W WEBSTER | AMBER | WILSON |
| -$850.00 | 3 | $475.00 | 1730 N CLAY #A | DENISE | VROENEN |
| -$880.00 | 15 | $495.00 | 1740 W OLIVE | PAMELA | LINDEMANN-MICHALAK |
| -$510.00 | 11 | $510.00 | 1816 N COLGATE | CHARLES | COOPER |
| -$550.00 | 1 | $550.00 | 1847 W CHESTNUT | KATELYN | |
| -$625.00 | 18 | $575.00 | 1932 W CHESTNUT ST | CHRISTOPHER | WILLIAMS |
| -$949.25 | 15 | $650.00 | 1935 N LONEPINE | CHRISTIAN | HENDRIX |
| -$590.00 | 17 | $550.00 | 1953 W ATLANTIC | CYNTHIA | BRANYON |
| -$760.00 | 14 | $470.00 | 200 N MAIN ST | JENNIFER | WOOD |
| -$600.00 | 27 | $600.00 | 2006 N PICKWICK | NIKI | TROWER |
| -$600.00 | 6 | $450.00 | 2021 N PIERCE ST | DORIS | WILSON |
| -$575.00 | 13 | $625.00 | 2025 N PIERCE ST | KECIA | JOLLEY |
| -$1,200.00 | 15 | $525.00 | 2035 N PICKWICK AVE | TOMMY | Condreon  POS |
| -$665.00 | 28 | $600.00 | 2105 N ALBERTHA | SHANNON | ARNOLD |
| -$845.00 | 18 | $550.00 | 2107 APT #1 | SHARON | YORK |
| -$570.00 | 1 | $525.00 | 2107 APT #23 | JUDITH | FRANK |
| -$525.00 | 1 | $525.00 | 2107 APT #25 | DEBREA | CYRUS |
| -$525.00 | 11 | $525.00 | 2107 APT #30 | LACEY | |
| -$1,450.00 | 2 | $550.00 | 2107 APT 24 | CHARLES | PRICE |
| -$1,500.00 | 26 | $600.00 | 2109 S NATIONAL | BRITTANY | BUTLER |
| -$1,417.00 | 18 | $675.00 | 2119 W HIGH | AMY M. | FORRESTER |
| -$740.00 | 1 | $650.00 | 2120 N BROADWAY | DANIELLE R. | LANE |
| -$745.00 | 18 | $525.00 | 2120 N KANSAS | AMY | MORSE |
| -$575.00 | 17 | $575.00 | 2122 W WALL | ALEXANDRA | |
| -$485.00 | 19 | $495.00 | 2159 W CHESTNUT | MERANDA | |
| -$1,250.00 | 29 | $475.00 | 216 W HWY 174 | JACOB | PARKS |

| CurrBal | Due | Payment | Tenant Address | First Name | Last Name |
|---|---|---|---|---|---|
| -$1,850.00 | 26 | $750.00 | 2259 N MAIN | PATRICK | WOODS |
| -$740.00 | 3 | $600.00 | 2308 W MADISON | JUDY | STALKER |
| -$620.00 | 5 | $395.00 | 2338 N LYON | GREGORY | ROBERTSON |
| -$570.00 | 15 | $575.00 | 2424 N KELLETT AVE | CHARLES | |
| -$755.00 | 5 | $695.00 | 2426 E COMMERCIAL | NICHOLE | LITTLEFOOT |
| -$1,240.00 | 1 | $650.00 | 2511 N MAIN | BRYTNI | SCHADLER |
| -$938.00 | 5 | $450.00 | 2514 W MONROE | MICHEAL | CREIGHTON |
| -$661.00 | 19 | $650.00 | 2644 W LOMBARD | LEO | MCMAKIN |
| -$960.00 | 19 | $500.00 | 2721 W LINCOLN | AMBER | |
| -$550.00 | 15 | $600.00 | 2727 W LINCOLN ST | GENNIFER | GAVINS |
| -$495.00 | 25 | $495.00 | 2749 W OLIVE | HEATHER | |
| -$2,025.00 | 1 | $675.00 | 2756 E CAIRO | MELINDA | |
| -$650.00 | 4 | $650.00 | 2826 W OLIVE | EDUARDO | GARCIA JR. |
| -$915.00 | 11 | $550.00 | 2844 W WASHITA | BRIDGET | REED |
| -$850.00 | 27 | $475.00 | 2850 W ELM | BRITAIN | NELL |
| -$550.00 | 3 | $500.00 | 2936 W LOMBARD | ASHLEY | MACKENZIE |
| -$960.00 | 19 | $375.00 | 2939 W SUINSHINE APT #2 | BRADLY | HANEY |
| -$550.00 | 19 | $550.00 | 2939 W SUNSHINE APT #1B | EVERETT | |
| -$1,689.00 | 1 | $750.00 | 2956 E SOUTHEAST CIR | JAMES | FULBRIGHT |
| -$1,250.00 | 1 | $450.00 | 301 W MT VERNON BLV, APT #6 | ERIN | HAMMETT |
| -$740.00 | 14 | $375.00 | 301 W MT VERNON BLV, APT #7 | GORDON | CAREY |
| -$670.00 | 3 | $475.00 | 3021 W WALNUT | CORY J | COX |
| -$700.00 | 7 | $550.00 | 3317 W GRAND | JOHN | SMITH |
| -$1,100.00 | 16 | $395.00 | 3550 W CHESTNUT APT #20 | COLLINS | REBECCA |
| -$720.00 | 3 | $450.00 | 3550 W CHESTNUT APT #4 | MARY | QUEEN |
| -$861.00 | 2 | $475.00 | 3745 W FARM RD 142 APT #B | DUSTIN | COLLINS |
| -$1,475.00 | 3 | $525.00 | 3745 W FARM ROAD 142 APT C | CARL | SMITH |
| -$1,220.00 | 24 | $600.00 | 403 SOMERSET ST | MITZI | ANDERSON |
| -$700.00 | 16 | $700.00 | 423 W DIVISION | GLAVANNA | |
| -$1,055.00 | 1 | $525.00 | 4239 W MAPLE | CARI | BRECKENRIDGE |

| CurrBal | Due | Payment | Tenant Address | First Name | Last Name |
|---|---|---|---|---|---|
| -$1,050.00 | 27 | $475.00 | 430 S NEWTON | ESTELLA | COOPER |
| -$1,230.00 | 1 | $650.00 | 435 W DIVISION | EDWARD | MACIAS |
| -$525.00 | 1 | $425.00 | 504 E CHERRY APT #1 | TINA | WILLIS |
| -$1,265.00 | 6 | $425.00 | 504 E CHERRY APT #10 | PAULA | ANDERSON |
| -$960.00 | 28 | $375.00 | 504 E CHERRY APT #12 | BRANDY | |
| -$1,185.00 | 1 | $475.00 | 504 E CHERRY APT #14 | JASON | RUSCHE |
| -$865.00 | 17 | $425.00 | 504 E CHERRY APT #16 | RITA | CHRISTIANSON |
| -$500.00 | 3 | $500.00 | 512 E CHERRY APT #4 | RACHEL | COLLINS |
| -$785.00 | 20 | $465.00 | 519 E DALE | RICHARD | HILL JR |
| -$2,134.00 | 11 | $1,600.00 | 5759 W. HWY 60; CAR LOT | 60 MOTORS/CARS 4 U | |
| -$1,110.00 | 26 | $495.00 | 5850 W HWY 60 APT #A | LUIS | Condreon  POS |
| -$735.00 | 16 | $450.00 | 5850 W HWY 60 APT #D | DOUG | |
| -$900.00 | 23 | $450.00 | 5850 W HWY 60 APT #F | SANDRA | |
| -$1,400.00 | 1 | $550.00 | 5850 W HWY 60 APT #G | WILLAIM | |
| -$1,137.73 | 7 | $800.00 | 5850 W HWY 60 SHOP | ROUTE 66 MOTORS | |
| -$550.00 | 10 | $550.00 | 608 N PATTERSON | JASMINE | LANE |
| -$500.00 | 15 | $750.00 | 626 N PHELPS AVE | ZACHARY | ALLISON |
| -$550.00 | 17 | $550.00 | 631 S GOLDEN ST | CYNTHIA | BIRDSONG |
| -$650.00 | 27 | $650.00 | 7033 W FARM RD 106 | STEVE | GUSTAFSUN |
| -$1,125.00 | 1 | $725.00 | 714 W CALHOUN ST | GAIL L | JONES |
| -$730.00 | 4 | $600.00 | 715 E DALE | DAVID | ROBINSON |
| -$550.00 | 7 | $550.00 | 727 S DOUGLAS | TROY | DUNSTON |
| -$651.05 | 1 | $475.00 | 742 S GRANT APT #C | MARTHA | ROCA |
| -$1,050.00 | 18 | $850.00 | 802 W MT VERNON | ANTHONY | MCGOWAN |
| -$605.00 | 1 | $465.00 | 813 N WARREN AVE | JOHN D | WILSON |
| -$1,485.00 | 18 | $495.00 | 816 N WEST AVE | NIKLAS | MITCHELL |
| -$745.00 | 2 | $475.00 | 824 N EAGLE | DYWANE | UPSHIRE |
| -$600.00 | 23 | $600.00 | 825 S FORT | HEATHER | BURCH |
| -$550.00 | 16 | $550.00 | 827 S NETTLETON | PIPER | |
| -$500.00 | 7 | $500.00 | 833 E GARFIELD | BUCK | DANIEL |

| CurrBal | Due | Payment | Tenant Address | First Name | Last Name |
|---|---|---|---|---|---|
| -$1,950.00 | 14 | $650.00 | 845 S CLIFTON | SHEMEKA | MITCHELL |
| -$856.00 | 15 | $495.00 | 910 S NEWTON | DESIRE | SANTOS |
| -$575.00 | 12 | $575.00 | 932 W FLORIDA | SUZIE | MAYNARD |
| -$824.00 | 1 | $525.00 | 939 S FORT | SARAH | UPTON |
| -$778.00 | 3 | $525.00 | 951 S FORT | MARRIANE | RUDY  POS |
| -$108,903.28 | | | Over 90 days old | | |
| -$1,680.00 | 13 | $395.00 | #165 SUNFLOWER CIR | SKODA | ADAMS |
| -$3,100.00 | 3 | $775.00 | 1036 E MORNINGSIDE | CHRISTY | BITTICK |
| -$2,120.00 | 3 | $550.00 | 1406 W CALHOUN, APT A | DALLAS | STOWELL |
| -$2,000.00 | 1 | $475.00 | 1430 N FRISCO | TERESA | ALLEN |
| -$1,660.00 | 2 | $550.00 | 1734 W ATLANTIC | HAILEY | ALEXANDER |
| -$2,000.00 | 28 | $500.00 | 1910 W THOMAN | TIFFANY | WHITELEY |
| -$1,710.00 | 22 | $550.00 | 1929 W CALHOUN | BRANDON | PLUMB |
| -$1,985.00 | 1 | $550.00 | 2107 APT 05 | DIANNA | ATTERBERRY |
| -$1,925.00 | 4 | $550.00 | 2107 APT 16 | SHARRIE | MILLARD |
| -$2,365.00 | 2 | $595.00 | 2107 APT 28 | KATRINA | PAYNE |
| -$2,122.00 | 1 | $675.00 | 2553 E ATLANTIC | MICHAEL | LEDGERWOOD |
| -$2,580.00 | 8 | $635.00 | 2665 N ELOISE AVE | JAMES | |
| -$2,380.00 | 1 | $525.00 | 2761 W LATOKA ST | DANIELLE R. | TIEDEN |
| -$900.00 | 1 | $200.00 | 2832 W WATER | STEVE | ANSON |
| -$2,563.00 | 5 | $495.00 | 2856 W HARRISON | DONNISHA | NELSON |
| -$765.00 | 1 | $150.00 | 2939 W SUNSHINE APT #1A | BOB | DUGAN |
| -$1,905.00 | 8 | $600.00 | 2939 W SUNSHINE, APT #11 | TIMOTHY | PARTON |
| -$2,250.00 | 22 | $450.00 | 301 W MT VERNON BLV APT #1 | MAKAYLA | CHOATE |
| -$3,950.00 | 15 | $450.00 | 301 W MT VERNON BLV, APT #5 | KATHY | NORRIS |
| -$3,220.00 | 6 | $875.00 | 3254 W LOMBARD | SUSAN | STRYFFELER |
| -$1,675.00 | 22 | $495.00 | 349 N HOMEWOOD | CHRISTINA | RHAN |
| -$3,375.00 | 7 | $675.00 | 3550 W CHESTNUT, TRAILER | JAMES | SCHEBAUM |

| CurrBal | Due | Payment | Tenant Address | First Name | Last Name |
|---|---|---|---|---|---|
| -$1,450.00 | 1 | $475.00 | 504 E CHERRY APT #8 | EDEN | WILLIAMS |
| -$1,955.00 | 29 | $650.00 | 510 S BURTON | KASEY | MAYNARD |
| -$3,370.00 | 27 | $650.00 | 516 W NICHOLS | BRITTANY | RECKART |
| -$2,200.00 | 15 | $550.00 | 6251 HWY 0, APT B HOUSE | MANAGER | |
| -$2,625.00 | 1 | $500.00 | 675 W HWY 60, APT #03 | AMANDA | WILLHITE |
| -$1,800.00 | 1 | $450.00 | 675 W HWY 60, APT #06 | CAROLYN | BELSHE |
| -$1,840.00 | 1 | $400.00 | 675 W HWY 60, HOUSE | DEE | LAUER |
| -$1,195.00 | 3 | $395.00 | 800 W DELLA | LUCAS | REEVES |
| -$2,895.00 | 17 | $600.00 | 801 W MT VERNON ST | HOPE | CROCKET |
| -$1,875.00 | 15 | $515.00 | 804 N WEST | HEIDI M | SARVICH |
| -$1,500.00 | 1 | $375.00 | 818 E GARFIELD | PAUL | ABBEY |
| -$1,465.00 | 11 | $375.00 | 932 S NETTLETON | HEATHER | MARSH |
| -$1,250.00 | 7 | $395.00 | SUNFLOWER CIR #153 | DONAYA | GONZALEZ |
| **-$73,650.00** | | | | | |