**Supplement to A/B, Part 9, 55   417 Rentals, LLC   Case No. 17-60935**

| | | | | |
|---|---|---|---|---|
| *Valuation Method:* | Base price off CMA, altered by Depretiation Schedule and Combined Personal Expertise. | | | |
| *Nature and extent of debtors interest in the property:* | Debtor Owns | | | |
| **Description and location of property** | **Zip Code** | | | **Current value of debtor's interest** |
| **Sum Current Value:** | | | | $ 18,984,900.00 |
| 1005 E Commercial St | 65803 | Springfield | MO | $ 40,300.00 |
| 1007 N Fremont Ave | 65802 | Springfield | MO | $ 34,800.00 |
| 1009 E Lynn St | 65802 | Springfield | MO | $ 19,500.00 |
| 1012 E LYNN ST | 65802 | Springfield | MO | $ 34,000.00 |
| 1015 N Newton Ave | 65802 | Springfield | MO | $ 28,400.00 |
| 1016 N GRANT AVE | 65802 | Springfield | MO | $ 31,400.00 |
| 1018 N Brown Ave | 65802 | Springfield | MO | $ 33,200.00 |
| 1018 W Lynn St | 65803 | Springfield | MO | $ 42,000.00 |
| 1020 S Douglas Ave | 65807 | Springfield | MO | $ 22,100.00 |
| 1022-1024 S Lexington Ave | 65802 | Springfield | MO | $ 59,300.00 |
| 1024 E Scott St | 65802 | Springfield | MO | $ 50,300.00 |
| 1026 N West Ave | 65802 | Springfield | MO | $ 26,100.00 |
| 1026 W Monroe Ter | 65806 | Springfield | MO | $ 24,500.00 |
| 1028 E McClernon St | 65806 | Springfield | MO | $ 46,700.00 |
| 1029 N Johnston Ave | 65802 | Springfield | MO | $ 38,400.00 |
| 1030 S Fort Ave | 65807 | Springfield | MO | $ 39,800.00 |
| 1033 W High St | 65803 | Springfield | MO | $ 42,400.00 |
| 1035 N Broadway Ave | 65802 | Springfield | MO | $ 37,700.00 |
| 1035 W Division St | 65803 | Springfield | MO | $ 46,000.00 |
| 1036 E Morningside St | 65807 | Springfield | MO | $ 50,700.00 |
| 1037 N Brown Ave | 65802 | Springfield | MO | $ 32,000.00 |
| 1037 N Ethyl Ave | 65802 | Springfield | MO | $ 31,300.00 |
| 1054 E Cherokee St | 65807 | Springfield | MO | $ 55,900.00 |
| 1065 E Pacific St | 65802 | Springfield | MO | $ 36,300.00 |
| 1068 S Thelma Ave | 65807 | Springfield | MO | $ 34,000.00 |
| 1074 S New Ave | 65807 | Springfield | MO | $ 26,200.00 |

| Valuation Method: | Base price off CMA, altered by Depretiation Schedule and Combined Personal Expertise. | | | |
|---|---|---|---|---|
| Nature and extent of debtors interest in the property: | | | Debtor Owns | |
| Description and location of property | Zip Code | | | Current value of debtor's interest |
| Sum Current Value: | | | | $ 18,984,900.00 |
| 1078 S Main Ave | 65807 | Springfield | MO | $ 47,000.00 |
| 10945 N Farm Rd 115 | 65781 | Willard | MO | $ 37,000.00 |
| 1103 E SMITH ST (lot) | 65803 | Springfield | MO | $ 9,500.00 |
| 1103 N Ethyl Ave | 65802 | Springfield | MO | $ 25,900.00 |
| 1111 E Sunshine St | 65807 | Springfield | MO | $ 47,900.00 |
| 1111 N Kansas Expy | 65802 | Springfield | MO | $ 34,300.00 |
| 1112 N West Ave | 65802 | Springfield | MO | $ 15,400.00 |
| 1116 W Mt Vernon St | 65806 | Springfield | MO | $ 18,000.00 |
| 1117 W Division St | 65803 | Springfield | MO | $ 35,100.00 |
| 1120 W Mt Vernon St | 65806 | Springfield | MO | $ 33,100.00 |
| 1121 N Park Ave | 65802 | Springfield | MO | $ 11,800.00 |
| 1121 W Elm Arcade St | 65806 | Springfield | MO | $ 63,400.00 |
| 1128 W Division St | 65803 | Springfield | MO | $ 34,000.00 |
| 1132 W Division St | 65802 | Springfield | MO | $ 43,000.00 |
| 1150 S Crutcher Ave | 65804 | Springfield | MO | $ 35,900.00 |
| 1201 N Fulbright Ave | 65802 | Springfield | MO | $ 33,800.00 |
| 1205 W Elm Arcade St | 65806 | Springfield | MO | $ 71,000.00 |
| 1206 N Clifton Ave | 65802 | Springfield | MO | $ 26,800.00 |
| 1207 N Warren Ave | 65802 | Springfield | MO | $ 22,600.00 |
| 1207 W Webster St | 65802 | Springfield | MO | $ 41,100.00 |
| 1211 W Florida St | 65803 | Springfield | MO | $ 38,500.00 |
| 1212 W Webster St | 65802 | Springfield | MO | $ 32,900.00 |
| 1214 W Chase St | 65803 | Springfield | MO | $ 18,100.00 |
| 1216 W Florida St | 65803 | Springfield | MO | $ 39,300.00 |
| 1218 W Webster St | 65802 | Springfield | MO | $ 35,500.00 |
| 1223 N Fremont Ave | 65802 | Springfield | MO | $ 37,200.00 |

| Valuation Method: | Base price off CMA, altered by Depretiation Schedule and Combined Personal Expertise. | | | |
|---|---|---|---|---|
| Nature and extent of debtors interest in the property: | | Debtor Owns | | |
| Description and location of property | Zip Code | | | Current value of debtor's interest |
| Sum Current Value: | | | $ | 18,984,900.00 |
| 1223 S New Ave | 65807 | Springfield | MO | $ 36,800.00 |
| 1230 W THOMAN ST | 65803 | Springfield | MO | $ 28,000.00 |
| 1235 N Prospect Ave | 65802 | Springfield | MO | $ 36,100.00 |
| 1250 E Atlantic St | 65803 | Springfield | MO | $ 26,100.00 |
| 1253 S Brite Ave | 65807 | Springfield | MO | $ 37,200.00 |
| 1271 S Ferguson Ave | 65807 | Springfield | MO | $ 45,500.00 |
| 130 S Walnut Ave | 65738 | Republic | MO | $ 30,400.00 |
| 1300 E DIVISION ST | 65803 | Springfield | MO | $ 35,400.00 |
| 1306 W Talmage St | 65804 | Springfield | MO | $ 32,500.00 |
| 1310 N Ethyl Ave | 65802 | Springfield | MO | $ 28,800.00 |
| 1311 N Ethyl Ave | 65802 | Springfield | MO | $ 36,100.00 |
| 1312-1314 S Brite Ave | 65807 | Springfield | MO | $ 36,100.00 |
| 1313 N Clifton Ave | 65807 | Springfield | MO | $ 43,000.00 |
| 314 Gladiola | 65631 | Clever | MO | $ 36,000.00 |
| 1315 W Mt Vernon St | 65806 | Springfield | MO | $ 31,700.00 |
| 1317 N Lexington Ave | 65802 | Springfield | MO | $ 27,600.00 |
| 1323 W Poplar St | 65802 | Springfield | MO | $ 29,300.00 |
| 1330 N Broadway Ave | 65802 | Springfield | MO | $ 44,400.00 |
| 1330 W Thoman St | 65803 | Springfield | MO | $ 39,600.00 |
| 1331 N Brown Ave | 65802 | Springfield | MO | $ 34,800.00 |
| 1333 S Prince Ln | 65804 | Springfield | MO | $ 33,400.00 |
| 1334 N Warren Ave | 65802 | Springfield | MO | $ 19,600.00 |
| 1336 N Prospect Ave | 65802 | Springfield | MO | $ 33,000.00 |
| 1350 N Wabash Ave | 65802 | Springfield | MO | $ 36,800.00 |
| 1350 S Newton Ave | 65807 | Springfield | MO | $ 31,400.00 |
| 1406 W CALHOUN ST | 65802 | Springfield | MO | $ 51,000.00 |

| Valuation Method: | Base price off CMA, altered by Depretiation Schedule and Combined Personal Expertise. | | | |
|---|---|---|---|---|
| Nature and extent of debtors interest in the property: | | Debtor Owns | | |
| Description and location of property | Zip Code | | | Current value of debtor's interest |
| Sum Current Value: | | | | $ 18,984,900.00 |
| 141 S Main St | 65738 | Republic | MO | $ 39,900.00 |
| 1411 W Dale St | 65803 | Springfield | MO | $ 39,200.00 |
| 1421 E Seminole St | 65804 | Springfield | MO | $ 42,200.00 |
| 1426-1438 W State | 65804 | Springfield | MO | $ 80,500.00 |
| 1427 W Lynn St | 65802 | Springfield | MO | $ 29,400.00 |
| 1430 N Frisco Ave | 65802 | Springfield | MO | $ 23,000.00 |
| 1431 E MCDANIEL ST | 65802 | Springfield | MO | $ 31,500.00 |
| 1431 W Thoman St | 65803 | Springfield | MO | $ 31,600.00 |
| 1433 E Blaine St | 65803 | Springfield | MO | $ 23,900.00 |
| 1448 N Prospect Ave | 65802 | Springfield | MO | $ 36,500.00 |
| 1450 N West Ave | 65802 | Springfield | MO | $ 38,000.00 |
| 1451 N West Ave | 65802 | Springfield | MO | $ 35,100.00 |
| 1452 N Prospect Ave | 65802 | Springfield | MO | $ 19,500.00 |
| 1461 N Missouri Ave | 65802 | Springfield | MO | $ 28,600.00 |
| 1464 N Brown Ave | 65802 | Springfield | MO | $ 40,300.00 |
| 1470 E Cairo St | 65802 | Springfield | MO | $ 36,200.00 |
| 1478 E Central St | 65802 | Springfield | MO | $ 27,500.00 |
| 1501 E Whiteside St | 65804 | Springfield | MO | $ 31,400.00 |
| 1502 N Grant Ave (633 W Division) | 65803 | Springfield | MO | $ 56,300.00 |
| 1506 E Lindberg St | 65804 | Springfield | MO | $ 28,400.00 |
| 1507 E Blaine St | 65803 | Springfield | MO | $ 27,100.00 |
| 1509 S Oak Grove Ave | 65804 | Springfield | MO | $ 48,100.00 |
| 1510 E Lindberg St | 65804 | Springfield | MO | $ 43,600.00 |
| 1510 W Lynn St | 65803 | Springfield | MO | $ 46,700.00 |
| 1511 N Douglas Ave | 65803 | Springfield | MO | $ 36,600.00 |
| 1520 N LYON AVE | 65803 | Springfield | MO | $ 24,300.00 |

| Valuation Method: | Base price off CMA, altered by Depretiation Schedule and Combined Personal Expertise. | | | |
|---|---|---|---|---|
| *Nature and extent of debtors interest in the property:* | | Debtor Owns | | |
| **Description and location of property** | **Zip Code** | | | **Current value of debtor's interest** |
| **Sum Current Value:** | | | | $ 18,984,900.00 |
| 1520 W Division St | 65802 | Springfield | MO | $ 33,600.00 |
| 1523 N Main Ave | 65803 | Springfield | MO | $ 35,200.00 |
| 1523 S Grant Ave | 65803 | Springfield | MO | $ 32,800.00 |
| 1530 E Lindberg St | 65804 | Springfield | MO | $ 27,600.00 |
| 1531 W Webster St | 65802 | Springfield | MO | $ 27,400.00 |
| 1532 W Thoman St | 65803 | Springfield | MO | $ 24,100.00 |
| 1533 E Whiteside St | 65804 | Springfield | MO | $ 29,200.00 |
| 1550 N Colgate Ave | 65802 | Springfield | MO | $ 21,900.00 |
| 1553 E Nora St | 65803 | Springfield | MO | $ 30,700.00 |
| 1600 N Hayes Ave | 65803 | Springfield | MO | $ 49,300.00 |
| 1603 W Thoman St | 65803 | Springfield | MO | $ 59,400.00 |
| 1607 W Nichols St | 65802 | Springfield | MO | $ 37,400.00 |
| 1607 W Thoman St | 65802 | Springfield | MO | $ 32,700.00 |
| 1617 N Fremont Ave | 65803 | Springfield | MO | $ 43,100.00 |
| 1617 N Main Ave A&B | 65803 | Springfield | MO | $ 46,200.00 |
| 1619 N MARLAN AVE | 65803 | Springfield | MO | $ 25,800.00 |
| 1626 N Golden Ave | 65802 | Springfield | MO | $ 27,300.00 |
| 1627 W Chestnut St | 65802 | Springfield | MO | $ 13,500.00 |
| 1628 N Irving Ave | 65803 | Springfield | MO | $ 30,400.00 |
| 1629-1931 N Sherman Ave | 65803 | Springfield | MO | $ 48,200.00 |
| 1634 W Chestnut St | 65802 | Springfield | MO | $ 33,200.00 |
| 1636 W Thoman St | 65803 | Springfield | MO | $ 20,400.00 |
| 1637 W Florida St | 65803 | Springfield | MO | $ 25,100.00 |
| 1638 N Drury Ave | 65802 | Springfield | MO | $ 29,100.00 |
| 1651 N Engel Ave | 65803 | Springfield | MO | $ 52,100.00 |
| 1657 N HAYES AVE | 65803 | Springfield | MO | $ 24,900.00 |

| Valuation Method: | Base price off CMA, altered by Depretiation Schedule and Combined Personal Expertise. | | | |
|---|---|---|---|---|
| Nature and extent of debtors interest in the property: | | Debtor Owns | | |
| Description and location of property | Zip Code | | | Current value of debtor's interest |
| Sum Current Value: | | | | $ 18,984,900.00 |
| 1675 E Dale St | 65803 | Springfield | MO | $ 31,100.00 |
| 1683 E Dale St | 65803 | Springfield | MO | $ 32,800.00 |
| 1700 S Fort Ave | 65807 | Springfield | MO | $ 71,000.00 |
| 1700 W Webster St | 65802 | Springfield | MO | $ 27,300.00 |
| 1701 W Webster St | 65802 | Springfield | MO | $ 32,700.00 |
| 1702 N Oakgrove Ave | 65802 | Springfield | MO | $ 33,700.00 |
| 1711 W Webster St | 65802 | Springfield | MO | $ 28,000.00 |
| 1713 W Atlantic St | 65803 | Springfield | MO | $ 28,300.00 |
| 1715 N National Ave | 65803 | Springfield | MO | $ 33,800.00 |
| 1723 W Lee St | 65802 | Springfield | MO | $ 22,300.00 |
| 1730 N Clay Ave | 65803 | Springfield | MO | $ 62,700.00 |
| 1730 W Olive St | 65802 | Springfield | MO | $ 32,300.00 |
| 1731 W Walnut St | 65806 | Springfield | MO | $ 30,500.00 |
| 1734 W Atlantic St | 65803 | Springfield | MO | $ 31,400.00 |
| 1740 W OLIVE ST | 65802 | Springfield | MO | $ 15,300.00 |
| 1800 W Walnut St | 65802 | Springfield | MO | $ 35,900.00 |
| 1803 E Crestview St | 65802 | Springfield | MO | $ 46,100.00 |
| 1805 N YATES AVE | 65803 | Springfield | MO | $ 24,800.00 |
| 1812 W Water St | 65802 | Springfield | MO | $ 31,200.00 |
| 1816 N Colgate Ave | 65802 | Springfield | MO | $ 28,300.00 |
| 1839 N Hillcrest Ave | 65802 | Springfield | MO | $ 31,400.00 |
| 1847 W Chestnut St | 65802 | Springfield | MO | $ 45,000.00 |
| 1876 N Broadway Ave | 65803 | Springfield | MO | $ 26,500.00 |
| 1882 N Jefferson Ave | 65802 | Springfield | MO | $ 32,700.00 |
| 1885 N Grant Ave | 65803 | Springfield | MO | $ 50,300.00 |
| 1901 W Lynn St | 65802 | Springfield | MO | $ 27,400.00 |

| Valuation Method: | Base price off CMA, altered by Depreciation Schedule and Combined Personal Expertise. | | | |
|---|---|---|---|---|
| Nature and extent of debtors interest in the property: | | | Debtor Owns | |
| Description and location of property | Zip Code | | | Current value of debtor's interest |
| Sum Current Value: | | | | $ 18,984,900.00 |
| 1905 E Dale St | 65803 | Springfield | MO | $ 30,400.00 |
| 1910 W Lynn St | 65803 | Springfield | MO | $ 27,600.00 |
| 1910 W Thomas St | 65803 | Springfield | MO | $ 24,400.00 |
| 1913 N Colgate Ave | 65802 | Springfield | MO | $ 25,300.00 |
| 1919 N Douglas Ave | 65803 | Springfield | MO | $ 53,900.00 |
| 1929 W Calhoun St | 65802 | Springfield | MO | $ 32,100.00 |
| 1932 W Chestnut St | 65802 | Springfield | MO | $ 27,400.00 |
| 1934 N Yates Ave | 65803 | Springfield | MO | $ 35,400.00 |
| 1935 N Lone Pine Ave | 65803 | Springfield | MO | $ 37,800.00 |
| 1936 E Cairo St | 65802 | Springfield | MO | $ 27,300.00 |
| 1942 E Commercial St | 65803 | Springfield | MO | $ 32,000.00 |
| 1953 W Atlantic St | 65803 | Springfield | MO | $ 38,400.00 |
| 1955-1967 W Division St | 65802 | Springfield | MO | $ 83,800.00 |
| 2001 W Lynn St | 65802 | Springfield | MO | $ 28,600.00 |
| 2006 N Pickwick Ave | 65803 | Springfield | MO | $ 21,000.00 |
| 2006 W Olive St | 65802 | Springfield | MO | $ 33,700.00 |
| 2009 N Boonville Ave | 65803 | Springfield | MO | $ 25,600.00 |
| 2017-2019 N Boonville Ave | 65803 | Springfield | MO | $ 50,400.00 |
| 202 N Main St | 65738 | Republic | MO | $ 37,700.00 |
| 2020 N Ramsey Ave | 65803 | Springfield | MO | $ 23,500.00 |
| 2020 W Division St | 65802 | Springfield | MO | $ 27,700.00 |
| 2021-2025 N Pierce St | 65803 | Springfield | MO | $ 35,300.00 |
| 2024 N Columbia Ave | 65803 | Springfield | MO | $ 28,000.00 |
| 2026 W Division St | 65802 | Springfield | MO | $ 27,900.00 |
| 2028 W Division St | 65802 | Springfield | MO | $ 27,000.00 |
| 203 N Meadowview Ave | 65802 | Springfield | MO | $ 34,700.00 |

| Valuation Method: | Base price off CMA, altered by Depretiation Schedule and Combined Personal Expertise. | | | |
|---|---|---|---|---|
| Nature and extent of debtors interest in the property: | | | Debtor Owns | |
| Description and location of property | Zip Code | | | Current value of debtor's interest |
| Sum Current Value: | | | | $ 18,984,900.00 |
| 2035 N Pickwick Ave | 65803 | Springfield | MO | $ 21,200.00 |
| 2038 N Robberson Ave | 65803 | Springfield | MO | $ 28,000.00 |
| 2039 N Roosevelt Ave | 65803 | Springfield | MO | $ 29,700.00 |
| 204 S SCENIC AVE | 65802 | Springfield | MO | $ 30,000.00 |
| 2045 N LYON AVE | 65803 | Springfield | MO | $ 26,500.00 |
| 2051 N Marion Ave | 65802 | Springfield | MO | $ 33,900.00 |
| 2055 N Newton Ave | 65802 | Springfield | MO | $ 37,300.00 |
| 2058 N Grace Ave | 65803 | Springfield | MO | $ 20,600.00 |
| 206 S Scenic Ave | 65802 | Springfield | MO | $ 22,800.00 |
| 2063 N Roosevelt Ave | 65803 | Springfield | MO | $ 27,700.00 |
| 2075 N Lexington Ave | 65803 | Springfield | MO | $ 29,800.00 |
| 208 E Brooks St | 65738 | Republic | MO | $ 45,000.00 |
| 2084 N Roosevelt Ave | 65803 | Springfield | MO | $ 40,600.00 |
| 2100 N Elizabeth Ave | 65803 | Springfield | MO | $ 34,600.00 |
| 2100 S Grant Ave | 65808 | Springfield | MO | $ 52,200.00 |
| 2105 N Albertha Ave | 65803 | Springfield | MO | $ 23,300.00 |
| 2107 E Cherry St Apt | 65803 | Springfield | MO | $ 690,300.00 |
| 2107 N National Ave | 65803 | Springfield | MO | $ 40,500.00 |
| 2109 S National Ave | 65804 | Springfield | MO | $ 43,600.00 |
| 2110 N Roosevelt Ave | 65803 | Springfield | MO | $ 38,200.00 |
| 2113 N East Ave | 65803 | Springfield | MO | $ 14,300.00 |
| 2115 N Kansas Ave | 65803 | Springfield | MO | $ 33,600.00 |
| 2116 N Grace Ave | 65803 | Springfield | MO | $ 45,800.00 |
| 2119 W High St | 65803 | Springfield | MO | $ 41,100.00 |
| 2120 N Broadway Ave | 65803 | Springfield | MO | $ 35,200.00 |
| 2120 N Kansas Ave | 65803 | Springfield | MO | $ 41,400.00 |

| Valuation Method: | Base price off CMA, altered by Depreciation Schedule and Combined Personal Expertise. | | | |
|---|---|---|---|---|
| Nature and extent of debtors interest in the property: | | Debtor Owns | | |
| Description and location of property | Zip Code | | | Current value of debtor's interest |
| Sum Current Value: | | | | $ 18,984,900.00 |
| 2122 W Wall St | 65802 | Springfield | MO | $ 23,100.00 |
| 2126 N GRACE AVE | 65803 | Springfield | MO | $ 16,000.00 |
| 2126 W Wall St | 65803 | Springfield | MO | $ 32,100.00 |
| 2129 W Wall St | 65803 | Springfield | MO | $ 25,100.00 |
| 2131 W Atlantic St | 65803 | Springfield | MO | $ 44,100.00 |
| 2133 W Calhoun St | 65802 | Springfield | MO | $ 33,900.00 |
| 2134 N Kansas Ave | 65802 | Springfield | MO | $ 24,400.00 |
| 2140 N Kentwood Ave | 65803 | Springfield | MO | $ 31,900.00 |
| 2143 N Benton Ave | 65803 | Springfield | MO | $ 28,800.00 |
| 2149 N National Ave | 65803 | Springfield | MO | $ 31,100.00 |
| 2159 W Chestnut St | 65802 | Springfield | MO | $ 23,600.00 |
| 216 W State Hwy 174 | 65738 | Republic | MO | $ 43,400.00 |
| 221 S Broadway Ave | 65802 | Springfield | MO | $ 22,600.00 |
| 2211 W Atlantic St | 65803 | Springfield | MO | $ 28,200.00 |
| 2211 W Atlantic St | 65803 | Springfield | MO | $ 28,200.00 |
| 2223 N Hillcrest Ave | 65803 | Springfield | MO | $ 30,000.00 |
| 2224 N Weller Ave | 65803 | Springfield | MO | $ 29,000.00 |
| 2226 W Mt Vernon St | 65802 | Springfield | MO | $ 35,000.00 |
| 2227 N Boonville Ave | 65803 | Springfield | MO | $ 37,900.00 |
| 2232 N Howard Ave | 65803 | Springfield | MO | $ 37,900.00 |
| 2235 E BATTLEFIELD RD | 65804 | Springfield | MO | $ 45,400.00 |
| 2236 N National Ave | 65803 | Springfield | MO | $ 23,400.00 |
| 2242 N Farmer Ave | 65803 | Springfield | MO | $ 30,300.00 |
| 2252 N Lyon Ave | 65804 | Springfield | MO | $ 26,500.00 |
| 2258 N Weller Ave | 65803 | Springfield | MO | $ 33,000.00 |
| 2259 N Main Ave | 65801 | Springfield | MO | $ 35,200.00 |

| Valuation Method: | Base price off CMA, altered by Depretiation Schedule and Combined Personal Expertise. | | | |
|---|---|---|---|---|
| Nature and extent of debtors interest in the property: | | Debtor Owns | | |
| Description and location of property | Zip Code | | | Current value of debtor's interest |
| Sum Current Value: | | | | $ 18,984,900.00 |
| 2267 N Lyon Ave | 65803 | Springfield | MO | $ 22,900.00 |
| 227 Sunflower Circle | 65610 | Billings | MO | $ 149,700.00 |
| 229 N Scenic Ave | 65802 | Springfield | MO | $ 29,200.00 |
| 2301 N Franklin Ave | 65803 | Springfield | MO | $ 43,200.00 |
| 2308 W MADISON ST | 65802 | Springfield | MO | $ 31,800.00 |
| 2310 N Lexington Ave | 65803 | Springfield | MO | $ 37,100.00 |
| 2312 E Atlantic St | 65803 | Springfield | MO | $ 34,300.00 |
| 2316 W Nichols St | 65803 | Springfield | MO | $ 38,800.00 |
| 2316 W Olive St | 65802 | Springfield | MO | $ 38,300.00 |
| 2321 N Concord Ave | 65803 | Springfield | MO | $ 31,000.00 |
| 2321 N Kellett Ave | 65807 | Springfield | MO | $ 23,300.00 |
| 2325 N Ramsey Ave | 65803 | Springfield | MO | $ 39,900.00 |
| 2338 N Lyon Ave | 65803 | Springfield | MO | $ 25,000.00 |
| 2340 N Franklin Ave | 65803 | Springfield | MO | $ 34,000.00 |
| 2354 N Pierce Ave | 65803 | Springfield | MO | $ 33,600.00 |
| 2405 E Atlantic St | 65803 | Springfield | MO | $ 53,400.00 |
| 2420 E Commercial St | 65803 | Springfield | MO | $ 49,400.00 |
| 2424 N Kellett Ave | 65803 | Springfield | MO | $ 25,600.00 |
| 2426 E Commercial St | 65803 | Springfield | MO | $ 34,800.00 |
| 2440 S Westwood Ave | 65807 | Springfield | MO | $ 63,000.00 |
| 2509 N Kellett Ave | 65803 | Springfield | MO | $ 25,900.00 |
| 2511 N Main Ave | 65803 | Springfield | MO | $ 21,300.00 |
| 2514 W Monroe St | 65802 | Springfield | MO | $ 33,500.00 |
| 2527 W Water St | 65802 | Springfield | MO | $ 18,300.00 |
| 2532 N East Ave | 65803 | Springfield | MO | $ 26,900.00 |
| 2541 E Bennett St | 65807 | Springfield | MO | $ 29,200.00 |

| Valuation Method: | Base price off CMA, altered by Depretiation Schedule and Combined Personal Expertise. | | | |
|---|---|---|---|---|
| Nature and extent of debtors interest in the property: | | Debtor Owns | | |
| Description and location of property | Zip Code | | | Current value of debtor's interest |
| Sum Current Value: | | | $ | 18,984,900.00 |
| 2542 W High St | 65803 | Springfield | MO | $ 33,200.00 |
| 2553 E Atlantic St | 65803 | Springfield | MO | $ 44,500.00 |
| 2564 W Phelps St | 65802 | Springfield | MO | $ 27,400.00 |
| 2615 W Page St | 65806 | Springfield | MO | $ 37,000.00 |
| 2622 N Fremont Ave | 65803 | Springfield | MO | $ 27,800.00 |
| 2623 W Mt Vernon St | 65802 | Springfield | MO | $ 39,400.00 |
| 2626 E ELM ST | 65802 | Springfield | MO | $ 37,600.00 |
| 2628 W MT VERNON ST | 65802 | Springfield | MO | $ 25,000.00 |
| 2629 W Phelps St | 65802 | Springfield | MO | $ 38,700.00 |
| 2632 N Kellett Ave | 65803 | Springfield | MO | $ 31,800.00 |
| 2634 W Madison St | 65802 | Springfield | MO | $ 25,500.00 |
| 2638 W CHESTNUT ST | 65802 | Springfield | MO | $ 33,900.00 |
| 2644 W Lombard St | 65802 | Springfield | MO | $ 26,200.00 |
| 2650 W Brower St | 65802 | Springfield | MO | $ 42,800.00 |
| 2660 W Phelps St | 65802 | Springfield | MO | $ 34,300.00 |
| 2665 N Eloise Ave | 65803 | Springfield | MO | $ 23,100.00 |
| 2681 E Atlantic St | 65803 | Springfield | MO | $ 40,600.00 |
| 2721 W Lincoln St | 65802 | Springfield | MO | $ 28,600.00 |
| 2727 W Lincoln St | 65807 | Springfield | MO | $ 28,400.00 |
| 2730 W Chestnut St | 65802 | Springfield | MO | $ 29,100.00 |
| 2731 W College St | 65802 | Springfield | MO | $ 28,100.00 |
| 2746 W Collage St | 65802 | Springfield | MO | $ 27,800.00 |
| 2746 W Whiteside St | 65807 | Springfield | MO | $ 44,200.00 |
| 2749 W Olive St | 65802 | Springfield | MO | $ 38,100.00 |
| 2756 E Cairo St | 65802 | Springfield | MO | $ 43,300.00 |
| 2757 W Walnut St | 65802 | Springfield | MO | $ 39,100.00 |

| Valuation Method: | Base price off CMA, altered by Depretiation Schedule and Combined Personal Expertise. | | | |
|---|---|---|---|---|
| Nature and extent of debtors interest in the property: | | | Debtor Owns | |
| Description and location of property | Zip Code | | | Current value of debtor's interest |
| Sum Current Value: | | | | $ 18,984,900.00 |
| 2761 W Latoka St | 65807 | Springfield | MO | $ 23,500.00 |
| 2826 W Olive St | 65802 | Springfield | MO | $ 31,200.00 |
| 2832 W Water St | 65802 | Springfield | MO | $ 30,400.00 |
| 2844 W Washita St | 65807 | Springfield | MO | $ 33,200.00 |
| 2850 W Elm St | 65802 | Springfield | MO | $ 20,000.00 |
| 2856 W Elm St | 65802 | Springfield | MO | $ 26,300.00 |
| 2856 W Harrison St | 65802 | Springfield | MO | $ 24,700.00 |
| 2867 N Atlantic Ave | 65738 | Republic | MO | $ 46,200.00 |
| 2901 W Grand St | 65802 | Springfield | MO | $ 24,900.00 |
| 2908 W Latoka St | 65807 | Springfield | MO | $ 42,900.00 |
| 2911 W Calhoun St | 65802 | Springfield | MO | $ 34,500.00 |
| 2936 W Lombard St | 65802 | Springfield | MO | $ 39,300.00 |
| 2938 W Harrison St | 65802 | Springfield | MO | $ 30,700.00 |
| 2939 W Sunshine St | 65807 | Springfield | MO | $ 232,900.00 |
| 2954 W Latoka St | 65802 | Springfield | MO | $ 34,200.00 |
| 2954 W Water St | 65802 | Springfield | MO | $ 35,300.00 |
| 2956 E Southeast Cir | 65802 | Springfield | MO | $ 61,800.00 |
| 2959 W Madison St | 65802 | Springfield | MO | $ 32,000.00 |
| 301 W Mt Vernon BLV | 65712 | Mount Vernon | MO | $ 195,500.00 |
| 3010 W Walnut St | 65802 | Springfield | MO | $ 37,400.00 |
| 3010 W Washita St | 65807 | Springfield | MO | $ 23,000.00 |
| 3015 W Lincoln St | 65802 | Springfield | MO | $ 22,600.00 |
| 3020 W Elm St | 65802 | Springfield | MO | $ 19,100.00 |
| 3021 W Walnut St | 65802 | Springfield | MO | $ 32,200.00 |
| 3041 W Water St | 65802 | Springfield | MO | $ 22,000.00 |
| 3050 W Pacific St | 65802 | Springfield | MO | $ 27,500.00 |

| Valuation Method: | Base price off CMA, altered by Depretiation Schedule and Combined Personal Expertise. | | | |
|---|---|---|---|---|
| Nature and extent of debtors interest in the property: | | | Debtor Owns | |
| Description and location of property | Zip Code | | | Current value of debtor's interest |
| Sum Current Value: | | | | $ 18,984,900.00 |
| 3159 W Madison St | 65802 | Springfield | MO | $ 36,900.00 |
| 3219 N Howard Ave | 65803 | Springfield | MO | $ 30,300.00 |
| 3220-3224 N Howard Ave | 65803 | Springfield | MO | $ 94,300.00 |
| 3225 W Latoka St | 65807 | Springfield | MO | $ 30,500.00 |
| 3232 W Latoka St | 65807 | Springfield | MO | $ 39,700.00 |
| 3235 W Calhoun St | 65802 | Springfield | MO | $ 36,500.00 |
| 3235 W STATE ST | 65802 | Springfield | MO | $ 23,400.00 |
| 3242 W Page St | 65802 | Springfield | MO | $ 26,200.00 |
| 3244 W Latoka St | 65810 | Greene County | MO | $ 37,600.00 |
| 3254 W Lombard St | 65802 | Springfield | MO | $ 39,600.00 |
| 331 W Charles St | 65738 | Republic | MO | $ 47,100.00 |
| 3317 W Grand St | 65806 | Springfield | MO | $ 24,900.00 |
| 3404 W Sylvania St | 65807 | Springfield | MO | $ 70,100.00 |
| 3475 W Farm Rd 142 | 65807 | Springfield | MO | $ 111,600.00 |
| 349 N Homewood Ave | 65802 | Springfield | MO | $ 56,200.00 |
| 3550 W Chestnut Expy | 65802 | Springfield | MO | $ 230,000.00 |
| 359 N Warren St | 65802 | Springfield | MO | $ 32,600.00 |
| 3970 W Groton St | 65803 | Springfield | MO | $ 48,500.00 |
| 403 Somerset St | 65747 | Shell Knob | MO | $ 37,600.00 |
| 419 W State St | 65806 | Springfield | MO | $ 61,000.00 |
| 421 W State St | 65806 | Springfield | MO | $ 32,600.00 |
| 4229 W Maple St | 65802 | Springfield | MO | $ 18,800.00 |
| 423-435 W Division St | 65803 | Springfield | MO | $ 135,000.00 |
| 4239 W Maple St | 65802 | Springfield | MO | $ 24,000.00 |
| 430 S Newton Ave | 65806 | Springfield | MO | $ 40,900.00 |
| 434 W Evergreen St | 65802 | Springfield | MO | $ 40,500.00 |

| Valuation Method: | Base price off CMA, altered by Depretiation Schedule and Combined Personal Expertise. | | | |
|---|---|---|---|---|
| Nature and extent of debtors interest in the property: | | | Debtor Owns | |
| Description and location of property | Zip Code | | | Current value of debtor's interest |
| Sum Current Value: | | | | $ 18,984,900.00 |
| 4346 W Maple St | 65802 | Springfield | MO | $ 21,000.00 |
| 440 W US Hwy 60 | 65738 | Republic | MO | $ 62,900.00 |
| 4426 W Billings St | 65747 | Shell Knob | MO | $ 45,400.00 |
| 4791 W Sunshine St | 65747 | Shell Knob | MO | $ 90,900.00 |
| 4931 HWY 39 | 65747 | Shell Knob | MO | $ 60,500.00 |
| 501 N West Ave | 65802 | Springfield | MO | $ 27,000.00 |
| 503 N Brown Ave | 65802 | Springfield | MO | $ 29,100.00 |
| 503 S Miller Rd | 65802 | Springfield | MO | $ 40,300.00 |
| 504 E cherry | 65806 | Springfield | MO | $ 188,700.00 |
| 508 e cherry | 65806 | Springfield | MO | $ 200,400.00 |
| 508 W Norton Rd | 65803 | Springfield | MO | $ 54,000.00 |
| 510 S Burton Ave | 65802 | Springfield | MO | $ 27,200.00 |
| 512 W Nichols St | 65802 | Springfield | MO | $ 33,300.00 |
| 514 S Dysart Ave | 65802 | Springfield | MO | $ 37,000.00 |
| 515 N Westgate Ave | 65802 | Springfield | MO | $ 28,300.00 |
| 516 W Nichols St | 65802 | Springfield | MO | $ 28,900.00 |
| 519 E Dale St | 65806 | Springfield | MO | $ 22,900.00 |
| 520 S Scenic Ave | 65802 | Springfield | MO | $ 47,400.00 |
| 525 S Main St | 65738 | Republic | MO | $ 40,300.00 |
| 526 S Monte Vista Ave | 65802 | Springfield | MO | $ 39,900.00 |
| 532 N College Ave | 65738 | Republic | MO | $ 30,300.00 |
| 536 S Broadway Ave | 65806 | Springfield | MO | $ 29,100.00 |
| 540 S Warren Ave | 65806 | Springfield | MO | $ 25,400.00 |
| 5759 W US Hwy 60 | 65619 | Battlefield | MO | $ 324,300.00 |
| 5800 W US Hwy 60 | 65742 | Rogersville | MO | $ 256,000.00 |
| 5849 W US Hwy 60 | 65619 | Brookline | MO | $ 385,000.00 |

| Valuation Method: | Base price off CMA, altered by Depreciation Schedule and Combined Personal Expertise. | | | |
|---|---|---|---|---|
| Nature and extent of debtors interest in the property: | | | Debtor Owns | |
| Description and location of property | Zip Code | | | Current value of debtor's interest |
| Sum Current Value: | | | | $ 18,984,900.00 |
| 608-610 N Patterson Ave | 65802 | Springfield | MO | $ 53,300.00 |
| 611 N Warren Ave | 65802 | Springfield | MO | $ 25,300.00 |
| 612 N Park Ave | 65802 | Springfield | MO | $ 34,100.00 |
| 615 E Pacific St | 65802 | Springfield | MO | $ 62,400.00 |
| 615 N Nettleton Ave | 65802 | Springfield | MO | $ 38,400.00 |
| 620 S Belcrest Ave | 65802 | Springfield | MO | $ 58,800.00 |
| 621 S Golden Ave | 65802 | Springfield | MO | $ 33,400.00 |
| 621 W Madison St | 65806 | Springfield | MO | $ 33,300.00 |
| 623 W Calhoun St | 65802 | Springfield | MO | $ 37,900.00 |
| 625 W Madison St | 65802 | Springfield | MO | $ 16,800.00 |
| 6251 Hwy O 1-14 | 65604 | Ash Grove | MO | $ 150,800.00 |
| 626 N Phelps Ave | 65738 | Republic | MO | $ 43,300.00 |
| 626 W Division St | 65803 | Springfield | MO | $ 27,100.00 |
| 627 N Hillcrest Ave | 65802 | Springfield | MO | $ 15,400.00 |
| 629 W Madison St | 65806 | Springfield | MO | $ 27,000.00 |
| 631 S Golden Ave | 65806 | Springfield | MO | $ 35,600.00 |
| 631 W High St | 65803 | Springfield | MO | $ 32,400.00 |
| 632 W Nichols St | 65802 | Springfield | MO | $ 36,900.00 |
| 635 S Nettleton Ave | 65802 | Springfield | MO | $ 34,500.00 |
| 637 S Miller Rd | 65802 | Springfield | MO | $ 32,400.00 |
| 645 S Grant Ave | 65802 | Springfield | MO | $ 51,100.00 |
| 645 W Webster St | 65802 | Springfield | MO | $ 43,900.00 |
| 652 S Campbell Ave | 65802 | Springfield | MO | $ 35,100.00 |
| 654 S Laurel Ave | 65802 | Springfield | MO | $ 32,100.00 |
| 675-678 E South St & 610 E Logan | 65705 | Marionville | MO | $ 173,800.00 |
| 700 N Hillcrest Ave | 65802 | Springfield | MO | $ 45,100.00 |

| Valuation Method: | Base price off CMA, altered by Depreciation Schedule and Combined Personal Expertise. | | | |
|---|---|---|---|---|
| Nature and extent of debtors interest in the property: | | | Debtor Owns | |
| Description and location of property | Zip Code | | | Current value of debtor's interest |
| Sum Current Value: | | | | $ 18,984,900.00 |
| 7033 W Farm Road 106 | 65803 | Springfield | MO | $ 46,400.00 |
| 711 N Park Ave | 65802 | Springfield | MO | $ 26,800.00 |
| 714 W Calhoun St | 65804 | Springfield | MO | $ 25,400.00 |
| 715 E Dale St | 65803 | Springfield | MO | $ 40,000.00 |
| 717 S Market Ave | 65807 | Springfield | MO | $ 46,200.00 |
| 720 E Commercial St | 65803 | Springfield | MO | $ 35,400.00 |
| 721 N Nettleton Ave | 65802 | Springfield | MO | $ 25,000.00 |
| 727 S Douglas Ave | 65806 | Springfield | MO | $ 39,000.00 |
| 729 W Chicago St | 65803 | Springfield | MO | $ 21,900.00 |
| 732 S Eastgate Ave | 65809 | Springfield | MO | $ 31,900.00 |
| 742 S Grant Ave | 65806 | Springfield | MO | $ 62,000.00 |
| 744 N Kansas Expy | 65802 | Springfield | MO | $ 29,800.00 |
| 746 S Douglas Ave | 65802 | Springfield | MO | $ 33,200.00 |
| 747 S Campbell Ave | 65806 | Springfield | MO | $ 41,900.00 |
| 759 S Grant Ave | 65806 | Springfield | MO | $ 34,900.00 |
| 800 W Della St | 65803 | Springfield | MO | $ 32,500.00 |
| 801 W Mt Vernon St | 65806 | Springfield | MO | $ 35,100.00 |
| 802 W Mt Vernon St | 65803 | Springfield | MO | $ 63,900.00 |
| 804 N West Ave | 65802 | Springfield | MO | $ 26,300.00 |
| 804 W Locust St | 65803 | Springfield | MO | $ 37,900.00 |
| 811 N Broadway Ave | 65802 | Springfield | MO | $ 25,500.00 |
| 811 S New Ave | 65806 | Springfield | MO | $ 27,900.00 |
| 813 N Warren Ave | 65802 | Springfield | MO | $ 27,100.00 |
| 813 S Glenn Ave | 65804 | Springfield | MO | $ 36,300.00 |
| 816 N National Ave | 65802 | Springfield | MO | $ 38,400.00 |
| 816 N West Ave | 65802 | Springfield | MO | $ 28,500.00 |

| Valuation Method: | Base price off CMA, altered by Depretiation Schedule and Combined Personal Expertise. | | | |
|---|---|---|---|---|
| Nature and extent of debtors interest in the property: | | | Debtor Owns | |
| Description and location of property | Zip Code | | | Current value of debtor's interest |
| Sum Current Value: | | | | $ 18,984,900.00 |
| 816 S Glenn Ave | 65804 | Springfield | MO | $ 37,200.00 |
| 816 S New Ave | 65806 | Springfield | MO | $ 37,200.00 |
| 818 E Garfield St | 65803 | Springfield | MO | $ 22,600.00 |
| 818 N Forest Ave | 65802 | Springfield | MO | $ 35,400.00 |
| 818 W Scott St | 65802 | Springfield | MO | $ 23,000.00 |
| 819 N Forest Ave | 65802 | Springfield | MO | $ 41,400.00 |
| 819 S Ferguson Ave | 65806 | Springfield | MO | $ 28,700.00 |
| 822 N Lexington Ave | 65802 | Springfield | MO | $ 31,500.00 |
| 822 W Morningside St | 65807 | Springfield | MO | $ 38,100.00 |
| 823 N Kansas Expy | 65802 | Springfield | MO | $ 40,300.00 |
| 824 N Eagle Ave | 65802 | Springfield | MO | $ 28,000.00 |
| 825 S Fort Ave | 65807 | Springfield | MO | $ 31,600.00 |
| 826 N National Ave | 65802 | Springfield | MO | $ 44,600.00 |
| 826 N Weaver Ave | 65802 | Springfield | MO | $ 28,600.00 |
| 827 S Nettleton Ave | 65803 | Springfield | MO | $ 28,500.00 |
| 829 N Farmer Ave | 65802 | Springfield | MO | $ 30,600.00 |
| 830 S Nettleton Ave | 65803 | Springfield | MO | $ 28,200.00 |
| 831 W Scott St | 65802 | Springfield | MO | $ 25,000.00 |
| 833 E Garfield St | 65803 | Springfield | MO | $ 15,100.00 |
| 833 S Nettleton Ave | 65803 | Springfield | MO | $ 24,500.00 |
| 839 S West Ave | 65802 | Springfield | MO | $ 32,600.00 |
| 842 S Nettleton Ave | 65802 | Springfield | MO | $ 29,700.00 |
| 845 S CLIFTON AVE | 65802 | Springfield | MO | $ 25,400.00 |
| 850 S GRANT AVE | 65806 | Springfield | MO | $ 12,300.00 |
| 852-862 S Nettleton Ave | 65806 | Springfield | MO | $ 101,000.00 |
| 864 S Homewood Ave | 65802 | Springfield | MO | $ 38,500.00 |

| Valuation Method: | Base price off CMA, altered by Depretiation Schedule and Combined Personal Expertise. | | | |
|---|---|---|---|---|
| Nature and extent of debtors interest in the property: | | | Debtor Owns | |
| Description and location of property | Zip Code | | | Current value of debtor's interest |
| Sum Current Value: | | | | $ 18,984,900.00 |
| 877 S Homewood Ave | 65802 | Springfield | MO | $ 36,000.00 |
| 900 W Mt Vernon St | 65802 | Springfield | MO | $ 29,500.00 |
| 902 E Garfield St | 65803 | Springfield | MO | $ 24,100.00 |
| 902 N Kansas Expy | 65802 | Springfield | MO | $ 23,900.00 |
| 903 N Delaware Ave | 65802 | Springfield | MO | $ 34,200.00 |
| 908 W Harrison St | 65806 | Springfield | MO | $ 28,300.00 |
| 909 N Eagle Ave | 65806 | Springfield | MO | $ 19,300.00 |
| 910 S Kansas Ave | 65802 | Springfield | MO | $ 34,400.00 |
| 910 S Newton Ave | 65806 | Springfield | MO | $ 13,600.00 |
| 911 S Missouri Ave | 65806 | Springfield | MO | $ 35,700.00 |
| 912 E DALE ST | 65803 | Springfield | MO | $ 31,300.00 |
| 916 S Douglas Ave | 65803 | Springfield | MO | $ 30,700.00 |
| 918 N Brown Ave | 65802 | Springfield | MO | $ 23,200.00 |
| 920 W Kerr St | 65711 | Mountain Grove | MO | $ 27,900.00 |
| 924 W Central St | 65711 | Mountain Grove | MO | $ 14,000.00 |
| 924 W Nichols St | 65711 | Mountain Grove | MO | $ 19,000.00 |
| 930 S Missouri Ave | 65711 | Mountain Grove | MO | $ 37,000.00 |
| 931 W Chicago St | 65711 | Mountain Grove | MO | $ 25,100.00 |
| 932 S Nettleton Ave | 65806 | Springfield | MO | $ 26,800.00 |
| 932 W Florida St | 65711 | Mountain Grove | MO | $ 24,500.00 |
| 939 S Fort Ave | 65711 | Mountain Grove | MO | $ 27,700.00 |
| 944 S New Ave | 65711 | Mountain Grove | MO | $ 30,400.00 |
| 946 W Poplar St | 65711 | Mountain Grove | MO | $ 35,400.00 |
| 951 S Fort Ave | 65711 | Mountain Grove | MO | $ 33,300.00 |
| Lots 11 & 12 Shell Knob | 65747 | Shell Knob | MO | $ 14,500.00 |
| Lot N WALNUT AVE | 65738 | Republic | MO | $ 1,000.00 |

| *Valuation Method:* | Base price off CMA, altered by Depretiation Schedule and Combined Personal Expertise. | | | |
|---|---|---|---|---|
| *Nature and extent of debtors interest in the property:* | | | Debtor Owns | |
| **Description and location of property** | **Zip Code** | | | **Current value of debtor's interest** |
| **Sum Current Value:** | | | | $ 18,984,900.00 |
| Lot N WALNUT AVE | 65738 | Republic | MO | $ 1,000.00 |
| Lot S HOMEWOOD AVE | 65802 | Springfield | MO | $ 10,000.00 |
| Lot 17 S TERRY LN | 65807 | Springfield | MO | $ 15,000.00 |