Supplement to A/B, Part 11, 74   417 Rentals, LLC   Case No. 17-60935

| Setting Date(s): | Active Case List As of the date: 10-1-17 (All Pending) |
|---|---|
| 10-12-17 | 1. 417 vs. Christina Rahn 10-12 9:30 Carrier #1731-AC06475 |
| 10-12-17 | 2. Glen & Lynn Tune 1-12-17 6712 ***(Need to deliver summons package ASAP) |
| | |
| 10-17-17 | 1. Hailey Alexander 10-17 8:30 Palimetto #1731-AC06470 |
| 10-17-17 | 2. Donaya Gonzolez 10-17 6690 |
| 10-17-17 | 3. Carl Breckenridge & Domine Bellah 6730 |
| 10-17-17 | 4. Brandon & Gennifer Gavins 6734 |
| | |
| 10-18-17 | 1. Kyle Moudry & Leslie Hurtado 10-18 8:30 Borthwick 6732 ***(Need to deliver summons package ASAP) |
| 10-18-17 | 2. Heather Marsh 6473 |
| 10-18-17 | 3. Danielle & Kimberly Lane 6782 |
| | **ALL ABOVE CASE DATES SET AND SUMMONS DELIVERED TO SHERIFF EXCEPT*** |
| | |
| 10-24-17 | 1. Jacob Parks 10-24-17 8:30 Palimetto 6485 |
| 10-24-17 | 2. James Fulbright & Alice Welch 6748 |
| 10-24-17 | 3. Amanda Willhite 6614 |
| 10-24-17 | 4. Makayla Choate 6610 |
| 10-24-17 | 5. Stephen Stass 6735 |
| 10-24-17 | 6. Brandon Plamb 6607 |
| 10-24-17 | 7. Jacob Parks 6485 |
| 10-24-17 | 8. Authur Dwire 6482 |
| | |
| 10-25-17 | 1. Keith & Michelle Stillabow 10-25-17 8:30 Borthwick 6751 |
| 10-25-17 | 2. Jason Rouche 6719 |
| 10-25-17 | 3. Michael Ledgerwood 6616 |
| 10-25-17 | 4. Shemeka Mitchell 6492 |
| 10-25-17 | 5. Carolyn Belshe 6481 |
| 10-25-17 | 6. Michelle Ryder 6737 |
| 10-25-17 | 7. Melinda Lowe & Nathan Stephens 6671 |
| 10-25-17 | 8. Heidi Sarvich 6615 |
| 10-25-17 | 9. Megan Graves & Micheal Pohte 6731 |

| | | |
|---|---|---|
| 10-25-17 | 10. Tommy Condreon 6749 | |
| 10-25-17 | 11. Paul Abbey 6484 | |
| 10-25-17 | 12. Skoda Adams 6393 | |
| 10-26-17 | 1. Charles Price & Kathleen Barrett 10-26-17 9:30 Carrier 6753 | |
| 10-26-17 | 2. Luis Chadaq 6776 | |
| 10-26-17 | 3. Tanya Molkenbu & Dennis Bailey 6739 | |
| 10-26-17 | 4. Sharrie Millard 6603 | |
| 10-26-17 | 5. Edward Macias 6487 | |
| | | OTHER CASES FILED BUT NO CASE 'S YET. (18) |
| | | OTHER CASES BEING PREPARED FOR FILING. |