**Supplement to D   417 Rentals, LLC   Case No. 17-60935**

| Street Address | ZIP | Deed Of Trust Held | Loan # | Value of Collateral that supports the claim | TAX ID |
|---|---|---|---|---|---|
| 1016 N GRANT AVE | 65802 | Arvest | | $ 31,400.00 | 1314131007 |
| 423-435 W Division St | 65803 | Arvest | | $ 135,000.00 | 1311426023 |
| 1024 E Scott St | 65802 | Arvest | | $ 50,300.00 | 1313124014 |
| 1033 W High St | 65803 | Arvest | | $ 42,400.00 | 1311210012 |
| 1313 N Clifton Ave | 65807 | Arvest | | $ 43,000.00 | 1315210028 |
| 2055 N Newton Ave | 65802 | Arvest | | $ 37,300.00 | 1311220001 |
| 2232 N Howard Ave | 65803 | Arvest | | $ 37,900.00 | 1312113018 |
| 831 W Scott St | 65802 | Arvest | | $ 25,000.00 | 1314127019 |
| 1015 N Newton Ave | 65802 | Arvest | | $ 28,400.00 | 1314234016 |
| 1121 W Elm Arcade St | 65806 | Arvest | | $ 63,400.00 | 1323219010 |
| 1206 N Clifton Ave | 65802 | Arvest | | $ 26,800.00 | 1315221006 |
| 1207 W Webster St | 65802 | Arvest | | $ 41,100.00 | 1314218008 |
| 1315 W Mt Vernon St | 65806 | Arvest | | $ 31,700.00 | 1323216012 |
| 1433 E Blaine St | 65803 | Arvest | | $ 23,900.00 | 1207405019 |
| 1452 N Prospect Ave | 65802 | Arvest | | $ 19,500.00 | 1218202009 |
| 1531 W Webster St | 65802 | Arvest | | $ 27,400.00 | 1314237007 |
| 1628 N Irving Ave | 65803 | Arvest | | $ 30,400.00 | 1311418011 |
| 1715 N National Ave | 65803 | Arvest | | $ 33,800.00 | 1312421016 |
| 2020 W Division St | 65802 | Arvest | | $ 27,700.00 | 1315106002 |
| 2028 W Division St | 65802 | Arvest | | $ 27,000.00 | 1315106004 |
| 2120 N Kansas Ave | 65803 | Arvest | | $ 41,400.00 | 1311216013 |
| 2143 N Benton Ave | 65803 | Arvest | | $ 28,800.00 | 1312213003 |
| 2267 N Lyon Ave | 65803 | Arvest | | $ 22,900.00 | 1311102041 |
| 2325 N Ramsey Ave | 65803 | Arvest | | $ 39,900.00 | 1207204016 |
| 2532 N East Ave | 65803 | Arvest | | $ 26,900.00 | 1301410031 |
| 2856 W Harrison St | 65802 | Arvest | | $ 24,700.00 | 1321414014 |
| 3010 W Walnut St | 65802 | Arvest | | $ 37,400.00 | 1321114017 |
| 4346 W Maple St | 65802 | Arvest | | $ 21,000.00 | 1318406007 |
| 501 N West Ave | 65802 | Arvest | | $ 27,000.00 | 1315325007 |
| 519 E Dale St | 65806 | Arvest | | $ 22,900.00 | 1312212015 |

| Street Address | ZIP | Deed Of Trust Held | Loan # | Value of Collateral that supports the claim | TAX ID |
|---|---|---|---|---|---|
| 610 E Logan St | 65781 | Arvest | | $ 23,000.00 | |
| 800 W Della St | 65803 | Arvest | | $ 32,500.00 | 1302408001 |
| 902 E Garfield St | 65803 | Arvest | | $ 24,100.00 | 1312128006 |
| 911 S Missouri Ave | 65806 | Arvest | | $ 35,700.00 | 1323412003 |
| 1629-1631 N Sherman Ave | 65803 | Arvest | | $ 48,200.00 | 1312414018 |
| 3220-3224 N Howard Ave | 65803 | Arvest | | $ 94,300.00 | 1301126075 |
| 675-678 E South St | 65781 | Arvest | | $ 150,800.00 | |
| 508 W Norton Rd | 65803 | Arvest | | $ 53,000.00 | 1302117005 |
| 852-856 S Nettleton Ave | 65806 | Arvest | | $ 101,000.00 | 1323328029 |
| 1230 W THOMAN ST | 65803 | Bancorp South | 8 | $ 28,000.00 | 1311310007 |
| 1406 W CALHOUN ST | 65802 | Bancorp South | 8 | $ 51,000.00 | 1314232002 |
| 1619 N MARLAN AVE | 65803 | Bancorp South | 8 | $ 25,800.00 | 1208407027 |
| 2045 N LYON AVE | 65803 | Bancorp South | 8 | $ 26,500.00 | 1311126025 |
| 2628 W MT VERNON ST | 65802 | Bancorp South | 8 | $ 25,000.00 | 1322305006 |
| 1431 E MCDANIEL ST | 65802 | Bancorp South | 8 | $ 31,500.00 | 1219107015 |
| 1805 N YATES AVE | 65803 | Bancorp South | 8 | $ 24,800.00 | 1209305015 |
| 2235 E BATTLEFIELD RD | 65804 | Bancorp South | 8 | $ 45,400.00 | 1905109016 |
| 2308 W MADISON ST | 65802 | Bancorp South | 8 | $ 31,800.00 | 1322313007 |
| 1311 N Ethyl Ave | 65802 | Bancorp South | 8 | $ 36,100.00 | 1315209008 |
| 2727 W Lincoln St | 65807 | Bancorp South | 8 | $ 28,400.00 | 1321134009 |
| 515 N Westgate Ave | 65802 | Bancorp South | 8 | $ 28,300.00 | 1318405017 |
| 623 W Calhoun St | 65802 | Bancorp South | 8 | $ 37,900.00 | 1314112012 |
| 813 N Warren Ave | 65802 | Bancorp South | 8 | $ 27,100.00 | 1315302020 |
| 1012 E LYNN ST | 65802 | Bancorp South | 8 | $ 34,000.00 | 1313111002 |
| 2626 E ELM ST | 65802 | Bancorp South | 8 | $ 37,600.00 | 1221210021 |
| 2638 W CHESTNUT ST | 65802 | Bancorp South | 8 | $ 33,900.00 | 1315315012 |
| 3235 W STATE ST | 65802 | Bancorp South | 8 | $ 23,400.00 | 1321312018 |
| 912 E DALE ST | 65803 | Bancorp South | 8 | $ 31,300.00 | 1312125004 |
| 504 E cherry | 65806 | Bank of Bolivar | | $ 188,700.00 | 1324302007 |
| 508 e cherry | 65806 | Bank of Bolivar | | $ 200,400.00 | 1324302005 |

| Street Address | ZIP | Deed Of Trust Held | Loan # | Value of Collateral that supports the claim | TAX ID |
|---|---|---|---|---|---|
| 2009 N Boonville Ave | 65803 | Bank of Bolivar | | $ 25,600.00 | 1312217010 |
| 2939 W Sunshine St | 65807 | Bank of Bolivar | | $ 232,900.00 | 1328402023 |
| 932 S Nettleton Ave | 65806 | Bank of Bolivar | | $ 26,800.00 | 1323325021 |
| 1955-1967 W Division St | 65802 | Bank of Bolivar | | $ 83,800.00 | 1310410020 |
| 2017-2019 N Boonville Ave | 65803 | Bank of Bolivar | | $ 50,400.00 | 1312217010 |
| 3550 W Chestnut Expy | 65802 | Bank of Bolivar | | $ 230,000.00 | 1320101001 |
| 5800 W US Hwy 60 | 65742 | Bank of Bolivar | | $ 256,000.00 | 1701300026 |
| 1111 E Sunshine St | 65807 | Bank of Missouri | | $ 47,900.00 | 1325424017 |
| 2109 S National Ave | 65804 | Bank of Missouri | | $ 43,600.00 | 1336114062 |
| 2133 W Calhoun St | 65802 | Bank of Missouri | | $ 33,900.00 | 1315108012 |
| 2301 N Franklin Ave | 65803 | Bank of Missouri | | $ 43,200.00 | 1311202012 |
| 2746 W Whiteside St | 65807 | Bank of Missouri | | $ 44,200.00 | 1333105102 |
| 2756 E Cairo St | 65802 | Bank of Missouri | | $ 43,300.00 | 1221205082 |
| 2954 W Latoka St | 65802 | Bank of Missouri | | $ 34,200.00 | 1333105294 |
| 3970 W Groton St | 65803 | Bank of Missouri | | $ 48,500.00 | 1308304008 |
| 621 S Golden Ave | 65802 | Bank of Missouri | | $ 33,400.00 | 1321301002 |
| 711 N Park Ave | 65802 | Bank of Missouri | | $ 26,800.00 | 1315310008 |
| 1111 N Kansas Expy | 65802 | Bank of Missouri | | $ 34,300.00 | 1315127008 |
| 1523 S Grant Ave | 65803 | Bank of Missouri | | $ 32,800.00 | 1326412005 |
| 2632 N Kellett Ave | 65803 | Bank of Missouri | | $ 31,800.00 | 1301408006 |
| 2665 N Eloise Ave | 65803 | Bank of Missouri | | $ 23,100.00 | 1206302121 |
| 2938 W Harrison St | 65802 | Bank of Missouri | | $ 30,700.00 | 1321403007 |
| 526 S Monte Vista Ave | 65802 | Bank of Missouri | | $ 39,900.00 | 1221212012 |
| 631 S Golden Ave | 65806 | Bank of Missouri | | $ 35,600.00 | 1321301003 |
| 744 N Kansas Expy | 65802 | Bank of Missouri | | $ 29,800.00 | 1314322026 |
| 822 W Morningside St | 65807 | Bank of Missouri | | $ 38,100.00 | 1802105008 |
| 916 S Douglas Ave | 65803 | Bank Of Missouri | | $ 30,700.00 | 1323417035 |
| 1317 N Lexington Ave | 65802 | Bank of Missouri | | $ 27,600.00 | 1315111008 |
| 1323 W Poplar St | 65802 | Bank of Missouri | | $ 29,300.00 | 1314318027 |
| 206 S Scenic Ave | 65802 | Bank of Missouri | | $ 22,800.00 | 1322209012 |

| Street Address | ZIP | Deed Of Trust Held | Loan # | Value of Collateral that supports the claim | TAX ID |
|---|---|---|---|---|---|
| 2424 N Kellett Ave | 65803 | Bank of Missouri | | $ 25,600.00 | 1301417007 |
| 2622 N Fremont Ave | 65803 | Bank of Missouri | | $ 27,800.00 | 1206408011 |
| 2867 N Atlantic Ave | 65619 | Bank of Missouri | | $ 46,200.00 | 1702200087 |
| 714 W Calhoun St | 65804 | Bank of Missouri | | $ 25,400.00 | 1314118002 |
| 816 N West Ave | 65802 | Bank of Missouri | | $ 28,500.00 | 1315303013 |
| 902 N Kansas Expy | 65802 | Bank of Missouri | | $ 23,900.00 | 1314321014 |
| 931 W Chicago St | 65711 | Bank of Missouri | | $ 25,100.00 | 1311107008 |
| 1942 E Commercial St | 65803 | Bank of Missouri | | $ 32,000.00 | 1208306034 |
| 1271 S Ferguson Ave | 65807 | Central Bank | | $ 45,500.00 | 1326204036 |
| 2850 W Elm St | 65802 | Central Bank | | $ 20,000.00 | 1321125008 |
| 827 S Nettleton Ave | 65803 | Central Bank | | $ 28,500.00 | 1323327006 |
| 900 W Mt Vernon St | 65802 | Central Bank | | $ 29,500.00 | 1323407001 |
| 1427 W Lynn St | 65802 | Central Bank | | $ 29,400.00 | 1314229008 |
| 1451 N West Ave | 65802 | Central Bank | | $ 35,100.00 | 1315205005 |
| 2211 W Atlantic St | 65803 | Central Bank | | $ 28,200.00 | 1310209027 |
| 2749 W Olive St | 65802 | Central Bank | | $ 38,100.00 | 1321130015 |
| 2911 W Calhoun St | 65802 | Central Bank | | $ 34,500.00 | 1316107043 |
| 631 W High St | 65803 | Central Bank | | $ 32,400.00 | 1311115012 |
| 813 S Glenn Ave | 65804 | Central Bank | | $ 36,300.00 | 1321405002 |
| 830 S Nettleton Ave | 65803 | Central Bank | | $ 28,200.00 | 1323328021 |
| 910 S Kansas Ave | 65802 | Central Bank | | $ 34,400.00 | 1323326020 |
| 1035 W Division St | 65803 | Central Bank | | $ 46,000.00 | 1311331008 |
| 1461 N Missouri Ave | 65802 | Central Bank | | $ 28,600.00 | 1314105015 |
| 2129 W Wall St | 65803 | Central Bank | | $ 25,100.00 | 1315410017 |
| 2159 W Chestnut St | 65802 | Central Bank | | $ 23,600.00 | 1315407036 |
| 2660 W Phelps St | 65802 | Central Bank | | $ 34,300.00 | 1315316008 |
| 2681 E Atlantic St | 65803 | Central Bank | | $ 40,600.00 | 1209202008 |
| 2746 W Collage St | 65802 | Central Bank | | $ 27,800.00 | 1321132028 |
| 2757 W Walnut St | 65802 | Central Bank | | $ 39,100.00 | 1321132011 |
| 3015 W Lincoln St | 65802 | Central Bank | | $ 22,600.00 | 1321113015 |

| Street Address | ZIP | Deed Of Trust Held | Loan # | Value of Collateral that supports the claim | TAX ID |
|---|---|---|---|---|---|
| 3050 W Pacific St | 65802 | Central Bank | | $ 27,500.00 | 1309412037 |
| 1005 E Commercial St | 65803 | Central Bank | | $ 40,300.00 | 1312403017 |
| 1029 N Johnston Ave | 65802 | Central Bank | | $ 38,400.00 | 1314220009 |
| 1223 S New Ave | 65807 | Central Bank | | $ 36,800.00 | 1326203028 |
| 1448 N Prospect Ave | 65802 | Central Bank | | $ 36,500.00 | 1218202010 |
| 1634 W Chestnut St | 65802 | Central Bank | | $ 33,200.00 | 1315413047 |
| 2051 N Marion Ave | 65802 | Central Bank | | $ 33,900.00 | 1310117004 |
| 2211 W Atlantic St | 65803 | Central Bank | | $ 28,200.00 | 1310209027 |
| 2252 N Lyon Ave | 65804 | Central Bank | | $ 26,500.00 | 1311101011 |
| 2316 W Olive St | 65802 | Central Bank | | $ 38,300.00 | 1322225003 |
| 2321 N Concord Ave | 65803 | Central Bank | | $ 31,000.00 | 1311104020 |
| 2832 W Water St | 65802 | Central Bank | | $ 30,400.00 | 1321129004 |
| 503 N Brown Ave | 65802 | Central Bank | | $ 29,100.00 | 1315326001 |
| 612 N Park Ave | 65802 | Central Bank | | $ 34,100.00 | 1315408036 |
| 818 E Garfield St | 65803 | Central Bank | | $ 22,600.00 | 1312128012 |
| 833 S Nettleton Ave | 65803 | Central Bank | | $ 24,500.00 | 1323327007 |
| 842 S Nettleton Ave | 65802 | Central Bank | | $ 29,700.00 | 1323328018 |
| 1430 N Frisco Ave | 65802 | Central Bank | | $ 23,000.00 | 1313102013 |
| 1847 W Chestnut St | 65802 | Central Bank | | $ 45,000.00 | 1315404052 |
| 1550 N Colgate Ave | 65802 | Central Bank | | $ 21,900.00 | 1309411037 |
| 3159 W Madison St | 65802 | Central Bank | | $ 36,900.00 | 1321311022 |
| 811 S New Ave | 65806 | Central Bank | | $ 27,900.00 | 1323318005 |
| 1617 N Main Ave A&B | 65803 | Central Bank | | $ 46,200.00 | |
| 2527 W Water St | 65802 | Central Bank | | $ 18,300.00 | 1322204016 |
| 801 W Mt Vernon St | 65806 | Central Bank | | $ 35,100.00 | 1323141007 |
| 823 N Kansas Expy | 65802 | Central Bank | | $ 40,300.00 | 1315401027 |
| 824 N Eagle Ave | 65802 | Central Bank | | $ 28,000.00 | 1315401027 |
| 1723 W Lee St | 65802 | Central Bank | | $ 22,300.00 | 1310111030 |
| 2038 N Robberson Ave | 65803 | Central Bank | | $ 28,000.00 | 1312219017 |
| 804 N West Ave | 65802 | Central Bank | | $ 26,300.00 | 1315303015 |

| Street Address | ZIP | Deed Of Trust Held | Loan # | Value of Collateral that supports the claim | TAX ID |
|---|---|---|---|---|---|
| 909 N Eagle Ave | 65806 | Central Bank | | $ 19,300.00 | 1315402028 |
| 227 Sunflower Circle | 65803 | First National Bank | | $ 149,700.00 | |
| 1913 N Colgate Ave | 65802 | First National Bank | | $ 25,300.00 | 1309404008 |
| 2959 W Madison St | 65802 | First National Bank | | $ 32,000.00 | 1321404024 |
| 2026 W Division St | 65802 | First National Bank | | $ 27,900.00 | 1315106003 |
| 3317 W Grand St | 65806 | First National Bank | | $ 24,900.00 | 1321307024 |
| 216 W State Hwy 174 | 65738 | First National Bank | | $ 43,400.00 | 1719102003 |
| 2514 W Monroe St | 65802 | First National Bank | | $ 33,500.00 | 1322311021 |
| 2063 N Roosevelt Ave | 65803 | First National Bank | | $ 27,700.00 | 1310208037 |
| 3010 W Washita St | 65807 | First National Bank | | $ 23,000.00 | 1333103016 |
| 1502 N Grant Ave (633 W Division) | 65803 | Great Southern Bank | | $ 56,300.00 | 1311424013 |
| 2354 N Pierce Ave | 65803 | Great Southern Bank | | $ 33,600.00 | 1312106024 |
| 503 S Miller Rd | 65802 | Great Southern Bank | | $ 40,300.00 | 1319105025 |
| 2242 N Farmer Ave | 65803 | Great Southern Bank | | $ 30,300.00 | 1310110019 |
| 1020 S Douglas Ave | 65807 | Great Southern Bank | | $ 22,100.00 | 1326102009 |
| 1030 S Fort Ave | 65807 | Great Southern Bank | | $ 39,800.00 | 1326204067 |
| 1235 N Prospect Ave | 65802 | Great Southern Bank | | $ 36,100.00 | 1218209017 |
| 1350 N Wabash Ave | 65802 | Great Southern Bank | | $ 36,800.00 | 1315111021 |
| 1839 N Hillcrest Ave | 65802 | Great Southern Bank | | $ 31,400.00 | 1309406035 |
| 1885 N Grant Ave | 65803 | Great Southern Bank | | $ 50,300.00 | 1311405027 |
| 2259 N Main Ave | 65801 | Great Southern Bank | | $ 35,200.00 | 1311115001 |
| 229 N Scenic Ave | 65802 | Great Southern Bank | | $ 29,200.00 | 1321131002 |
| 802 W Mt Vernon St | 65803 | Great Southern Bank | | $ 63,900.00 | 1323406001 |
| 833 E Garfield St | 65803 | Great Southern Bank | | $ 15,100.00 | 1312126006 |
| 903 N Delaware Ave | 65802 | Great Southern Bank | | $ 34,200.00 | 1218403010 |
| 2223 N Hillcrest Ave | 65803 | Great Southern Bank | | $ 30,000.00 | 1310209027 |
| 1201 N Fulbright Ave | 65802 | Great Southern Bank | | $ 33,800.00 | 1316111096 |
| 1212 W Webster St | 65802 | Great Southern Bank | | $ 32,900.00 | 1314219003 |
| 1216 W Florida St | 65803 | Great Southern Bank | | $ 39,300.00 | 1311315004 |
| 1510 E Lindberg St | 65804 | Great Southern Bank | | $ 43,600.00 | 1231110052 |

| Street Address | ZIP | Deed Of Trust Held | Loan # | Value of Collateral that supports the claim | TAX ID |
|---|---|---|---|---|---|
| 1816 N Colgate Ave | 65802 | Great Southern Bank | | $ 28,300.00 | 1309406034 |
| 2100 N Elizabeth Ave | 65803 | Great Southern Bank | | $ 34,600.00 | 1310113027 |
| 3244 W Latoka St | 65807 | Great Southern Bank | | $ 37,600.00 | 1333203067 |
| 635 S Nettleton Ave | 65802 | Great Southern Bank | | $ 34,500.00 | 1323312008 |
| 759 S Grant Ave | 65806 | Great Southern Bank | | $ 34,900.00 | 1323416035 |
| 811 N Broadway Ave | 65802 | Great Southern Bank | | $ 25,500.00 | 1314302023 |
| 1026 W Monroe Ter | 65806 | Great Southern Bank | | $ 24,500.00 | 1323305005 |
| 1132 W Division St | 65802 | Great Southern Bank | | $ 43,000.00 | 1314214008 |
| 1218 W Webster St | 65802 | Great Southern Bank | | $ 35,500.00 | 1314219004 |
| 2006 W Olive St | 65802 | Great Southern Bank | | $ 33,700.00 | 1322107013 |
| 2226 W Mt Vernon St | 65802 | Great Southern Bank | | $ 35,000.00 | 1322301006 |
| 2236 N National Ave | 65803 | Great Southern Bank | | $ 23,400.00 | 1207205007 |
| 2338 N Lyon Ave | 65803 | Great Southern Bank | | $ 25,000.00 | 1311101004 |
| 512 W Nichols St | 65802 | Great Southern Bank | | $ 33,300.00 | 1314401006 |
| 816 S Glenn Ave | 65804 | Great Southern Bank | | $ 37,200.00 | 1321412021 |
| 826 N National Ave | 65802 | Great Southern Bank | | $ 44,600.00 | 1218304005 |
| 608-610 N Patterson Ave | 65802 | Great Southern Bank | | $ 53,300.00 | 1217404056 |
| 1120 W Mt Vernon St | 65806 | Great Southern Bank | | $ 33,100.00 | 1323309023 |
| 1509 S Oak Grove Ave | 65804 | Great Southern Bank | | $ 48,100.00 | 1229401020 |
| 1800 W Walnut St | 65802 | Great Southern Bank | | $ 35,900.00 | 1322114001 |
| 2553 E Atlantic St | 65803 | Great Southern Bank | | $ 44,500.00 | 1208401004 |
| 615 N Nettleton Ave | 65802 | Great Southern Bank | | $ 38,400.00 | 1314323017 |
| 1117 W Division St | 65803 | Great Southern Bank | | $ 35,100.00 | 1311330004 |
| 1018 W Lynn St | 65803 | Guaranty Bank | | $ 42,000.00 | 1314203002 |
| 1128 W Division St | 65803 | Guaranty Bank | | $ 34,000.00 | 1314214007 |
| 1330 W Thoman St | 65803 | Guaranty Bank | | $ 39,600.00 | 1311309007 |
| 1730 N Clay Ave | 65803 | Guaranty Bank | | $ 62,700.00 | 1312406010 |
| 2340 N Franklin Ave | 65803 | Guaranty Bank | | $ 34,000.00 | 1311201005 |
| 349 N Homewood Ave | 65802 | Guaranty Bank | | $ 56,200.00 | 1321102002 |
| 430 S Newton Ave | 65806 | Guaranty Bank | | $ 40,900.00 | 1323222009 |

| Street Address | ZIP | Deed Of Trust Held | Loan # | Value of Collateral that supports the claim | TAX ID |
|---|---|---|---|---|---|
| 652 S Campbell Ave | 65802 | Guaranty Bank | | $ 35,100.00 | 1324305013 |
| 804 W Locust St | 65803 | Guaranty Bank | | $ 37,900.00 | 1311422003 |
| 946 W Poplar St | 65711 | Guaranty Bank | | $ 35,400.00 | 1314421010 |
| 1065 E Pacific St | 65802 | Guaranty Bank | | $ 36,300.00 | 1312405044 |
| 1330 N Broadway Ave | 65802 | Guaranty Bank | | $ 44,400.00 | 1314116005 |
| 1411 W Dale St | 65803 | Guaranty Bank | | $ 39,200.00 | 1311215016 |
| 1603 W Thoman St | 65803 | Guaranty Bank | | $ 59,400.00 | 1310401032 |
| 2107 N National Ave | 65803 | Guaranty Bank | | $ 40,500.00 | 1312115010 |
| 2116 N Grace Ave | 65803 | Guaranty Bank | | $ 45,800.00 | 1310208051 |
| 2227 N Boonville Ave | 65803 | Guaranty Bank | | $ 37,900.00 | 1312206006 |
| 2310 N Lexington Ave | 65803 | Guaranty Bank | | $ 37,100.00 | 1310102015 |
| 620 S Belcrest Ave | 65802 | Guaranty Bank | | $ 58,800.00 | 1221301003 |
| 839 S West Ave | 65802 | Guaranty Bank | | $ 32,600.00 | 1322317001 |
| 1450 N West Ave | 65802 | Guaranty Bank | | $ 38,000.00 | 1315204023 |
| 1510 W Lynn St | 65803 | Guaranty Bank | | $ 46,700.00 | 1314230012 |
| 1617 N Fremont Ave | 65803 | Guaranty Bank | | $ 43,100.00 | 1207312016 |
| 1953 W Atlantic St | 65803 | Guaranty Bank | | $ 38,400.00 | 1310120047 |
| 2623 W Mt Vernon St | 65802 | Guaranty Bank | | $ 39,400.00 | 1322212017 |
| 2629 W Phelps St | 65802 | Guaranty Bank | | $ 38,700.00 | 1315315029 |
| 645 W Webster St | 65802 | Guaranty Bank | | $ 43,900.00 | 1314119009 |
| 746 S Douglas Ave | 65802 | Guaranty Bank | | $ 33,200.00 | 1323416013 |
| 822 N Lexington Ave | 65802 | Guaranty Bank | | $ 31,500.00 | 1315403011 |
| 930 S Missouri Ave | 65711 | Guaranty Bank | | $ 37,000.00 | 1323413028 |
| 1333 S Prince Ln | 65804 | Guaranty Bank | | $ 33,400.00 | 1228207026 |
| 1532 W Thoman St | 65803 | Guaranty Bank | | $ 24,100.00 | 1311307007 |
| 1626 N Golden Ave | 65802 | Guaranty Bank | | $ 27,300.00 | 1309412032 |
| 1627 W Chestnut St | 65802 | Guaranty Bank | | $ 13,500.00 | 1315414008 |
| 2113 N East Ave | 65803 | Guaranty Bank | | $ 14,300.00 | 1312124004 |
| 2140 N Kentwood Ave | 65803 | Guaranty Bank | | $ 31,900.00 | 1207116014 |
| 2511 N Main Ave | 65803 | Guaranty Bank | | $ 21,300.00 | 1302414016 |

| Street Address | ZIP | Deed Of Trust Held | Loan # | Value of Collateral that supports the claim | TAX ID |
|---|---|---|---|---|---|
| 2856 W Elm St | 65802 | Guaranty Bank | | $ 26,300.00 | 1321125009 |
| 540 S Warren Ave | 65806 | Guaranty Bank | | $ 25,400.00 | 1322229011 |
| 818 N Forest Ave | 65802 | Guaranty Bank | | $ 35,400.00 | 1315302015 |
| 2107 E Cherry St Apt | 65803 | Guaranty Bank | | $ 690,300.00 | 1220209045 |
| 1336 N Prospect Ave | 65802 | Guaranty Bank | | $ 33,000.00 | 1218205003 |
| 1713 W Atlantic St | 65803 | Guaranty Bank | | $ 28,300.00 | 1310121017 |
| 1905 E Dale St | 65803 | Guaranty Bank | | $ 30,400.00 | 1208205058 |
| 1936 E Cairo St | 65802 | Guaranty Bank | | $ 27,300.00 | 1220211030 |
| 2122 W Wall St | 65802 | Guaranty Bank | | $ 23,100.00 | 1315411013 |
| 2634 W Madison St | 65802 | Guaranty Bank | | $ 25,500.00 | 1322315006 |
| 516 W Nichols St | 65802 | Guaranty Bank | | $ 28,900.00 | 1314401007 |
| 732 S Eastgate Ave | 65809 | Guaranty Bank | | $ 31,900.00 | 1222303012 |
| 819 S Ferguson Ave | 65806 | Guaranty Bank | | $ 28,700.00 | 1323317024 |
| 951 S Fort Ave | 65711 | Guaranty Bank | | $ 33,300.00 | 1323324012 |
| 1026 N West Ave | 65802 | Legacy Bank & Trust | | $ 26,100.00 | 1315219025 |
| 141 S Main St | 65738 | Legacy Bank & Trust | | $ 39,900.00 | 1719421025 |
| 1651 N Engel Ave | 65803 | Legacy Bank & Trust | | $ 52,100.00 | 1208411022 |
| 221 S Broadway Ave | 65802 | Legacy Bank & Trust | | $ 22,600.00 | 1323226021 |
| 2615 W Page St | 65806 | Legacy Bank & Trust | | $ 37,000.00 | 1322315018 |
| 2721 W Lincoln St | 65802 | Legacy Bank & Trust | | $ 28,600.00 | 1321134008 |
| 2954 W Water St | 65802 | Legacy Bank & Trust | | $ 35,300.00 | 1321118009 |
| 440 W US Hwy 60 | 65738 | Legacy Bank & Trust | | $ 62,900.00 | 1719417008 |
| 816 N National Ave | 65802 | Legacy Bank & Trust | | $ 38,400.00 | 1218304007 |
| 826 N Weaver Ave | 65802 | Legacy Bank & Trust | | $ 28,600.00 | 1314302026 |
| 1121 N Park Ave | 65802 | Legacy Bank & Trust | | $ 11,800.00 | 1315216011 |
| 1506 E Lindberg St | 65804 | Legacy Bank & Trust | | $ 28,400.00 | 1231110053 |
| 2134 N Kansas Ave | 65802 | Legacy Bank & Trust | | $ 24,400.00 | 1311216016 |
| 2541 E Bennett St | 65807 | Legacy Bank & Trust | | $ 29,200.00 | 1229106042 |
| 3225 W Latoka St | 65807 | Legacy Bank & Trust | | $ 30,500.00 | 1333203051 |
| 520 S Scenic Ave | 65802 | Legacy Bank & Trust | | $ 47,400.00 | 1322211014 |

| Street Address | ZIP | Deed Of Trust Held | Loan # | Value of Collateral that supports the claim | TAX ID |
|---|---|---|---|---|---|
| 819 N Forest Ave | 65802 | Legacy Bank & Trust | | $ 41,400.00 | 1315303020 |
| 918 N Brown Ave | 65802 | Legacy Bank & Trust | | $ 23,200.00 | 1315304021 |
| 1312-1314 S Brite Ave | 65807 | Legacy Bank & Trust | | $ 36,100.00 | 1328206049 |
| 2021-2025 N Pierce St | 65803 | Legacy Bank & Trust | | $ 35,300.00 | 1312127017 |
| 1074 S New Ave | 65807 | Legacy Bank & Trust | | $ 26,200.00 | 1326202033 |
| 1507 E Blaine St | 65803 | Legacy Bank & Trust | | $ 27,100.00 | 1207413023 |
| 1932 W Chestnut St | 65802 | Legacy Bank & Trust | | $ 27,400.00 | 1315413031 |
| 2321 N Kellett Ave | 65807 | Legacy Bank & Trust | | $ 23,300.00 | 1312106008 |
| 2731 W College St | 65802 | Legacy Bank & Trust | | $ 28,100.00 | 1321131009 |
| 3242 W Page St | 65802 | Legacy Bank & Trust | | $ 26,200.00 | 1321309020 |
| 611 N Warren Ave | 65802 | Legacy Bank & Trust | | $ 25,300.00 | 1315312007 |
| 729 W Chicago St | 65803 | Legacy Bank & Trust | | $ 21,900.00 | 1311105010 |
| 924 W Central St | 65711 | Legacy Bank & Trust | | $ 14,000.00 | 1314419006 |
| 939 S Fort Ave | 65711 | Legacy Bank & Trust | | $ 27,700.00 | 1323324009 |
| 1607 W Thorman St | 65802 | Mid-Missouri Bank | | $ 32,700.00 | 1310401031 |
| 1812 W Water St | 65802 | Mid-Missouri Bank | | $ 31,200.00 | 1322104003 |
| 1919 N Douglas Ave | 65803 | Mid-Missouri Bank | | $ 53,900.00 | 1311406038 |
| 2100 S Grant Ave | 65808 | Mid-Missouri Bank | | $ 52,200.00 | 1335108029 |
| 2110 N Roosevelt Ave | 65803 | Mid-Missouri Bank | | $ 38,200.00 | 1310209010 |
| 2420 E Commercial St | 65803 | Mid-Missouri Bank | | $ 49,400.00 | 1208416009 |
| 2956 E Southeast Cir | 65802 | Mid-Missouri Bank | | $ 61,800.00 | 1221303020 |
| 3021 W Walnut St | 65802 | Mid-Missouri Bank | | $ 32,200.00 | 1321115009 |
| 331 W Charles St | 65738 | Mid-Missouri Bank | | $ 47,100.00 | 1719419009 |
| 4791 W Sunshine St | 65747 | Mid-Missouri Bank | | $ 90,900.00 | 1331300015 |
| 1009 E Lynn St | 65802 | Mid-Missouri Bank | | $ 19,500.00 | 1313103034 |
| 1028 E McClernon St | 65806 | Mid-Missouri Bank | | $ 46,700.00 | 1301124017 |
| 1207 N Warren Ave | 65802 | Mid-Missouri Bank | | $ 22,600.00 | 1315217005 |
| 1214 W Chase St | 65803 | Mid-Missouri Bank | | $ 18,100.00 | 1311319003 |
| 1470 E Cairo St | 65802 | Mid-Missouri Bank | | $ 36,200.00 | 1219116004 |
| 1533 E Whiteside St | 65804 | Mid-Missouri Bank | | $ 29,200.00 | 1231110060 |

| Street Address | ZIP | Deed Of Trust Held | Loan # | Value of Collateral that supports the claim | TAX ID |
|---|---|---|---|---|---|
| 1702 N Oakgrove Ave | 65802 | Mid-Missouri Bank | | $ 33,700.00 | 1208415006 |
| 2119 W High St | 65803 | Mid-Missouri Bank | | $ 41,100.00 | 1310106012 |
| 2844 W Washita St | 65807 | Mid-Missouri Bank | | $ 33,200.00 | 1333104030 |
| 359 N Warren St | 65802 | Mid-Missouri Bank | | $ 32,600.00 | 1322202044 |
| 1700 W Webster St | 65802 | Mid-Missouri Bank | | $ 27,300.00 | 1315128001 |
| 1910 W Lynn St | 65802 | Mid-Missouri Bank | | $ 27,400.00 | 1315105012 |
| 1426-1438 W State | 65806 | Oak Star Bank | | $ 80,500.00 | 1323314029 |
| 1331 N Brown Ave | 65802 | Old Missouri Bank | | $ 34,800.00 | 1315211036 |
| 1637 W Florida St | 65803 | Old Missouri Bank | | $ 25,100.00 | 1310407024 |
| 1683 E Dale St | 65803 | Old Missouri Bank | | $ 32,800.00 | 1207102044 |
| 1731 W Walnut St | 65806 | Old Missouri Bank | | $ 30,500.00 | 1322111013 |
| 1803 E Crestview St | 65802 | Old Missouri Bank | | $ 46,100.00 | 1232306009 |
| 2020 N Ramsey Ave | 65803 | Old Missouri Bank | | $ 23,500.00 | 1207212007 |
| 208 E Brooks St | 65873 | Old Missouri Bank | | $ 45,000.00 | 1720310019 |
| 637 S Miller Rd | 65802 | Old Missouri Bank | | $ 32,400.00 | 1319402008 |
| 816 S New Ave | 65806 | Old Missouri Bank | | $ 37,200.00 | 1323319007 |
| 1022-1024 S Lexington Ave | 65802 | Old Missouri Bank | | $ 59,300.00 | 1327101024 |
| 10945 N Farm Rd 115 | 65781 | Old Missouri Bank | | $ 37,000.00 | 0319400004 |
| 1150 S Crutcher Ave | 65804 | Old Missouri Bank | | $ 35,900.00 | 1229205030 |
| 130 S Walnut Ave | 65738 | Old Missouri Bank | | $ 30,400.00 | 1719421030 |
| 1876 N Broadway Ave | 65803 | Old Missouri Bank | | $ 26,500.00 | 1311407011 |
| 2006 N Pickwick Ave | 65803 | Old Missouri Bank | | $ 21,000.00 | 1207109011 |
| 2035 N Pickwick Ave | 65803 | Old Missouri Bank | | $ 21,200.00 | 1207107021 |
| 2564 W Phelps St | 65802 | Old Missouri Bank | | $ 27,400.00 | 1315327005 |
| 2644 W Lombard St | 65802 | Old Missouri Bank | | $ 26,200.00 | 1322321008 |
| 3020 W Elm St | 65802 | Old Missouri Bank | | $ 19,100.00 | 1321113004 |
| 403 Somerset St | 65747 | Old Missouri Bank | | $ 37,600.00 | |
| 434 W Evergreen St | 65802 | Old Missouri Bank | | $ 40,500.00 | 1302116004 |
| 627 N Hillcrest Ave | 65802 | Old Missouri Bank | | $ 15,400.00 | 1316406001 |
| 818 W Scott St | 65802 | Old Missouri Bank | | $ 23,000.00 | 1314130011 |

| Street Address | ZIP | Deed Of Trust Held | Loan # | Value of Collateral that supports the claim | TAX ID |
|---|---|---|---|---|---|
| 829 N Farmer Ave | 65802 | Old Missouri Bank | | $ 30,600.00 | 1315403021 |
| 944 S New Ave | 65711 | Old Missouri Bank | | $ 30,400.00 | 1323322016 |
| 1037 N Brown Ave | 65802 | Old Missouri Bank | | $ 32,000.00 | 1315221028 |
| 1112 N West Ave | 65802 | Old Missouri Bank | | $ 15,400.00 | 1315219029 |
| 1253 S Brite Ave | 65807 | Old Missouri Bank | | $ 37,200.00 | 1328206032 |
| 1607 W Nichols St | 65802 | Old Missouri Bank | | $ 37,400.00 | 1315126009 |
| 1636 W Thoman St | 65803 | Old Missouri Bank | | $ 20,400.00 | 1310407007 |
| 2058 N Grace Ave | 65803 | Old Missouri Bank | | $ 20,600.00 | 1310208013 |
| 2105 N Albertha Ave | 65803 | Old Missouri Bank | | $ 23,300.00 | 1310115009 |
| 2224 N Weller Ave | 65803 | Old Missouri Bank | | $ 29,000.00 | 1207104048 |
| 7033 W Farm Road 106 | 65803 | Old Missouri Bank | | $ 46,400.00 | 1403100028 |
| 626 N Phelps Ave | 65604 | Old Missouri Bank | | $ 43,300.00 | 1718407005 |
| 1007 N Fremont Ave | 65802 | Simmons Bank | | $ 34,800.00 | 1218213011 |
| 1035 N Broadway Ave | 65802 | Simmons Bank | | $ 37,700.00 | 1314207001 |
| 1223 N Fremont Ave | 65802 | Simmons Bank | | $ 37,200.00 | 1218207016 |
| 1734 W Atlantic St | 65803 | Simmons Bank | | $ 31,400.00 | 1310401016 |
| 1068 S Thelma Ave | 65807 | Simmons Bank | | $ 34,000.00 | 1326103021 |
| 1103 N Ethyl Ave | 65802 | Simmons Bank | | $ 25,900.00 | 1315223011 |
| 3235 W Calhoun St | 65802 | Simmons Bank | | $ 36,500.00 | 1316209040 |
| 3254 W Lombard St | 65802 | Simmons Bank | | $ 39,600.00 | 1321308013 |
| 877 S Homewood Ave | 65802 | Simmons Bank | | $ 36,000.00 | 1321411010 |
| 1464 N Brown Ave | 65802 | Simmons Bank | | $ 40,300.00 | 1315205024 |
| 2258 N Weller Ave | 65803 | Simmons Bank | | $ 33,000.00 | 1207104027 |
| 700 N Hillcrest Ave | 65802 | Simmons Bank | | $ 45,100.00 | 1316403045 |
| 825 S Fort Ave | 65807 | Simmons Bank | | $ 31,600.00 | 1323316006 |
| 1306 W Talmage St | 65804 | Simmons Bank | | $ 32,500.00 | 1302307001 |
| 2826 W Olive St | 65802 | Simmons Bank | | $ 31,200.00 | 1321128006 |
| 2936 W Lombard St | 65802 | Simmons Bank | | $ 39,300.00 | 1321407004 |
| 717 S Market Ave | 65807 | Simmons Bank | | $ 46,200.00 | 1323424032 |
| 1054 E Cherokee St | 65807 | Simmons Bank | | $ 55,900.00 | 1336112001 |

| Street Address | ZIP | Deed Of Trust Held | Loan # | Value of Collateral that supports the claim | TAX ID |
|---|---|---|---|---|---|
| 1421 E Seminole St | 65804 | Simmons Bank | | $ 42,200.00 | 1231109019 |
| 1600 N Hayes Ave | 65803 | Simmons Bank | | $ 49,300.00 | 1208409032 |
| 1929 W Calhoun St | 65802 | Simmons Bank | | $ 32,100.00 | 1315110024 |
| 2405 E Atlantic St | 65803 | Simmons Bank | | $ 53,400.00 | 1208102018 |
| 514 S Dysart Ave | 65802 | Simmons Bank | | $ 37,000.00 | 1220209054 |
| 2316 W Nichols St | 65803 | Simmons Bank | | $ 38,800.00 | 1315302004 |
| 2650 W Brower St | 65802 | Simmons Bank | | $ 42,800.00 | 1315306026 |
| 2730 W Chestnut St | 65802 | Simmons Bank | | $ 29,100.00 | 1316411002 |
| 525 S Main St | 65738 | Simmons Bank | | $ 40,300.00 | 1719419023 |
| 3475 W Farm Rd 142 | 65807 | Simmons Bank | | $ 111,600.00 | 1328205004 |
| 301 W Mt Vernon BLV | 65802 | Simmons Bank | | $ 195,500.00 | |
| 1523 N Main Ave | 65803 | Simmons Bank | | $ 35,200.00 | 1311424020 |
| 1730 W Olive St | 65802 | Simmons Bank | | $ 32,300.00 | 1322106013 |
| 2149 N National Ave | 65803 | Simmons Bank | | $ 31,100.00 | 1312115003 |
| 2312 E Atlantic St | 65803 | Simmons Bank | | $ 34,300.00 | 1208404033 |
| 2908 W Latoka St | 65807 | Simmons Bank | | $ 42,900.00 | 1333105025 |
| 632 W Nichols St | 65802 | Simmons Bank | | $ 36,900.00 | 1314415001 |
| 1211 W Florida St | 65803 | Simmons Bank | | $ 38,500.00 | 1311310015 |
| 1882 N Jefferson Ave | 65802 | Simmons Bank | | $ 32,700.00 | 1312303015 |
| 2131 W Atlantic St | 65803 | Simmons Bank | | $ 44,100.00 | 1310118026 |
| 3404 W Sylvania St | 65807 | Simmons Bank | | $ 70,100.00 | 1809311008 |
| 4426 W Billings St | 65747 | Simmons Bank | | $ 45,400.00 | 1318403029 |
| 536 S Broadway Ave | 65806 | Simmons Bank | | $ 29,100.00 | 1323138007 |
| 715 E Dale St | 65803 | Simmons Bank | | $ 40,000.00 | 1312122007 |
| 2084 N Roosevelt Ave | 65803 | SoMo Bank of Marshfield | | $ 40,600.00 | 1310209057 |
| 2542 W High St | 65803 | SoMo Bank of Marshfield | | $ 33,200.00 | 1310206087 |
| 3232 W Latoka St | 65807 | SoMo Bank of Marshfield | | $ 39,700.00 | 1333203065 |
| 1037 N Ethyl Ave | 65802 | SoMo Bank of Marshfield | | $ 31,300.00 | 1315223013 |
| 1478 E Central St | 65802 | SoMo Bank of Marshfield | | $ 27,500.00 | 1218407001 |
| 1501 E Whiteside St | 65804 | SoMo Bank of Marshfield | | $ 31,400.00 | 1231110055 |

| Street Address | ZIP | Deed Of Trust Held | Loan # | Value of Collateral that supports the claim | TAX ID |
|---|---|---|---|---|---|
| 1935 N Lone Pine Ave | 65803 | SoMo Bank of Marshfield | | $ 37,800.00 | 1208403001 |
| 2039 N Roosevelt Ave | 65803 | SoMo Bank of Marshfield | | $ 29,700.00 | 1310208032 |
| 2761 W Latoka St | 65807 | SoMo Bank of Marshfield | | $ 23,500.00 | 1333104013 |
| 4229 W Maple St | 65802 | SoMo Bank of Marshfield | | $ 18,800.00 | 1317308008 |
| 4239 W Maple St | 65802 | SoMo Bank of Marshfield | | $ 24,000.00 | 1317308007 |
| 626 W Division St | 65604 | SoMo Bank of Marshfield | | $ 27,100.00 | 1314102003 |
| 932 W Florida St | 65711 | SoMo Bank of Marshfield | | $ 24,500.00 | 1311408008 |
| 1116 W Mt Vernon St | 65806 | SoMo Bank of Marshfield | | $ 18,000.00 | 1323309024 |
| 1934 N Yates Ave | 65803 | SoMo Bank of Marshfield | | $ 35,400.00 | 1209303003 |
| 2426 E Commercial St | 65803 | SoMo Bank of Marshfield | | $ 34,800.00 | 1208416008 |
| 2440 S Westwood Ave | 65807 | SoMo Bank of Marshfield | | $ 63,000.00 | 1335312028 |
| 2901 W Grand St | 65802 | SoMo Bank of Marshfield | | $ 24,900.00 | 1321407034 |
| 721 N Nettleton Ave | 65802 | SoMo Bank of Marshfield | | $ 25,000.00 | 1314322020 |
| 727 S Douglas Ave | 65806 | SoMo Bank of Marshfield | | $ 39,000.00 | 1323415022 |
| 910 S Newton Ave | 65806 | SoMo Bank of Marshfield | | $ 13,600.00 | 1323324024 |
| 1910 W Thomas St | 65803 | SoMo Bank of Marshfield | | $ 24,400.00 | 1310406009 |
| 1711 W Webster St | 65802 | SoMo Bank of Marshfield | | $ 28,000.00 | 1315115023 |
| 1018 N Brown Ave | 65802 | SoMo Bank of Marshfield | | $ 33,200.00 | 1315220022 |
| 1078 S Main Ave | 65807 | SoMo Bank of Marshfield | | $ 47,000.00 | 1326112015 |
| 1431 W Thoman St | 65803 | SoMo Bank of Marshfield | | $ 31,600.00 | 1311305007 |
| 1675 E Dale St | 65803 | SoMo Bank of Marshfield | | $ 31,100.00 | 1207102042 |
| 2001 W Lynn St | 65802 | SoMo Bank of Marshfield | | $ 28,600.00 | 1315106018 |
| 2115 N Kansas Ave | 65803 | SoMo Bank of Marshfield | | $ 33,600.00 | 1310111066 |
| 2509 N Kellett Ave | 65803 | SoMo Bank of Marshfield | | $ 25,900.00 | 1301412014 |
| 3041 W Water St | 65802 | SoMo Bank of Marshfield | | $ 22,000.00 | 1321104007 |
| 864 S Homewood Ave | 65802 | SoMo Bank of Marshfield | | $ 38,500.00 | 1321410036 |
| 908 W Harrison St | 65806 | SoMo Bank of Marshfield | | $ 28,300.00 | 1323408002 |
| 1205 W Elm Arcade St | 65806 | Southern Bank | | $ 71,000.00 | 1323219011 |
| 1350 S Newton Ave | 65807 | Southern Bank | | $ 31,400.00 | 1326209012 |
| 1520 W Division St | 65802 | Southern Bank | | $ 33,600.00 | 1314227005 |

| Street Address | ZIP | Deed Of Trust Held | Loan # | Value of Collateral that supports the claim | TAX ID |
|---|---|---|---|---|---|
| 1553 E Nora St | 65803 | Southern Bank | | $ 30,700.00 | 1206402002 |
| 1638 N Drury Ave | 65802 | Southern Bank | | $ 29,100.00 | 1309409014 |
| 1700 S Fort Ave | 65807 | Southern Bank | | $ 71,000.00 | 1326306009 |
| 1701 W Webster St | 65802 | Southern Bank | | $ 32,700.00 | 1315115029 |
| 2120 N Broadway Ave | 65803 | Southern Bank | | $ 35,200.00 | 1311121009 |
| 2126 W Wall St | 65803 | Southern Bank | | $ 32,100.00 | 1315411014 |
| 3219 N Howard Ave | 65803 | Southern Bank | | $ 30,300.00 | 1301126062 |
| 510 S Burton Ave | 65802 | Southern Bank | | $ 27,200.00 | 1221210034 |
| 5849 W US Hwy 60 | 65619 | Southern Bank | | $ 385,000.00 | 1701300013 |
| 615 E Pacific St | 65802 | Southern Bank | | $ 62,400.00 | 1312332012 |
| 654 S Laurel Ave | 65802 | Southern Bank | | $ 32,100.00 | 1321312014 |
| 924 W Nichols St | 65711 | Southern Bank | | $ 19,000.00 | 1314418003 |
| Lots 11 & 12 Shell Knob | | Southern Bank | | $ 14,500.00 | |
| 1036 E Morningside St | 65807 | Southern Bank | | $ 50,700.00 | 1801114016 |
| 1310 N Ethyl Ave | 65802 | Southern Bank | | $ 28,800.00 | 1315210013 |
| 1334 N Warren Ave | 65802 | Southern Bank | | $ 19,600.00 | 1315215016 |
| 1530 E Lindberg St | 65804 | Southern Bank | | $ 27,600.00 | 1231110048 |
| 2024 N Columbia Ave | 65803 | Southern Bank | | $ 28,000.00 | 1310207024 |
| 203 N Meadowview Ave | 65802 | Southern Bank | | $ 34,700.00 | 1221203017 |
| 2075 N Lexington Ave | 65803 | Southern Bank | | $ 29,800.00 | 1310112011 |
| 532 N College Ave | 65738 | Southern Bank | | $ 30,300.00 | 1719102004 |
| 645 S Grant Ave | 65802 | Southern Bank | | $ 51,100.00 | 1323405009 |
| 920 W Kerr St | 65711 | Southern Bank | | $ 27,900.00 | 1302403014 |
| 5759 W US Hwy 60 | 65619 | Systematic Savings Bank | | $ 324,300.00 | 1701300010 |
| 419 W State St | 65806 | Systematic Savings Bank | | $ 61,000.00 | 1323401007 |
| 625 W Madison St | 65802 | Systematic Savings Bank | | $ 16,800.00 | 1323425015 |
| 629 W Madison St | 65806 | Systematic Savings Bank | | $ 27,000.00 | 1323425014 |
| 742 S Grant Ave | 65806 | Systematic Savings Bank | | $ 62,000.00 | 1323425010 |
| 202 N Main St | 65738 | Systematic Savings Bank | | $ 37,700.00 | 1720205030 |
| 6251 Hwy O 1-14 | 65604 | Systematic Savings Bank | | $ 150,800.00 | |

| Street Address | ZIP | Deed Of Trust Held | Loan # | Value of Collateral that supports the claim | TAX ID |
|---|---|---|---|---|---|
| 421 W State St | 65806 | Systematic Savings Bank | ███ | $              32,600.00 | 1323401008 |