**Supplement to G   417 Rentals, LLC   Case No. 17-60935**

| Unit Address | Zip | First Name | Last Name | Lease Start | Lease Term |
|---|---|---|---|---|---|
| #135 SUNFLOWER CR | | DALLAS | MEDLIN | 07/18/2017 | Perpetual |
| #153 SUNFLOWER CR | | DONAYA | GONZALEZ | 04/07/2017 | Perpetual |
| #165 SUNFLOWER CR | | SKODA | ADAMS | 04/13/2017 | Perpetual |
| #181 SUNFLOWER CR | | PATTY | MCGUIRE | 04/28/2017 | Perpetual |
| #189 SUNFLOWER CR | | TONYA | PEAK | 04/19/2017 | Perpetual |
| #209 SUNFLOWER CR | | CHRESTON | A MOODY | 06/08/2017 | Perpetual |
| #227 SUNFLOWER CR | 65610 | REBECCA | SWINT | 02/13/2014 | Perpetual |
| 1005 E COMMERCIAL | | LEO SHAWN | MCMAKIN | 09/20/2017 | Perpetual |
| 1007 N FREMONT | 65802 | ARTHUR | DWIRE SR. | 06/29/2016 | Perpetual |
| 1009 E Lynn | 65802 | REGINA L | JEFFERSON | 06/10/2015 | Perpetual |
| 1012 E LYNN | 65802 | PAUL ERIC | MARKGRAF | 08/06/2013 | Perpetual |
| 1015 N NEWTON | | RUSTY | EISELE | 05/01/2017 | Perpetual |
| 1018 N Brown | 65802 | SHANNON | FREDRICK | 09/30/2016 | Perpetual |
| 1020 S DOUGLAS | | JENNIFER | CARSON | 06/06/2017 | Perpetual |
| 1022 S LEXJNGTON | 65802 | CARLA KAY | PARNELL | 07/01/2013 | Perpetual |
| 1024 E SCOTT | 65802 | KEN | MYHAN | 07/01/2011 | Perpetual |
| 1024 S LEXINGTON | | LILLIAN | WOOD | 06/21/2017 | Perpetual |
| 1026 N WEST AVE | 65802 | GRETCHEN | COLEMAN | 09/13/2013 | Perpetual |
| 1026 W MONROE TERRACE | 65803 | JAMES | LOUTZENHISER | 01/03/2015 | Perpetual |
| 1028 E MCCLERNON | 65803 | VICKI | RATCLIFF | 07/01/2014 | Perpetual |
| 1029 N JOHNSTON | 65802 | JEREMY | ROBONSON | 07/27/2016 | Perpetual |
| 1033 W HIGH | | BRIDGIT | SEXTON | 01/11/2017 | Perpetual |
| 1035 W DIVISION | | MARISSA | BRADLEY | 06/12/2017 | Perpetual |
| 1036 E MORNINGSIDE ST | | CHRISTY | BITTICK | 03/03/2017 | Perpetual |
| 1037 N BROWN | 65802 | DANNY | RUSHING | 02/19/2014 | Perpetual |
| 1037 N ETHYL | 65802 | JOHN E | TAPERT | 10/19/2013 | Perpetual |
| 1054 E CHEROKEE | 65807 | CLINTON A | WILLIAMS SR | 08/08/2015 | Perpetual |
| 1068 S THELMA AVE | 65807 | SCOTT "JEFFREY" | STEWART | 09/02/2015 | Perpetual |
| 1074 S NEW | 65802 | MELINDA S | LOWE | 12/04/2012 | Perpetual |
| 1103 N ETHYL | 65802 | KATHERINE E | PERRYMAN | 08/26/2015 | Perpetual |
| 1111 E SUNSHINE | | MICHAEL | KNIGHT | 07/01/2017 | Perpetual |
| 1111 N KANSAS AVE | | ERIC | CRIDDLE | 02/02/2017 | Perpetual |

| Unit Address | Zip | First Name | Last Name | Lease Start | Lease Term |
|---|---|---|---|---|---|
| 1112 N West | 65802 | MAGGIE | ROBINSON | 08/08/2016 | Perpetual |
| 1116 W MT VERNON | 65806 | WILLIAM | DALTON | 11/02/2012 | Perpetual |
| 1117 W DIVISION | | SAMANTHA | E MOENTMANN | 03/01/2017 | Perpetual |
| 1120 W MT.VERNON | | JAMES | ROSEMARY | 05/03/2017 | Perpetual |
| 1121 N PARK AVE | 65802 | ELVA JEAN | GUNTER | 12/03/2013 | Perpetual |
| 1121 W ELM ARCADE APT 1 | 65806 | HARRY | BROWERS | 08/03/2012 | Perpetual |
| 1128 W DIVISION | 65802 | MICHEAL | ROBBINS | 07/18/2016 | Perpetual |
| 1132 W DIVISION | 65802 | CANDY | DAMRILL- PARRISH | 07/24/2011 | Perpetual |
| 1150 S CRUTCHER | | JEREMY | PETERS | 05/03/2017 | Perpetual |
| 1201 N FULBRIGHT | | AMBER | PADGETT | 03/09/2017 | Perpetual |
| 1205 W ELM ARCADE APT B | | TANYA | MOLKENBUR | 06/01/2017 | Perpetual |
| 1205 W ELM ARCADE APT C | 65806 | STEPHEN | STAAS | 12/01/2013 | Perpetual |
| 1205 W ELM ARCADE APT D | 65803 | RHONDA | FREDRICK | 08/01/2016 | Perpetual |
| 1206 N CLIFTON | 65802 | WILLIAM J. | JONES | 11/28/2015 | Perpetual |
| 1207 N WARREN | 65802 | DALLAS LENN | MILLER | 05/01/2013 | Perpetual |
| 1207 W WEBSTER | | MEGAN | GRAVES | 05/15/2017 | Perpetual |
| 1211 W FLORIDA | 65803 | RUSTY | LUDWIG | 08/23/2016 | Perpetual |
| 1212 W WEBSTER | 658 | SERENA J | JENKINS | 10/03/2012 | Perpetual |
| 1214 W CHASE | 65803 | TERRA | LEE | 10/01/2016 | Perpetual |
| 1216 W FLORIDA | 65803 | TERESA L | GAVISK | 11/14/2012 | Perpetual |
| 1218 W WEBSTER | 65802 | ABIGAIL L | ROBERTSON | 08/14/2015 | Perpetual |
| 1223 N FREEMONT | 65802 | SHARON MARIE | JONES | 11/05/2012 | Perpetual |
| 1223 S NEW | | JENNIFER | FUGATE | 08/03/2017 | Perpetual |
| 1230 W THOMAN | | MOLLIE | BRYAN | 03/21/2017 | Perpetual |
| 1235 N PROSPECT | | PAMELA | PHINNEY | 02/18/2016 | Perpetual |
| 1253 S BRIGHT AVE | 65807 | SHEILA | RUNYAN | 05/07/2014 | Perpetual |
| 1271 S FERGUSON | 65807 | JAMES | WINCH | 01/01/2014 | Perpetual |
| 130 S WALNUT AVE | 65738 | ANDREW LEROY | LATHAM | 02/26/2014 | Perpetual |
| 1300 E DIVISION #A | 65803 | GLEN D | CAMPBELL | 10/01/2015 | Perpetual |
| 1300 E DIVISION #B | 65803 | DAVID | BOWER | 03/27/2014 | Perpetual |
| 1300 E DIVISION #C | | JODEAN | KANE | 05/05/2017 | Perpetual |
| 1306 W TALMAGE | 65804 | MICHAEL | PILKINGTON | 04/01/2013 | Perpetual |

| Unit Address | Zip | First Name | Last Name | Lease Start | Lease Term |
|---|---|---|---|---|---|
| 1310 N ETHYL | 65802 | SETH D | ADAMS | 06/17/2015 | Perpetual |
| 1311 N ETHYL AVE | 65802 | BRAZO | WIGGINS | 05/01/2015 | Perpetual |
| 1312 S BRITE AVE | 65802 | CHERRIE | PRICHARD | 05/26/2016 | Perpetual |
| 1313 N CLIFTON | | RYAN | THOMAS | 08/12/2017 | Perpetual |
| 1314 S BRITE AVE | 65807 | SHAWN | MASON | 08/25/2016 | Perpetual |
| 1315 W MT.V | 65806 | LARRY | CANNON | 04/03/2013 | Perpetual |
| 1317 N LEXINGTON AVE | 65803 | KAHTLEEN | TARRANT | 12/05/2016 | Perpetual |
| 1323 W POPLAR | | DAWN | TAYLOR | 03/04/2017 | Perpetual |
| 1330 W THOMAN | | SARAH | CHAINEY | 02/25/2017 | Perpetual |
| 1331 N BROWN | 65802 | BRUCE W | PAGE JR | 07/30/2015 | Perpetual |
| 1333 S PRINCE LANE | | CARA | MAHONEY | 04/05/2017 | Perpetual |
| 1334 N WARREN | | TANYA | SPANGLER | 07/01/2017 | Perpetual |
| 1336 N PROSPECT | 65802 | SARAH KATHERINE | PREWITT | 07/01/2013 | Perpetual |
| 1350 N WABASH | | LONNIE | SHAW | 02/24/2017 | Perpetual |
| 1350 S NEWTON | 65807 | VICTORIA | MANNING | 07/08/2016 | Perpetual |
| 1406 W CALHOUN, APT B | 65802 | KATHLEEN D | PASSOW | 05/28/2015 | Perpetual |
| 141 S MAIN ST | | ANGIE | TALBERT | 08/01/2017 | Perpetual |
| 1421 E SEMINOLE | 65803 | DARREN | WILLIAMS JR | 02/03/2015 | Perpetual |
| 1426 W STATE | 65803 | DENNIS | DEICHMEISTERE | 08/16/2007 | Perpetual |
| 1427 W LYNN | | SAMANTHA | MCKINNLY | 01/27/2017 | Perpetual |
| 1430 N FRISCO | 65802 | TERESA | ALLEN | 10/03/2016 | Perpetual |
| 1431 E MCDANIEL | | DAVID | VANLOOZEN | 01/17/2017 | Perpetual |
| 1431 W THOMAN | | DARRON | A WATKINS | 08/25/2017 | Perpetual |
| 1432 W STATE | | BRITTANY | BROOM | 07/04/2017 | Perpetual |
| 1433 E BLAINE | | DAVID | COVELLO | 06/02/2017 | Perpetual |
| 1434 W STATE | | CARTESSIE | JOHNSON | 08/07/2017 | Perpetual |
| 1450 N WEST | 65802 | BLAZE DANIEL | OKEEFE SR | 11/07/2013 | Perpetual |
| 1451 N WEST | 65802 | JAMES | KINKADE | 01/01/2011 | Perpetual |
| 1461 N MISSOURI | | KYLE | WRIGHT | 03/01/2017 | Perpetual |
| 1464 N BROWN | 65802 | JOHN | DENNY | 02/27/2009 | Perpetual |
| 1470 E CAIRO | | REL | STIZELECKI | 06/09/2017 | Perpetual |
| 1478 E CENTRAL ST | | ATHENA | BLANTON | 02/15/2017 | Perpetual |

| Unit Address | Zip | First Name | Last Name | Lease Start | Lease Term |
|---|---|---|---|---|---|
| 1501 E WHITESIDE ST | 65804 | DACIA ELIZABETH | DINWIDDIE | 05/05/2014 | Perpetual |
| 1506 E LINDBERG | 65804 | STEPHANIE | ELDER | 05/02/2012 | Perpetual |
| 1507 E BLAINE ST | | ROBERT | BASS | 07/01/2017 | Perpetual |
| 1509 S OAK GROVE | | CHRISTOPHER | TURNER | 05/03/2017 | Perpetual |
| 1510 E LINDBERG | | MASON | MILLER | 12/30/2016 | Perpetual |
| 1510 W LYNN | 65802 | ADAM W | INKELAAR | 09/16/2014 | Perpetual |
| 1511 N DOUGLAS | | COURTNEY | BRADSHAW | 01/10/2017 | Perpetual |
| 1520 N LYON | | STEVEN | MARCH | 09/01/2017 | Perpetual |
| 1520 W DIVISION | 65802 | JOHN K | FETTERS | 11/03/2011 | Perpetual |
| 1523 N MAIN | 65803 | ROBERT | GALVIN | 11/03/2009 | Perpetual |
| 1530 E LINDBERG ST | 65804 | BRANDI | MADLE | 02/05/2016 | Perpetual |
| 1531 W WEBSTER | | APRIL | TRAMMELL | 09/01/2017 | Perpetual |
| 1550 N COLGATE | 65802 | MATT | WIGTON | 11/08/2016 | Perpetual |
| 1553 E NORA | 65803 | JOEL | Sturdefant | 01/01/2016 | Perpetual |
| 1600 N HAYES | 65802 | KEITH | STILLABOWER | 09/15/2016 | Perpetual |
| 1603 W THOMAN, APT A | 65803 | JERRY | WILLETS | 04/10/2011 | Perpetual |
| 1603 W THOMAN, APT B | 65803 | TINA L. | STOKES | 04/01/2016 | Perpetual |
| 1607 W NICHOLS ST | | BRITTANY | DAVAJON | 02/20/2017 | Perpetual |
| 1607 W THOMAN | | MICHAEL | GREER | 01/23/2017 | Perpetual |
| 1617 N FREMONT | 65803 | Beverly | McCALLUM | 10/14/2014 | Perpetual |
| 1617 N MAIN | 65802 | BETHANY A. | BAKER | 04/03/2013 | Perpetual |
| 1617 N MAIN A | | CHESTER | HOWELL | 03/24/2017 | Perpetual |
| 1619 N MARLAN | | SANDRA | GOODSON | 03/10/2017 | Perpetual |
| 1626 N GOLDEN | 65806 | JAMES ROBERT | BLOOR | 04/10/2013 | Perpetual |
| 1627 W CHESTNUT ST | | DEBRA | LINDSEY | 08/14/2017 | Perpetual |
| 1628 N IRVING | | BETHANY | QUICK | | Perpetual |
| 1629 N SHERMAN | 65802 | CHRISTOPHER | BATSON | 11/23/2016 | Perpetual |
| 1636 W THOMAN | 65802 | DARRIS | COOP | 08/26/2016 | Perpetual |
| 1637 W FLORIDA ST | | CHARLOTLE | MYERS | 07/26/2017 | Perpetual |
| 1638 N DRURY | 65802 | ANDREA | LATTA | 08/12/2016 | Perpetual |
| 1651 N ENGEL | 65803 | DEBBIE R | DIXON | 04/01/2012 | Perpetual |
| 1657 N HAYES | 65803 | CLAYTON T | BRADY | 06/01/2015 | Perpetual |

| Unit Address | Zip | First Name | Last Name | Lease Start | Lease Term |
|---|---|---|---|---|---|
| 1675 E DALE | 65803 | GARY | GARVOILLE | 06/14/2011 | Perpetual |
| 170 SUNFLOWER CR | | JOHN | GLENN | | Perpetual |
| 1700 W WEBSTER | 65802 | DOUG A. | BURLISON | 09/20/2014 | Perpetual |
| 1701 W WEBSTER | | AMBER | WILSON | 02/28/2017 | Perpetual |
| 1702 N OAKGROVE | 65803 | JOSEPH | SEVERN | 01/04/2016 | Perpetual |
| 1713 W ATLANTIC | | ETHAN | RUST | 03/14/2017 | Perpetual |
| 1723 W LEE | 65803 | CHEYENNE | WILSON | 02/13/2015 | Perpetual |
| 1730 N CLAY #A | 65802 | DENISE | VROENEN | 12/03/2016 | Perpetual |
| 1730 N CLAY APT B | | MICHELLE | GREEN | 05/01/2017 | Perpetual |
| 1730 W OLIVE | | SUE | ROSENBUM | 05/05/2017 | Perpetual |
| 1731 W WALNUT | | IVEY | BRADEN | 01/03/2017 | Perpetual |
| 1734 W ATLANTIC | | HAILEY | ALEXANDER | 06/02/2017 | Perpetual |
| 1740 W OLIVE | 65802 | PAMELA | LINDEMANN-MICHALAK | 03/24/2015 | Perpetual |
| 1800 W WALNUT | 65802 | JAY D | MADDOX | 03/12/2012 | Perpetual |
| 1803 E CRESTVIEW ST | 65804 | JONATHAN Q | ALLMON | 07/01/2013 | Perpetual |
| 1805 N YATES | 65802 | JOSEPH | POWER | 09/03/2016 | Perpetual |
| 1812 W WATER | 65802 | DEBORAH | KUNTZ-CHESTANE | 05/22/2015 | Perpetual |
| 1816 N COLGATE | 65802 | CHARLES LEO | COOPER | 09/11/2015 | Perpetual |
| 1839 N HILLCREST | 65802 | DONNA K | NIMMO | 09/02/2012 | Perpetual |
| 1847 W CHESTNUT | | KATELYN | BECK | 03/01/2017 | Perpetual |
| 1876 N BROADWAY | 65802 | AMANDA | CLARK | 05/04/2016 | Perpetual |
| 1882 N JEFFERSON | 65802 | MATTHEW | ROBERTS | 12/12/2016 | Perpetual |
| 1885 N GRANT | 65802 | FLOYD M. | PHILLIPS | 06/01/2016 | Perpetual |
| 1901 W LYNN | 65802 | DAVID | MILES | 09/10/2014 | Perpetual |
| 1910 W THOMAN | | TIFFANY | WHITELEY | 02/28/2017 | Perpetual |
| 1913 N COLGATE | | DONALD | WATSON | 03/31/2017 | Perpetual |
| 1919 N DOUGLAS | 65803 | MICHELLE L. | RYDER | 05/01/2012 | Perpetual |
| 1929 W CALHOUN | 65802 | BRANDON | PLUMB | 07/22/2016 | Perpetual |
| 1932 W CHESTNUT ST | | CHRISTOPHER | WILLIAMS | 05/18/2017 | Perpetual |
| 1934 N YATES | | ANTHONY | FRAZIER | 09/12/2017 | Perpetual |
| 1935 N LONEPINE | 65807 | CHRISTIAN | HENDRIX | 02/16/2016 | Perpetual |
| 1936 E CAIRO | 65807 | MATTHEW M. | NIXDORF | 05/01/2016 | Perpetual |

| Unit Address | Zip | First Name | Last Name | Lease Start | Lease Term |
|---|---|---|---|---|---|
| 1942 E COMMERCIAL | 65803 | MARCUS T | SMITH | 03/09/2015 | Perpetual |
| 1953 W ATLANTIC | 65803 | CYNTHIA | BRANYON | 07/24/2015 | Perpetual |
| 1955 W DIVISION | 65802 | ROY W | HERZOG JR | 01/03/2013 | Perpetual |
| 1957 W DIVISION | 65802 | JOHNNY | DELAMETER | | Perpetual |
| 1959 W DIVISION | | LINDA | OAKES | 07/01/2017 | Perpetual |
| 1961 W DIVISION | | TOMMY L | DANIELS | | Perpetual |
| 1963 W DIVISION | | RANDY | PEAK | 07/11/2014 | Perpetual |
| 1965 W DIVISION | 65802 | DONA JEAN | ROBINSON | 03/18/2014 | Perpetual |
| 200 N MAIN ST | 65714 | JENNIFER | WOOD | 09/14/2016 | Perpetual |
| 2001 W LYNN | 65802 | BRENDA SUE | MANIS | 10/28/2015 | Perpetual |
| 2006 N PICKWICK | 65803 | NIKI | TROWER | 09/30/2016 | Perpetual |
| 2006 W OLIVE | | IEISHA | CAMBELL | 07/01/2017 | Perpetual |
| 2009 N BOONVILLE | 65803 | SUSAN M. | SHUGART | 03/01/2016 | Perpetual |
| 2017 N BOONVILLE | 65803 | TIMOTHY | COOK | 11/05/2010 | Perpetual |
| 2020 N RAMSEY | 65803 | BENJAMIN | BRANDT | 04/01/2014 | Perpetual |
| 2020 W DIVISION | | VINCENT | MICHAEL HAY | 01/25/2017 | Perpetual |
| 2021 N PIERCE ST | | DORIS | WILSON | 06/06/2017 | Perpetual |
| 2024 N COLUMBIA | 65803 | SANDRA CHARLETTE | PARSONS | 08/02/2013 | Perpetual |
| 2025 N PIERCE ST | 65803 | KECIA | JOLLEY | 10/13/2016 | Perpetual |
| 2026 W DIVISION | | THEODORE | DAVIS | 06/09/2017 | Perpetual |
| 203 N MEADOWVIEW AVE | | ANTHONY | A  MIKESKA | 03/17/2017 | Perpetual |
| 2035 N PICKWICK AVE | 65803 | TOMMY | CONDREON | 12/19/2015 | Perpetual |
| 2038 N ROBBERSON AVE | | MATTHEW | HOSTETTLER | 08/01/2017 | Perpetual |
| 2039 N ROOSEVELT | 65803 | THERESA L | COTTER | 06/23/2015 | Perpetual |
| 204 S SCENIC | | CHARLES | ROBERTS | 08/17/2017 | Perpetual |
| 2045 N LYON | 65803 | SHARON KAY | MOOMEY | 07/12/2013 | Perpetual |
| 2051 N MARION | 65802 | ROSE LAVONA | HADDOCK | 05/03/2004 | Perpetual |
| 2058 N GRACE | 65803 | LUIS | ROBLEDO | 01/04/2016 | Perpetual |
| 2063 N ROOSEVELT | | LINDSAY | MCGOLDRICK | 05/25/2017 | Perpetual |
| 2075 N LEXINGTON AVE | 65802 | DEBRA | MARTIN | 11/09/2016 | Perpetual |
| 208  E BROOKS | 65738 | JULIA ELIZABETH | MORIARITY | 05/04/2013 | Perpetual |
| 2084 N ROOSEVELT | | LORI | STEPHENSON | 03/24/2017 | Perpetual |

| Unit Address | Zip | First Name | Last Name | Lease Start | Lease Term |
|---|---|---|---|---|---|
| 2100 S GRANT | | PATRICK | TAYLOR | 09/01/2017 | Perpetual |
| 2105 N ALBERTHA | | SHANNON | ARNOLD | 03/29/2017 | Perpetual |
| 2107 APT 01 | | SHARON | YORK | 01/18/2017 | Perpetual |
| 2107 APT 02 | | DEBORAH | NEWMAN | 08/15/2017 | Perpetual |
| 2107 APT 03 | 65802 | MICHAEL G. | WHEELOCK | 04/17/2016 | Perpetual |
| 2107 APT 04 | 65803 | TAWNIE | BUSBY | 09/12/2016 | Perpetual |
| 2107 APT 05 | 65807 | DIANNA | ATTERBERRY | 09/01/2016 | Perpetual |
| 2107 APT 06 | | MENDY | WILSON | 12/29/2016 | Perpetual |
| 2107 APT 07 | 65807 | DAVID | COKER | 03/01/2016 | Perpetual |
| 2107 APT 10 | 65807 | JESSICA | GRADY | 08/29/2016 | Perpetual |
| 2107 APT 12 | 65802 | JOSEPH | PFEIFER | 10/31/2014 | Perpetual |
| 2107 APT 15 | 65802 | TRAVIS | PERIDOE | | Perpetual |
| 2107 APT 16 | | SHARRIE | MILLARD | 04/04/2017 | Perpetual |
| 2107 APT 19 | 65802 | MARLYS | TEER | 10/25/2016 | Perpetual |
| 2107 APT 20 | | ALEXIS | JOLLEY | 08/25/2017 | Perpetual |
| 2107 APT 21 | | MICHELLE | B WELLS | 02/03/2017 | Perpetual |
| 2107 APT 22 | | RECQUEL | ROUSE | 07/01/2017 | Perpetual |
| 2107 APT 23 | | JUDITH | FRANK | 07/01/2017 | Perpetual |
| 2107 APT 24 | | CHARLES | PRICE | 02/02/2017 | Perpetual |
| 2107 APT 25 | | DEBREA | CYRUS | 08/01/2017 | Perpetual |
| 2107 APT 27 | 65802 | LISA M. | WILLIAMS | 08/26/2015 | Perpetual |
| 2107 APT 28 | | KATRINA | PAYNE | 03/02/2017 | Perpetual |
| 2107 APT 30 | | LACEY | COTTON | 07/11/2017 | Perpetual |
| 2107 APT 31 | 65802 | SHAWN | LOVE | | Perpetual |
| 2107 E CHERRY 11 | | HEATHER | FIDDICK | | Perpetual |
| 2107 E CHERRY 17 | | NICOLE | CHAPMAN | 07/14/2017 | Perpetual |
| 2107 LAUNDRY | | JOHN | MORRIS COMPANY | | |
| 2107 N NATIONAL | 65803 | PATRICK A. | MALONEY | 09/05/2015 | Perpetual |
| 2109 S NATIONAL | | BRITTANY | BUTLER | 04/26/2017 | Perpetual |
| 2110 N ROOSEVELT | 65803 | JAMES LEE | GOADE | 06/13/2014 | Perpetual |
| 2113 N EAST | | JACOB | CRIM | 04/26/2017 | Perpetual |
| 2116 N GRACE | | CHELSEY | BREWER | | Perpetual |

| Unit Address | Zip | First Name | Last Name | Lease Start | Lease Term |
|---|---|---|---|---|---|
| 2119 W HIGH | 65803 | AMY M. | FORRESTER | 03/18/2016 | Perpetual |
| 2120 N BROADWAY | | DANIEL | LANE | 03/01/2017 | Perpetual |
| 2120 N KANSAS | | AMY | MORSE | 08/18/2017 | Perpetual |
| 2122 W WALL | | ALEXANDRA | BELL | 08/17/2017 | Perpetual |
| 2126 N GRACE | | BRITTANY | BURNLEY | 06/08/2017 | Perpetual |
| 2131 W ATLANTIC | | ASHLEY | SMITH | 07/28/2017 | Perpetual |
| 2133 W CALHOUN | 65802 | DANA | CAMPBELL | 10/31/2014 | Perpetual |
| 2134 N KANSAS EXPY | 65803 | NATHAN ALAN | HOERNER | 08/29/2014 | Perpetual |
| 2140 N KENTWOOD | 65802 | CHARLES A | SMITH | 09/17/2013 | Perpetual |
| 2143 N BENTON AVE | 65803 | TAMMY | BARROS | 02/03/2016 | Perpetual |
| 2149 N NATIONAL | 65803 | JOHN | SHEPARD | 02/01/2015 | Perpetual |
| 2159 W CHESTNUT | 65806 | MERANDA | CHAVEZ | 10/19/2016 | Perpetual |
| 216 W HWY 174 | 65802 | JACOB | PARKS | 06/29/2016 | Perpetual |
| 221 S BROADWAY | 65806 | JAMES A | PAYTON | 08/06/2015 | Perpetual |
| 2211 W ATLANTIC | 65803 | DAVID LEE | DEROSSETT | 07/15/2013 | Perpetual |
| 2223 N HILLCREST | | JARED | SMILEY | 08/25/2017 | Perpetual |
| 2224 N WELLER | 65803 | JOHNNY P. | MUSE | 04/09/2014 | Perpetual |
| 2226 W MT VERNON | | ARLENE | FIERRO | 07/20/2017 | Perpetual |
| 2227 N BOONVILLE | | STACY | HALE | 03/01/2017 | Perpetual |
| 2235 E BATTLEFIELD | | MICHELLE | CARR | 06/08/2017 | Perpetual |
| 2236 N NATIONAL AVE | 65803 | ROBERT | HUFF | 10/10/2016 | Perpetual |
| 2242 N FARMER | 65803 | BRIAN | MITCHELL | 11/22/2016 | Perpetual |
| 2252 N LYON | | MELISSA | MITCHELL | 03/01/2017 | Perpetual |
| 2258 N WELLER | | CHARLOTTE | PRESLEY | 02/03/2009 | Perpetual |
| 2259 N MAIN | 65805 | PATRICK | WOODS | 09/26/2016 | Perpetual |
| 2267 N LYON | | TIFFANY | INMAN | 05/10/2017 | Perpetual |
| 229 N SCENIC | 65802 | FRED | FULBRIGHT | 04/03/2009 | Perpetual |
| 2301 N FRANKLIN | 65803 | MELISSA | ANDERSON | 04/24/2015 | Perpetual |
| 2308 W MADISON | 65802 | JUDY | STALKER | 09/05/2013 | Perpetual |
| 2310 N LEXINGTON | | SCOTTY | MATTHEW | 09/01/2017 | Perpetual |
| 2312 E ATLANTIC | 65802 | JEFF | POINTER | 11/26/2016 | Perpetual |
| 2316 W OLIVE | | STACY | ARNOLD | 06/02/2017 | Perpetual |

| Unit Address | Zip | First Name | Last Name | Lease Start | Lease Term |
|---|---|---|---|---|---|
| 2321 N CONCORD | 65803 | CONNIE | CARASITI | 06/01/2006 | Perpetual |
| 2321 N KELLETT AVE | 65803 | JENNIFER LAVONNE | CURTIS | 09/04/2015 | Perpetual |
| 2325 N RAMSEY | 65803 | JACKIE | BRENNER | 12/04/2012 | Perpetual |
| 2338 N LYON | | GREGORY | ROBERTSON | 08/05/2017 | Perpetual |
| 2340 N FRANKLIN | 65803 | REL  MICHELLE | GARRISON | 10/31/2015 | Perpetual |
| 2405 E ATLANTIC | | SHANNON | JOHNSON | 01/24/2017 | Perpetual |
| 2420 E COMMERCIAL | 65803 | TERESA | BENTLY | 04/01/2016 | Perpetual |
| 2424 N KELLETT AVE | 65803 | CHARLES | RUIZ JR | 03/19/2015 | Perpetual |
| 2426 E COMMERCIAL | 65803 | NICHOLE T. | LITTLEFOOT | 03/06/2014 | Perpetual |
| 2440 S WESTWOOD AVE | | CHRISTOPHER | BURRELL | 09/05/2017 | Perpetual |
| 2509 N KELLETT AVE | 65803 | GARRETT L | WARE | 06/01/2015 | Perpetual |
| 2511 N MAIN | | BRYTNI | SCHADLER | 01/20/2017 | Perpetual |
| 2514 W MONROE | 65807 | MICHAEL | CREIGHTON | 07/27/2016 | Perpetual |
| 2527 W WATER | 65802 | JOANNE | POTTS | 10/03/2012 | Perpetual |
| 2532 N EAST AVE | 65803 | RONALD | WILLIAMS | 01/08/2015 | Perpetual |
| 2541 E BENNETT | | WILLIE | GERALD JR | 05/25/2017 | Perpetual |
| 2542 W HIGH | | KELCI | PARNELL | 08/01/2017 | Perpetual |
| 2553 E ATLANTIC | 65803 | MICHAEL | LEDGERWOOD | 07/12/2014 | Perpetual |
| 2564 W PHELPS | 65802 | MEGAN A. | CORNMAN | 05/08/2015 | Perpetual |
| 2615 W PAGE | | RYAN | CABLE | 06/16/2017 | Perpetual |
| 2622 N FREMONT | 65806 | KIMBERLY | BRAKE | 03/03/2013 | Perpetual |
| 2623 W MT VERNON | 65802 | MARCUS | MOLES | 02/01/2014 | Perpetual |
| 2626 E ELM ST | 65803 | KEVIN | REED | 03/01/2015 | Perpetual |
| 2628 W MT VERNON | 65802 | RALPH | GONZALZ | 11/03/2016 | Perpetual |
| 2629 W PHELPS | | DEBRA | WATERS | 06/01/2017 | Perpetual |
| 2632 N KELLETT AVE | 65803 | KENNETH | PLUMB | 11/01/2016 | Perpetual |
| 2634 W MADISON | | PAUL | WILLIAMS | 03/01/2017 | Perpetual |
| 2638 W CHESTNUT ST | | JENNIE | ADAMS | 05/24/2017 | Perpetual |
| 2644 W LOMBARD | 65802 | LEO | MCMAKIN | 10/19/2016 | Perpetual |
| 2650 W BROWER | 65803 | GARY | COFFER | 07/01/2016 | Perpetual |
| 2660 W PHELPS | | MARY | COLVARD | 08/01/2017 | Perpetual |
| 2681 E ATLANTIC | 65803 | ARLEAN | FIERRO | 01/31/2015 | Perpetual |

| Unit Address | Zip | First Name | Last Name | Lease Start | Lease Term |
|---|---|---|---|---|---|
| 2727 W LINCOLN ST | 65802 | GENNIFER A. | GAVINS | 05/26/2016 | Perpetual |
| 2730 W CHESTNUT | | MICHEAL | EATON | 06/27/2017 | Perpetual |
| 2731 W COLLEGE | 65802 | MARK W | LANNING | 01/01/2013 | Perpetual |
| 2746 W WHITESIDE ST | 65807 | JOSH | McCARTNEY | 08/16/2016 | Perpetual |
| 2749 W OLIVE | | HEATHER | LOMPE | 08/25/2017 | Perpetual |
| 2757 W WALNUT | | CANDESE | CHRISTAIN | 02/21/2017 | Perpetual |
| 2761 W LATOKA ST | 65807 | DANIELLE R. | TIEDEN | 06/01/2016 | Perpetual |
| 2826 W OLIVE | 65802 | EDUARDO | GARCIA JR. | 06/04/2016 | Perpetual |
| 2832 W WATER | | STEVE | ANSON | 03/31/2017 | Perpetual |
| 2844 W WASHITA | | BRIDGET | REED | 04/11/2017 | Perpetual |
| 2850 W ELM | | BRITIAN | NELL | 02/27/2017 | Perpetual |
| 2856 W ELM | 65802 | JUSTIN | SOWARDS | 04/01/2013 | Perpetual |
| 2856 W HARRISON | | DONNISHA | NELSON | 01/04/2017 | Perpetual |
| 2867 N ATLANTIC | | GLADYS | GLEW | 05/04/2017 | Perpetual |
| 2901 W GRAND ST | | SARAH | ALLISON | 06/02/2017 | Perpetual |
| 2908 W LATOKA | | STEPHANIE | AGEE | 12/30/2016 | Perpetual |
| 2911 W CALHOUN, | 65802 | MARGARET J | TESCH | 03/08/2010 | Perpetual |
| 2936 W LOMBARD | | ASHLEY | MACKENZIE | 02/03/2017 | Perpetual |
| 2938 W HARRISON | 65802 | STEVEN | WATSON | 10/01/2011 | Perpetual |
| 2939 W SUNSHINE - LAUNDRY | | | JOHN'S EQUIPMENT SEVICE | | Perpetual |
| 2939 W SUNSHINE, APT #01 | | DONNA | GROSS | 04/04/2017 | Perpetual |
| 2939 W SUNSHINE, APT #02 | | BRADLY | HANEY | 07/19/2017 | Perpetual |
| 2939 W SUNSHINE, APT #03 | 65802 | LISA | SCHNIDT | 04/06/2016 | Perpetual |
| 2939 W SUNSHINE, APT #04 | | DOUG | HON | 07/28/2017 | Perpetual |
| 2939 W SUNSHINE, APT #05 | | JUSTIN | LAMB | 07/22/2017 | Perpetual |
| 2939 W SUNSHINE, APT #06 | | RANDY | LEE WAITE | 02/13/2017 | Perpetual |
| 2939 W SUNSHINE, APT #07 | 65803 | CANDACE | HOWERTON | 03/07/2016 | Perpetual |
| 2939 W SUNSHINE, APT #11 | | TIMOTHY | PARTON | 03/08/2017 | Perpetual |
| 2939 W SUNSHINE, APT #13 | | REAL | JOHNSON | 07/04/2017 | Perpetual |
| 2939 W SUNSHINE, APT #1A | 65803 | BOB | DUGAN | 09/03/2016 | Perpetual |
| 2939 W SUNSHINE, APT #1B | 65807 | EVERETT L | McCONVILLE | 04/19/2016 | Perpetual |
| 2954 W LATOKA | | NELSON | RODRIGUEZ | 07/01/2017 | Perpetual |

| Unit Address | Zip | First Name | Last Name | Lease Start | Lease Term |
|---|---|---|---|---|---|
| 2954 W WATER ST | 65802 | LESLIE A. | HARN | 03/02/2016 | Perpetual |
| 2956 E SOUTHEAST CIRCLE | 65802 | JAMES | FULBRIGHT | 06/01/2015 | Perpetual |
| 2959 W MADISON | 65802 | SHIRLEY | REEL | 08/03/2009 | Perpetual |
| 301 W MT VERNON BLV, APT #1 | | MAKAYLA | CHOATE | 03/22/2017 | Perpetual |
| 301 W MT VERNON BLV, APT #12 | | MICHEAL | AUST | 07/03/2017 | Perpetual |
| 301 W MT VERNON BLV, APT #5 | 65712 | KATHY | NORRIS | 03/11/2016 | Perpetual |
| 301 W MT VERNON BLV, APT #6 | | ERIN | HAMMETT | 03/01/2017 | Perpetual |
| 301 W MT VERNON BLV, APT #7 | | GORDON | CAREY | 07/14/2017 | Perpetual |
| 301 W MT VERNON BLV, LAUNDRY | | | JOHN'S EQUIPMENT SERVICE | | Perpetual |
| 301 W WALNUT,STORAGE | 65712 | JOE | EAST | 01/05/2011 | Perpetual |
| 3010 W WALNUT | | SAVANNAH | BROWN | 06/06/2017 | Perpetual |
| 3010 W WASHITA | | MAKAYLA | SHELBY | 08/04/2017 | Perpetual |
| 3015 W LINCOLN | | CHUCK | STOCKTON | 02/03/2009 | Perpetual |
| 3021 W WALNUT | 65802 | CORY J | COX | 04/03/2012 | Perpetual |
| 3050 W PACIFIC | 65803 | LANA E. | RYMAN | 05/03/2016 | Perpetual |
| 3159 W MADISON | 65802 | DEBBIE | ARGUETA | 12/12/2012 | Perpetual |
| 3219 N HOWARD | 65803 | MARK | THARP | 10/03/2011 | Perpetual |
| 3220 N HOWARD | | DAVID | PANKEY | 04/10/2018 | Perpetual |
| 3222 N HOWARD | | DAVID | JENNINGS | 03/31/2017 | Perpetual |
| 3225 W LATOKA | | JULIE | JEFFERY | 02/22/2017 | Perpetual |
| 3232 W LATOKA | | CHRISTOPHER | CAVINS | 08/12/2017 | Perpetual |
| 3235 W CALHOUN | 65802 | Lydia | Sewell | 10/15/2014 | Perpetual |
| 3235 W STATE ST | 65802 | REL | KRIVAK | 09/05/2016 | Perpetual |
| 3242 W PAGE ST | | KATHY | ROBERTS | 07/21/2017 | Perpetual |
| 3244 W LATOKA | 65807 | CHERYL | BROCKINGTON | 06/03/2011 | Perpetual |
| 3254 W LOMBARD | 65802 | SUSAN | STRYFFELER | 11/06/2015 | Perpetual |
| 331 W CHARLES ST | 65738 | EMMYLYN | PAGE-WOLCOTT | 09/03/2013 | Perpetual |
| 3317 W GRAND | 65806 | JOHN | SMITH | 10/07/2005 | Perpetual |
| 3404 W SYLVANIA A | 65802 | REYNA | RODRIGUEZ | 01/09/2013 | Perpetual |
| 3404 W SYLVANIA B | 65803 | FRANKIE | BLACKWOOD | 12/16/2016 | Perpetual |
| 3475 W FARM ROAD 142 APT A | | MICHAEL | WILKERSON | 09/23/2016 | Perpetual |
| 349 N HOMEWOOD | | CHRISTINA | RHAN | 02/22/2017 | Perpetual |

| Unit Address | Zip | First Name | Last Name | Lease Start | Lease Term |
|---|---|---|---|---|---|
| 351 N HOMEWOOD | | MARYANNE | TYSON | 06/01/2017 | Perpetual |
| 353 N HOMEWOOD | | GLEN | MUNLTRIE | 09/07/2017 | Perpetual |
| 3550 W CHESTNUT, APT #04 | | MARY | QUEEN | 02/03/2017 | Perpetual |
| 3550 W CHESTNUT, APT #05 | | STEPHANIE | ABEYTA | 08/08/2017 | Perpetual |
| 3550 W CHESTNUT, APT #06 | 65802 | DONALD | MOORE | | Perpetual |
| 3550 W CHESTNUT, APT #07 | 65802 | JAMES R | HUBBARD | 08/23/2013 | Perpetual |
| 3550 W CHESTNUT, APT #08 | | RICHARD | MITCHELL | 12/14/2014 | Perpetual |
| 3550 W CHESTNUT, APT #12 | 65802 | MICKEY | GARCIA | | Perpetual |
| 3550 W CHESTNUT, APT #14 | | CARMEN | TUCKER | 09/08/2017 | Perpetual |
| 3550 W CHESTNUT, APT #16 | | JAMES | WAKE | 04/06/2017 | Perpetual |
| 3550 W CHESTNUT, APT #17 | 65802 | MARCO | JONES | 08/03/2016 | Perpetual |
| 3550 W CHESTNUT, APT #1A | | ROBERT | GRAMM | 09/06/2016 | Perpetual |
| 3550 W CHESTNUT, APT #20 | | COLLINS | REBECCA | 05/16/2017 | Perpetual |
| 3550 W CHESTNUT, LAUNDRY | | | JOHN'S EQUIPMENT SERVICE | | Perpetual |
| 3550 W CHESTNUT, TRAILER | | JAMES | SCHEBAUM | 04/07/2017 | Perpetual |
| 359 N WARREN | | DANIEL | PERKINS | | Perpetual |
| 3745 W FARM ROAD 142 APT B | 65802 | DUSTIN | COLLINS | 09/02/2016 | Perpetual |
| 3745 W FARM ROAD 142 APT C | | CARL | SMITH | 03/03/2017 | Perpetual |
| 3745 W FARM ROAD 142 APT F | | SAMANTHA | TERRY | 08/25/2017 | Perpetual |
| 3970 W GROTON | 65803 | GEORGIA | BEAN | 10/03/2011 | Perpetual |
| 403 SOMERSET ST | | MITZI | ANDERSON | 04/24/2017 | Perpetual |
| 419 W STATE, APT #1 | 658 | KAREN | LOPEZ | 09/21/2011 | Perpetual |
| 419 W STATE, APT #2 | 65806 | EMMA | SYPOLT | 04/01/2016 | Perpetual |
| 419 W STATE, APT #4 | | SANDRA | PRIETT | 02/03/2017 | Perpetual |
| 421 W STATE | 65806 | RICHARD | MOSHLER | 10/01/2013 | Perpetual |
| 4229 W MAPLE | 65802 | GABRIEL | AHNER | 07/12/2016 | Perpetual |
| 423 W DIVISION | | GLAVANNA | ELDER | 02/16/2017 | Perpetual |
| 4239 W MAPLE | 65802 | CARI | BRECKENRIDGE | 12/29/2015 | Perpetual |
| 430 S NEWTON | 65803 | ESTELLA | COOPER | 07/29/2016 | Perpetual |
| 431 W DIVISION | | TIMBER | DANIEL | 06/20/2017 | Perpetual |
| 434 W EVERGREEN | | BRIAN AND REBECCA | RIVET | 06/26/2017 | Perpetual |
| 4346 W MAPLE | 65802 | SUSAN VERNA | URBINA ROHRER | 05/01/2013 | Perpetual |

| Unit Address | Zip | First Name | Last Name | Lease Start | Lease Term |
|---|---|---|---|---|---|
| 435 W DIVISION | 65802 | EDWARD | MACIAS | 09/01/2016 | Perpetual |
| 440 W US HWY 60 | | ZARY | JORDAN | 07/01/2017 | Perpetual |
| 4791 W SUNSHINE | 65802 | CHARLES | YOUNT | 10/06/2016 | Perpetual |
| 4931 HIGHWAY 39 | | CATHY | BURGDORF | 04/14/2017 | Perpetual |
| 501 N WEST AVE | 65802 | WILLAIM L. | DAVIS JR. | 06/03/2016 | Perpetual |
| 503 N BROWN | 65803 | GEORGIA B. | CANTRELL | 10/01/2014 | Perpetual |
| 503 S MILLER RD | | ALICIA | HALL | 06/24/2017 | Perpetual |
| 504 E CHERRY ANNEX #1A | | TERRY | KAMERY | 02/03/2014 | Perpetual |
| 504 E CHERRY ANNEX #2A | | BRANDON | MORING | 09/01/2017 | Perpetual |
| 504 E CHERRY APT #1 | | TINA | WILLIS | 06/01/2017 | Perpetual |
| 504 E CHERRY APT #10 | | PAULA | ANDERSON | 06/06/2017 | Perpetual |
| 504 E CHERRY APT #2 | | MARGARET | RAUBS | 02/03/2017 | Perpetual |
| 504 E CHERRY APT #5 | | KIM | MCCOY | 03/03/2017 | Perpetual |
| 504 E CHERRY APT #8 | | EDEN | WILLIAMS | 05/01/2017 | Perpetual |
| 504 E CHERRY APT#14 | | JASON | RUSCHE | 05/01/2017 | Perpetual |
| 504 E CHERRY APT#16 | | RITA | CHRISTIANSON | 02/17/2017 | Perpetual |
| 508 E CHERRY APT #A | | CHARLES | MCCLANCY | 04/01/2017 | Perpetual |
| 508 E CHERRY APT #B | 65806 | SCOTT B | OLSEN | 03/17/2015 | Perpetual |
| 508 E CHERRY APT #E | 65806 | DONALD LEE | CURBOW | 08/19/2015 | Perpetual |
| 508 E CHERRY APT #F | 65803 | CHAD | SLAGLEY | 10/05/2016 | Perpetual |
| 508 W NORTON | 65803 | HIDEE L | WATSON | 09/25/2015 | Perpetual |
| 510 S BURTON | 65803 | KASEY | MAYNARD | 11/29/2016 | Perpetual |
| 512 E CHERRY APT #4 | | REL | COLLINS | 04/03/2017 | Perpetual |
| 514 S DYSART | | ARCHIE | FERGUSON | 08/12/2017 | Perpetual |
| 515 N WESTGATE | 65802 | DONNA | HAYES | 06/04/2013 | Perpetual |
| 519 E DALE, | | RICHARD | HILL  JR | 03/20/2017 | Perpetual |
| 520 S SCENIC | 65802 | ROBERT G | SHELBURN | 12/06/2013 | Perpetual |
| 525 S MAIN | 65738 | PAMELA J | NGUYEN | 11/01/2013 | Perpetual |
| 526 S MONTE VISTA AVE | 65803 | AMANDA | ENTREKIN | 01/03/2012 | Perpetual |
| 532 N COLLEGE | 65738 | GREGORY C | SIMMONS | 11/01/2012 | Perpetual |
| 5759 W HWY 60, APT #11 | 65619 | JIMMY | BAXTER | 10/01/2012 | Perpetual |
| 5759 W HWY 60, APT #16 | 65619 | CORINA | BILL | 07/01/2017 | Perpetual |

| Unit Address | Zip | First Name | Last Name | Lease Start | Lease Term |
|---|---|---|---|---|---|
| 5759 W HWY 60, LAUNDRY | 65619 | | JOHN'S EQUIPMENT SERVICE | | Perpetual |
| 5759 W HWY 60, SIGN | 65619 | | LAMAR SIGN COMPANY | | Perpetual |
| 5759 W. HWY 60; CAR LOT | 65619 | 60 MOTORS/CARS 4 U | | 04/11/2016 | Perpetual |
| 5849 W US HWY 60 | 65619 | OFFICE 2 | | 07/03/2006 | Perpetual |
| 608 N PATTERSON | | JASMINE | LANE | 03/10/2017 | Perpetual |
| 610 E LOGAN | | LAUREN | POLEY | 08/03/2017 | Perpetual |
| 610 N PATTERSON | 65802 | PEGGY | WEBB | 07/03/2011 | Perpetual |
| 611 N WARREN AVE | 65802 | DANIEL | RAIDER | 05/01/2015 | Perpetual |
| 612 N PARK, | | LARRY | SIMPKINS | 08/03/2017 | Perpetual |
| 615 E PACIFIC | 65802 | BRENDA | CHRISTIANSEN | 08/03/2010 | Perpetual |
| 615 E PACIFIC, 1/2 | 65802 | JOHN | CHRISTIANSEN | | Perpetual |
| 615 N NETTLETON, | 65802 | BETTY | FARRINGTON | 08/01/2011 | Perpetual |
| 620 S BELCREST, | | HEATHER | FAUSETT | 06/02/2017 | Perpetual |
| 621 S GOLDEN, | 65802 | MIKE E | LYELL | 01/04/2013 | Perpetual |
| 623 W CALHOUN | 65802 | RENEE | MARQUEZ | 06/12/2012 | Perpetual |
| 6251 HWY O, APT #1A | | BILLY | MCKINNEY | 09/02/2017 | Perpetual |
| 6251 HWY O, APT1 B  HOUSE | | MANAGER | | | Perpetual |
| 6251 HWY O, LAUNDRY | 65804 | | JOHN'S EQUIPMENT SERVICE | 01/01/2012 | Perpetual |
| 626 N PHELPS AVE | | ZARY | ALLISON | 03/15/2017 | Perpetual |
| 626 W DIVISION ST | 65802 | JOHN | BOWEN | 08/15/2017 | Perpetual |
| 627 N HILLCREST | | JANICE | POWERS | 09/16/2016 | Perpetual |
| 629 W MADISON, | 65806 | JESSE J | ROSS | 06/03/2015 | Perpetual |
| 631 S GOLDEN ST | | CYNTHIA | BIRDSONG | 07/17/2017 | Perpetual |
| 631 W HIGH, | | DANIELLE | C HILTS | 08/15/2017 | Perpetual |
| 632 W NICHOLS, | | DEREK | SHOEMAKER | 08/11/2017 | Perpetual |
| 635 S NETTLETON, | | SANDRA | BELLOMY | 12/16/2016 | Perpetual |
| 637 S MILLER RD | 65802 | ALEX S. | GOEMAN | 03/01/2016 | Perpetual |
| 645 S GRANT APT 1 | | JOHN | BARGEL | 08/03/2017 | Perpetual |
| 645 S GRANT APT 2 | | JOHN | MANNING | 08/03/2017 | Perpetual |
| 645 S GRANT APT 4 | | BRANDY | ROSE | 09/02/2017 | Perpetual |
| 645 W WEBSTER | 65803 | CHRISTOPHER | ANDERSON | 12/12/2016 | Perpetual |
| 654 S LAUREL | | KAREN | TUCK | 08/11/2017 | Perpetual |

| Unit Address | Zip | First Name | Last Name | Lease Start | Lease Term |
|---|---|---|---|---|---|
| 675 W HWY 60, APT #03 | | AMANDA | WILLHITE | 03/01/2017 | Perpetual |
| 675 W HWY 60, APT #06 | | CAROLYN | BELSHE | | Perpetual |
| 675 W HWY 60, HOUSE | 65705 | DEE | LAUER | 02/01/2012 | Perpetual |
| 675 W HWY 60, LAUNDRY | | | JOHN'S EQUIPMENT SERVICE | | Perpetual |
| 7033 W FARM FOAD 106 | | STEVE | GUSTAFSUN | 07/28/2017 | Perpetual |
| 711 N PARK, | | DESIREA | EDEN | 04/21/2017 | Perpetual |
| 714 W CALHOUN ST | 65802 | GAIL L | JONES | 12/01/2015 | Perpetual |
| 715 E DALE | | DAVID | ROBINSON | 03/04/2017 | Perpetual |
| 720 E COMMERCIAL | | BRIDGETTE | AYALA | 01/18/2017 | Perpetual |
| 721 N NETLETON AVE | | DANIEL | KEITH | 07/01/2017 | Perpetual |
| 727 S DOUGLAS | | TROY | DUNSTON | 04/07/2017 | Perpetual |
| 729 W CHICAGO | 65802 | DOLLY | DEAN | 06/30/2016 | Perpetual |
| 732 S EASTGATE | | COURTNEY | WATSON | 09/26/2013 | Perpetual |
| 742 S GRANT, APT A | 65806 | NORMAN LEROY | JENSEN | 08/01/2013 | Perpetual |
| 742 S GRANT, APT B | | ANDREA | MYERS | 09/01/2017 | Perpetual |
| 742 S GRANT, APT C | 65806 | MARTHA | ROCA | 06/30/2006 | Perpetual |
| 742 S GRANT, APT E | 65802 | LESLIE L. | NEWEBERRY | 05/27/2016 | Perpetual |
| 744 N KANSAS AVE | 65802 | GLORIA J | JANES | 12/01/2011 | Perpetual |
| 746 S DOUGLAS | | KIMBERLY | MORELOCK | 02/02/2017 | Perpetual |
| 759 S GRANT | | BRANDY | MATHIS | 06/02/2017 | Perpetual |
| 800 W DELLA | | LUCAS | REEVES | | Perpetual |
| 801 W MT VERNON ST | | HOPE | CROCKETT | 02/17/2017 | Perpetual |
| 802 W MT VERNON | | ANTHONY | MCGOWAN | 08/18/2017 | Perpetual |
| 804 N WEST | 65802 | HEIDI M | SARVICH | 09/19/2015 | Perpetual |
| 804 W LOCUST, | | COREY | MINCKS | 04/24/2017 | Perpetual |
| 811 S NEW | | KIMBERLY | ELLIOT | 06/01/2017 | Perpetual |
| 813 N WARREN AVE | 65802 | JOHN D | WILSON | 12/01/2011 | Perpetual |
| 813 S GLENN | 65804 | JAMES | TAPERT | 09/09/2016 | Perpetual |
| 816 N NATIONAL | 65803 | SHAUN K | ZIMMERMAN | 02/07/2014 | Perpetual |
| 816 N WEST AVE | | NIKLAS | MITCHELL | 05/18/2017 | Perpetual |
| 816 S GLENN | 65804 | ELISABETH T. | ROMERO | 08/01/2011 | Perpetual |
| 818 E GARFIELD | | PAUL | ABBEY | 05/01/2017 | Perpetual |

| Unit Address | Zip | First Name | Last Name | Lease Start | Lease Term |
| --- | --- | --- | --- | --- | --- |
| 818 N FOREST | | TRACY | SCHNICK | | Perpetual |
| 818 W SCOTT ST | 65802 | DARRELL | MOAD | 12/02/2016 | Perpetual |
| 819 N FOREST | 65802 | PAULA E | GRIFFITH | 09/23/2013 | Perpetual |
| 819 S FERGUSON | 65806 | HOSEA J. | EDWARDS | 03/12/2016 | Perpetual |
| 822 N LEXINGTON | | HALEY | THOMAS | 07/28/2017 | Perpetual |
| 822 W MORNINGSIDE | | RANDY | DORSEY | 04/08/2017 | Perpetual |
| 823 N KANSAS EXPY | | KEVIN | WALLACE | 02/01/2017 | Perpetual |
| 824 N EAGLE | 65803 | DYWANE | UPSHIRE | 09/02/2016 | Perpetual |
| 825 S FORT | | HEATHER | BURCH | 02/23/2017 | Perpetual |
| 826 N WEAVER, | | JESSICA | DORNEY | 07/15/2017 | Perpetual |
| 827 S NETTLETON | 65802 | PIPER K | MEYER | 04/16/2016 | Perpetual |
| 829 N FARMER | | LAWERENCE | SCHMIDT | 08/14/2017 | Perpetual |
| 830 S NETTLETON | 65803 | EDWARD | MULLEN | 04/29/2011 | Perpetual |
| 833 E GARFIELD | | BUCK | DANIEL | 04/07/2017 | Perpetual |
| 839 S WEST AVE | | FRANK | GLENN JOHNSON | 04/21/2017 | Perpetual |
| 842 S NETTLETON | 65802 | TASHA | KELLER | 01/30/2015 | Perpetual |
| 845 S CLIFTON | | SHEMEKA | MITCHELL | 04/14/2017 | Perpetual |
| 850 S GRANT | | JENNY | MOYER | 09/08/2017 | Perpetual |
| 852 S NETTLETON | 65806 | DOROTHY | CAPERS | 05/15/2014 | Perpetual |
| 864 S HOMEWOOD | 65802 | MICHAEL D | LONG | 06/03/2012 | Perpetual |
| 877 S HOMEWOOD | | TIFFANY | EAVES | 04/05/2017 | Perpetual |
| 903 N DELAWARE | 65802 | JODY EUGENE | WAGGONER | 04/02/2013 | Perpetual |
| 908 W HARRISON | 65806 | MELISSA A | SCHIMDT | | Perpetual |
| 910 S KANSAS | | BLAIR | MCKINSTRY | 03/27/2017 | Perpetual |
| 910 S NEWTON | 65806 | DESIRE | SANTOS | 02/15/2016 | Perpetual |
| 912 E DALE | | JESSICA | EMMONS | 02/21/2017 | Perpetual |
| 918 N BROWN | 65802 | CAROL ANN | KEMP | 09/01/2012 | Perpetual |
| 920 W KERR ST | 65803 | TAYLOR | HILBURN | 02/15/2016 | Perpetual |
| 924 W NICHOLS | 65802 | SAMANTHA | ARMSTRONG | 07/22/2016 | Perpetual |
| 930 S MISSOURI | | AERRON | TATE | 04/26/2017 | Perpetual |
| 931 W CHICAGO | 65803 | JAMIE M. | YOUNG | 05/28/2016 | Perpetual |
| 932 S NETTLETON | | HEATHER | MARSH | 04/11/2017 | Perpetual |

| Unit Address | Zip | First Name | Last Name | Lease Start | Lease Term |
|---|---|---|---|---|---|
| 932 W FLORIDA | | SUZIE | MAYNARD | 04/12/2017 | Perpetual |
| 939 S FORT | | SARAH | UPTON | 03/29/2017 | Perpetual |
| 944 S NEW AVE | | DIANNE | SAUNDERS | 07/01/2017 | Perpetual |
| 951 S FORT | 65806 | MARRIANNE | RUDY | 11/03/2015 | Perpetual |