**Supplement to SOFA, Part 2, 3   417 Rentals, LLC   Case No. 17-60935**

| Certain payments or transfers to creditors within 90 days before filing this case | | | | | |
|---|---|---|---|---|---|
| List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) | | | | | |
| Creditor's Name | Loan # | Creditors Address | Estimated Dates | Total Estimated value | Reasons for payment |
| Guaranty Bank | 5100190938 | 2155 W Republic Rd, Springfield, MO 65810 | 5/25/2017 | $3,672.21 | Secured Debt |
| Old Missouri Bank | 9452 | 3570 S National Ave, Springfield, MO 65807 | 5/25/2017 | $3,404.53 | Secured Debt |
| Guaranty Bank | 5400228909 | 2155 W Republic Rd, Springfield, MO 65810 | 5/26/2017 | $4,008.00 | Secured Debt |
| Bank of Bolivar | 6.19610 | 1339 E Republic Rd, Springfield, MO 65804 | 5/27/2017 | $3,752.73 | Secured Debt |
| Bank of Bolivar | 6.19611 | 1339 E Republic Rd, Springfield, MO 65804 | 5/27/2017 | $636.86 | Secured Debt |
| Central Bank of the Ozarks | 249615 2615 | 1110 Independance, Republic, MO 65738 | 5/28/2017 | $1,161.62 | Secured Debt |
| Great Southern Bank | 130091769 | 620 E Harrison St, Republic, MO 65738 | 6/1/2017 | $224.99 | Secured Debt |
| Systematic Savings Bank | 1788 | 318 South Ave, Springfield, MO 65806 | 6/1/2017 | $3,279.67 | Secured Debt |
| Systematic Savings Bank | 6650 | 318 South Ave, Springfield, MO 65806 | 6/1/2017 | $567.12 | Secured Debt |
| Systematic Savings Bank | 6651 | 318 South Ave, Springfield, MO 65806 | 6/1/2017 | $2,022.83 | Secured Debt |
| Systematic Savings Bank | 6722 | 318 South Ave, Springfield, MO 65806 | 6/1/2017 | $503.49 | Secured Debt |
| Systematic Savings Bank | 6817 | 318 South Ave, Springfield, MO 65806 | 6/1/2017 | $2,086.49 | Secured Debt |
| Systematic Savings Bank | 6881 | 318 South Ave, Springfield, MO 65806 | 6/1/2017 | $441.73 | Secured Debt |
| Bank of Missouri | 136845 | 520 E Elm St, Republic, MO 65738 | 6/2/2017 | $4,360.78 | Secured Debt |
| Great Southern Bank | 96212381 | 620 E Harrison St, Republic, MO 65738 | 6/2/2017 | $3,635.48 | Secured Debt |
| Legacy Bank and Trust | 40001644 | 175 Johnstown Dr, Rogersville, MO 65742 | 6/2/2017 | $3,168.27 | Secured Debt |
| Mid Missouri Bank | 322289001 | 806 E Hines St, Republic, MO 65738 | 6/2/2017 | $4,030.02 | Secured Debt |
| Legacy Bank and Trust | 40003612 | 175 Johnstown Dr, Rogersville, MO 65742 | 6/3/2017 | $700.00 | Secured Debt |
| First National Bank | 81594403 | 4108 S National Ave, Springfield, MO 65807 | 6/4/2017 | $202.05 | Secured Debt |
| First National Bank | 81594405 | 4108 S National Ave, Springfield, MO 65807 | 6/4/2017 | $262.67 | Secured Debt |
| First National Bank | 81594406 | 4108 S National Ave, Springfield, MO 65807 | 6/4/2017 | $271.31 | Secured Debt |
| First National Bank | 81594407 | 4108 S National Ave, Springfield, MO 65807 | 6/4/2017 | $334.82 | Secured Debt |
| First National Bank | 81594408 | 4108 S National Ave, Springfield, MO 65807 | 6/4/2017 | $334.83 | Secured Debt |
| First National Bank | 81594409 | 4108 S National Ave, Springfield, MO 65807 | 6/4/2017 | $254.01 | Secured Debt |
| First National Bank | 81594410 | 4108 S National Ave, Springfield, MO 65807 | 6/4/2017 | $195.82 | Secured Debt |
| First National Bank | 81594411 | 4108 S National Ave, Springfield, MO 65807 | 6/4/2017 | $230.92 | Secured Debt |
| Guaranty Bank | 5400228881 | 2155 W Republic Rd, Springfield, MO 65810 | 6/4/2017 | $4,101.00 | Secured Debt |
| Mid Missouri Bank | 322289002 | 806 E Hines St, Republic, MO 65738 | 6/4/2017 | $2,989.05 | Secured Debt |
| Central Bank of the Ozarks | 14868 2353 | 1110 Independance, Republic, MO 65738 | 6/6/2017 | $2,432.30 | Secured Debt |

| Creditor | Account | Address | Date | Amount | Type |
|---|---|---|---|---|---|
| Great Southern Bank | 96193506 | 620 E Harrison St, Republic, MO 65738 | 6/6/2017 | $254.79 | Secured Debt |
| Bancorp South | 86200076413 | 4039 S Kansas Expy, Springfield, MO 65807 | 6/7/2017 | $1,515.52 | Secured Debt |
| Arvest Bank | 4319350 | 2403 W Republic Rd, Springfield, MO 65807 | 6/8/2017 | $185.67 | Secured Debt |
| Great Southern Bank | 96195339 | 620 E Harrison St, Republic, MO 65738 | 6/9/2017 | $447.55 | Secured Debt |
| Legacy Bank and Trust | 40003477 | 175 Johnstown Dr, Rogersville, MO 65742 | 6/10/2017 | $3,572.32 | Secured Debt |
| Old Missouri Bank | 12628 | 3570 S National Ave, Springfield, MO 65807 | 6/10/2017 | $181.99 | Secured Debt |
| Simmons Bank | 3115501 | 2423 W Republic Rd, Springfield, MO 65807 | 6/10/2017 | $1,375.55 | Secured Debt |
| Simmons Bank | 3115524 | 2423 W Republic Rd, Springfield, MO 65807 | 6/10/2017 | $1,312.00 | Secured Debt |
| Simmons Bank | 3116262 | 2423 W Republic Rd, Springfield, MO 65807 | 6/10/2017 | $2,524.62 | Secured Debt |
| Simmons Bank | 3116305 | 2423 W Republic Rd, Springfield, MO 65807 | 6/10/2017 | $1,425.00 | Secured Debt |
| Southern Bank | 661752 | 3000 W Republic Rd, Springfield, MO 65807 | 6/10/2017 | $1,750.72 | Secured Debt |
| Arvest Bank | 4064848 | 2403 W Republic Rd, Springfield, MO 65807 | 6/12/2017 | $3,268.32 | Secured Debt |
| Bancorp South | 86600075304 | 4039 S Kansas Expy, Springfield, MO 65807 | 6/13/2017 | $1,885.52 | Secured Debt |
| Bancorp South | 86600075308 | 4039 S Kansas Expy, Springfield, MO 65807 | 6/13/2017 | $1,895.91 | Secured Debt |
| Bank of Missouri | 133850 | 520 E Elm St, Republic, MO 65738 | 6/13/2017 | $4,141.66 | Secured Debt |
| Legacy Bank and Trust | 40003752 | 175 Johnstown Dr, Rogersville, MO 65742 | 6/13/2017 | $2,434.46 | Secured Debt |
| Southern Bank | 639353 | 3000 W Republic Rd, Springfield, MO 65807 | 6/13/2017 | $8,287.93 | Secured Debt |
| Central Bank of the Ozarks | 14868 2370 | 1110 Independance, Republic, MO 65738 | 6/14/2017 | $3,604.94 | Secured Debt |
| Great Southern Bank | 96196262 | 620 E Harrison St, Republic, MO 65738 | 6/14/2017 | $272.16 | Secured Debt |
| Great Southern Bank | 96196270 | 620 E Harrison St, Republic, MO 65738 | 6/14/2017 | $265.87 | Secured Debt |
| Central Bank of the Ozarks | 14868 2225 | 1110 Independance, Republic, MO 65738 | 6/15/2017 | $2,462.39 | Secured Debt |
| Guaranty Bank | 5400229090 | 2155 W Republic Rd, Springfield, MO 65810 | 6/15/2017 | $6,503.00 | Secured Debt |
| Guaranty Bank | 5400229140 | 2155 W Republic Rd, Springfield, MO 65810 | 6/15/2017 | $3,264.00 | Secured Debt |
| Simmons Bank | 10361726 | 2423 W Republic Rd, Springfield, MO 65807 | 6/15/2017 | $2,500.00 | Secured Debt |
| Southern Missouri Bank of Marshfield | 60016056 | 1292 Banning St, Marshfield, MO 65706 | 6/15/2017 | $1,000.00 | Secured Debt |
| Southern Missouri Bank of Marshfield | 60017340 | 1292 Banning St, Marshfield, MO 65706 | 6/15/2017 | $2,979.85 | Secured Debt |
| Southern Missouri Bank of Marshfield | 60017489 | 1292 Banning St, Marshfield, MO 65706 | 6/15/2017 | $2,838.97 | Secured Debt |
| Southern Missouri Bank of Marshfield | 60017564 | 1292 Banning St, Marshfield, MO 65706 | 6/15/2017 | $278.50 | Secured Debt |
| Southern Bank | 1600090324 | 3000 W Republic Rd, Springfield, MO 65807 | 6/15/2017 | $3,288.83 | Secured Debt |
| Central Bank of the Ozarks | 14868 2397 | 1110 Independance, Republic, MO 65738 | 6/16/2017 | $714.92 | Secured Debt |
| Central Bank of the Ozarks | 249615 8324 | 1110 Independance, Republic, MO 65738 | 6/16/2017 | $790.13 | Secured Debt |
| First National Bank | 81594401 | 4108 S National Ave, Springfield, MO 65807 | 6/16/2017 | $1,804.68 | Secured Debt |
| Bank of Bolivar | 6.23858 | 1339 E Republic Rd, Springfield, MO 65804 | 6/17/2017 | $2,397.88 | Secured Debt |
| Central Bank of the Ozarks | 14868 1632 | 1110 Independance, Republic, MO 65738 | 6/17/2017 | $1,263.40 | Secured Debt |

| Creditor | Account | Address | Date | Amount | Type |
|---|---|---|---|---|---|
| Guaranty Bank | 5400229052 | 2155 W Republic Rd, Springfield, MO 65810 | 6/17/2017 | $2,773.00 | Secured Debt |
| Old Missouri Bank | 9512 | 3570 S National Ave, Springfield, MO 65807 | 6/17/2017 | $3,821.48 | Secured Debt |
| Simmons Bank | 4019868 | 2423 W Republic Rd, Springfield, MO 65807 | 6/17/2017 | $892.00 | Secured Debt |
| Arvest Bank | 4243330 | 2403 W Republic Rd, Springfield, MO 65807 | 6/18/2017 | $10,861.96 | Secured Debt |
| Central Bank of the Ozarks | 249615 9456 | 1110 Independance, Republic, MO 65738 | 6/18/2017 | $644.81 | Secured Debt |
| Old Missouri Bank | 10121 | 3570 S National Ave, Springfield, MO 65807 | 6/18/2017 | $2,764.61 | Secured Debt |
| Simmons Bank | 3017325 | 2423 W Republic Rd, Springfield, MO 65807 | 6/18/2017 | $1,792.00 | Secured Debt |
| Central Bank of the Ozarks | 14868 7631 | 1110 Independance, Republic, MO 65738 | 6/19/2017 | $836.96 | Secured Debt |
| Southern Missouri Bank of Marshfield | 60019096 | 1292 Banning St, Marshfield, MO 65706 | 6/19/2017 | $3,051.00 | Secured Debt |
| Bank of Missouri | 139634 | 520 E Elm St, Republic, MO 65738 | 6/20/2017 | $3,778.99 | Secured Debt |
| Mid Missouri Bank | 322289101 | 806 E Hines St, Republic, MO 65738 | 6/20/2017 | $1,032.26 | Secured Debt |
| Bancorp South | 862000696023 | 4039 S Kansas Expy, Springfield, MO 65807 | 6/21/2017 | $1,371.86 | Secured Debt |
| Simmons Bank | 3016984 | 2423 W Republic Rd, Springfield, MO 65807 | 6/21/2017 | $1,415.00 | Secured Debt |
| Great Southern Bank | 96199040 | 620 E Harrison St, Republic, MO 65738 | 6/22/2017 | $3,425.29 | Secured Debt |
| Great Southern Bank | 96205792 | 620 E Harrison St, Republic, MO 65738 | 6/22/2017 | $3,505.02 | Secured Debt |
| Great Southern Bank | 96272856 | 620 E Harrison St, Republic, MO 65738 | 6/22/2017 | $1,812.49 | Secured Debt |
| Bank of Missouri | 160778 | 520 E Elm St, Republic, MO 65738 | 6/23/2017 | $834.92 | Secured Debt |
| Simmons Bank | 40001896 | 2423 W Republic Rd, Springfield, MO 65807 | 6/23/2017 | $2,236.53 | Secured Debt |
| Simmons Bank | 50000476 | 2423 W Republic Rd, Springfield, MO 65807 | 6/23/2017 | $3,025.30 | Secured Debt |
| Bank of Bolivar | 6.22081 | 1339 E Republic Rd, Springfield, MO 65804 | 6/24/2017 | $3,113.25 | Secured Debt |
| Bank of Bolivar | 6.22082 | 1339 E Republic Rd, Springfield, MO 65804 | 6/24/2017 | $1,856.05 | Secured Debt |
| Guaranty Bank | 5100190938 | 2155 W Republic Rd, Springfield, MO 65810 | 6/25/2017 | $3,672.21 | Secured Debt |
| Old Missouri Bank | 9452 | 3570 S National Ave, Springfield, MO 65807 | 6/25/2017 | $3,404.53 | Secured Debt |
| Guaranty Bank | 5400228909 | 2155 W Republic Rd, Springfield, MO 65810 | 6/26/2017 | $4,008.00 | Secured Debt |
| Bank of Bolivar | 6.1961 | 1339 E Republic Rd, Springfield, MO 65804 | 6/27/2017 | $3,752.73 | Secured Debt |
| Bank of Bolivar | 6.19611 | 1339 E Republic Rd, Springfield, MO 65804 | 6/27/2017 | $636.86 | Secured Debt |
| Central Bank of the Ozarks | 249615 2615 | 1110 Independance, Republic, MO 65738 | 6/28/2017 | $1,161.62 | Secured Debt |
| Great Southern Bank | 130091769 | 620 E Harrison St, Republic, MO 65738 | 7/1/2017 | $3,279.67 | Secured Debt |
| Systematic Savings Bank | 1788 | 318 South Ave, Springfield, MO 65806 | 7/1/2017 | $567.12 | Secured Debt |
| Systematic Savings Bank | 6650 | 318 South Ave, Springfield, MO 65806 | 7/1/2017 | $2,022.83 | Secured Debt |
| Systematic Savings Bank | 6651 | 318 South Ave, Springfield, MO 65806 | 7/1/2017 | $503.49 | Secured Debt |
| Systematic Savings Bank | 6722 | 318 South Ave, Springfield, MO 65806 | 7/1/2017 | $2,086.49 | Secured Debt |
| Systematic Savings Bank | 6817 | 318 South Ave, Springfield, MO 65806 | 7/1/2017 | $441.73 | Secured Debt |
| Systematic Savings Bank | 6881 | 318 South Ave, Springfield, MO 65806 | 7/1/2017 | $4,360.78 | Secured Debt |

| Creditor | Account | Address | Date | Amount | Type |
|---|---|---|---|---|---|
| Bank of Missouri | 136845 | 520 E Elm St, Republic, MO 65738 | 7/2/2017 | $3,635.48 | Secured Debt |
| Great Southern Bank | 96212381 | 620 E Harrison St, Republic, MO 65738 | 7/2/2017 | $3,168.27 | Secured Debt |
| Legacy Bank and Trust | 40001644 | 175 Johnstown Dr, Rogersville, MO 65742 | 7/2/2017 | $4,030.02 | Secured Debt |
| Mid Missouri Bank | 322289001 | 806 E Hines St, Republic, MO 65738 | 7/2/2017 | $700.00 | Secured Debt |
| Legacy Bank and Trust | 40003612 | 175 Johnstown Dr, Rogersville, MO 65742 | 7/3/2017 | $202.05 | Secured Debt |
| First National Bank | 81594403 | 4108 S National Ave, Springfield, MO 65807 | 7/4/2017 | $262.67 | Secured Debt |
| First National Bank | 81594405 | 4108 S National Ave, Springfield, MO 65807 | 7/4/2017 | $271.31 | Secured Debt |
| First National Bank | 81594406 | 4108 S National Ave, Springfield, MO 65807 | 7/4/2017 | $334.82 | Secured Debt |
| First National Bank | 81594407 | 4108 S National Ave, Springfield, MO 65807 | 7/4/2017 | $334.83 | Secured Debt |
| First National Bank | 81594408 | 4108 S National Ave, Springfield, MO 65807 | 7/4/2017 | $254.01 | Secured Debt |
| First National Bank | 81594409 | 4108 S National Ave, Springfield, MO 65807 | 7/4/2017 | $195.82 | Secured Debt |
| First National Bank | 81594410 | 4108 S National Ave, Springfield, MO 65807 | 7/4/2017 | $230.92 | Secured Debt |
| First National Bank | 81594411 | 4108 S National Ave, Springfield, MO 65807 | 7/4/2017 | $4,101.00 | Secured Debt |
| Guaranty Bank | 5400228881 | 2155 W Republic Rd, Springfield, MO 65810 | 7/4/2017 | $2,989.05 | Secured Debt |
| Mid Missouri Bank | 322289002 | 806 E Hines St, Republic, MO 65738 | 7/4/2017 | $2,432.30 | Secured Debt |
| Central Bank of the Ozarks | 14868 2353 | 1110 Independance, Republic, MO 65738 | 7/6/2017 | $254.79 | Secured Debt |
| Great Southern Bank | 96193506 | 620 E Harrison St, Republic, MO 65738 | 7/6/2017 | $1,515.52 | Secured Debt |
| Bancorp South | 862000076413 | 4039 S Kansas Expy, Springfield, MO 65807 | 7/7/2017 | $185.67 | Secured Debt |
| Arvest Bank | 4319350 | 2403 W Republic Rd, Springfield, MO 65807 | 7/8/2017 | $447.55 | Secured Debt |
| Great Southern Bank | 96195339 | 620 E Harrison St, Republic, MO 65738 | 7/9/2017 | $3,572.32 | Secured Debt |
| Legacy Bank and Trust | 40003477 | 175 Johnstown Dr, Rogersville, MO 65742 | 7/10/2017 | $181.99 | Secured Debt |
| Old Missouri Bank | 12628 | 3570 S National Ave, Springfield, MO 65807 | 7/10/2017 | $1,375.55 | Secured Debt |
| Simmons Bank | 3115501 | 2423 W Republic Rd, Springfield, MO 65807 | 7/10/2017 | $1,312.00 | Secured Debt |
| Simmons Bank | 3115524 | 2423 W Republic Rd, Springfield, MO 65807 | 7/10/2017 | $2,524.62 | Secured Debt |
| Simmons Bank | 3116262 | 2423 W Republic Rd, Springfield, MO 65807 | 7/10/2017 | $1,425.00 | Secured Debt |
| Simmons Bank | 3116305 | 2423 W Republic Rd, Springfield, MO 65807 | 7/10/2017 | $1,750.72 | Secured Debt |
| Southern Bank | 661752 | 3000 W Republic Rd, Springfield, MO 65807 | 7/10/2017 | $3,268.32 | Secured Debt |
| Arvest Bank | 4064848 | 2403 W Republic Rd, Springfield, MO 65807 | 7/12/2017 | $1,885.52 | Secured Debt |
| Bancorp South | 866000754304 | 4039 S Kansas Expy, Springfield, MO 65807 | 7/13/2017 | $1,895.91 | Secured Debt |
| Bancorp South | 866000754308 | 4039 S Kansas Expy, Springfield, MO 65807 | 7/13/2017 | $4,141.66 | Secured Debt |
| Bank of Missouri | 133850 | 520 E Elm St, Republic, MO 65738 | 7/13/2017 | $2,434.46 | Secured Debt |
| Legacy Bank and Trust | 40003752 | 175 Johnstown Dr, Rogersville, MO 65742 | 7/13/2017 | $8,287.93 | Secured Debt |
| Southern Bank | 639353 | 3000 W Republic Rd, Springfield, MO 65807 | 7/13/2017 | $3,604.94 | Secured Debt |
| Central Bank of the Ozarks | 14868 2370 | 1110 Independance, Republic, MO 65738 | 7/14/2017 | $272.16 | Secured Debt |

| Creditor | Account | Address | Date | Amount | Type |
|---|---|---|---|---|---|
| Great Southern Bank | 96196262 | 620 E Harrison St, Republic, MO 65738 | 7/14/2017 | $265.87 | Secured Debt |
| Great Southern Bank | 96196270 | 620 E Harrison St, Republic, MO 65738 | 7/14/2017 | $2,462.39 | Secured Debt |
| Central Bank of the Ozarks | 14868 2225 | 1110 Independance, Republic, MO 65738 | 7/15/2017 | $6,503.00 | Secured Debt |
| Guaranty Bank | 5400229090 | 2155 W Republic Rd, Springfield, MO 65810 | 7/15/2017 | $3,264.00 | Secured Debt |
| Guaranty Bank | 5400229140 | 2155 W Republic Rd, Springfield, MO 65810 | 7/15/2017 | $2,500.00 | Secured Debt |
| Simmons Bank | 10361726 | 2423 W Republic Rd, Springfield, MO 65807 | 7/15/2017 | $1,000.00 | Secured Debt |
| Southern Missouri Bank of Marshfield | 60016056 | 1292 Banning St, Marshfield, MO 65706 | 7/15/2017 | $2,979.85 | Secured Debt |
| Southern Missouri Bank of Marshfield | 60017340 | 1292 Banning St, Marshfield, MO 65706 | 7/15/2017 | $2,838.97 | Secured Debt |
| Southern Missouri Bank of Marshfield | 60017489 | 1292 Banning St, Marshfield, MO 65706 | 7/15/2017 | $278.50 | Secured Debt |
| Southern Missouri Bank of Marshfield | 60017564 | 1292 Banning St, Marshfield, MO 65706 | 7/15/2017 | $3,288.83 | Secured Debt |
| Southern Bank | 1600090324 | 3000 W Republic Rd, Springfield, MO 65807 | 7/15/2017 | $714.92 | Secured Debt |
| Central Bank of the Ozarks | 14868 2397 | 1110 Independance, Republic, MO 65738 | 7/16/2017 | $790.13 | Secured Debt |
| Central Bank of the Ozarks | 249615 8324 | 1110 Independance, Republic, MO 65738 | 7/16/2017 | $1,804.68 | Secured Debt |
| First National Bank | 81594401 | 4108 S National Ave, Springfield, MO 65807 | 7/16/2017 | $2,397.88 | Secured Debt |
| Bank of Bolivar | 6.23858 | 1339 E Republic Rd, Springfield, MO 65804 | 7/17/2017 | $1,263.40 | Secured Debt |
| Central Bank of the Ozarks | 14868 1632 | 1110 Independance, Republic, MO 65738 | 7/17/2017 | $2,773.00 | Secured Debt |
| Guaranty Bank | 5400229052 | 2155 W Republic Rd, Springfield, MO 65810 | 7/17/2017 | $3,821.48 | Secured Debt |
| Old Missouri Bank | 9512 | 3570 S National Ave, Springfield, MO 65807 | 7/17/2017 | $892.00 | Secured Debt |
| Simmons Bank | 4019868 | 2423 W Republic Rd, Springfield, MO 65807 | 7/17/2017 | $10,861.96 | Secured Debt |
| Arvest Bank | 4243330 | 2403 W Republic Rd, Springfield, MO 65807 | 7/18/2017 | $644.81 | Secured Debt |
| Central Bank of the Ozarks | 249615 9456 | 1110 Independance, Republic, MO 65738 | 7/18/2017 | $2,764.61 | Secured Debt |
| Old Missouri Bank | 10121 | 3570 S National Ave, Springfield, MO 65807 | 7/18/2017 | $1,792.00 | Secured Debt |
| Simmons Bank | 3017325 | 2423 W Republic Rd, Springfield, MO 65807 | 7/18/2017 | $836.96 | Secured Debt |
| Central Bank of the Ozarks | 14868 7631 | 1110 Independance, Republic, MO 65738 | 7/19/2017 | $3,051.00 | Secured Debt |
| Southern Missouri Bank of Marshfield | 60019096 | 1292 Banning St, Marshfield, MO 65706 | 7/19/2017 | $3,778.99 | Secured Debt |
| Bank of Missouri | 139634 | 520 E Elm St, Republic, MO 65738 | 7/20/2017 | $1,032.26 | Secured Debt |
| Mid Missouri Bank | 322289101 | 806 E Hines St, Republic, MO 65738 | 7/20/2017 | $1,371.86 | Secured Debt |
| Bancorp South | 862000696023 | 4039 S Kansas Expy, Springfield, MO 65807 | 7/21/2017 | $1,415.00 | Secured Debt |
| Simmons Bank | 3016984 | 2423 W Republic Rd, Springfield, MO 65807 | 7/21/2017 | $3,425.29 | Secured Debt |
| Great Southern Bank | 96199040 | 620 E Harrison St, Republic, MO 65738 | 7/22/2017 | $3,505.02 | Secured Debt |
| Great Southern Bank | 96205792 | 620 E Harrison St, Republic, MO 65738 | 7/22/2017 | $1,812.49 | Secured Debt |
| Great Southern Bank | 96272856 | 620 E Harrison St, Republic, MO 65738 | 7/22/2017 | $834.92 | Secured Debt |
| Bank of Missouri | 160778 | 520 E Elm St, Republic, MO 65738 | 7/23/2017 | $2,236.53 | Secured Debt |
| Simmons Bank | 40001896 | 2423 W Republic Rd, Springfield, MO 65807 | 7/23/2017 | $3,025.30 | Secured Debt |

| Creditor | Account | Address | Date | Amount | Type |
|---|---|---|---|---|---|
| Simmons Bank | 50000476 | 2423 W Republic Rd, Springfield, MO 65807 | 7/23/2017 | $3,113.25 | Secured Debt |
| Bank of Bolivar | 6.22081 | 1339 E Republic Rd, Springfield, MO 65804 | 7/24/2017 | $1,856.05 | Secured Debt |
| Bank of Bolivar | 6.22082 | 1339 E Republic Rd, Springfield, MO 65804 | 7/24/2017 | $3,672.21 | Secured Debt |
| Guaranty Bank | 5100190938 | 2155 W Republic Rd, Springfield, MO 65810 | 7/25/2017 | $3,404.53 | Secured Debt |
| Old Missouri Bank | 9452 | 3570 S National Ave, Springfield, MO 65807 | 7/25/2017 | $4,008.00 | Secured Debt |
| Guaranty Bank | 5400228909 | 2155 W Republic Rd, Springfield, MO 65810 | 7/26/2017 | $3,752.73 | Secured Debt |
| Bank of Bolivar | 6.1961 | 1339 E Republic Rd, Springfield, MO 65804 | 7/27/2017 | $636.86 | Secured Debt |
| Bank of Bolivar | 6.19611 | 1339 E Republic Rd, Springfield, MO 65804 | 7/27/2017 | $1,161.62 | Secured Debt |
| Central Bank of the Ozarks | 249615 2615 | 1110 Independance, Republic, MO 65738 | 7/28/2017 | $3,279.67 | Secured Debt |
| Great Southern Bank | 130091769 | 620 E Harrison St, Republic, MO 65738 | 8/1/2017 | $567.12 | Secured Debt |
| Systematic Savings Bank | 1788 | 318 South Ave, Springfield, MO 65806 | 8/1/2017 | $2,022.83 | Secured Debt |
| Systematic Savings Bank | 6650 | 318 South Ave, Springfield, MO 65806 | 8/1/2017 | $503.49 | Secured Debt |
| Systematic Savings Bank | 6651 | 318 South Ave, Springfield, MO 65806 | 8/1/2017 | $2,086.49 | Secured Debt |
| Systematic Savings Bank | 6722 | 318 South Ave, Springfield, MO 65806 | 8/1/2017 | $441.73 | Secured Debt |
| Systematic Savings Bank | 6817 | 318 South Ave, Springfield, MO 65806 | 8/1/2017 | $4,360.78 | Secured Debt |
| Systematic Savings Bank | 6881 | 318 South Ave, Springfield, MO 65806 | 8/1/2017 | $3,635.48 | Secured Debt |
| Bank of Missouri | 136845 | 520 E Elm St, Republic, MO 65738 | 8/2/2017 | $3,168.27 | Secured Debt |
| Great Southern Bank | 96212381 | 620 E Harrison St, Republic, MO 65738 | 8/2/2017 | $4,030.02 | Secured Debt |
| Legacy Bank and Trust | 40001644 | 175 Johnstown Dr, Rogersville, MO 65742 | 8/2/2017 | $700.00 | Secured Debt |
| Mid Missouri Bank | 322289001 | 806 E Hines St, Republic, MO 65738 | 8/2/2017 | $202.05 | Secured Debt |
| Legacy Bank and Trust | 40003612 | 175 Johnstown Dr, Rogersville, MO 65742 | 8/3/2017 | $262.67 | Secured Debt |
| First National Bank | 81594403 | 4108 S National Ave, Springfield, MO 65807 | 8/4/2017 | $271.31 | Secured Debt |
| First National Bank | 81594405 | 4108 S National Ave, Springfield, MO 65807 | 8/4/2017 | $334.82 | Secured Debt |
| First National Bank | 81594406 | 4108 S National Ave, Springfield, MO 65807 | 8/4/2017 | $334.83 | Secured Debt |
| First National Bank | 81594407 | 4108 S National Ave, Springfield, MO 65807 | 8/4/2017 | $254.01 | Secured Debt |
| First National Bank | 81594408 | 4108 S National Ave, Springfield, MO 65807 | 8/4/2017 | $195.82 | Secured Debt |
| First National Bank | 81594409 | 4108 S National Ave, Springfield, MO 65807 | 8/4/2017 | $230.92 | Secured Debt |
| First National Bank | 81594410 | 4108 S National Ave, Springfield, MO 65807 | 8/4/2017 | $4,101.00 | Secured Debt |
| First National Bank | 81594411 | 4108 S National Ave, Springfield, MO 65807 | 8/4/2017 | $2,989.05 | Secured Debt |
| Guaranty Bank | 5400228881 | 2155 W Republic Rd, Springfield, MO 65810 | 8/4/2017 | $2,432.30 | Secured Debt |
| Mid Missouri Bank | 322289002 | 806 E Hines St, Republic, MO 65738 | 8/4/2017 | $254.79 | Secured Debt |
| Central Bank of the Ozarks | 14868 2353 | 1110 Independance, Republic, MO 65738 | 8/6/2017 | $1,515.52 | Secured Debt |
| Great Southern Bank | 96193506 | 620 E Harrison St, Republic, MO 65738 | 8/6/2017 | $185.67 | Secured Debt |
| Bancorp South | 862000676413 | 4039 S Kansas Expy, Springfield, MO 65807 | 8/7/2017 | $447.55 | Secured Debt |

| Creditor | Account | Address | Date | Amount | Type |
|---|---|---|---|---|---|
| Arvest Bank | 4319350 | 2403 W Republic Rd, Springfield, MO 65807 | 8/8/2017 | $3,572.32 | Secured Debt |
| Great Southern Bank | 96195339 | 620 E Harrison St, Republic, MO 65738 | 8/9/2017 | $181.99 | Secured Debt |
| Legacy Bank and Trust | 40003477 | 175 Johnstown Dr, Rogersville, MO 65742 | 8/10/2017 | $1,375.55 | Secured Debt |
| Old Missouri Bank | 12628 | 3570 S National Ave, Springfield, MO 65807 | 8/10/2017 | $1,312.00 | Secured Debt |
| Simmons Bank | 3115501 | 2423 W Republic Rd, Springfield, MO 65807 | 8/10/2017 | $2,524.62 | Secured Debt |
| Simmons Bank | 3115524 | 2423 W Republic Rd, Springfield, MO 65807 | 8/10/2017 | $1,425.00 | Secured Debt |
| Simmons Bank | 3116262 | 2423 W Republic Rd, Springfield, MO 65807 | 8/10/2017 | $1,750.72 | Secured Debt |
| Simmons Bank | 3116305 | 2423 W Republic Rd, Springfield, MO 65807 | 8/10/2017 | $3,268.32 | Secured Debt |
| Southern Bank | 661752 | 3000 W Republic Rd, Springfield, MO 65807 | 8/10/2017 | $1,885.52 | Secured Debt |
| Arvest Bank | 4064848 | 2403 W Republic Rd, Springfield, MO 65807 | 8/12/2017 | $1,895.91 | Secured Debt |
| Bancorp South | 866000754304 | 4039 S Kansas Expy, Springfield, MO 65807 | 8/13/2017 | $4,141.66 | Secured Debt |
| Bancorp South | 866000754308 | 4039 S Kansas Expy, Springfield, MO 65807 | 8/13/2017 | $2,434.46 | Secured Debt |
| Bank of Missouri | 133850 | 520 E Elm St, Republic, MO 65738 | 8/13/2017 | $8,287.93 | Secured Debt |
| Legacy Bank and Trust | 40003752 | 175 Johnstown Dr, Rogersville, MO 65742 | 8/13/2017 | $3,604.94 | Secured Debt |
| Southern Bank | 639353 | 3000 W Republic Rd, Springfield, MO 65807 | 8/13/2017 | $272.16 | Secured Debt |
| Central Bank of the Ozarks | 14868 2370 | 1110 Independance, Republic, MO 65738 | 8/14/2017 | $265.87 | Secured Debt |
| Great Southern Bank | 96196262 | 620 E Harrison St, Republic, MO 65738 | 8/14/2017 | $2,462.39 | Secured Debt |
| Great Southern Bank | 96196270 | 620 E Harrison St, Republic, MO 65738 | 8/14/2017 | $6,503.00 | Secured Debt |
| Central Bank of the Ozarks | 14868 2225 | 1110 Independance, Republic, MO 65738 | 8/15/2017 | $3,264.00 | Secured Debt |
| Guaranty Bank | 5400229090 | 2155 W Republic Rd, Springfield, MO 65810 | 8/15/2017 | $2,500.00 | Secured Debt |
| Guaranty Bank | 5400229140 | 2155 W Republic Rd, Springfield, MO 65810 | 8/15/2017 | $1,000.00 | Secured Debt |
| Simmons Bank | 10361726 | 2423 W Republic Rd, Springfield, MO 65807 | 8/15/2017 | $2,979.85 | Secured Debt |
| Southern Missouri Bank of Marshfield | 60016056 | 1292 Banning St, Marshfield, MO 65706 | 8/15/2017 | $2,838.97 | Secured Debt |
| Southern Missouri Bank of Marshfield | 60017340 | 1292 Banning St, Marshfield, MO 65706 | 8/15/2017 | $278.50 | Secured Debt |
| Southern Missouri Bank of Marshfield | 60017489 | 1292 Banning St, Marshfield, MO 65706 | 8/15/2017 | $3,288.83 | Secured Debt |
| Southern Missouri Bank of Marshfield | 60017564 | 1292 Banning St, Marshfield, MO 65706 | 8/15/2017 | $714.92 | Secured Debt |
| Southern Bank | 1600090324 | 3000 W Republic Rd, Springfield, MO 65807 | 8/15/2017 | $790.13 | Secured Debt |
| Central Bank of the Ozarks | 14868 2397 | 1110 Independance, Republic, MO 65738 | 8/16/2017 | $1,804.68 | Secured Debt |
| Central Bank of the Ozarks | 249615 8324 | 1110 Independance, Republic, MO 65738 | 8/16/2017 | $2,397.88 | Secured Debt |
| First National Bank | 81594401 | 4108 S National Ave, Springfield, MO 65807 | 8/16/2017 | $1,263.40 | Secured Debt |
| Bank of Bolivar | 6.23858 | 1339 E Republic Rd, Springfield, MO 65804 | 8/17/2017 | $2,773.00 | Secured Debt |
| Central Bank of the Ozarks | 14868 1632 | 1110 Independance, Republic, MO 65738 | 8/17/2017 | $3,821.48 | Secured Debt |
| Guaranty Bank | 5400229052 | 2155 W Republic Rd, Springfield, MO 65810 | 8/17/2017 | $892.00 | Secured Debt |
| Old Missouri Bank | 9512 | 3570 S National Ave, Springfield, MO 65807 | 8/17/2017 | $10,861.96 | Secured Debt |

| | | | | |
|---|---|---|---|---|
| Simmons Bank | 4019868 | 2423 W Republic Rd, Springfield, MO 65807 | 8/17/2017 | $644.81 Secured Debt |
| Arvest Bank | 4243330 | 2403 W Republic Rd, Springfield, MO 65807 | 8/18/2017 | $2,764.61 Secured Debt |
| Central Bank of the Ozarks | 249615 9456 | 1110 Independance, Republic, MO 65738 | 8/18/2017 | $1,792.00 Secured Debt |
| Old Missouri Bank | 10121 | 3570 S National Ave, Springfield, MO 65807 | 8/18/2017 | $836.96 Secured Debt |
| Simmons Bank | 3017325 | 2423 W Republic Rd, Springfield, MO 65807 | 8/18/2017 | $3,051.00 Secured Debt |
| Central Bank of the Ozarks | 14868 7631 | 1110 Independance, Republic, MO 65738 | 8/19/2017 | $3,778.99 Secured Debt |
| Southern Missouri Bank of Marshfield | 60019096 | 1292 Banning St, Marshfield, MO 65706 | 8/19/2017 | $1,032.26 Secured Debt |
| Bank of Missouri | 139634 | 520 E Elm St, Republic, MO 65738 | 8/20/2017 | $1,371.86 Secured Debt |
| Mid Missouri Bank | 322289101 | 806 E Hines St, Republic, MO 65738 | 8/20/2017 | $1,415.00 Secured Debt |
| Bancorp South | 862000696023 | 4039 S Kansas Expy, Springfield, MO 65807 | 8/21/2017 | $3,425.29 Secured Debt |
| Simmons Bank | 3016984 | 2423 W Republic Rd, Springfield, MO 65807 | 8/21/2017 | $3,505.02 Secured Debt |
| Great Southern Bank | 96199040 | 620 E Harrison St, Republic, MO 65738 | 8/22/2017 | $1,812.49 Secured Debt |
| Great Southern Bank | 96205792 | 620 E Harrison St, Republic, MO 65738 | 8/22/2017 | $834.92 Secured Debt |
| Great Southern Bank | 96272856 | 620 E Harrison St, Republic, MO 65738 | 8/22/2017 | $2,236.53 Secured Debt |
| Bank of Missouri | 160778 | 520 E Elm St, Republic, MO 65738 | 8/23/2017 | $3,025.30 Secured Debt |
| Simmons Bank | 40001896 | 2423 W Republic Rd, Springfield, MO 65807 | 8/23/2017 | $3,113.25 Secured Debt |
| Simmons Bank | 50000476 | 2423 W Republic Rd, Springfield, MO 65807 | 8/23/2017 | $1,856.05 Secured Debt |
| Bank of Bolivar | 6.22081 | 1339 E Republic Rd, Springfield, MO 65804 | 8/24/2017 | $3,672.21 Secured Debt |
| Bank of Bolivar | 6.22082 | 1339 E Republic Rd, Springfield, MO 65804 | 8/24/2017 | $1,856.05 Secured Debt |
| | | | Total: | $547,476.57 |