In re  **417 Rentals, LLC**                                                  Case No. **17-60935**
                                    Debtor                                   Chapter  **11**

### NOTICE OF AMENDMENT OF SCHEDULE OF DEBTS AND ADDITION OF CREDITOR

You are hereby notified that the debtor has filed amended schedules of debt to include creditors listed below or on the attachment.

1. Creditors (name and address):

| | |
|---|---|
| City of Republic | 540 W Civic Boulevard, Republic, MO 65738 |
| Cooley's Plumbing & Backhoe, Inc | 1315 E Commercial Street, Springfield, MO 65803 |
| Drake Hammon Utility Consultants | 9457 S University Boulevard #178, Highland Springs Ranch, CO 80126 |
| Hoods Propane | 1651 S State Highway K, Bois D Arc, MO 65612 |
| Midwest Security, Inc | P.O. Box 6025, Springfield, MO 65801 |
| Midwest Security, Inc | P.O. Box 6025, Springfield, MO 65801 |

2. Claim (amount owed, nature of claim, date incurred):

   City of Republic, $1,688.93, 2017
   Cooley's Plumbing & Backhoe, Inc, $2,256.27, 2017
   Drake Hammon Utility Consultants, $29,331.34, 2017
   Hoods Propane, $5,126.74, 2017
   Midwest Security, Inc, $1,569.50, 2017
   Midwest Security, Inc, $1,050.00, 2017

3. These claims have been scheduled as:

   General Unsecured - City of Republic
   General Unsecured - Cooley's Plumbing & Backhoe, Inc
   General Unsecured - Drake Hammon Utility Consultants
   General Unsecured - Hoods Propane
   General Unsecured - Midwest Security, Inc
   General Unsecured - Midwest Security, Inc

4. Trustee, if one has been appointed: **Lloyd Mueller, Office of the United States Trustee, Room 3440, 400 East 9th Street, Kansas City, MO 64106-3910**

5. No deadline for filing proofs of claim has been set as of this time.

   /s/ Ronald S. Weiss
   **Debtor's attorney**
   Ronald S. Weiss MO #21215
   Berman DeLeve Kuchan & Chapman, LLC
   2850 City Center Square
   1100 Main
   Kansas City, MO 64105

Certificate of Service:    I, **Ronald S. Weiss**, certify the above notice was served on the above-named creditors, the Case Trustee and the United States Trustee by first class, postage prepaid mail, on  **October 11, 2017** .

/s/ Ronald S. Weiss