**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In re: ) | |
| ) | |
| 417 RENTALS, LLC, ) | Case No. 17-60935 |
| ) | |
| Debtor. ) | |

## SIMMONS BANK'S WITNESS AND EXHIBIT LIST

**COMES NOW** creditor Simmons Bank, by counsel, and states as follows:

1. Simmons Bank intends to call at the hearing of its *Motion to Prohibit or Condition Use of Cash Collateral and for Adequate Protection* the following witnesses:

   a. David Scobee

   b. E. E. "Skip" Sage

   c. All witnesses designated by any other party to this proceeding.

2. Simmons Bank reserves the right to call all additional witnesses not designated herein to rebut the evidence adduced at hearing or to impeach any witness.

3. Simmons Bank intends to introduce into evidence at hearing of this matter the documents and things identified in Simmons Bank's Exhibit Index attached hereto and incorporated by reference.

4. Simmons Bank reserves the right to introduce at the hearing of this matter any other documents or things identified by any other party herein; to rebut the evidence adduced at hearing; or to impeach any witness.

        MILLINGTON, GLASS, LOVE & YOUNG

        */s/ Jeffery J. Love*
        Jeffery J. Love, MBN 32200
        1901 S. Ventura, Suite A
        Springfield, Missouri 65804
        Telephone: (417) 883-6566
        Facsimile: (417) 883-6689
        E-mail: jlove@springfieldlaw.net
        ATTORNEYS FOR CREDITOR
        SIMMONS BANK

## **CERTIFICATE OF SERVICE**

        The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the Court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties who have requested notice but are not participating in the ECF System, pursuant to instructions appearing on the electronic filing receipt received from the U.S. Bankruptcy Court.

        */s/ Jeffery J. Love*
        Jeffery J. Love

MOW 7016-1.21 (04/14)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:                                    )
                                          )
417 RENTALS, LLC,                         )    Case No. 17-60935
                                          )
               Debtor.                    )

## EXHIBIT INDEX

|   | = | Offered & Admitted w/o objection | X | = | Offered & Admitted over objection |
|---|---|---|---|---|---|
| Ex. | = | Offered, but objected to and excluded | N.O. | = | Marked but not offered |
| D.B. | = | Admitted, de bene | W.D. | = | Offered then withdrawn exhibit |
| Ltd. | = | Admitted for limited purpose | | | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | | | Proof of Claim of Simmons Bank filed herein on 9/27/2017 and all documents attached thereto, Court Claim No. 24. |
| 2 | | | | Proof of Claim of Simmons Bank filed herein on 9/27/2017 and all documents attached thereto, Court Claim No. 25. |
| 3 | | | | Proof of Claim of Simmons Bank filed herein on 9/27/2017 and all documents attached thereto, Court Claim No. 26 |
| 4 | | | | Proof of Claim of Simmons Bank filed herein on 9/27/2017 and all documents attached thereto, Court Claim No. 27. |
| 5 | | | | Proof of Claim of Simmons Bank filed herein on 9/27/2017 and all documents attached thereto, Court Claim No. 29. |
| 6 | | | | Proof of Claim of Simmons Bank filed herein on 9/27/2017 and all documents attached thereto, Court Claim No. 31. |
| 7 | | | | Proof of Claim of Simmons Bank filed herein on 9/27/2017 and all documents attached thereto, Court Claim No. 32. |
| 8 | | | | Proof of Claim of Simmons Bank filed herein on 9/27/2017 and all documents attached thereto, Court Claim No. 33. |
| 9 | | | | Proof of Claim of Simmons Bank filed herein on 9/27/2017 and all documents attached thereto, Court Claim No. 34. |
| 10 | | | | Proof of Claim of Simmons Bank filed herein on 9/27/2017 and all documents attached thereto, Court Claim No. 35. |

        Millington, Glass, Love & Young

*/s/ Jeffery J. Love*
Jeffery J. Love, MBN 32200
1901 S. Ventura, Suite A
Springfield, Missouri 65804
Telephone: (417) 883-6566
Facsimile: (417) 883-6689
E-mail: jlove@springfieldlaw.net
ATTORNEYS FOR CREDITOR
SIMMONS BANK

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the Court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties who have requested notice but are not participating in the ECF System, pursuant to instructions appearing on the electronic filing receipt received from the U.S. Bankruptcy Court.

*/s/ Jeffery J. Love*
Jeffery J. Love