MOW 7016-1.21 (04/14)

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF MISSOURI

|  |  |
|---|---|
| 417 Rentals, LLC | ) |
| | ) |
| | ) Case No. 17-60935-can11 |
| | ) |
| Debtor | ) |
| | |
| Old Missouri Bank | ) |
| | ) |
| Movant | ) |

### DEBTOR'S EXHIBIT INDEX

| Ex.<br>D.B.<br>Ltd. | =<br>=<br>=<br>= | Offered & Admitted w/o objection<br>Offered, but objected to and excluded<br>Admitted, de bene<br>Admitted for limited purpose | X<br>N.O.<br>W.D. | =<br>=<br>= | Offered & Admitted over objection<br>Marked but not offered<br>Offered then withdrawn exhibit |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | | | Schedules and Statement of Financial Affairs |
| 2 | | | | September 2017 Monthly Operating Statement |
| 3 | | | | Spreadsheet identifying location, appraised value, loan number, amounts of rental income, taxes, insurance, maintenance costs and net operating income for each property collateralizing loans |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

I hereby certify that a copy of the foregoing Debtor's Exhibit Index was served by electronic mail under the Court's ECF System this 16th day of October 2017 on all parties entitled to electronic notice.

/s/ Ronald S. Weiss
Ronald S. Weiss, MO #21215
Attorney for Debtor