IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI,
SOUTHERN DIVISION

In re:

417 RENTALS, LLC,

Debtor.

Case No. 17-60935

## EXHIBIT INDEX

| | | | | | |
|---|---|---|---|---|---|
| Ex. | = | Offered & Admitted w/o objection | X | = | Offered & Admitted over objection |
| D.B. | = | Offered, but objected to and excluded | N.O. | = | Marked but not offered |
| Ltd. | = | Admitted, de bene | W.D. | = | Offered then withdrawn exhibit |
| | = | Admitted for limited purpose | | | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | 11/9/17 | 9:00 a.m. | Promissory Note – Loan 4401 |
| 2 | | 11/9/17 | 9:00 a.m. | Deed of Trust – Loan 4401 |
| 3 | | 11/9/17 | 9:00 a.m. | Promissory Note – Loan 4403 |
| 4 | | 11/9/17 | 9:00 a.m. | Deed of Trust – Loan 4403 |
| 5 | | 11/9/17 | 9:00 a.m. | Promissory Note – Loan 4405 |
| 6 | | 11/9/17 | 9:00 a.m. | Deed of Trust – Loan 4405 |
| 7 | | 11/9/17 | 9:00 a.m. | Promissory Note – Loan 4406 |
| 8 | | 11/9/17 | 9:00 a.m. | Deed of Trust – Loan 4406 |
| 9 | | 11/9/17 | 9:00 a.m. | Promissory Note – Loan 4407 |
| 10 | | 11/9/17 | 9:00 a.m. | Deed of Trust – Loan 4407 |
| 11 | | 11/9/17 | 9:00 a.m. | Promissory Note – Loan 4408 |
| 12 | | 11/9/17 | 9:00 a.m. | Deed of Trust – Loan 4408 |
| 13 | | 11/9/17 | 9:00 a.m. | Promissory Note – Loan 4409 |
| 14 | | 11/9/17 | 9:00 a.m. | Deed of Trust – Loan 4409 |
| 15 | | 11/9/17 | 9:00 a.m. | Promissory Note – Loan 4410 |
| 16 | | 11/9/17 | 9:00 a.m. | Deed of Trust – Loan 4410 |
| 17 | | 11/9/17 | 9:00 a.m. | Promissory Note – Loan 4411 |
| 18 | | 11/9/17 | 9:00 a.m. | Deed of Trust – Loan 4411 |
| 19 | | 11/9/17 | 9:00 a.m. | Loan Balance Summary |
| 20 | | 11/9/17 | 9:00 a.m. | 417 Rentals Vacancy/Winterization Chart |

Page #_____  I CERTIFY that I have this date _____ received from the Clerk, U.S. Bankruptcy Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

Rodney Nichols
PRINTED NAME                    SIGNATURE _____