## LOAN BALANCES SUMMARY OF FIRST NATIONAL BANK

As of August 25, 2017, the loans had the following balances:

| LOAN | PRINCIPAL | INTEREST | LATE CHARGES | TOTAL |
|---|---|---|---|---|
| Loan 4401 | $145,218.49 | $251.61 | $1,353.45 | $146,823.55 |
| Loan 4403 | $16,731.71 | $65.86 | $25.00 | $16,822.57 |
| Loan 4405 | $21,687.85 | $85.39 | $25.00 | $21,798.24 |
| Loan 4406 | $22,311.08 | $87.86 | $25.00 | $22,423.94 |
| Loan 4407 | $27,532.49 | $108.43 | $25.00 | $27,665.92 |
| Loan 4408 | $27,885.31 | $109.82 | $25.00 | $28,020.13 |
| Loan 4409 | $21,215.91 | $83.52 | $25.00 | $21,324.43 |
| Loan 4410 | $16,252.74 | $63.97 | $25.00 | $16,341.71 |
| Loan 4411 | $19,552.30 | $77.00 | $25.00 | $19,654.30 |

EXHIBIT 19

WA 10325041.1