IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI,
SOUTHERN DIVISION

In re:   )
)
417 RENTALS, LLC,   )
)
       Debtor.   )   Case No. 17-60935

**AMENDED EXHIBIT INDEX**

| | | | | | |
|---|---|---|---|---|---|
| = | | Offered & Admitted w/o objection | X | = | Offered & Admitted over objection |
| Ex. | = | Offered, but objected to and excluded | N.O. | = | Marked but not offered |
| D.B. | = | Admitted, de bene | W.D. | = | Offered then withdrawn exhibit |
| Ltd. | = | Admitted for limited purpose | | | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | 11/9/17 | 9:00 a.m. | Promissory Note – Loan 1644 |
| 2 | | 11/9/17 | 9:00 a.m. | Deed of Trust – Loan 1644 |
| 3 | | 11/9/17 | 9:00 a.m. | Promissory Note – Loan 3477 |
| 4 | | 11/9/17 | 9:00 a.m. | Deed of Trust – Loan 3477 |
| 5 | | 11/9/17 | 9:00 a.m. | Promissory Note – Loan 3752 |
| 6 | | 11/9/17 | 9:00 a.m. | Deed of Trust – Loan 3752 |
| 7 | | 11/9/17 | 9:00 a.m. | Promissory Note – Loan 3612 |
| 8 | | 11/9/17 | 9:00 a.m. | Assignment of Deposit Account – Loan 3612 |
| 9 | | 11/9/17 | 9:00 a.m. | Loan Balance Summary |
| 10 | | 11/9/17 | 9:00 a.m. | 417 Rentals Vacancy/Winterization Chart |

Page #_____ I CERTIFY that I have this date _____ received from the Clerk, U.S. Bankruptcy Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_Rodney H. Nichols_   SIGNATURE _[signature]_
PRINTED NAME

Legacy Bank and Trust        WA 10322177.2