| Color Code: | Arvest | Vacant | Bancorp | Vacant | BOB | Vacant | BOMO | Vacant | Central | Vacant | First NB | Vacant | GSB | Vacant | Guaranty | Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Multi-Family | 675 W Hwy 60 | | 3061 W Catalpa | | 418 E Cherry | | 1623 S Grant Ave | | 7430 N Farm Rd | | 6731 Sunflower St | | 1066 S Fort | 1 | 2107 E Cherry | 6 |
| Winterization N/A | 1121 W Elm Arcade | 2 | | | 458 E Cherry | | 2366 S Scenic Ave | | 1398 N Crest Cir | | | | 1502 N Grant Ave | 1 | 1018 W Lynn | 1 |
| Winterized/Utilities Off | 1631 N Sherman | 1 | | | 504 E Cherry | 8 | 2665 N Eloise Ave | | 2129 W Wall St | 1 | | | 2354 N Pierce Ave | 1 | 1065 E Pacific | 1 |
| Under Contract (No New Leases) | 3224 N Howard | 1 | | | 2019 N Booneville Ave | 1 | 2867 N Atlantic Ave | 1 | 2746 W Collage St | 1 | | | 826 N National Ave | 1 | 1330 N Broadway Ave | 1 |
| | 3226 N Howard | 1 | | | 2939 W Sunshine | 3 | 621 S Golden Ave | 1 | 2832 W Water St | 1 | | | | | 1411 W Dale St | 1 |
| | 1016 N Grant | 1 | | | 1955 W Division St | 2 | 816 N West Ave | 1 | 801 W Mt Vernon St | 1 | | | | | 1532 W Thoman St | 1 |
| | 1315 W Mt Vernon St | 1 | | | 3550 W Chestnut Expy | 8 | 902 N Kansas Expy | 1 | 900 W Mt Vernon St | 1 | | | | | 1905 E Dale St | 1 |
| | 1452 N Prospect Ave | 1 | | | | | | | 909 N Eagle Ave | 1 | | | | | 516 W Nichols St | 1 |
| | 1715 N National Ave | 1 | | | | | | | | | | | | | 652 S Campbell Ave | 1 |
| | 2028 W Division St | 1 | | | | | | | | | | | | | 946 W Poplar St | 1 |
| | 2055 N Newton Ave | 1 | | | | | | | | | | | | | | |
| | 2232 N Howard Ave | 1 | | | | | | | | | | | | | | |
| | 856 S Nettleton Ave | 1 | | | | | | | | | | | | | | |
| | 902 E Garfield St | 1 | | | | | | | | | | | | | | |
| | 911 S Missouri Ave | 1 | | | | | | | | | | | | | | |
| VACANT: Properties/Units | 15 | 22 | 1 | 1 | 7 | 26 | 7 | 7 | 8 | 8 | 1 | 1 | 4 | 4 | 10 | 15 |
| TOTAL: Properties/Units | 39 | 55 | 19 | 20 | 10 | 75 | 30 | 30 | 53 | 54 | 9 | 17 | 43 | 46 | 51 | 85 |
| Lender Vacancy Rate | 38.46% | **40.00%** | 5.26% | **5.00%** | 70.00% | **34.67%** | 23.33% | **23.33%** | 15.09% | **14.81%** | 11.11% | **5.88%** | 9.30% | **8.70%** | 19.61% | **17.65%** |

| Color Code: | Legacy B&T | Vacant | Mid-MoB | Vacant | Oak Star | Vacant | Old MoB | Vacant | SimmonsB | Vacant | SoMoBoM | Vacant | SouthernB | Vacant | SystematicSB | Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Multi-Family | 2134 N Kansas Ave | 1 | N/A | 0 | 1436 W State | 1 | 10945 N Farm Rd 115 | 1 | 301 W Mt Vernon BLV | 8 | 1711 W Webster St | 1 | 1205 W Elm Arcade | 1 | 6251 Hwy O | 12 |
| Winterization N/A | 3242 W Page St | 1 | | | 1438 W State | 1 | 1112 N West Ave | 1 | 1734 W Atlantic St | 1 | 1910 W Thomas St | 1 | 1036 E Morningside St | 1 | 742 S Grant | 1 |
| Winterized/Utilities Off | 520 S Scenic Ave | 2 | | | | | 1683 E Dale St | 1 | 2316 W Nichols St | 1 | 3041 W Water St | 1 | 2126 W Wall St | 1 | 200 N Main St | 1 |
| Under Contract (No New Leases) | | | | | | | 3020 W Elm St | 1 | 4426 W Billings St | 1 | | | | | 202 N Main St | 1 |
| | | | | | | | 7033 W Farm Road 106 | 1 | 536 S Broadway Ave | 1 | | | | | | |
| | | | | | | | 816 S New Ave | 1 | 700 N Hillcrest Ave | 1 | | | | | | |
| | | | | | | | | | 715 E Dale St | 1 | | | | | | |
| | | | | | | | | | 717 S Market Ave | 1 | | | | | | |
| VACANT: Properties/Units | 7 | 4 | 7 | 4 | 4 | 2 | 10 | 8 | 20 | 21 | 19 | 18 | 9 | 6 | 4 | 15 |
| TOTAL: Properties/Units | 30 | 34 | 22 | 22 | 3 | 5 | 35 | 36 | 42 | 60 | 33 | 33 | 26 | 32 | 8 | 42 |
| Lender Vacancy Rate | 23.33% | **11.76%** | 0% | **0%** | 133.33% | **40.00%** | 28.57% | **22.22%** | 47.62% | **35.00%** | 57.58% | **54.55%** | 34.62% | **18.75%** | 50.00% | **35.71%** |

EXHIBIT 10