## BALANCE SHEET (Assets)

417 Rentals, LLC
17-60935
September 30, 2017
August 25, 2017

| | FILING DATE 08/25/17 | MONTH ENDING 8/31/2017 | MONTH ENDING 09/30/17 | MONTH ENDING 10/31/17 | MONTH ENDING 11/30/17 | MONTH ENDING 12/31/17 |
|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | |
| Cash *(business accounts)* | 5,823.89 | 7,432.54 | - | - | - | - |
| Cash *(household accounts)* | 1,250.00 | 1,250.00 | - | - | - | - |
| Accounts Receivable (Sch A) | - | - | - | - | - | - |
| Real Estate Owned | 18,984,900.00 | 18,984,900.00 | 18,984,900.00 | - | - | - |
| Prepaid Expenses/Deposits | - | - | - | - | - | - |
| Other | 95,000.00 | 95,000.00 | - | - | - | - |
| **TOTAL CURRENT ASSETS** | 19,086,973.89 | 19,088,582.54 | 18,984,900.00 | - | - | - |
| | | | | | | |
| **FIXED ASSETS** | | | | | | |
| Cost (Sch B) | 19,231,080.00 | 19,231,080.00 | 19,226,580.00 | - | - | - |
| Accumulated Depreciation | 446,883.32 | 11,313.51 | 57,353.17 | - | - | - |
| **NET BOOK VALUE** | 18,784,196.68 | 19,219,766.49 | | - | - | - |
| | | | | | | |
| **OTHER ASSETS** | 100,000.00 | 100,000.00 | 100,000.00 | - | - | - |
| | | | | | | |
| **TOTAL ASSETS** | 37,971,170.57 | 38,408,349.03 | 19,084,900.00 | - | - | - |

Exhibit B
September 2017 MOR
417 Rentals, LLC
Case No. 17-60935

417 Rentals, LLC
17-60935
September 30, 2017
August 25, 2017

## BALANCE SHEET (Liabilities & Equity)

| | FILING DATE | MONTH ENDING 08/31/17 | MONTH ENDING 09/30/17 | MONTH ENDING 10/31/17 | MONTH ENDING 11/30/17 |
|---|---|---|---|---|---|
| **LIABILITIES** | | | | | |
| Post Petition Debt (Sch C) | $13,000.00 | - | - | - | - |
| **Pre Petition Debt** | | | | | |
| Secured | $21,340,171.57 | 21,325,954.07 | 21,316,584.07 | - | - |
| Unsecured Priority | $69,770.61 | 69,770.61 | - | - | - |
| Unsecured Non-Priority | $2,256.27 | 2,256.27 | - | - | - |
| Other | - | - | - | - | - |
| **TOTAL LIABILITIES** | $21,425,198.45 | 21,397,980.95 | 21,311,713.34 | - | - |
| | | | | | |
| **EQUITY** | | | | | |
| Preferred & Common Stock | | $0.00 | $0.00 | $0.00 | $0.00 |
| Add'l Paid-In-Capital/Owner draws | | $0.00 | $0.00 | $0.00 | $0.00 |
| Retained Earnings/Net Assets | | | | | |
| - through filing date | | $0.00 | $0.00 | $0.00 | $0.00 |
| - post filing date | | $0.00 | $0.00 | $0.00 | $0.00 |
| Individual Debtor Capital (Sole Proprietor) | | | | | |
| - through filing date (household net worth) | | $0.00 | $0.00 | $0.00 | $0.00 |
| - post filing date (change in household cash) | | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL EQUITY** | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **TOTAL LIABILITIES & EQUITY** | $21,425,198.45 | 21,397,980.95 | 21,311,713.34 | - | - |

Pre Petition Debt
$42,972.00

# INCOME (LOSS) STATEMENT

417 Rentals, LLC
17-60935
September 30, 2017
August 25, 2017

| | FILING DATE thru MONTH END 08/31/17 | MONTH ENDING 09/30/17 | MONTH ENDING 10/31/17 | MONTH ENDING 11/30/17 | MONTH ENDING 12/31/17 | MONTH ENDING 01/31/18 |
|---|---|---|---|---|---|---|
| **Administration Fees** | 930.00 | 480.00 | - | - | - | - |
| **Rental Income** | 39,658.00 | 232,749.09 | - | - | - | - |
| **COST OF GOODS SOLD** | | | | | | |
| Cost of Materials | 6,847.59 | 4,743.07 | - | - | - | - |
| Contracted Labor | 8,837.04 | 52,382.03 | - | - | - | - |
| Utilities | 4,122.50 | 17,486.99 | - | - | - | - |
| Total Property Upkeep | 19,807.13 | 74,612.09 | - | - | - | - |
| **GROSS PROFIT** | 20,780.87 | 158,137.00 | - | - | - | - |
| **OPERATING EXPENSES** | | | | | | |
| Sales & Marketing | 250.00 | 1,000.00 | - | - | - | - |
| Mortgage Payments | 226.47 | 101,781.08 | - | - | - | - |
| Owner/Officer - Draws/Salaries | 750.00 | 1,358.27 | - | - | - | - |
| Credit Cards | - | 333.00 | - | - | - | - |
| Travel & Entertainment | 125.00 | 700.00 | - | - | - | - |
| Attorney Fees | 500.00 | 9,072.00 | - | - | - | - |
| Insurance | - | 9,035.51 | - | - | - | - |
| Other Professional Fees | - | - | - | - | - | - |
| Dues & Subscriptions | 350.00 | 1,246.00 | - | - | - | - |
| Telecommunications | - | 417.69 | - | - | - | - |
| Office Supplies | 100.00 | 500.00 | - | - | - | - |
| Other *(complete subsequent tab)* | - | 28,976.99 | - | - | - | - |
| **TOTAL OPERATING EXPENSES** | 2,301.47 | 154,420.54 | - | - | - | - |
| **OPERATING INCOME (LOSS)** | 18,479.40 | 3,716.46 | - | - | - | - |
| **OTHER EXPENSES** | | | | | | |
| USTP Quarterly Fees | - | - | - | - | - | - |
| Depreciation & Amortization | - | - | - | - | - | - |

417 Rentals, LLC
17-60935
September 30, 2017
August 25, 2017

## OTHER EXPENSES

| | FILING DATE thru MONTH END 08/31/17 | MONTH ENDING 09/30/17 | MONTH ENDING 10/31/17 | MONTH ENDING 11/30/17 | MONTH ENDING 12/31/17 | MONTH ENDING 01/31/18 |
|---|---|---|---|---|---|---|
| City Letters/Fines, Ect | - | 650.00 | - | - | - | - |
| Corperation Improvements | - | 224.99 | - | - | - | - |
| Real Estate Taxes | - | 600.00 | - | - | - | - |
| Tax Preparation | - | 390.00 | - | - | - | - |
| City Permit | - | 240.00 | - | - | - | - |
| CRS Technology | - | 630.00 | - | - | - | - |
| Pest Control | - | 1,342.00 | - | - | - | - |
| US Bank Note Payoff | - | 24,900.00 | - | - | - | - |
| | - | - | - | - | - | - |
| | - | - | - | - | - | - |
| | - | - | - | - | - | - |
| | - | - | - | - | - | - |
| | - | - | - | - | - | - |
| | - | - | - | - | - | - |
| TOTAL OTHER EXPENSES | - | 28,976.99 | - | - | - | - |

417 Rentals, LLC
17-60935
September 30, 2017
August 25, 2017

## CASH FLOW STATEMENT

| | MONTH ENDING 08/31/17 | MONTH ENDING 09/30/17 | MONTH ENDING 10/31/17 | MONTH ENDING 11/30/17 | MONTH ENDING 12/31/17 | MONTH ENDING 01/31/18 | MONTH ENDING 02/28/18 |
|---|---|---|---|---|---|---|---|
| Current Month Cash (business accounts) | 7,432.54 | 11,149.00 | - | - | - | - | - |
| Prior Month Cash (business accounts) | - | 7,432.54 | 11,149.00 | - | - | - | - |
| **NET CASH INCREASE (DECREASE)** | (7,432.54) | (3,716.46) | 11,149.00 | - | - | - | - |
| | | | | | | | |
| **SOURCES (USES) OF CASH** | | | | | | | |
| Net Income (Loss) | - | 3,716.46 | - | - | - | - | - |
| Add: Non-cash (dep & amort) | - | - | - | - | - | - | - |
| Cash Generated from Operations | - | 3,716.46 | - | - | - | - | - |
| | | | | | | | |
| ADD: (enter as positive) | | | | | | | |
| Decrease in Assets | | | | | | | |
| Accounts Receivable | - | - | - | - | - | - | - |
| Inventory | - | - | - | - | - | - | - |
| Prepaid Expenses | - | - | - | - | - | - | - |
| Other Current Assets | - | - | - | - | - | - | - |
| Fixed Assets | - | - | - | - | - | - | - |
| Other Assets | - | - | - | - | - | - | - |
| Increase in Liabilities | | | | | | | |
| Post Petition Debt | - | - | - | - | - | - | - |
| Pre Petition Debt | - | - | - | - | - | - | - |
| | | | | | | | |
| SUBTRACT: (enter as negative) | | | | | | | |
| Increase in Assets | | | | | | | |
| Accounts Receivable | - | - | - | - | - | - | - |
| Inventory | - | - | - | - | - | - | - |
| Prepaid Expenses | - | - | - | - | - | - | - |
| Other Current Assets | - | - | - | - | - | - | - |
| Fixed Assets | - | - | - | - | - | - | - |
| Other Assets | - | - | - | - | - | - | - |
| Decrease in Liabilities | | | | | | | |
| Post Petition Debt | - | - | - | - | - | - | - |
| Pre Petition Debt | 21,397,980.95 | 21,311,713.34 | - | - | - | - | - Debt Red |
| | | | | | | | |
| **TOTAL SOURCES (USES) OF CASH** | - | - | - | - | - | - | - |
| | | | | | | | |
| **NET CASH INCREASE (DECREASE)** | - | 3,716.46 | - | - | - | - | - |

417 Rentals, LLC
17-60935
September 30, 2017
August 25, 2017

## Schedule of FIXED ASSETS

| | FILING DATE 08/25/17 | MONTH ENDING 08/31/17 | MONTH ENDING 09/30/17 | MONTH ENDING 10/31/17 | MONTH ENDING 11/30/17 | MONTH ENDING 12/31/17 | MONTH ENDING 01/31/18 |
|---|---|---|---|---|---|---|---|
| Building | 18,562,900.00 | 18,562,900.00 | 18,562,900.00 | - | - | - | - |
| Land | 547,000.00 | 547,000.00 | 542,500.00 | - | - | - | - |
| Improvements | - | - | - | - | - | - | - |
| Office Furniture & Equipment | 11,255.00 | 11,255.00 | 11,255.00 | - | - | - | - |
| Shop Machinery & Equipment | - | - | - | - | - | - | - |
| PC/Lan/Mainframe | 14,925.00 | 14,925.00 | 14,925.00 | - | - | - | - |
| Automobile | 95,000.00 | 95,000.00 | 95,000.00 | - | - | - | - |
| Boat/Airplane | - | - | - | - | - | - | - |
| Intangibles | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - |
| TOTAL | 19,231,080.00 | 19,231,080.00 | 19,226,580.00 | - | - | - | - |

# Schedule of POST PETITION DEBT

417 Rentals, LLC
17-60935
September 30, 2017
August 25, 2017

| | FILING DATE 08/25/17 | MONTH ENDING 08/31/17 | MONTH ENDING 09/30/17 | MONTH ENDING 10/31/17 | MONTH ENDING 11/30/17 | MONTH ENDING 12/31/17 | MONTH ENDING 01/31/18 |
|---|---|---|---|---|---|---|---|
| **TRADE ACCOUNTS PAYABLE** | - | - | - | - | - | - | - |
| **TAXES PAYABLE** | | | | | | | |
| Federal payroll taxes | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| State payroll taxes | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Local payroll taxes | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| State sales taxes | - | - | - | | | | |
| Real taxes/personal prop. taxes | 13,000.00 | - | - | - | - | - | - |
| Other | - | - | - | | | | |
| **TOTAL TAXES PAYABLE** | 13,000.00 | - | - | - | - | - | - |
| **OTHER LIABILITIES** | | | | | | | |
| Post petition secured debt | - | - | - | - | - | - | - |
| Accrued interest payable | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - |
| **TOTAL OTHER LIABILITIES** | - | - | - | - | - | - | - |
| **TOTAL POST PETITION DEBT** | 13,000.00 | - | - | - | - | - | - |

417 Rentals, LLC
17-60935
September 30, 2017
August 25, 2017

## Summary of SIGNIFICANT ITEMS

### 1. INSURANCE COVERAGE

| | Carrier or Agent Name | Amount of Coverage | Policy Expiration Date | Premium Paid thru Date |
|---|---|---|---|---|
| Workers' Compensation | | | | |
| General Liability | | | | |
| Excess Liability (Umbrella) | | | | |
| Automobile Liability | | | | |
| Automobile Collision | | | | |
| Errors & Omissions | | | | |
| Directors & Officers | | | | |
| Crime/Employee Theft | | | | |
| General Commercial Property Insurance | Barton Mutual Insu | $34,477,695.00 | 05/04/18 | Monthly |
| Other | | | | |
| Other | | | | |

### 2. PAYMENTS to SECURED CREDITORS

| Payee | Description | Current Month Amount Paid | Total Paid Post Petition |
|---|---|---|---|
| IN PART 2 Attachment | IN PART 2 Attachment | | |

### 3. PAYMENTS to TAX ENTITIES (Current Month)

Post

| October 2017 | | September 2017 | |
|---|---|---|---|
| **Name** | **Amount** | **Name** | **Amount** |
| | | Chris Greene | $ 1,500.00 |
| | | Chris Greene | $ 1,500.00 |
| | | Chris Greene | $ 1,500.00 |
| | | Total: | $ 4,500.00 |

| Total Paid Post Petition | Payee (October) | Description | Current Month Amount Paid | Payee (September) | Description | Current Month Amount Paid |
|---|---|---|---|---|---|---|
| $106,274.85 | | | | GSB | 130091769 | $ 98,049.85 |
| | | | | OCWEN | 7436287189 | $ 226.47 |
| | | | | SystematicSB | 1788 | $ 328.08 |
| | | | | SystematicSB | 6650 | $ 1,650.00 |
| | | | | SystematicSB | 6651 | $ 225.00 |
| | | | | SystematicSB | 6722 | $ 400.00 |
| | | | | SystematicSB | 6817 | $ 100.00 |
| | | | | SystematicSB | 6881 | $ 900.00 |
| | | | | SystematicSB | | $ 225.00 |
| | | | | US Bank | 6800769051 | $ 915.83 |
| | | | | BOMO | 136845 | $ 2,300.00 |
| | | | | GSB | 96212381 | $ 1,675.00 |
| | | | | Legacy B&T | 40001644 | $ 1,850.00 |
| | | | | Mid-MoB | 322289001 | $ 2,275.00 |
| | | | | Legacy B&T | 40003612 | $ 700.00 |
| | | | | First NB | 81594403 | $ 100.00 |
| | | | | First NB | 81594405 | $ 125.00 |
| | | | | First NB | 81594406 | $ 125.00 |
| | | | | First NB | 81594407 | $ 150.00 |
| | | | | First NB | 81594408 | $ 150.00 |
| | | | | First NB | 81594409 | $ 125.00 |
| | | | | First NB | 81594410 | $ 100.00 |
| | | | | First NB | 81594411 | $ 100.00 |
| | | | | Guaranty | 5400228881 | $ 1,625.00 |
| | | | | Mid-MoB | 322289002 | $ 1,950.00 |
| | | | | Central | 14868 2353 | $ 1,100.00 |
| | | | | GSB | 96193506 | $ 150.00 |
| | | | | Bancorp | 862000676413 | $ 700.00 |
| | | | | Arvest | 4319350 | $ 185.67 |
| | | | | GSB | 96195339 | $ 175.00 |
| | | | | Legacy B&T | 40003477 | $ 2,150.00 |
| | | | | Old MoB | 12628 | $ 120.00 |
| | | | | SimmonsB | 3115501 | $ 750.00 |
| | | | | SimmonsB | 3115524 | $ 850.00 |

| Bank | Account | Amount |
|---|---|---|
| SimmonsB | 3116262 | $ 1,350.00 |
| SimmonsB | 3116305 | $ 925.00 |
| SouthernB | 661752 | $ 1,750.92 |
| Arvest | 4064848 | $ 2,525.00 |
| Bancorp | 866000754304 | $ 1,200.00 |
| Bancorp | 866000754308 | $ 1,225.00 |
| BOMO | 133850 | $ 2,400.00 |
| Legacy B&T | 40003752 | $ 1,400.00 |
| SouthernB | 639353 | $ 5,500.00 |
| Central | 14868 2370 | $ 1,600.00 |
| GSB | 96196262 | $ 125.00 |
| GSB | 96196270 | $ 125.00 |
| Central | 14868 2225 | $ 1,000.00 |
| Guaranty | 5400229090 | $ 2,975.00 |
| Guaranty | 5400229140 | $ 1,850.00 |
| SimmonsB | 10361726 | $ 1,275.00 |
| SoMoBoM | 60016056 | $ 500.00 |
| SoMoBoM | 60017340 | $ 1,600.00 |
| SoMoBoM | 60017489 | $ 1,550.00 |
| SoMoBoM | 60017564 | $ 175.00 |
| SouthernB | 1600090324 | $ 2,200.00 |
| Central | 14868 2397 | $ 300.00 |
| Central | 249615 8324 | $ 350.00 |
| First NB | 81594401 | $ 750.00 |
| BOB | 6.23858 | $ 2,397.88 |
| Central | 14868 1632 | $ 575.00 |
| Guaranty | 5400229052 | $ 1,575.00 |
| Old MoB | 9512 | $ 2,125.00 |
| SimmonsB | 4019868 | $ 600.00 |
| Arvest | 4243330 | $ 4,000.00 |
| Central | 249615 9456 | $ 275.00 |
| Old MoB | 10121 | $ 1,575.00 |
| SimmonsB | 3017325 | $ 1,175.00 |
| Central | 14868 7631 | $ 375.00 |
| SoMoBoM | 60019096 | $ 1,875.00 |
| BOMO | 139634 | $ 1,875.00 |
| Mid-MoB | 3222289101 | $ 75.00 |
| Bancorp | 862000696023 | $ 700.00 |
| SimmonsB | 3016984 | $ 775.00 |

| Bank | Account | Amount |
|---|---|---|
| GSB | 96199040 | $ 1,450.00 |
| GSB | 96205792 | $ 1,550.00 |
| GSB | 96272856 | $ 900.00 |
| BOMO | 160778 | $ 225.00 |
| SimmonsB | 40001896 | $ 1,200.00 |
| SimmonsB | 50000476 | $ 1,500.00 |
| BOB | 6.22081 | $ 2,350.00 |
| BOB | 6.22082 | $ 1,525.00 |
| Guaranty | 5100190938 | $ 1,875.00 |
| Old MoB | 9452 | $ 1,875.00 |
| Guaranty | 5400228909 | $ 1,650.00 |
| BOB | 6.19610 | $ 1,650.00 |
| BOB | 6.19611 | $ 300.00 |
| Central | 249615 2615 | $ 525.00 |
| Oak Star | 9000603 | $ 350.00 |

| Payee (August) | Description | Current Month Amount Paid |
|---|---|---|
| | | $8,225.00 |
| Guaranty | 5100190938 | $1,875.00 |
| Old MoB | 9452 | $1,875.00 |
| Guaranty | 5400228909 | $1,650.00 |
| BOB | 6.19610 | $1,650.00 |
| BOB | 6.19611 | $300.00 |
| Central | 249615 2615 | $525.00 |
| Oak Star | 9000603 | $350.00 |

417 Rentals, LLC | 17-60935 | September 30, 2017 | August 25, 2017

## Bank Reconciliation

| Bank Name | US Bank | Account Name | 1 523 1891 2762 | |
|---|---|---|---|---|
| Balance per Books - beginning of month | 7,432.54 | Balance per Bank Stmt - end of month | | 11,149.00 |
| Deposits | 26,499.61 | Deposit in Transit | 13.00 | |
| Transfers In | 200,124.62 | | 13.00 | |
| Add: Total Debits | 226,624.23 | Total in Transit | | - |
| Checks | 187,471.85 | Outstanding Checks | | |
| Bank Charges | 457.55 | | | |
| Transfers Out | 34,978.37 | | | |
| Less: Total Credits | (222,907.77) | Less: Total Outstanding | | - |
| Balance per Books - end of month | 234,056.77 | Balance per bank - reconciled | | 11,149.00 |

**Checks Outstanding**

| Number | Amount | | Number | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | Total $ - |