| Properties in Portfolio | | | | Appraised Value | Units in Portofolio | Value Per Unit | Property Type | Total Monthly Rent | Effective Rent | Taxes | Utilities | Insurance | Maintenance / Other Cost | Total Operating Expenses | Net Operating Income |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | | | | $ 387,400 | 17 | $22,788 | | $ 9,185 | $ 7,899 | $270.00 | $ 250 | $ 230 | $ 919 | $ 2,403 | $ 5,496 |
| First National Bank | | | | | | | | | | | | | | | |

| Address | City | State | Zip | Appraised Value* | Units in Lot | Loan # | Property Type | Total Monthly Rent | Effective Rent | Taxes | Utilities | Insurance * | Maintenance / Other Cost | Total Operating Expenses | Net Operating Income |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 227 Sunflower Circle | Billings | MO | 65610 | $ 149,700 | 9 | 81594401 | 9 Unit | $5,275 | $ 4,537 | $5.00 | $ 250 | $95.00 | $ 528 | $ 1,300 | $ 3,237 |
| 1913 N Colgate Ave | Springfield | MO | 65802 | $ 25,300 | 1 | 81594403 | SF | $375 | $ 323 | $25.00 | | $15.00 | $ 38 | $ 108 | $ 215 |
| 2959 W Madison St | Springfield | MO | 65802 | $ 32,000 | 1 | 81594405 | SF | $450 | $ 387 | $30.00 | | $20.00 | $ 45 | $ 131 | $ 256 |
| 2026 W Division St | Springfield | MO | 65802 | $ 27,900 | 1 | 81594406 | SF | $495 | $ 426 | $30.00 | | $15.00 | $ 50 | $ 134 | $ 292 |
| 3317 W Grand St | Springfield | MO | 65806 | $ 24,900 | 1 | 81594407 | SF | $600 | $ 516 | $35.00 | | $20.00 | $ 60 | $ 163 | $ 353 |
| 216 W State Hwy 174 | Republic | MO | 65738 | $ 43,400 | 1 | 81594408 | SF | $595 | $ 512 | $45.00 | | $20.00 | $ 60 | $ 172 | $ 340 |
| 2514 W Monroe St | Springfield | MO | 65802 | $ 33,500 | 1 | 81594409 | SF | $450 | $ 387 | $35.00 | | $15.00 | $ 45 | $ 131 | $ 256 |
| 2063 N Roosevelt Ave | Springfield | MO | 65803 | $ 27,700 | 1 | 81594410 | SF | $450 | $ 387 | $25.00 | | $15.00 | $ 45 | $ 121 | $ 266 |
| 3010 W Washita St | Springfield | MO | 65807 | $ 23,000 | 1 | 81594411 | SF | $495 | $ 426 | $40.00 | | $15.00 | $ 50 | $ 144 | $ 282 |

**Exhibit C**
**Spreadsheet**
**417 Rentals, LLC**
**Case No. 17-60935**