| Properties in Portfolio | | | | Appraised Value | Units in Portofolio | Value Per Unit | Property Type | Total Monthly Rent | Effective Rent | Taxes | Utilities | Insurance | Maintenance / Other Cost | Total Operating Expenses | Net Operating Income |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | | | | $ 926,400 | 34 | $27,247 | | $ 18,485 | $ 15,897 | $1,350.00 | $ 361.08 | $ 650 | $ 1,849 | $ 5,688 | $ 10,209 |

Legacy Bank and Trust

| Address | City | State | Zip | Appraised Value* | Units in Lot | Loan # | Property Type | Total Monthly Rent | Effective Rent | Taxes | Utilities | Insurance * | Maintenance / Other Cost | Total Operating Expenses | Net Operating Income |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1026 N West Ave | Springfield | MO | 65802 | $ 26,100 | 1 | 40001644 | SF | $450 | $ 387 | $45.00 | | $20.00 | $ 45 | $ 146 | $ 241 |
| 141 S Main St | Republic | MO | 65738 | $ 39,900 | 1 | 40001644 | SF | $675 | $ 581 | $35.00 | | $30.00 | $ 68 | $ 187 | $ 394 |
| 1651 N Engel Ave | Springfield | MO | 65803 | $ 52,100 | 1 | 40001644 | SF | $600 | $ 516 | $45.00 | | $30.00 | $ 60 | $ 183 | $ 333 |
| 221 S Broadway Ave | Springfield | MO | 65802 | $ 22,600 | 1 | 40001644 | SF | $450 | $ 387 | $30.00 | | $15.00 | $ 45 | $ 126 | $ 261 |
| 2615 W Page St | Springfield | MO | 65806 | $ 37,000 | 1 | 40001644 | SF | $550 | $ 473 | $45.00 | | $25.00 | $ 55 | $ 169 | $ 304 |
| 2721 W Lincoln St | Springfield | MO | 65802 | $ 28,600 | 1 | 40001644 | SF | $475 | $ 409 | $40.00 | | $25.00 | $ 48 | $ 151 | $ 258 |
| 2954 W Water St | Springfield | MO | 65802 | $ 35,300 | 1 | 40001644 | SF | $650 | $ 559 | $60.00 | | $25.00 | $ 65 | $ 202 | $ 357 |
| 440 W US Hwy 60 | Republic | MO | 65738 | $ 62,900 | 1 | 40001644 | SF | $850 | $ 731 | $65.00 | | $40.00 | $ 85 | $ 258 | $ 473 |
| 816 N National Ave | Springfield | MO | 65802 | $ 38,400 | 1 | 40001644 | SF | $650 | $ 559 | $50.00 | | $25.00 | $ 65 | $ 192 | $ 367 |
| 826 N Weaver Ave | Springfield | MO | 65802 | $ 28,600 | 1 | 40001644 | SF | $450 | $ 387 | $40.00 | | $15.00 | $ 45 | $ 136 | $ 251 |
| 1121 N Park Ave | Springfield | MO | 65802 | $ 11,800 | 1 | 40003477 | SF | $450 | $ 387 | $35.00 | | $20.00 | $ 45 | $ 136 | $ 251 |
| 1312-1314 S Brite Ave | Springfield | MO | 65807 | $ 36,100 | 2 | 40003477 | Duplex | $925 | $ 796 | $70.00 | | $25.00 | $ 93 | $ 262 | $ 534 |
| 1506 E Lindberg St | Springfield | MO | 65804 | $ 28,400 | 1 | 40003477 | SF | $475 | $ 409 | $40.00 | | $20.00 | $ 48 | $ 146 | $ 263 |
| 2021-2025 N Pierce St | Springfield | MO | 65803 | $ 35,300 | 2 | 40003477 | Duplex | $1,050 | $ 903 | $65.00 | | $35.00 | $ 105 | $ 289 | $ 614 |
| 2134 N Kansas Ave | Springfield | MO | 65802 | $ 24,400 | 1 | 40003477 | SF | $550 | $ 473 | $40.00 | | $20.00 | $ 55 | $ 159 | $ 314 |
| 2541 E Bennett St | Springfield | MO | 65807 | $ 29,200 | 1 | 40003477 | SF | $550 | $ 473 | $55.00 | | $20.00 | $ 55 | $ 174 | $ 299 |
| 3225 W Latoka St | Springfield | MO | 65807 | $ 30,500 | 1 | 40003477 | SF | $650 | $ 559 | $55.00 | | $20.00 | $ 65 | $ 192 | $ 367 |
| 520 S Scenic Ave | Springfield | MO | 65802 | $ 47,400 | 3 | 40003477 | Triplex | $1,295 | $ 1,114 | $55.00 | $361.08 | $25.00 | $ 130 | $ 674 | $ 440 |
| 819 N Forest Ave | Springfield | MO | 65802 | $ 41,400 | 1 | 40003477 | SF | $695 | $ 598 | $60.00 | | $25.00 | $ 70 | $ 210 | $ 388 |
| 918 N Brown Ave | Springfield | MO | 65802 | $ 23,200 | 1 | 40003477 | SF | $550 | $ 473 | $40.00 | | $20.00 | $ 55 | $ 159 | $ 314 |
| 1074 S New Ave | Springfield | MO | 65807 | $ 26,200 | 1 | 40003752 | SF | $475 | $ 409 | $40.00 | | $20.00 | $ 48 | $ 146 | $ 263 |
| 1507 E Blaine St | Springfield | MO | 65803 | $ 27,100 | 1 | 40003752 | SF | $550 | $ 473 | $35.00 | | $15.00 | $ 55 | $ 149 | $ 324 |
| 1932 W Chestnut St | Springfield | MO | 65802 | $ 27,400 | 1 | 40003752 | SF | $600 | $ 516 | $45.00 | | $20.00 | $ 60 | $ 173 | $ 343 |
| 2321 N Kellett Ave | Springfield | MO | 65807 | $ 23,300 | 1 | 40003752 | SF | $500 | $ 430 | $30.00 | | $15.00 | $ 50 | $ 135 | $ 295 |
| 2731 W College St | Springfield | MO | 65802 | $ 28,100 | 1 | 40003752 | SF | $475 | $ 409 | $45.00 | | $15.00 | $ 48 | $ 146 | $ 263 |
| 3242 W Page St | Springfield | MO | 65802 | $ 26,200 | 1 | 40003752 | SF | $550 | $ 473 | $40.00 | | $15.00 | $ 55 | $ 154 | $ 319 |
| 611 N Warren Ave | Springfield | MO | 65802 | $ 25,300 | 1 | 40003752 | SF | $750 | $ 645 | $60.00 | | $20.00 | $ 75 | $ 215 | $ 430 |
| 729 W Chicago St | Springfield | MO | 65803 | $ 21,900 | 1 | 40003752 | SF | $450 | $ 387 | $35.00 | | $15.00 | $ 45 | $ 131 | $ 256 |
| 924 W Central St | Mountain Grove | MO | 65711 | $ 14,000 | 1 | 40003752 | SF | $650 | $ 559 | $15.00 | | $20.00 | $ 65 | $ 152 | $ 407 |
| 939 S Fort Ave | Mountain Grove | MO | 65711 | $ 27,700 | 1 | 40003752 | SF | $495 | $ 426 | $35.00 | | $15.00 | $ 50 | $ 139 | $ 287 |

**Exhibit C**
**Spreadsheet**
**417 Rentals, LLC**
**Case No. 17-60935**