| Properties in Portfolio | | | | Appraised Value | Units in Portofolio | Value Per Unit | Property Type | Total Monthly Rent | Effective Rent | Taxes | Utilities | Insurance | Maintenance / Other Cost | Total Operating Expenses | Net Operating Income |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 53 | | | | $1,667,300 | 54 | $30,876 | | $25,070 | $21,560 | $1,620.00 | $322 | $835 | $2,507 | $7,249 | $14,311 |
| Central Bank | | | | | | | | | | | | | | | |

| Address | City | State | Zip | Appraised Value* | Units in Lot | Loan # | Property Type | Total Monthly Rent | Effective Rent | Taxes | Utilities | Insurance | Maintenance / Other Cost | Total Operating Expenses | Net Operating Income |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1271 S Ferguson Ave | Springfield | MO | 65807 | $45,500 | 1 | 14868 1632 | SF | $700 | $602 | $50.00 | | $15.00 | $70 | $191 | $411 |
| 2850 W Elm St | Springfield | MO | 65802 | $20,000 | 1 | 14868 1632 | SF | $450 | $387 | $35.00 | | $15.00 | $45 | $131 | $256 |
| 827 S Nettleton Ave | Springfield | MO | 65803 | $28,500 | 1 | 14868 1632 | SF | $595 | $512 | $35.00 | | $15.00 | $60 | $157 | $355 |
| 900 W Mt Vernon St | Springfield | MO | 65802 | $29,500 | 1 | 14868 1632 | SF | $550 | $473 | $30.00 | | $15.00 | $55 | $144 | $329 |
| 1427 W Lynn St | Springfield | MO | 65802 | $29,400 | 1 | 14868 2225 | SF | $495 | $426 | $30.00 | | $15.00 | $50 | $134 | $292 |
| 1451 N West Ave | Springfield | MO | 65802 | $35,100 | 1 | 14868 2225 | SF | $450 | $387 | $30.00 | | $15.00 | $45 | $126 | $261 |
| 2211 W Atlantic St | Springfield | MO | 65803 | $28,200 | 1 | 14868 2225 | SF | $400 | $344 | $25.00 | | $15.00 | $40 | $112 | $232 |
| 2749 W Olive St | Springfield | MO | 65802 | $38,100 | 1 | 14868 2225 | SF | $525 | $452 | $35.00 | | $15.00 | $53 | $145 | $307 |
| 2911 W Calhoun St | Springfield | MO | 65802 | $34,500 | 1 | 14868 2225 | SF | $550 | $473 | $35.00 | | $15.00 | $55 | $149 | $324 |
| 631 W High St | Springfield | MO | 65803 | $32,400 | 1 | 14868 2225 | SF | $500 | $430 | $30.00 | | $15.00 | $50 | $135 | $295 |
| 813 S Glenn Ave | Springfield | MO | 65804 | $36,300 | 1 | 14868 2225 | SF | $525 | $452 | $35.00 | | $15.00 | $53 | $145 | $307 |
| 830 S Nettleton Ave | Springfield | MO | 65803 | $28,200 | 1 | 14868 2225 | SF | $450 | $387 | $30.00 | | $15.00 | $45 | $126 | $261 |
| 910 S Kansas Ave | Springfield | MO | 65802 | $34,400 | 1 | 14868 2225 | SF | $475 | $409 | $35.00 | | $15.00 | $48 | $136 | $273 |
| 1035 W Division St | Springfield | MO | 65803 | $46,000 | 1 | 14868 2353 | SF | $550 | $473 | $35.00 | | $15.00 | $55 | $149 | $324 |
| 1461 N Missouri Ave | Springfield | MO | 65802 | $28,600 | 1 | 14868 2353 | SF | $595 | $512 | $35.00 | | $15.00 | $60 | $157 | $355 |
| 2129 W Wall St | Springfield | MO | 65803 | $25,100 | 1 | 14868 2353 | SF | $395 | $340 | $25.00 | | $15.00 | $40 | $111 | $229 |
| 2159 W Chestnut St | Springfield | MO | 65802 | $23,600 | 1 | 14868 2353 | SF | $525 | $452 | $30.00 | | $15.00 | $53 | $140 | $312 |
| 2660 W Phelps St | Springfield | MO | 65802 | $34,300 | 1 | 14868 2353 | SF | $450 | $387 | $25.00 | | $15.00 | $45 | $121 | $266 |
| 2681 E Atlantic St | Springfield | MO | 65803 | $40,600 | 1 | 14868 2353 | SF | $575 | $495 | $35.00 | | $15.00 | $58 | $154 | $341 |
| 2746 W Collage St | Springfield | MO | 65802 | $27,800 | 1 | 14868 2353 | SF | $475 | $409 | $15.00 | | $15.00 | $48 | $116 | $293 |
| 2757 W Walnut St | Springfield | MO | 65802 | $39,100 | 1 | 14868 2353 | SF | $475 | $409 | $25.00 | | $15.00 | $48 | $126 | $283 |
| 3015 W Lincoln St | Springfield | MO | 65802 | $22,600 | 1 | 14868 2353 | SF | $450 | $387 | $30.00 | | $15.00 | $45 | $126 | $261 |
| 3050 W Pacific St | Springfield | MO | 65802 | $27,500 | 1 | 14868 2353 | SF | $400 | $344 | $30.00 | | $15.00 | $40 | $117 | $227 |
| 1005 E Commercial St | Springfield | MO | 65803 | $40,300 | 1 | 14868 2370 | SF | $475 | $409 | $35.00 | | $15.00 | $48 | $136 | $273 |
| 1029 N Johnston Ave | Springfield | MO | 65802 | $38,400 | 1 | 14868 2370 | SF | $450 | $387 | $35.00 | | $15.00 | $45 | $131 | $256 |
| 1223 S New Ave | Springfield | MO | 65807 | $36,800 | 1 | 14868 2370 | SF | $475 | $409 | $30.00 | | $15.00 | $48 | $131 | $278 |
| 1448 N Prospect Ave | Springfield | MO | 65802 | $36,500 | 1 | 14868 2370 | SF | $495 | $426 | $30.00 | | $15.00 | $50 | $134 | $292 |
| 1634 W Chestnut St | Springfield | MO | 65802 | $33,200 | 1 | 14868 2370 | SF | $550 | $473 | $35.00 | | $15.00 | $55 | $149 | $324 |
| 2051 N Marion Ave | Springfield | MO | 65802 | $33,900 | 1 | 14868 2370 | SF | $550 | $473 | $35.00 | | $15.00 | $55 | $149 | $324 |
| 2211 W Atlantic St | Springfield | MO | 65803 | $28,200 | 1 | 14868 2370 | SF | $400 | $344 | $25.00 | | $15.00 | $40 | $112 | $232 |
| 2252 N Lyon Ave | Springfield | MO | 65804 | $26,500 | 1 | 14868 2370 | SF | $400 | $344 | $25.00 | | $15.00 | $40 | $112 | $232 |
| 2316 W Olive St | Springfield | MO | 65802 | $38,300 | 1 | 14868 2370 | SF | $475 | $409 | $35.00 | | $15.00 | $48 | $136 | $273 |
| 2321 N Concord Ave | Springfield | MO | 65803 | $31,000 | 1 | 14868 2370 | SF | $425 | $366 | $40.00 | | $15.00 | $43 | $132 | $234 |
| 2832 W Water St | Springfield | MO | 65802 | $30,400 | 1 | 14868 2370 | SF | $450 | $387 | $30.00 | | $15.00 | $45 | $126 | $261 |
| 503 N Brown Ave | Springfield | MO | 65802 | $29,100 | 1 | 14868 2370 | SF | $400 | $344 | $30.00 | | $15.00 | $40 | $117 | $227 |
| 612 N Park Ave | Springfield | MO | 65802 | $34,100 | 1 | 14868 2370 | SF | $425 | $366 | $30.00 | | $15.00 | $43 | $122 | $244 |
| 818 E Garfield St | Springfield | MO | 65803 | $22,600 | 1 | 14868 2370 | SF | $425 | $366 | $30.00 | | $15.00 | $43 | $122 | $244 |
| 833 S Nettleton Ave | Springfield | MO | 65803 | $24,500 | 1 | 14868 2370 | SF | FIRE | | $25.00 | | $15.00 | | | |
| 842 S Nettleton Ave | Springfield | MO | 65802 | $29,700 | 1 | 14868 2370 | SF | $425 | $366 | $25.00 | | $15.00 | $43 | $117 | $249 |
| 1430 N Frisco Ave | Springfield | MO | 65802 | $23,000 | 1 | 14868 2397 | SF | $450 | $387 | $5.00 | | $20.00 | $45 | $106 | $281 |
| 1847 W Chestnut St | Springfield | MO | 65802 | $45,000 | 1 | 14868 2397 | SF | $525 | $452 | $30.00 | | $20.00 | $53 | $145 | $307 |
| 1550 N Colgate Ave | Springfield | MO | 65802 | $21,900 | 1 | 14868 7631 | SF | $375 | $323 | $25.00 | | $15.00 | $38 | $108 | $215 |
| 3159 W Madison St | Springfield | MO | 65802 | $36,900 | 1 | 14868 7631 | SF | $550 | $473 | $30.00 | | $15.00 | $55 | $144 | $329 |
| 811 S New Ave | Springfield | MO | 65806 | $27,900 | 1 | 14868 7631 | SF | $425 | $366 | $30.00 | | $15.00 | $43 | $122 | $244 |
| 1617 N Main Ave A&B | Springfield | MO | 65803 | $46,200 | 2 | 249615 2615 | Duplex | $- | | $5.00 | $322 | $20.00 | - | $347 | $(347) |
| 2527 W Water St | Springfield | MO | 65802 | $18,300 | 1 | 249615 2615 | SF | $450 | $387 | $30.00 | | $20.00 | $45 | $131 | $256 |
| 801 W Mt Vernon St | Springfield | MO | 65806 | $35,100 | 1 | 249615 2615 | SF | $650 | $559 | $35.00 | | $20.00 | $65 | $172 | $387 |
| 824 N Eagle Ave | Springfield | MO | 65802 | $28,000 | 1 | 249615 8324 | SF | $450 | $387 | | | $20.00 | $45 | $101 | $286 |
| 823 N Kansas Expy | Springfield | MO | 65802 | $40,300 | 1 | 249615 8324 | SF | $650 | $559 | $50.00 | | $20.00 | $65 | $187 | $372 |
| 1723 W Lee St | Springfield | MO | 65802 | $22,300 | 1 | 249615 9456 | SF | $550 | $473 | $45.00 | | $20.00 | $55 | $164 | $309 |
| 2038 N Robberson Ave | Springfield | MO | 65803 | $28,000 | 1 | 249615 9456 | SF | $550 | $473 | $45.00 | | $15.00 | $55 | $159 | $314 |
| 804 N West Ave | Springfield | MO | 65802 | $26,300 | 1 | 249615 9456 | SF | $595 | $512 | $40.00 | | $15.00 | $60 | $162 | $350 |
| 909 N Eagle Ave | Springfield | MO | 65806 | $19,300 | 1 | 249615 9456 | SF | $475 | $409 | $35.00 | | $15.00 | $48 | $136 | $273 |

**Exhibit C
Spreadsheet
417 Rentals, LLC
Case No. 17-60935**