Total:17

EXHIBIT
E
Dangerous Bldg

| Sort1 A | sort | sort | sort | sort | sort | sort | sort | sort | sort | sort | sort |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SVC0000-21389 | 06/14/2017 | 07/14/2017 | 07/03/2017 | CLO | DANGEROUS BUI | 1035 | N | BROADWAY | AVE | | |
| SVC0000-21477 | 06/17/2017 | 07/17/2017 | 07/06/2017 | CLO | DANGEROUS BUI | 2730 | W | CHESTNUT | ST | | |
| SVC0000-22492 | 06/18/2017 | 07/18/2017 | 07/12/2017 | CLO | DANGEROUS BUI | 2832 | W | WATER | ST | | |
| SVC2015-01149 | 03/23/2015 | 04/17/2015 | 04/17/2015 | CLO | DANGEROUS BUI | 1533 | E | WHITESIDE | ST | | |
| SVC2016-05991 | 08/15/2016 | 09/13/2016 | 10/05/2016 | CLO | DANGEROUS BUI | 435 | W | DIVISION | ST | | |
| SVC2016-06294 | 08/22/2016 | 10/13/2016 | 10/05/2016 | CLO | DANGEROUS BUI | 206 | S | SCENIC | AVE | | |
| SVC2016-06345 | 08/23/2016 | 09/21/2016 | 09/22/2016 | CLO | DANGEROUS BUI | 916 | S | DOUGLAS | AVE | | |
| SVC2016-08221 | 11/17/2016 | 12/31/2016 | 12/22/2016 | CLO | DANGEROUS BUI | 1478 | E | CENTRAL | ST | | |
| SVC2017-00140 | 01/09/2017 | 02/18/2017 | 03/14/2017 | CLO | DANGEROUS BUI | 1035 | N | BROADWAY | AVE | | |
| SVC2017-00590 | 02/06/2017 | 04/18/2017 | 04/18/2017 | CLO | DANGEROUS BUI | 2063 | N | ROOSEVELT | AVE | | |
| SVC2017-00808 | 02/17/2017 | 03/19/2017 | 03/14/2017 | CLO | DANGEROUS BUI | 2267 | N | LYON | AVE | | |
| SVC2017-01002 | 03/02/2017 | 08/16/2017 | 07/25/2017 | CLO | DANGEROUS BUI | 2542 | W | HIGH | ST | | |
| SVC2017-02635 | 05/12/2017 | 11/29/2017 | 00/00/0000 | PEN | DANGEROUS BUI | 631 | W | HIGH | ST | | |
| SVC2017-03537 | 06/06/2017 | 07/06/2017 | 07/05/2017 | CLO | DANGEROUS BUI | 631 | S | GOLDEN | AVE | | |
| SVC2017-06025 | 08/29/2017 | 09/28/2017 | 09/20/2017 | CLO | DANGEROUS BUI | 1502 | N | GRANT | AVE | | |
| SVC2017-06101 | 08/30/2017 | 10/18/2017 | 00/00/0000 | PEN | DANGEROUS BUI | 902 | N | KANSAS | EXPY | | |
| SVC2017-06206 | 09/05/2017 | 10/18/2017 | 00/00/0000 | PEN | DANGEROUS BUI | 508 | E | CHERRY | ST | # D | |

| sort | | sort | | sort | fname | | iname | | sort | Reporting dept | sort |
|------|---|------|---|------|-------|---|-------|---|------|---------------|------|
| | | | | | | KENN WILLIAMS | Dangerous , litter, uncut, wide open | PIO |
| | | | | | | JODIE ELROD | House is currently for rent. House is always | PIO |
| | | | | | | SHERRY DOTSON | The house next door to me at 2832 w water | PIO |
| | | | | | | ANON | Residents erected a garage that doesn't loo | PIO |
| | | PHYLLIS | | | | FERGUSON | Door is standing open on this vacant house. | PIO |
| | | | | | | ANON | House is vacant and back door is standing o | PIO |
| | | | | | | ANON | Doors open, broken windows or missing enti | PIO |
| | | DON | | | | WILLIAMS | Vacant home with open doors/windows. Old | PIO |
| | | MJ | | | | ANON | Garage not secure. No doors on garage. | PIO |
| | | | | | | ANON | Vacant. Front door openBroken window that | PIO |
| | | | | | | ANON | Vacant house. 417 Rentals house. Littere | PIO |
| | | | | | | BDS INSPECTOR C | During inspection of Housing Complaint SV( | BDS |
| | | PHYLLIS | | | | FERGUSON | Vacant house, door is standing open. | PIO |
| | | | | | | ANON | Neighbors had to call police to get the vagra | PIO |
| | | | | | | ANON | Vacant house. Doors standing open, animals | PIO |
| | | | | | | ANON | Vacant. Back door kicked in. Homeless guy | PIO |
| | | | | | | ANON | This apartment is vacant. Must be full of tra | PIO |

| responsible dept | czone | rezone | census | Health insp | Bds Insp | cur closure | nghb report | CLU | nghbd | updater |
|---|---|---|---|---|---|---|---|---|---|---|
| sort | sort | sort | sort | sort | sort | sort | sort | sort | sort | sort |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Grant Beach | 07/10/2017 12:12:23 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Bissett | 07/10/2017 12:12:21 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Westside | 07/12/2017 15:18:12 | sjacobso |
| BDS | 4 | ? | ? | ? | dduquett | ✓ | | | (None) | 04/24/2015 08:44:33 | aeddy |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Grant Beach | 10/06/2016 10:46:34 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Westside | 10/06/2016 10:46:41 | sjacobso |
| BDS | 3 | ? | ? | ? | jcurless | ✓ | | | West Central | 09/22/2016 16:43:09 | sjacobso |
| BDS | 2 | ? | ? | ? | jcurless | ✓ | | | Weller | 12/23/2016 08:54:22 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Grant Beach | 03/14/2017 10:40:50 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Tom Watkins | 04/24/2017 09:33:02 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Woodland Heights | 03/14/2017 10:40:51 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | | | | Tom Watkins | 03/02/2017 15:46:02 | rcrumrine |
| BDS | 1 | ? | ? | ? | jcurless | | | | Woodland Heights | 05/12/2017 14:00:09 | cedwards |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Westside | 07/10/2017 12:13:24 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Grant Beach | 09/22/2017 10:08:32 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | | | | Grant Beach | 08/30/2017 11:02:36 | bjones |
| BDS | 3 | ? | ? | ? | jawood | | | | (None) | 09/13/2017 08:19:38 | jawood |

417 PENDING

| | | | |
|---|---|---|---|
| 2627 N | BROADWAY | AVE | |
| 652 S | CAMBELL | AVE | |
| 508 E | CHERRY | ST | #D |
| 2100 N | ELIZABETH | AVE | |
| 621 W | MADISON | ST | |
| 717 S | MARKET | AVE | |
| 833 S | NETTLETON | AVE | |
| 831 W | SCOTT | ST | |
| 1431 W | THOMAN | ST | |
| 2129 W | WALL | ST | |
| 540 S | WARREN | AVE | |
| 2832 W | WATER | ST | |

417 CLOSED

| 944 S | NEW | AVE |
|---|---|---|
| 1451 N | WEST | AVE |
| 1024 S | LEXINGTON | AVE |
| 2542 W | HIGH | ST |
| 1448 N | PROSPECT | AVE |
| 1452 N | PROSPECT | AVE |
| 1120 W | MT VERNON | ST |
| 2223 N | HILLCREST | AVE |
| 519 E | DALE | ST |
| 1955 W | DIVISION | ST |
| 1016 N | GRANT | AVE |
| 2227 N | BOONVILLE | AVE |
| 2681 E | ATLANTIC | ST |
| 1313 E | BLAINE | ST |
| 1461 N | MISSOURI | AVE |
| 2242 N | FARMER | AVE |
| 2259 N | MAIN | AVE |
| 920 N | CONCORD | AVE |
| 2338 N | LYON | AVE |
| 813 S | GLENN | AVE |
| 417 W | WALNUT | ST |