| Total:153 sort | Rec'd Sort1 A | Tgt'd sort | Final sort | status sort | reqType | stFix | stDir | stName | stType | strSfx | sort | sort | Desc sort |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SVC2014-00952 | 03/03/2014 | 03/30/2014 | 04/08/2014 | CLO | HOUSING | 914 | W | NICHOLS | ST | | | | |
| SVC2014-06602 | 09/18/2014 | 10/15/2014 | 10/15/2014 | CLO | HOUSING | 419 | W | STATE | ST | | | | |
| SVC2014-06865 | 10/01/2014 | 10/20/2014 | 10/21/2014 | CLO | HOUSING | 900 | W | MOUNT VERNON | ST | | | | |
| SVC2014-07389 | 10/29/2014 | 11/28/2014 | 10/31/2014 | CLO | HOUSING,SEWAG | 816 | S | NEW | AVE | | | | |
| SVC2014-07504 | 11/05/2014 | 11/19/2014 | 11/20/2014 | CLO | HOUSING | 2312 | E | ATLANTIC | ST | | | | |
| SVC2014-07504 | 11/05/2014 | 11/19/2014 | 11/20/2014 | CLO | HOUSING | 2312 | E | ATLANTIC | ST | | | | |
| SVC2014-07673 | 11/10/2014 | 12/10/2014 | 11/17/2014 | CLO | HOUSING | 2035 | N | PICKWICK | AVE | | | | |
| SVC2014-07600 | 11/10/2014 | 12/10/2014 | 11/13/2014 | CLO | HOUSING | 818 | N | FOREST | AVE | | | | |
| SVC2014-07854 | 12/01/2014 | 12/09/2014 | 12/11/2014 | CLO | HOUSING | 2665 | N | ELOISE | AVE | | | | |
| SVC2014-07877 | 12/03/2014 | 01/02/2015 | 12/08/2014 | CLO | HOUSING | 1438 | W | STATE | ST | | | | |
| SVC2014-08176 | 12/29/2014 | 01/28/2015 | 12/30/2014 | CLO | HOUSING,SEWAG | 902 | N | KANSAS | EXPY | | | | |
| SVC2015-00023 | 01/05/2015 | 01/09/2015 | 01/09/2015 | CLO | HOUSING | 2939 | W | SUNSHINE | ST | B 1 | | | |
| SVC2015-00041 | 01/06/2015 | 02/18/2015 | 02/19/2015 | CLO | HOUSING,TRASH | 1433 | E | BLAINE | ST | | | | |
| SVC2015-00041 | 01/06/2015 | 02/18/2015 | 02/19/2015 | CLO | HOUSING,TRASH | 1433 | E | BLAINE | ST | | | | |
| SVC2015-00041 | 01/06/2015 | 02/18/2015 | 02/19/2015 | CLO | HOUSING,TRASH | 1433 | E | BLAINE | ST | | | | |
| SVC2015-00113 | 01/12/2015 | 02/11/2015 | 01/22/2015 | CLO | HOUSING | 818 | N | FOREST | AVE | | | | |
| SVC2015-00157 | 01/13/2015 | 01/28/2015 | 01/29/2015 | CLO | HOUSING,TRASH | 621 | W | MADISON | ST | | | | |
| SVC2015-00406 | 01/28/2015 | 02/27/2015 | 01/29/2015 | CLO | HOUSING | 932 | W | FLORIDA | ST | | | | |
| SVC2015-00426 | 01/28/2015 | 02/04/2015 | 02/04/2015 | CLO | HOUSING | 804 | W | LOCUST | ST | | | | |
| SVC2015-00487 | 02/02/2015 | 02/12/2015 | 02/10/2015 | CLO | HOUSING | 2107 | N | NATIONAL | AVE | | | | |
| SVC2015-00688 | 02/17/2015 | 03/19/2015 | 03/12/2015 | CLO | HOUSING | 430 | S | NEWTON | AVE | | | | |
| SVC2015-00740 | 02/24/2015 | 03/29/2015 | 05/06/2015 | CLO | HOUSING,TRASH | 2107 | E | CHERRY | ST | | | | |
| SVC2015-00934 | 03/12/2015 | 04/14/2015 | 04/22/2015 | CLO | HOUSING | 430 | S | NEWTON | AVE | | | | |
| SVC2015-01025 | 03/16/2015 | 04/15/2015 | 03/25/2015 | CLO | HOUSING | 811 | S | NEW | AVE | | | | |
| SVC2015-01126 | 03/23/2015 | 04/22/2015 | 04/06/2015 | CLO | HOUSING | 2107 | E | CHERRY | ST | #12 | | | |
| SVC2015-01301 | 03/31/2015 | 05/05/2015 | 05/06/2015 | CLO | HOUSING | 833 | E | GARFIELD | ST | | | | |
| SVC2015-01383 | 04/06/2015 | 05/06/2015 | 04/08/2015 | CLO | HOUSING,SEWAG | 1502 | N | GRANT | AVE | | | | |
| SVC2015-01399 | 04/06/2015 | 04/22/2015 | 04/28/2015 | CLO | HOUSING | 804 | W | LOCUST | ST | | | | |
| SVC0000-02490 | 04/16/2015 | 05/16/2015 | 05/04/2015 | CLO | HOUSING | 1103 | N | ETHYL | AVE | | | | |
| SVC2015-01690 | 04/16/2015 | 04/24/2015 | 04/28/2015 | CLO | HOUSING | 944 | S | NEW | AVE | | | | |
| SVC2015-02176 | 05/04/2015 | 06/04/2015 | 06/01/2015 | CLO | HOUSING,WEEDS | 2440 | S | WESTWOOD | AVE | | | | |
| SVC2015-02176 | 05/04/2015 | 06/04/2015 | 06/01/2015 | CLO | HOUSING,WEEDS | 2440 | S | WESTWOOD | AVE | | | | |
| SVC2015-02288 | 05/06/2015 | 03/05/2016 | 04/15/2016 | CLO | HOUSING | 621 | W | MADISON | ST | | | | |
| SVC2015-03611 | 06/12/2015 | 07/06/2015 | 07/06/2015 | CLO | HOUSING | 2084 | N | ROOSEVELT | AVE | | | | |
| SVC2015-03611 | 06/12/2015 | 07/06/2015 | 07/06/2015 | CLO | HOUSING | 2084 | N | ROOSEVELT | AVE | | | | |
| SVC2015-03798 | 06/19/2015 | 07/27/2015 | 10/26/2015 | CLO | HOUSING | 645 | S | GRANT | AVE | | | | |
| SVC2015-03878 | 06/22/2015 | 07/14/2015 | 07/10/2015 | CLO | HOUSING | 1350 | N | WABASH | AVE | | | | |
| SVC2015-04313 | 07/06/2015 | 08/05/2015 | 07/08/2015 | CLO | HOUSING | 1207 | W | WEBSTER | ST | | | | |
| SVC2015-04831 | 07/17/2015 | 08/12/2015 | 08/13/2015 | CLO | HOUSING | 1510 | W | LYNN | ST | | | | |
| SVC2015-04831 | 07/17/2015 | 08/12/2015 | 08/13/2015 | CLO | HOUSING | 1510 | W | LYNN | ST | | | | |
| SVC2015-05775 | 08/11/2015 | 10/29/2015 | 11/02/2015 | CLO | HOUSING | 536 | S | BROADWAY | AVE | | | | |
| SVC2015-06043 | 08/17/2015 | 08/24/2015 | 08/24/2015 | CLO | HOUSING | 742 | S | GRANT | AVE | APT B | | | |
| SVC0000-04657 | 08/17/2015 | 09/14/2015 | 09/17/2015 | CLO | HOUSING | 615 | E | PACIFIC | ST | | | | |
| SVC0000-04657 | 08/17/2015 | 09/14/2015 | 09/17/2015 | CLO | HOUSING | 615 | E | PACIFIC | ST | | | | |
| SVC0000-04689 | 08/18/2015 | 00/00/0000 | 08/25/2015 | CLO | HOUSING | 1426 | W | STATE | ST | | | | |
| SVC2015-06583 | 08/31/2015 | 09/30/2015 | 09/24/2015 | CLO | HOUSING | 721 | N | NETTLETON | AVE | | | | |
| SVC2015-06588 | 08/31/2015 | 09/30/2015 | 09/14/2015 | CLO | HOUSING | 910 | S | NEWTON | AVE | | | | |
| SVC2015-06692 | 09/02/2015 | 10/02/2015 | 09/09/2015 | CLO | HOUSING | 1935 | N | LONE PINE | AVE | | | | |
| SVC2015-06715 | 09/03/2015 | 10/03/2015 | 11/18/2015 | CLO | HOUSING | 629 | W | MADISON | ST | | | | |
| SVC2015-06852 | 09/09/2015 | 10/09/2015 | 09/17/2015 | CLO | HOUSING | 2039 | N | ROOSEVELT | AVE | | | | |
| SVC2015-07030 | 09/14/2015 | 10/14/2015 | 09/16/2015 | CLO | HOUSING | 419 | W | STATE | ST | #4 | | | |
| SVC2015-07132 | 09/17/2015 | 10/17/2015 | 10/06/2015 | CLO | HOUSING | 825 | S | FORT | AVE | | | | |
| SVC2015-07638 | 10/02/2015 | 11/01/2015 | 10/07/2015 | CLO | HOUSING,INSECT | 504 | E | CHERRY | ST | #11 | | | |
| SVC2015-07858 | 10/14/2015 | 11/13/2015 | 10/20/2015 | CLO | HOUSING,INFORM | 3550 | W | CHESTNUT | EXPY | | | | |
| SVC2015-07933 | 10/19/2015 | 11/18/2015 | 10/26/2015 | CLO | HOUSING | 746 | S | DOUGLAS | AVE | | | | |
| SVC2015-08287 | 11/09/2015 | 01/20/2016 | 01/22/2016 | CLO | HOUSING,SEWAG | 2259 | N | MAIN | AVE | | | | |
| SVC2015-08913 | 12/21/2015 | 01/20/2016 | 01/15/2016 | CLO | HOUSING,SEWAG | 1910 | W | THOMAN | ST | | | | |
| SVC2015-08967 | 12/28/2015 | 03/07/2016 | 03/08/2016 | CLO | HOUSING | 2119 | W | HIGH | ST | | | | |
| SVC2015-08992 | 12/29/2015 | 01/28/2016 | 01/08/2016 | CLO | HOUSING | 2143 | N | BENTON | AVE | | | | |
| SVC2016-00062 | 01/05/2016 | 02/04/2016 | 01/07/2016 | CLO | HOUSING | 2227 | N | BOONVILLE | AVE | | | | |
| SVC2016-00080 | 01/06/2016 | 01/28/2016 | 01/28/2016 | CLO | HOUSING | 2006 | st | OLIVE | ST | | | | |
| SVC2016-00261 | 01/15/2016 | 01/21/2016 | 02/09/2016 | CLO | HOUSING | 1015 | N | NEWTON | AVE | | | | |
| SVC2016-00726 | 02/11/2016 | 03/12/2016 | 02/16/2016 | CLO | HOUSING | 3550 | W | CHESTNUT | EXPY | #10 | | | |
| SVC2016-00955 | 02/24/2016 | 03/25/2016 | 02/26/2016 | CLO | HOUSING | 1250 | E | ATLANTIC | ST | | | | |
| SVC2016-01145 | 03/03/2016 | 03/10/2016 | 03/10/2016 | CLO | HOUSING | 827 | S | NETTLETON | AVE | | | | |

EXHIBIT H

| sort | sort | sort | sort | sort | Desc sort |
|---|---|---|---|---|---|
| | KATHY | | | They rent from Holly Rentals and they won't | BDS |
| | JOEL | | PLANNING DEPT | Hole in the overhanging extension on the we | PIO |
| | SUZANNE | | COLLINSWORTH | continual sewage problems. landlord sends | PIO |
| | JESSICA | | MURPHY | sewer leaking in to basement. landlord will r | PIO |
| | ASHLEY | | STROM | The back half of the fireplace is falling down | PIO |
| | ASHLEY | | STROM | The back half of the fireplace is falling down | PIO |
| | STACEY | | | E-mail from Linda Voris (Fire dept):I received | BDS |
| | AGNES | | FERRELL | Caller said her bathtub won't drain. She has | PIO |
| | TERRY | | RAINE | NO heat in this rental property. They were s | PIO |
| | DEBRA | | MIZE | Tenant says she hasn't had heat for a month | PIO |
| | DARLA | | KARLSTROMER | tenant has reported sewer issue of sewage | PIO |
| OAK REST MOTEL | JESSICA | | GLENN | caller living in Unit B1. no heat. has asked | PIO |
| | WELLER | | NEIGHBORHOOD | Guttering in disrepair, soffits are rotting on th | PIO |
| | WELLER | | NEIGHBORHOOD | Guttering in disrepair, soffits are rotting on th | PIO |
| | WELLER | | NEIGHBORHOOD | Guttering in disrepair, soffits are rotting on th | PIO |
| | AGNES | | FERRELL | The heat out of the house has been off for a | BDS |
| | WEST | | CENTRAL | Junk and trash on the porch including a mat | PIO |
| | SAMUEL | J | DELUA | Elderly gentleman has a bathroom tub and t | PIO |
| | JENNIFER | | SMITH | Only toilet in the house does not work and h | PIO |
| | DANIELLE | | NO LAST NAME | Furnace flue missing vent cap, which allows | BDS |
| | MRS | | WILSON | caller reports water coming thru the walls, pu | PIO |
| | | | CALLER | caller reports bags of trash stacked behind t | PIO |
| | MENTHA | | WILSON | Tenant came into Busch to file a complaint. | PIO |
| | JULIE | | KATZ | Ceiling leaks in several places and landlord | PIO |
| TIMBERWOOD APARTMENTS | JOSEPH | | PFEIFFER | Complainant said he has had flooding in the | PIO |
| | GRACE | | CUMMINGS | part of roof has caved in. floor is buckling. | PIO |
| | DALE OR CA | | PRESCOTT | Tenant said there is sewage under the house | PIO |
| | JENNIFER | | SMITH | Major roof leaks and landlord won't fix. Worse | PIO |
| | | | NICOLE PRICE | I rent from 417 rentals I have called and com | PIO |
| | VENITA | | MORELOCK | Councilman Mike Shilling was in this house | PIO |
| AT W CRESTVIEW | | | ANON | Junk all over including lgos, lumber and tras | PIO |
| AT W CRESTVIEW | | | ANON | Junk all over including lgos, lumber and tras | PIO |
| | KAREN | | PRESCOTT | They have 17 dogs and 10 cats. The inside | BDS |
| | TAMMI | | BEUHLER | landlord will not respond to request for scree | PIO |
| | TAMMI | | BEUHLER | landlord will not respond to request for scree | PIO |
| | CHARLES | | FERGUSON | everyone is moving because of the condition | PIO |
| | | | ANON | Someone is supposedly living here, but they | PIO |
| | GARY | | BOYET | Water heater issues and structure issues. T | BDS |
| | GRANT | | BEACH | Problems with the fascia on the porch | PIO |
| | GRANT | | BEACH | Problems with the fascia on the porch | PIO |
| | NICKI | | POINTER | tenant reports roof sagging and ceiling tiles | PIO |
| | AMY | | WAGNER | the sink has been leaking for 9 months. She | PIO |
| | | | EMILY LOGAN | We have tried to contact owners, 417 Renta | PIO |
| | | | EMILY LOGAN | We have tried to contact owners, 417 Renta | PIO |
| | | | JAMIE COCKRUM | The sewer is not working properly in the hom | PIO |
| | JERRY | | MOORE | The house to the South of me had a 70ft ma | BDS |
| | WHITLEY | | BOHANAN | There are leaks in windows and leaks in the | PIO |
| | BOBBIE | | JENSEN | There are holes in the porch roof that allows | PIO |
| | DWAYNE | | ROSS | Tenant said his brother has chronic asthma | PIO |
| | | | CAPT | E5 ran a call to 2039 N Roosevelt on Saturd | BDS |
| | KENYANDA | | ROBINSON | Tenant said there is a hole in the roof that le | PIO |
| | MAKR | | WOODS | Leak in the basement. Tenant said he has t | PIO |
| | DIANA | | WHALEY | bedbugs. seems they disappear and they k | PIO |
| WISHING WELL | JENNAPHER | | TURNER | Hello, We received a referral a couple weeks | PIO |
| | FAY | | ANON | Door locks are broken and there is no way to | PIO |
| | DAVID | | DOUCETTE | sewage seeping in yard and in house. has c | PIO |
| | SAMANTHA | | DIAL | toilet won't flush, sewage backing up in tub a | PIO |
| | SHAYLA | | YOUNT | electrical issues - plugs melt, spark, etc. ba | PIO |
| | JANELLE | | GRIMM | roof continues to leak and landlord will not re | PIO |
| | | | ANON | Caller said this property has been vacant for | PIO |
| | CALEB | | HICKS | furnace is out. sewage backup. hole in roof | PIO |
| | CHARLES | | SMEETON | tenant came to CRC. reports shingles off ro | PIO |
| WISHING WELL | BRADLEY | | SCHUBERT | Tenant waid he just moved into unit #10 and | PIO |
| | ROBBERSO | | NEIGHBORHOOD | Gray tarp on the chimney, can be seen from | PIO |
| | ELIZABETH | | CHENAULT | I tried submitting this through the website bu | PIO |

| responsible sort | dept sort | capt1 sort | capt2 sort | capt3 sort | Both Ins sort | Filed Cl sort | repmtr sort | Desc sort | Entered | updater sort |
|---|---|---|---|---|---|---|---|---|---|---|
| BDS | 1 | ? | ? | ? | kwilliam | | | Grant Beach | 03/14/2014 09:39:23 | cedwards |
| BDS | 3 | ? | ? | ? | dduquett | ✓ | | West Central | 10/17/2014 09:44:19 | aeddy |
| BDS | 3 | ? | ? | ? | dgateley | ✓ | | West Central | 10/24/2014 09:16:19 | aeddy |
| BDS | 3 | ? | ? | ? | dgateley | ✓ | | West Central | 11/07/2014 08:49:29 | aeddy |
| BDS | 2 | ? | ? | ? | llee | ✓ | | (None) | 12/05/2014 07:48:37 | aeddy |
| BDS | 2 | ? | ? | ? | llee | ✓ | | (None) | 12/05/2014 07:48:37 | aeddy |
| BDS | 2 | ? | ? | ? | llee | | | Robberson | 11/14/2014 07:15:32 | sgriffith |
| BDS | 1 | ? | ? | ? | kwilliam | ✓ | | Heart of the West Side | 11/14/2014 08:15:19 | aeddy |
| BDS | 2 | ? | ? | ? | ccash | ✓ | | Doling | 12/12/2014 08:07:16 | aeddy |
| BDS | 3 | ? | ? | ? | dgateley | ✓ | | West Central | 12/12/2014 08:07:21 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ | | Grant Beach | 01/02/2015 08:21:49 | aeddy |
| BDS | 3 | ? | ? | ? | kwilliam | ✓ | | Westside | 01/16/2015 08:24:33 | aeddy |
| BDS | 2 | ? | ? | ? | llee | ✓ | | Weller | 03/19/2015 09:50:30 | ccrighto |
| BDS | 2 | ? | ? | ? | llee | ✓ | | Weller | 03/19/2015 09:50:30 | ccrighto |
| BDS | 2 | ? | ? | ? | llee | ✓ | | Weller | 03/19/2015 09:50:30 | ccrighto |
| BDS | 1 | ? | ? | ? | kwilliam | | | Heart of the West Side | 01/12/2015 13:23:33 | sgriffith |
| BDS | 3 | ? | ? | ? | dgateley | ✓ | | West Central | 02/17/2015 15:00:46 | ccrighto |
| BDS | 1 | ? | ? | ? | dgateley | ✓ | | Woodland Heights | 01/30/2015 08:47:44 | aeddy |
| BDS | 1 | ? | ? | ? | kwilliam | ✓ | | Grant Beach | 02/06/2015 08:59:14 | aeddy |
| BDS | 2 | ? | ? | ? | ccash | | | Robberson | 02/03/2015 08:45:12 | aeddy |
| BDS | 3 | ? | ? | ? | kwilliam | ✓ | | West Central | 02/27/2015 08:11:00 | aeddy |
| BDS | 2 | ? | ? | ? | llee | ✓ | | (None) | 05/29/2015 10:09:36 | aeddy |
| BDS | 3 | ? | ? | ? | kwilliam | ✓ | | West Central | 04/24/2015 08:44:20 | aeddy |
| BDS | 3 | ? | ? | ? | kwilliam | ✓ | | West Central | 03/27/2015 08:57:08 | aeddy |
| BDS | 2 | ? | ? | ? | llee | ✓ | | (None) | 04/10/2015 08:19:14 | aeddy |
| BDS | 1 | ? | ? | ? | ccash | ✓ | | Robberson | 05/08/2015 08:31:33 | aeddy |
| BDS | 1 | ? | ? | ? | kwilliam | ✓ | | Grant Beach | 04/10/2015 08:20:19 | aeddy |
| BDS | 1 | ? | ? | ? | kwilliam | ✓ | | Grant Beach | 05/01/2015 13:58:28 | ccrighto |
| BDS | 1 | ? | ? | ? | bmusick | ✓ | | Heart of the West Side | 05/08/2015 08:29:20 | aeddy |
| BDS | 3 | ? | ? | ? | kwilliam | ✓ | | West Central | 05/01/2015 13:53:55 | ccrighto |
| BDS | 3 | ? | ? | ? | llee | ✓ | | (None) | 06/05/2015 08:52:32 | aeddy |
| BDS | 3 | ? | ? | ? | llee | ✓ | | (None) | 06/05/2015 08:52:32 | aeddy |
| BDS | 3 | ? | ? | ? | kwilliam | | | West Central | 05/08/2015 12:16:47 | cedwards |
| BDS | 1 | ? | ? | ? | dgateley | ✓ | | Tom Watkins | 07/10/2015 08:45:46 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ | | Tom Watkins | 07/10/2015 08:45:46 | aeddy |
| BDS | 3 | ? | ? | ? | bmusick | ✓ | | Grant Beach | 08/03/2015 08:57:30 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ | | Heart of the West Side | 07/17/2015 10:14:45 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | | | Grant Beach | 07/06/2015 10:09:35 | sgriffith |
| BDS | 1 | ? | ? | ? | dgateley | ✓ | | Grant Beach | 08/19/2015 15:00:21 | ccrighto |
| BDS | 1 | ? | ? | ? | dgateley | ✓ | | Grant Beach | 08/19/2015 15:00:21 | ccrighto |
| BDS | 3 | ? | ? | ? | bmusick | ✓ | | West Central | 11/06/2015 08:42:23 | aeddy |
| BDS | 3 | ? | ? | ? | bmusick | ✓ | | West Central | 08/28/2015 08:31:35 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ | | Mid-Town Neighborhood | 09/18/2015 08:18:26 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ | | Mid-Town Neighborhood | 09/18/2015 08:18:26 | aeddy |
| BDS | 3 | ? | ? | ? | bmusick | ✓ | | West Central | 08/28/2015 08:28:25 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | | | Grant Beach | 09/02/2015 11:08:02 | cedwards |
| BDS | 3 | ? | ? | ? | bmusick | ✓ | | West Central | 09/18/2015 08:22:29 | aeddy |
| BDS | 2 | ? | ? | ? | ccash | ✓ | | (None) | 09/11/2015 08:54:26 | aeddy |
| BDS | 3 | ? | ? | ? | bmusick | ✓ | | West Central | 11/20/2015 08:06:09 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | | | Tom Watkins | 09/15/2015 07:27:12 | sgriffith |
| BDS | 3 | ? | ? | ? | bmusick | ✓ | | West Central | 09/18/2015 08:23:45 | aeddy |
| BDS | 3 | ? | ? | ? | bmusick | ✓ | | West Central | 10/09/2015 08:13:36 | aeddy |
| BDS | 3 | ? | ? | ? | bmusick | ✓ | | (None) | 10/09/2015 08:14:43 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ | | (None) | 10/23/2015 09:23:59 | aeddy |
| BDS | 3 | ? | ? | ? | bmusick | ✓ | | West Central | 10/30/2015 09:01:38 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ | | Woodland Heights | 02/05/2016 09:20:10 | aeddy |
| BDS | 1 | ? | ? | ? | kcoker | ✓ | | Tom Watkins | 01/15/2016 08:37:57 | aeddy |
| BDS | 1 | ? | ? | ? | kcoker | ✓ | | Tom Watkins | 03/11/2016 13:29:36 | ccrighto |
| BDS | 1 | ? | ? | ? | dgateley | ✓ | | Woodland Heights | 01/15/2016 08:38:05 | aeddy |
| BDS | 1 | ? | ? | ? | bmusick | ✓ | | Woodland Heights | 01/08/2016 08:23:56 | aeddy |
| BDS | 1 | ? | ? | ? | kcoker | ✓ | | Westside | 02/05/2016 09:21:24 | aeddy |
| BDS | 1 | ? | ? | ? | bmusick | ✓ | | Grant Beach | 02/12/2016 08:43:27 | ccrighto |
| BDS | 1 | ? | ? | ? | kcoker | ✓ | | (None) | 02/18/2016 16:57:59 | ccrighto |
| BDS | 2 | ? | ? | ? | dgateley | ✓ | | Robberson | 03/30/2016 10:52:09 | ccrighto |
| BDS | 3 | ? | ? | ? | kwilliam | ✓ | | West Central | 03/11/2016 08:10:49 | ccrighto |

| sort | Sort1 A | sort | sort | sort | sort | sort | sort | sort | sort | sort | sort | sort |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SVC2016-01213 | 03/07/2016 | 03/18/2016 | 03/18/2016 | CLO | HOUSING,TRASH | 2954 | W | LATOKA | ST | | | |
| SVC2016-01261 | 03/10/2016 | 03/11/2016 | 03/22/2016 | CLO | HOUSING | 2650 | W | BROWER | ST | | | |
| SVC2016-01302 | 03/11/2016 | 04/10/2016 | 03/14/2016 | CLO | HOUSING | 2650 | W | BROWER | ST | | | |
| SVC2016-01384 | 03/16/2016 | 04/15/2016 | 03/18/2016 | CLO | HOUSING | 3550 | W | CHESTNUT | EXPY | | | |
| SVC2016-01546 | 03/24/2016 | 04/29/2016 | 04/28/2016 | CLO | HOUSING | 804 | W | LOCUST | ST | | | |
| SVC2016-01730 | 04/04/2016 | 05/06/2016 | 05/16/2016 | CLO | HOUSING | 1636 | W | THOMAN | ST | | | |
| SVC2016-01850 | 04/08/2016 | 04/26/2016 | 04/28/2016 | CLO | HOUSING,TRASH | 2100 | N | ELIZABETH | AVE | | | |
| SVC2016-02110 | 04/21/2016 | 05/06/2016 | 04/28/2016 | CLO | HOUSING,TRASH | 1035 | N | BROADWAY | AVE | | | |
| SVC2016-02672 | 05/05/2016 | 06/10/2016 | 06/27/2016 | CLO | HOUSING | 2223 | N | HILLCREST | AVE | | | |
| SVC2016-02833 | 05/11/2016 | 06/10/2016 | 05/18/2016 | CLO | HOUSING | 3550 | W | CHESTNUT | EXPY | 1214 | | |
| SVC2016-02989 | 05/17/2016 | 07/29/2016 | 08/04/2016 | CLO | HOUSING | 2028 | W | DIVISION | ST | | | |
| SVC2016-03157 | 05/23/2016 | 09/21/2016 | 09/19/2016 | CLO | HOUSING,INSECT | 3550 | W | CHESTNUT | EXPY | 19 | | |
| SVC2016-03131 | 05/23/2016 | 06/22/2016 | 05/26/2016 | CLO | HOUSING,INSECT | 3550 | W | CHESTNUT | EXPY | 15 | | |
| SVC2016-03293 | 05/27/2016 | 06/15/2016 | 06/16/2016 | CLO | HOUSING | 1730 | N | CLAY | AVE | | | |
| SVC2016-03326 | 05/31/2016 | 07/14/2016 | 07/14/2016 | CLO | HOUSING | 2252 | N | LYON | AVE | | | |
| SVC2016-03873 | 06/15/2016 | 07/29/2016 | 08/03/2016 | CLO | HOUSING | 2039 | N | ROOSEVELT | AVE | | | |
| SVC2016-03892 | 06/16/2016 | 07/16/2016 | 06/17/2016 | CLO | HOUSING | 632 | W | NICHOLS | ST | | | |
| SVC2016-06635 | 08/31/2016 | 09/14/2016 | 09/15/2016 | CLO | HOUSING | 1533 | E | WHITESIDE | ST | | | |
| SVC2016-07407 | 09/29/2016 | 10/29/2016 | 10/04/2016 | CLO | HOUSING | 629 | W | MADISON | ST | | | |
| SVC2016-07751 | 10/20/2016 | 11/17/2016 | 12/15/2016 | CLO | HOUSING | 1250 | E | ATLANTIC | ST | | | |
| SVC2016-07789 | 10/24/2016 | 11/23/2016 | 11/03/2016 | CLO | HOUSING | 2105 | N | ALBERTHA | AVE | | | |
| SVC2016-08030 | 11/04/2016 | 12/04/2016 | 11/07/2016 | CLO | HOUSING | 2954 | W | WATER | ST | | | |
| SVC0000-14829 | 11/07/2016 | 11/21/2016 | 12/14/2016 | CLO | HOUSING | 839 | S | WEST | AVE | | | |
| SVC2016-08062 | 11/07/2016 | 12/07/2016 | 11/15/2016 | CLO | HOUSING | 717 | S | MARKET | AVE | | | |
| SVC2016-08264 | 11/21/2016 | 12/21/2016 | 12/14/2016 | CLO | HOUSING | 2084 | N | ROOSEVELT | AVE | | | |
| SVC2016-08273 | 11/22/2016 | 12/22/2016 | 12/08/2016 | CLO | HOUSING | 1470 | E | CAIRO | ST | | | |
| SVC2016-08275 | 11/22/2016 | 12/22/2016 | 02/01/2017 | CLO | HOUSING,SEWAG | 1715 | N | NATIONAL | AVE | | | |
| SVC2016-08363 | 11/29/2016 | 01/17/2017 | 01/19/2017 | CLO | HOUSING | 717 | S | MARKET | AVE | | | |
| SVC2016-08496 | 12/07/2016 | 01/06/2017 | 12/12/2016 | CLO | HOUSING | 3226 | N | HOWARD | AVE | | | |
| SVC2016-08540 | 12/09/2016 | 01/08/2017 | 12/12/2016 | CLO | HOUSING | 1675 | E | DALE | ST | | | |
| SVC2016-08596 | 12/14/2016 | 12/20/2016 | 12/20/2016 | CLO | HOUSING | 1350 | N | WABASH | AVE | | | |
| SVC2016-08612 | 12/15/2016 | 01/14/2017 | 12/16/2016 | CLO | HOUSING | 1018 | W | LYNN | ST | | | |
| SVC2016-08630 | 12/16/2016 | 12/20/2016 | 12/19/2016 | CLO | HOUSING | 1520 | W | DIVISION | ST | | | |
| SVC2016-08644 | 12/19/2016 | 01/06/2017 | 01/06/2017 | CLO | HOUSING | 629 | W | MADISON | ST | | | |
| SVC2016-08644 | 12/19/2016 | 01/06/2017 | 01/06/2017 | CLO | HOUSING | 629 | W | MADISON | ST | | | |
| SVC2016-08664 | 12/20/2016 | 02/06/2017 | 03/09/2017 | CLO | HOUSING | 1730 | N | CLAY | AVE | A | | |
| SVC2016-08682 | 12/21/2016 | 01/20/2017 | 12/21/2016 | CLO | HOUSING | 1730 | N | CLAY | AVE | A | | |
| SVC2016-08688 | 12/21/2016 | 12/29/2016 | 01/10/2017 | CLO | HOUSING | 2119 | W | HIGH | ST | | | |
| SVC2016-08710 | 12/23/2016 | 01/22/2017 | 12/27/2016 | CLO | HOUSING | 2644 | W | LOMBARD | ST | | | |
| SVC0000-17256 | 12/27/2016 | 02/06/2017 | 03/09/2017 | CLO | HOUSING | 1117 | W | DIVISION | ST | | | |
| SVC2017-00041 | 01/03/2017 | 02/18/2017 | 03/14/2017 | CLO | HOUSING | 2120 | N | BROADWAY | AVE | | | |
| SVC2017-00143 | 01/09/2017 | 04/10/2017 | 04/17/2017 | CLO | HOUSING | 1250 | E | ATLANTIC | ST | | | |
| SVC2017-00251 | 01/17/2017 | 02/17/2017 | 03/14/2017 | CLO | HOUSING | 1532 | W | THOMAN | ST | | | |
| SVC2017-00533 | 02/02/2017 | 03/02/2017 | 03/15/2017 | CLO | HOUSING | 717 | S | MARKET | AVE | | | |
| SVC2017-00570 | 02/03/2017 | 03/01/2017 | 03/15/2017 | CLO | HOUSING | 1523 | S | GRANT | AVE | | | |
| SVC2017-00674 | 02/10/2017 | 04/14/2017 | 04/14/2017 | CLO | HOUSING | 1150 | S | CRUTCHER | AVE | | | |
| SVC2017-00784 | 02/16/2017 | 03/18/2017 | 02/21/2017 | CLO | HOUSING | 1426 | W | STATE | ST | | | |
| SVC2017-00775 | 02/16/2017 | 03/28/2017 | 05/30/2017 | CLO | HOUSING | 742 | S | GRANT | AVE | E | | |
| SVC2017-00806 | 02/17/2017 | 03/16/2017 | 03/08/2017 | CLO | HOUSING | 3550 | W | CHESTNUT | EXPY | #4 | | |
| SVC2017-00850 | 02/21/2017 | 03/01/2017 | 03/09/2017 | CLO | HOUSING | 3222 | N | HOWARD | AVE | | | |
| SVC2017-00857 | 02/21/2017 | 03/27/2017 | 05/22/2017 | CLO | HOUSING | 621 | W | MADISON | ST | | | |
| SVC2017-00871 | 02/22/2017 | 03/16/2017 | 05/30/2017 | CLO | HOUSING | 2126 | W | WALL | ST | | | |
| SVC2017-00956 | 02/27/2017 | 03/29/2017 | 03/01/2017 | CLO | HOUSING | 930 | S | MISSOURI | AVE | | | |
| SVC2017-00943 | 02/27/2017 | 03/29/2017 | 03/22/2017 | CLO | HOUSING | 711 | N | PARK | AVE | | | |
| SVC2017-00937 | 02/27/2017 | 03/28/2017 | 06/01/2017 | CLO | HOUSING | 2542 | W | HIGH | ST | | | |
| SVC2017-01041 | 03/06/2017 | 04/05/2017 | 03/21/2017 | CLO | HOUSING | 822 | N | LEXINGTON | AVE | | | |
| SVC2017-01078 | 03/07/2017 | 04/06/2017 | 03/15/2017 | CLO | HOUSING | 930 | S | MISSOURI | AVE | | | |
| SVC2017-01300 | 03/21/2017 | 04/20/2017 | 03/22/2017 | CLO | HOUSING | 2440 | S | WESTWOOD | AVE | | | |
| SVC2017-01431 | 03/28/2017 | 04/17/2017 | 04/20/2017 | CLO | HOUSING | 1910 | W | THOMAN | ST | | | |
| SVC2017-01668 | 04/10/2017 | 05/10/2017 | 04/17/2017 | CLO | HOUSING | 2850 | W | ELM | ST | | | |
| SVC2017-02352 | 05/04/2017 | 06/01/2017 | 05/31/2017 | CLO | HOUSING | 2325 | N | RAMSEY | AVE | | | |
| SVC2017-02333 | 05/04/2017 | 06/03/2017 | 05/18/2017 | CLO | HOUSING | 645 | S | GRANT | AVE | | | |
| SVC0000-19406 | 05/07/2017 | 00/00/0000 | 07/11/2017 | CLO | HOUSING | 4426 | W | BILLINGS | ST | | | |
| SVC2017-02446 | 05/08/2017 | 06/01/2017 | 07/10/2017 | CLO | HOUSING | 1631 | N | SHERMAN | AVE | | | |
| SVC2017-02505 | 05/09/2017 | 06/08/2017 | 05/26/2017 | CLO | HOUSING | 540 | S | WARREN | AVE | | | |

| sort | sort | sort | | sort | sort |
|---|---|---|---|---|---|
| | SUE | REAGAN | | Rental property has duct work that is not cor | PIO |
| | ANTHONY | SEE | | Fire damaged and nothing has been done. | BDS |
| | MARY | SEE | | Previous fire at this house. Caller who is the | PIO |
| | AMBER | BALEY | | Caller is a tenant of this rental, formerly Wis | PIO |
| | | ANON | | Tarp on the roof | PIO |
| | JOSHUA | DUNCAN | | Sewage under the house and landlord won't | PIO |
| | DALE | MILAM | | Back window is gone and has been replaced | PIO |
| | ANON | ANON | | No screens. Trash on property. | PIO |
| | MICHELLE | GUVVO | | LL is refusing to make repairs. The roof is le | PIO |
| | ANONYMOU | ANONYMOUS | | Wishing Well Motel. When it rains, the elect | PIO |
| | HALEY | CURRIE | | electric is running off of 2 outlets. The bedro | PIO |
| | KRISTINA | TOUCHECK | | There are bedbugs, roaches and ants comin | PIO |
| | CHRIS | SMITH | | The roof is cracked letting water in by the ba | PIO |
| | | ANON | | this apartment building is trashed. There are | PIO |
| | BILLIE | TURNER | | The landlord is refusing to put screens on th | PIO |
| | THERESA | COTTER | | The electrical panel is burned. They are sw | PIO |
| | GRANT | NEIGHBORHOOD A | | missing shingles | PIO |
| | | INSPECTOR | | Housing violations found at the time of a soli | BDS |
| | JESSIE | ROSS | | Caller said there is faulty wiring in this house | PIO |
| | MAKEBA | CRAWFORD | | 417 Rentals is refusing to answer the phone | PIO |
| | DIANA | BAYSINGER | | Utilities "red flagged" by CU. Tenant is unab | PIO |
| | LESLIE | HARN | | Water leak in house that landlord is refusing | PIO |
| | DENISE | STEWART | | House is reportedly unsound structurally with | PIO |
| | RICHARD | KUDER | | Tenant moved into this house and said there | PIO |
| | DOROTHY | STRICKLAND | | 417 Rentals property. No furnace. Utilizing | PIO |
| | TENDER | BROCK | | I am renting a house through new vacancy, a | PIO |
| | STEPHANIE | GODFREY | | Surfacing sewage in basement. 417 Rental | PIO |
| | WEST | CENTRAL | | Broken windows on the second story. Back | PIO |
| | PAUL | LEE | | Housing complaint against New Vacancy - C | PIO |
| | GARY | GARVOILLE | | Tenant Gary Garvoille called furnace not wor | BDS |
| | REBECCA | HERNDON | | There has been no heat for these tenants fo | PIO |
| | DANNIELLE | JOHNSON | | Heat is not working, furnace is not connecte | PIO |
| | JOYCE | FETTERS | | Heat is not working. Occupants disabled, o | PIO |
| | DEWAYNE | ROSS | | No heat since Nov. 25. Breakers blow when | PIO |
| | DEWAYNE | ROSS | | No heat since Nov. 25. Breakers blow when | PIO |
| | DENISE | VROENEN | | Electrical outlets don't work in the living roon | PIO |
| | DENISE | VROENEN | | Tenant stated stool is inoperable. | BDS |
| | AMY | FORRESTER | | Everytime she flushes her toile, runs water f | PIO |
| | TERRI | MCMAKIN | | Furnace hasn't worked since they moved in | PIO |
| | | NICK MURPHY | | Please help us. We are living under 417 rent | PIO |
| | ALEXA | SCHARTZ | | No heat. Cabinets are separating from the v | PIO |
| | MAKEBA | CRAWFORD | | Air is coming up through the floor, holes in th | PIO |
| | MARTY | EBERT | | Heat is not working properly. The warmest t | PIO |
| | RICHARD | KUDER | | Tenant said there is a rat infestation, rodents | PIO |
| | PATRICIA | DEARDEUFF | | Leaking roof. Holes in the floor in the living r | PIO |
| | JOHN | PIPPEN | | Major electrical issues going on at this locati | PIO |
| | NANCY | EANS | | 1426 W State:Had a call for service to check | PIO |
| | LESLIE | NEWBERRY | | No heat for past 3 days. Apartment E in the | PIO |
| WISHING WELL MOTEL | RICHARD | QUEEN | | Caller has been living here for two weeks an | PIO |
| | EDDIE | WOLF | | Holes in the ceiling and it is falling in in the b | PIO |
| | WEST | CENTRAL | | Siding melted after the fire next door, moistu | PIO |
| | TIM | WOOD | | Tenants signed lease on February 15, 2017, | PIO |
| | TRACY | CHIRCHIRILLO | | Electric meter pulled & power turned off at p | BDS |
| | GEORGIA | KING | | Heat is not working correctly, it's just blowing | PIO |
| | HEATHER | BLAIR | | No hot water. No furnace. Missing light fixtu | PIO |
| | ALEXIS | SPURGIN | | Breakers not working so electrical shorts, tre | PIO |
| | MEGHANNE | CHIRCHIRILLO | | CU will not turn on utilities due to fire hazard | PIO |
| | | ANON | | Wood railing on the front of the house is abo | PIO |
| | TIFFANY | WHITELY | | Couple of broken windows. Floor is falling th | PIO |
| | BRITIAN | NELL | | Sewage is backing up into the bathtub and la | PIO |
| | JACKIE | BRENNER | | Chimney is falling off; a brick actually fell off | PIO |
| | ANON | ANON | | The roof has been leaking for months at this | PIO |
| | | AMBER VIGOR | | I live at 4426 W Billings rented from 417 ren | PIO |
| | KYLE | MOUDREY | | Raw sewage in the back yard. Fire marks ar | PIO |
| | CHARLIE | BLAND | | Have had no gas service for the last 15 days | PIO |

| responsibleDept sort | czone sort | ozone sort | cadastasus sort | Health insp sort | Bds Insp sort | Closure sort | ongho report sort | nghb sort | Desc sort | updater sort |
|---|---|---|---|---|---|---|---|---|---|---|
| BDS | 3 | ? | ? | ? | kwilliam | ✓ | | | (None) | 03/25/2016 08:29:07 sjacobso |
| BDS | 1 | ? | ? | ? | kcoker | | | | Heart of the West Side | 03/21/2016 07:05:47 cedwards |
| BDS | 1 | ? | ? | ? | kcoker | ✓ | | | Heart of the West Side | 03/18/2016 09:21:23 sjacobso |
| BDS | 1 | ? | ? | ? | kcoker | ✓ | | | (None) | 03/25/2016 08:29:25 sjacobso |
| BDS | 1 | ? | ? | ? | bmusick | ✓ | | | Grant Beach | 04/29/2016 09:56:04 sjacobso |
| BDS | 1 | ? | ? | ? | kcoker | ✓ | | | Tom Watkins | 05/17/2016 12:57:12 sjacobso |
| BDS | 1 | ? | ? | ? | kcoker | ✓ | | | Tom Watkins | 04/29/2016 09:56:20 sjacobso |
| BDS | 1 | ? | ? | ? | bmusick | ✓ | | | Grant Beach | 04/29/2016 09:56:38 sjacobso |
| BDS | 1 | ? | ? | ? | kcoker | ✓ | | | Tom Watkins | 06/28/2016 08:34:53 sjacobso |
| BDS | 1 | ? | ? | ? | kcoker | ✓ | | | (None) | 05/20/2016 08:09:10 sjacobso |
| BDS | 1 | ? | ? | ? | kcoker | ✓ | | | Heart of the West Side | 08/05/2016 09:51:01 sjacobso |
| BDS | 1 | ? | ? | ? | kcoker | ✓ | | | (None) | 09/22/2016 08:41:00 sjacobso |
| BDS | 1 | ? | ? | ? | kcoker | ✓ | | | (None) | 05/27/2016 08:57:04 sjacobso |
| BDS | 1 | ? | ? | ? | bmusick | ✓ | | | Mid-Town Neighborhood | 06/17/2016 09:03:12 sjacobso |
| BDS | 1 | ? | ? | ? | bmusick | ✓ | | | Woodland Heights | 07/15/2016 09:48:30 sjacobso |
| BDS | 1 | ? | ? | ? | kcoker | ✓ | | | Tom Watkins | 08/03/2016 08:59:06 sjacobso |
| BDS | 1 | ? | ? | ? | bmusick | ✓ | | | Grant Beach | 07/27/2016 15:54:31 ccrighto |
| BDS | 4 | ? | ? | ? | ccash | | | | (None) | 08/31/2016 16:47:09 rcrumrine |
| BDS | 3 | ? | ? | ? | jawood | ✓ | | | West Central | 10/04/2016 15:39:08 sjacobso |
| BDS | 2 | ? | ? | ? | jcurless | ✓ | | | Robberson | 12/16/2016 08:29:08 sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Tom Watkins | 11/08/2016 09:02:19 sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Westside | 11/08/2016 09:02:33 sjacobso |
| BDS | 1 | ? | ? | ? | kcoker | ✓ | | | Westside | 01/05/2017 14:34:00 ccrighto |
| BDS | 3 | ? | ? | ? | jawood | ✓ | | | West Central | 01/10/2017 11:23:26 ccrighto |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Tom Watkins | 12/16/2016 08:29:27 sjacobso |
| BDS | 2 | ? | ? | ? | jcurless | ✓ | | | Rountree / Walnut | 12/09/2016 08:45:04 sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Mid-Town Neighborhood | 02/01/2017 08:51:35 sjacobso |
| BDS | 3 | ? | ? | ? | jawood | ✓ | | | West Central | 02/21/2017 15:45:00 ccrighto |
| BDS | 2 | ? | ? | ? | jcurless | ✓ | | | (None) | 12/16/2016 08:29:49 sjacobso |
| BDS | 2 | ? | ? | ? | jcurless | | | | Robberson | 12/09/2016 10:50:11 rmarriott |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Grant Beach | 12/21/2016 11:12:21 sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Grant Beach | 12/21/2016 11:12:23 sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Grant Beach | 12/21/2016 11:12:26 sjacobso |
| BDS | 3 | ? | ? | ? | jawood | ✓ | | | West Central | 01/12/2017 10:46:07 sjacobso |
| BDS | 3 | ? | ? | ? | jawood | ✓ | | | West Central | 01/12/2017 10:46:07 sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Mid-Town Neighborhood | 03/10/2017 12:38:17 sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | | | | Mid-Town Neighborhood | 12/21/2016 14:46:21 rcrumrine |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Tom Watkins | 01/12/2017 10:46:10 sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Westside | 12/29/2016 09:18:37 sjacobso |
| BDS | 1 | ? | ? | ? | jcwilliam | ✓ | | | Grant Beach | 03/10/2017 12:38:01 sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Woodland Heights | 03/14/2017 10:40:50 sjacobso |
| BDS | 2 | ? | ? | ? | jcurless | ✓ | | | Robberson | 04/24/2017 09:32:51 sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Woodland Heights | 03/14/2017 10:40:51 sjacobso |
| BDS | 3 | ? | ? | ? | jawood | ✓ | | | West Central | 04/04/2017 11:30:49 ccrighto |
| BDS | 3 | ? | ? | ? | jawood | ✓ | | | Fassnight | 03/15/2017 11:43:47 sjacobso |
| BDS | 2 | ? | ? | ? | jcurless | ✓ | | | Oak Grove | 04/24/2017 09:33:03 sjacobso |
| BDS | 3 | ? | ? | ? | jawood | ✓ | | | West Central | 02/23/2017 08:21:46 sjacobso |
| BDS | 3 | ? | ? | ? | jawood | ✓ | | | West Central | 06/01/2017 08:41:00 sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | (None) | 03/09/2017 10:34:59 sjacobso |
| BDS | 2 | ? | ? | ? | jcurless | ✓ | | | (None) | 03/09/2017 10:34:59 sjacobso |
| BDS | 3 | ? | ? | ? | jawood | ✓ | | | West Central | 07/14/2017 09:19:41 ccrighto |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Westside | 06/01/2017 08:41:01 sjacobso |
| BDS | 3 | ? | ? | ? | jawood | | | | West Central | 02/28/2017 07:17:37 rmarriott |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Heart of the West Side | 03/24/2017 14:02:28 sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Tom Watkins | 06/01/2017 15:33:02 sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Heart of the West Side | 03/21/2017 14:56:51 rcrumrine |
| BDS | 3 | ? | ? | ? | jawood | ✓ | | | West Central | 03/15/2017 11:43:48 sjacobso |
| BDS | 3 | ? | ? | ? | jawood | ✓ | | | (None) | 07/28/2017 11:22:12 ccrighto |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Tom Watkins | 04/24/2017 09:33:24 sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Westside | 04/24/2017 09:33:49 sjacobso |
| BDS | 2 | ? | ? | ? | jcurless | ✓ | | | Robberson | 06/01/2017 08:41:34 sjacobso |
| BDS | 3 | ? | ? | ? | jawood | ✓ | | | West Central | 05/19/2017 12:55:29 sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | (None) | 07/12/2017 15:18:02 sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | (None) | 07/10/2017 12:13:03 sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Westside | 05/26/2017 15:19:45 sjacobso |

| Total:153 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| sort | Sort1 A | sort | sort | sort | sort | sort | sort | sort | sort | sort | sort | sort |
| SVC2017-02541 | 05/10/2017 | 06/09/2017 | 05/18/2017 | CLO | HOUSING | 818 | E | GARFIELD | ST | | | |
| SVC2017-02918 | 05/18/2017 | 06/17/2017 | 05/30/2017 | CLO | HOUSING | 1523 | S | GRANT | AVE | | | |
| SVC2017-03129 | 05/24/2017 | 06/23/2017 | 07/10/2017 | CLO | HOUSING | 1016 | N | GRANT | AVE | | | |
| SVC2017-03167 | 05/25/2017 | 06/05/2017 | 06/20/2017 | CLO | HOUSING,SEWAG | 1207 | W | WEBSTER | ST | | | |
| SVC0000-20987 | 05/27/2017 | 00/00/0000 | 06/22/2017 | CLO | HOUSING | 1631 | N | SHERMAN | AVE | | | |
| SVC2017-03522 | 06/06/2017 | 06/30/2017 | 07/10/2017 | CLO | HOUSING | 503 | S | MILLER | AVE | | | |
| SVC2017-03764 | 06/13/2017 | 08/12/2017 | 00/00/0000 | PEN | HOUSING | 629 | W | MADISON | ST | | | |
| SVC2017-03747 | 06/13/2017 | 07/26/2017 | 09/26/2017 | CLO | HOUSING,INSECT | 1030 | S | FORT | AVE | | | |
| SVC2017-03808 | 06/14/2017 | 07/14/2017 | 06/27/2017 | CLO | HOUSING | 1205 | W | ELM ARCADE | ST | # A | | |
| SVC2017-03929 | 06/19/2017 | 07/19/2017 | 06/20/2017 | CLO | HOUSING | 434 | W | EVERGREEN | ST | | | |
| SVC2017-04339 | 07/03/2017 | 08/02/2017 | 07/11/2017 | CLO | HOUSING | 2155 | N | KELLETT | AVE | | | |
| SVC2017-04418 | 07/05/2017 | 08/10/2017 | 08/10/2017 | CLO | HOUSING | 1018 | W | LYNN | ST | | | |
| SVC0000-23110 | 07/11/2017 | 00/00/0000 | 07/25/2017 | CLO | HOUSING | 1533 | E | WHITESIDE | ST | | | |
| SVC2017-04753 | 07/17/2017 | 08/12/0170 | 08/01/2017 | CLO | HOUSING | 1502 | N | GRANT | AVE | | | |
| SVC2017-04852 | 07/19/2017 | 08/18/2017 | 07/25/2017 | CLO | HOUSING | 2939 | W | SUNSHINE | ST | | #8 | |
| SVC0000-24388 | 07/22/2017 | 08/16/2017 | 08/01/2017 | CLO | HOUSING | 1509 | S | OAK GROVE | AVE | | | |
| SVC2017-05190 | 08/01/2017 | 08/31/2017 | 08/07/2017 | CLO | HOUSING | 3020 | W | ELM | ST | | | |
| SVC2017-05248 | 08/02/2017 | 09/01/2017 | 08/07/2017 | CLO | HOUSING | 2224 | N | WELLER | AVE | | | |
| SVC2017-05286 | 08/03/2017 | 09/02/2017 | 08/07/2017 | CLO | HOUSING | 2756 | E | CAIRO | ST | | | |
| SVC2017-05680 | 08/21/2017 | 09/20/2017 | 08/30/2017 | CLO | HOUSING | 2039 | N | ROOSEVELT | AVE | | | |
| SVC2017-06140 | 08/31/2017 | 09/30/2017 | 00/00/0000 | PEN | HOUSING | 742 | S | GRANT | AVE | A | | |
| SVC0000-26917 | 10/03/2017 | 00/00/0000 | 10/05/2017 | CLO | HOUSING | 2440 | S | WESTWOOD | AVE | | | |
| SVC2017-06897 | 10/05/2017 | 11/04/2017 | 00/00/0000 | PEN | HOUSING | 1024 | S | LEXINGTON | AVE | | | |

| addr desc sort | fname sort | mi sort | lname sort | desc | reporting dept sort |
|---|---|---|---|---|---|
| | PAUL | | ABBEY | Plumbing is busted - no water since he move | PIO |
| | SCOTT | | PETTINGER | CU required the meter box to be replaced. T | PIO |
| | D'ANDRE | | MINOR | Tenant D'Andre Minor states there are holes | BDS |
| | MEGAN | | GRAVES | Moved into house 05-15-17. CU will not turn | PIO |
| | | | HOLLY MOUDRY | Not properly installed hot water heater explo | PIO |
| | BILLIE | | SQUIBB | Electric does not work in all bedrooms or ma | PIO |
| | WEST | | CENTRAL | They have put up a homemade plywood doo | PIO |
| | KASIE | | RINGWOOD | Housing complaint Standing water in the ba | PIO |
| | AMANDA | | ROBERTS | Plywood over windows. Have been asking f | PIO |
| | RUSSELL | | BORDEN | Basement floods every time it rains, ceiling i | PIO |
| | MISTY | | CUNNINGHAM | Roof has been leaking for months. Landlord | PIO |
| | DANNIELLE | | JOHNSON | Roof and foundation are leaking. they patch | PIO |
| | | | CRISTINA BRUNSW | Moved here from California and photos post | PIO |
| | TONI | | PICKENS | Roof is leaking in multiple locations. Chris ( | PIO |
| | TYRELL | | BROGGIN | Rented this apartment without viewing it first | PIO |
| | | | CHRISTOPHER TU | taped up holes in the roof. mold in ac vents | PIO |
| | THOMAS | | SLETCHER | Tenat was evicted and must be out by Thurs | PIO |
| | JOHN | | MUSE | No air conditioning in his house. He had A/C | PIO |
| | | | ANON | Garage door is off. | PIO |
| | THERESA | | COTTER | They had central heat and air when they mo | PIO |
| | ANON | | ANON | There is a water leak in Apt. D that is running | PIO |
| | TERRY | | BATEY | hand rail on front porch missing pieces. | PIO |
| DUPLEX. 1022-1024 | LILLIAN | | WOOD | Tenant has lived at this residence for three n | PIO |

| responsible sort | case sort | zone sort | zone causes sort | Health Insp sort | BDS Insp sort | Red Closure sort | Nights report sort | Desc sort | updated sort | updater sort |
|---|---|---|---|---|---|---|---|---|---|---|
| BDS | 1 | ? | ? | ? | jcurless | ✓ |  |  | Robberson | 05/19/2017 12:55:37 | sjacobso |
| BDS | 3 | ? | ? | ? | jawood | ✓ |  |  | Fassnight | 06/01/2017 08:41:52 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless |  |  |  | Grant Beach | 05/26/2017 07:49:33 | rmarriott |
| BDS | 1 | ? | ? | ? | jcurless | ✓ |  |  | Grant Beach | 06/23/2017 08:55:30 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ |  |  | Mid-Town Neighborhood | 06/23/2017 08:53:29 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ |  |  | (None) | 07/12/2017 15:19:26 | sjacobso |
| BDS | 3 | ? | ? | ? | jawood |  | ✓ |  | West Central | 06/14/2017 07:00:55 | rmarriott |
| BDS | 3 | ? | ? | ? | jawood | ✓ |  |  | Fassnight | 07/11/2017 08:24:19 | jawood |
| BDS | 3 | ? | ? | ? | jawood | ✓ |  |  | West Central | 06/27/2017 14:20:50 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ |  |  | Doling | 06/23/2017 08:56:00 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ |  |  | Robberson | 07/12/2017 15:19:43 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ |  |  | Grant Beach | 08/11/2017 16:11:43 | sjacobso |
| BDS | 4 | ? | ? | ? | jawood | ✓ |  |  | (None) | 07/27/2017 08:47:45 | rcrumrine |
| BDS | 1 | ? | ? | ? | jcurless | ✓ |  |  | Grant Beach | 08/07/2017 08:35:10 | sjacobso |
| BDS | 3 | ? | ? | ? | jawood | ✓ |  |  | (None) | 07/27/2017 08:50:29 | rcrumrine |
| BDS | 2 | ? | ? | ? | jcurless | ✓ |  |  | Oak Grove | 08/07/2017 08:33:52 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ |  |  | Westside | 08/07/2017 08:35:29 | sjacobso |
| BDS | 2 | ? | ? | ? | jcurless | ✓ |  |  | Robberson | 08/07/2017 08:35:32 | sjacobso |
| BDS | 2 | ? | ? | ? | jcurless | ✓ |  |  | Bingham | 08/11/2017 16:12:04 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ |  |  | Tom Watkins | 08/31/2017 14:41:36 | sjacobso |
| BDS | 3 | ? | ? | ? | jawood |  |  |  | West Central | 09/01/2017 11:07:02 | sjacobso |
| BDS | 3 | ? | ? | ? | jawood |  |  |  | (None) | 10/04/2017 09:39:42 | sjacobso |
| BDS | 3 | ? | ? | ? | jcurless |  |  |  | Fassnight | 10/05/2017 10:42:55 | sjacobso |