850 S. Grant Ave.

EXHIBIT K









