MOW 2015-2 (11/13)

Case Name: <u>417 Rentals, LLC</u>  Case No: <u>17-60935</u>

**Monthly Operating Report Summary for Month of: <u>October 2017</u>**

**REVENUE**
   1. Gross Income..........................................................................................**$208,514.36**
          **Cost of Property Upkeep, Maintenance, Etc.**
     2. Materials..................................................$7,297.26
     3. Contracted Labor...................................$70,379.14
     4. Utilities...................................................$23,112.00
   **5. Total Cost of Property Upkeep, Etc. (add lines 2 through 4)** ....................- **$100,788.40**
   **6. Gross Profit (subtract line 5 from line 1)**......................................................**$107,725.96**

**OPERATING EXPENSES**
   7.  Owner/Officer - Draws/Salaries ..................................................................$486.23
   8.  Other Employee Salaries ..............................................................................$0.00
   9.  Advertising and Marketing ......................................................................$1,000.00
   10. Insurance ....................................................................................................$0.00
   11. Payroll Taxes ..............................................................................................$0.00
   12. Mortgage Payments ...............................................................................$98,337.13
   13. Telecommunications..................................................................................$417.69
   14. Attorney and Other Professional Fees ....................................................$4,872.00
   15. UST Quarterly Fees ....................................................................................$0.00
   16. Other Expenses .....................................................................................$6,638.41
   **17. Total Operating Expenses (add lines 7 through 16)** ...............................**$111,751.46**
   **18. Net Income (Loss) (subtract line 17 from line 6)**............................................**($4,025.50)**

**CURRENT ASSETS**
   19. Accounts Receivable at end of month .......................................................$0.00
   20. Increase (Decrease) in Accounts Receivable from prior month...............$0.00
   21. Inventory at end of month...........................................................................$0.00
   22. Increase (Decrease) in Inventory from prior month ..................................$0.00
   23. Cash at end of month ................................................................................$0.00
   24. Increase (Decrease) in Cash from prior month................................$(4,025.50)

**LIABILITIES**
   25. Increase (Decrease) in post-petition debt..................................................$0.00
       Include the net amount of any changes to business debt incurred post-petition
   26. Increase (Decrease) in pre-petition debt...................................................$0.00
       Include the net amount of any changes to business debt incurred pre-petition
                    **Taxes payable:**
   27.   Federal Payroll Taxes ......................................................$0.00
   28.   State Payroll Taxes ..........................................................$0.00
   29.   Local Payroll Taxes ..........................................................$0.00
   30.   State Sales Taxes.............................................................$0.00
   31.   Real Estate and Personal Property Taxes.......................$0.00
   32.   Other (describe) ...............................................................$0.00
   **33. Total Taxes Payable (add lines 27 through 32)** .....................................**$0.00**