| Street Address | #Units | ZIP | Deed Of Trust Held | Loan # | Interest | Original Amt* | Loan Balance | Cost Basis | #OfProps | TAX ID | Yearly Taxes | Insurance/Yr | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COLOR KEY AT BOTTOM | 663 | | | | | | | | | | $241,960.12 | $110,448.00 | |
| | | | Central Bank | 14868 1632 | 5.500% | $171,454.33 | $122,819.69 | | 4 | 1301589.63 | | $590.68 | |
| 1271 S Ferguson Ave | 1 | 65807 | Central Bank | 14868 1632 | | $1,301,589.63 | | $21,311.12 | | 1326204036 | $532.11 | | |
| 2850 W Elm St | 1 | 65802 | Central Bank | 14868 1632 | | | | $11,623.75 | | 1321125008 | $354.01 | | |
| 827 S Nettleton Ave | 1 | 65803 | Central Bank | 14868 1632 | | | | $13,788.67 | | 1323327006 | $340.86 | | |
| 900 W Mt Vernon St | 1 | 65802 | Central Bank | 14868 1632 | | | | $16,633.38 | | 1323407001 | $291.54 | | |
| | | | | 14868 2225 | 5.500% | $335,392.50 | $215,771.22 | | 9 | | | $1,155.76 | |
| 1427 W Lynn St | 1 | 65802 | Central Bank | 14868 2225 | | | | $18,427.54 | | 1314229008 | $295.37 | | |
| 1451 N West Ave | 1 | 65802 | Central Bank | 14868 2225 | | | | $17,002.71 | | 1315205005 | $290.44 | | |
| 2211 W Atlantic St | 1 | 65803 | Central Bank | 14868 2225 | | | | $16,181.44 | | 1310209027 | $269.62 | | |
| 2749 W Olive St | 1 | 65802 | Central Bank | 14868 2225 | | | | $17,107.28 | | 1321130015 | $365.52 | | |
| 2911 W Calhoun St | 1 | 65802 | Central Bank | 14868 2225 | | | | $18,199.16 | | 1316107043 | $333.18 | | |
| 631 W High St | 1 | 65803 | Central Bank | 14868 2225 | | | | $19,903.80 | | 1311115012 | $314.55 | | |
| 813 S Glenn Ave | 1 | 65804 | Central Bank | 14868 2225 | | | | $19,419.51 | | 1321405002 | $354.01 | | |
| 830 S Nettleton Ave | 1 | 65803 | Central Bank | 14868 2225 | | | | $17,029.93 | | 1323328021 | $323.87 | | |
| 910 S Kansas Ave | 1 | 65802 | Central Bank | 14868 2225 | | | | $19,795.50 | | 1323326020 | $388.53 | | |
| | | | | 14868 2353 | 5.500% | $371,492.50 | $235,732.33 | | 10 | | | $1,280.20 | |
| 1035 W Division St | 1 | 65803 | Central Bank | 14868 2353 | | | | $22,142.84 | | 1311331008 | $337.02 | | |
| 1461 N Missouri Ave | 1 | 65802 | Central Bank | 14868 2353 | | | | $17,542.87 | | 1314105015 | $339.21 | | |
| 2129 W Wall St | 1 | 65803 | Central Bank | 14868 2353 | | | | $14,243.70 | | 1315410017 | $213.72 | | |
| 2159 W Chestnut St | 1 | 65802 | Central Bank | 14868 2353 | | | | $11,945.92 | | 1315407036 | $286.60 | | |
| 2660 W Phelps St | 1 | 65802 | Central Bank | 14868 2353 | | | | | | 1315316008 | $244.96 | | |
| 2681 E Atlantic St | 1 | 65803 | Central Bank | 14868 2353 | | | | $20,342.81 | | 1209202008 | $368.80 | | |
| 2746 W Collage St | 1 | 65802 | Central Bank | 14868 2353 | | | | $15,513.79 | | 1321132028 | $104.12 | | Also 1321132027 |
| 2757 W Walnut St | 1 | 65802 | Central Bank | 14868 2353 | | | | $20,780.02 | | 1321132011 | $254.27 | | |
| 3015 W Lincoln St | 1 | 65802 | Central Bank | 14868 2353 | | | | $13,857.66 | | 1321113015 | $297.02 | | |
| 3050 W Pacific St | 1 | 65802 | Central Bank | 14868 2353 | | | | $10,779.84 | | 1309412037 | $294.82 | | |
| | | | | 14868 2370 | 5.500% | $488,765.28 | $346,495.29 | | 16 | | | $1,684.43 | |
| 1005 E Commercial St | 1 | 65803 | Central Bank | 14868 2370 | | | | $21,526.46 | | 1312403017 | $347.98 | | |
| 1029 N Johnston Ave | 1 | 65802 | Central Bank | 14868 2370 | | | | $19,776.75 | | 1314220009 | $350.72 | | |
| 1223 S New Ave | 1 | 65807 | Central Bank | 14868 2370 | | | | $17,728.63 | | 1326203028 | $291.54 | | |
| 1448 N Prospect Ave | 1 | 65802 | Central Bank | 14868 2370 | | | | $19,547.35 | | 1218202010 | $292.63 | | |
| 1634 W Chestnut St | 1 | 65802 | Central Bank | 14868 2370 | | | | $18,508.12 | | 1315413047 | $340.31 | | |
| 2051 N Marion Ave | 1 | 65802 | Central Bank | 14868 2370 | | | | $19,770.60 | | 1310117004 | $347.98 | | |
| 2252 N Lyon Ave | 1 | 65804 | Central Bank | 14868 2370 | | | | $8,280.40 | | 1311101011 | $258.66 | | |
| 2316 W Olive St | 1 | 65802 | Central Bank | 14868 2370 | | | | $19,110.37 | | 1322225003 | $347.98 | | |
| 2321 N Concord Ave | 1 | 65803 | Central Bank | 14868 2370 | | | | $26,633.77 | | 1311104020 | $420.86 | | |
| 2832 W Water St | 1 | 65802 | Central Bank | 14868 2370 | | | | $17,290.56 | | 1321129004 | $295.92 | | |
| 503 N Brown Ave | 1 | 65802 | Central Bank | 14868 2370 | | | | $8,479.29 | | 1315326001 | $283.32 | | FIRE (450/mo) |
| 612 N Park Ave | 1 | 65802 | Central Bank | 14868 2370 | | | | $21,087.22 | | 1315408036 | $300.85 | | |
| 818 E Garfield St | 1 | 65803 | Central Bank | 14868 2370 | | | | $14,085.09 | | 1312128012 | $314.55 | | |
| 833 S Nettleton Ave | 1 | 65803 | Central Bank | 14868 2370 | | | | $14,708.04 | | 1323327007 | $238.38 | | FIRE () |
| 842 S Nettleton Ave | 1 | 65802 | Central Bank | 14868 2370 | | | | $18,724.44 | | 1323328018 | $229.06 | | |
| | | | | 14868 2397 | 5.500% | $88,442.50 | $63,472.74 | | 2 | | | $304.54 | |
| 1430 N Frisco Ave | 1 | 65802 | Central Bank | 14868 2397 | | | | $17,892.87 | | 1313102013 | | | |
| 1847 W Chestnut St | 1 | 65802 | Central Bank | 14868 2397 | | | | $22,381.11 | | 1315404052 | $307.98 | | |
| | | | | 14868 7631 | 5.500% | $107,323.94 | $75,219.12 | | 3 | | | $369.62 | |
| 1550 N Colgate Ave | 1 | 65802 | Central Bank | 14868 7631 | | | | $13,342.65 | | 1309411037 | $258.11 | | |
| 3159 W Madison St | 1 | 65802 | Central Bank | 14868 7631 | | | | $19,234.95 | | 1321311022 | $282.22 | | |
| 811 S New Ave | 1 | 65806 | Central Bank | 14868 7631 | | | | $17,334.58 | | 1323318005 | $318.94 | | |
| | | | | 249615 2615 | 5.500% | $153,344.00 | $111,127.25 | | 3 | | | $528.25 | |
| 1617 N Main Ave A&B | 2 | 65803 | Central Bank | 249615 2615 | | | | $25,925.97 | | | | | |
| 2527 W Water St | 1 | 65802 | Central Bank | 249615 2615 | | | | $7,983.48 | | 1322204016 | $291.54 | | |
| 801 W Mt Vernon St | 1 | 65806 | Central Bank | 249615 2615 | | | | $18,804.24 | | 1323141007 | $386.34 | | |
| | | | | 249615 8324 | 5.500% | $101,659.38 | $73,267.92 | | 2 | | | $350.10 | |
| 824 N Eagle Ave | 1 | 65802 | Central Bank | 249615 8324 | | | | $28,312.73 | | 1315401027 | - | | |

**Exhibit A, Case No. 17-60935**

| Street Address | COLOR KEY AT BOTTOM 663 #Units | ZIP | Deed Of Trust Held | Loan # | Interest | Original Amt* | Loan Balance | Cost Basis | #OfProps | TAX ID | Yearly Taxes $241,960.12 | Insurance/Yr $110,448.00 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 823 N Kansas Expy | 1 | 65802 | Central Bank | 249615 8324 | | | | $52.03 | | 1315401027 | $534.30 | | same lot 824 823 |
| | | | | 249615 9456 | 5.500% | $61,121.05 | $57,684.07 | | 4 | | | | |
| 1723 W Lee St | 1 | 65802 | Central Bank | 249615 9456 | | | | $19,540.72 | | 1310111030 | $459.22 | $158.56 | |
| 2038 N Robberson Ave | 1 | 65803 | Central Bank | 249615 9456 | | | | $13,948.45 | | 1312219017 | $493.75 | $144.77 | |
| 804 N West Ave | 1 | 65802 | Central Bank | 249615 9456 | | | | $22,634.34 | | 1315303015 | $423.60 | $134.43 | |
| 909 N Eagle Ave | 1 | 65806 | Central Bank | 249615 9456 | | | | $16,687.71 | | 1315402028 | $377.02 | $120.64 | |