11cDSCAN(1/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  417 Rentals, LLC  *Bankruptcy Case No*.
*Debtor*                    17−60935−can11

### ORDER AND NOTICE CONDITIONALLY APPROVING DISCLOSURE STATEMENT AND SETTING HEARING ON MATTERS INCLUDING DISCLOSURE STATEMENT AND PLAN PURSUANT TO PROCEDURE FOR CHAPTER 11 CASE

1. On January 5, 2018 , debtor filed a Chapter 11 plan as well as a disclosure statement. The disclosure statement has been conditionally approved, and the disclosure and confirmation hearings will be combined. If there are significant disclosure issues which cannot be resolved before or in the combined hearing, the hearing will be treated as a disclosure hearing and a separate confirmation hearing will be set.

2. Within 5 days after entry of this order, debtor shall mail the plan, disclosure statement and ballot and this Order to creditors, equity security holders and other parties in interest pursuant to B.R. 3017(d), and *file a certificate of service*. Parties are urged to cooperate to resolve objections to disclosure before the hearing. At the earliest time possible before the hearing, debtor shall provide, as appropriate, to a single creditor or all creditors, additional information which is reasonably requested.

3. March 21, 2018 at 11:00 a.m. is fixed for the hearing on final approval of the disclosure statement, (if a written objection has been timely filed), and for the hearing on confirmation of the plan and related matters at

Bankruptcy Crtrm
222 N. John Q Hammons Pkwy
Springfield, MO

4. March 6, 2018 at 11:00 a.m. by telephone is the date for status hearing to discuss any confirmation issues that should arise.

5. February 27, 2018 is the deadline for:

   A. Filing with the Court objections to the disclosure statement or plan confirmation; and

   B. Submitting to counsel for the plan proponent ballots accepting or rejecting the plan referenced above.

IT IS SO ORDERED.

Dated: 1/9/18

/s/ Cynthia A. Norton
Bankruptcy Judge

*ATTORNEY FOR DEBTOR TO SERVE ON ALL CREDITORS AND PARTIES IN INTEREST.*