MOW 2015-2 (11/13)

Case Name: <u>417 Rentals, LLC</u>                Case No: <u>17-60935</u>

**Monthly Operating Report Summary for Month of: <u>January 2018</u>**

**REVENUE**
  1. Gross Income.................................................................................**$207,298.94**
         **Cost of Property Upkeep, Maintenance, Etc.**
     2. Materials...........................................................$4,328.48
     3. Contracted Labor............................................$72,263.84
     4. Utilities..............................................................$25,991.18
  **5. Total Cost of Property Upkeep, Etc. (add lines 2 through 4) ........ - $102,583.50**
  **6. Gross Profit (subtract line 5 from line 1).......................................$104,715.44**

**OPERATING EXPENSES**
  7.  Owner/Officer - Draws/Salaries ....................................................$0.00
  8.  Other Employee Salaries ................................................................$0.00
  9.  Advertising and Marketing .........................................................$1,000.00
  10. Insurance..........................................................................................$0.00
  11. Payroll Taxes ...................................................................................$0.00
  12. Mortgage Payments ...............................................................$89,723.51
  13. Telecommunications.....................................................................$539.82
  14. Attorney and Other Professional Fees ..................................$25,632.69
  15. UST Quarterly Fees .........................................................................$0.00
  16. Other Expenses .........................................................................$14,162.89
  **17. Total Operating Expenses (add lines 7 through 16) .................$131,058.91**
  **18. Net Income (Loss) (subtract line 17 from line 6)..........................$(26,343.47)**

**CURRENT ASSETS**
  19. Accounts Receivable at end of month .............................................$0.00
  20. Increase (Decrease) in Accounts Receivable from prior month .....$0.00
  21. Inventory at end of month................................................................$0.00
  22. Increase (Decrease) in Inventory from prior month .......................$0.00
  23. Cash at end of month ...............................................................$28,170.94
  24. Increase (Decrease) in Cash from prior month.........................$(11,335.26)

**LIABILITIES**
  25. Increase (Decrease) in post-petition debt.........................................$0.00
      Include the net amount of any changes to business debt incurred post-petition
  26. Increase (Decrease) in pre-petition debt ..........................................$0.00
      Include the net amount of any changes to business debt incurred pre-petition
           **Taxes payable:**
     27.  Federal Payroll Taxes ..................................................$0.00
     28.  State Payroll Taxes ......................................................$0.00
     29.  Local Payroll Taxes .....................................................$0.00
     30.  State Sales Taxes..........................................................$0.00
     31.  Real Estate and Personal Property Taxes..................$0.00
     32.  Other (describe) ...........................................................$0.00
  **33. Total Taxes Payable (add lines 27 through 32) ...............................$0.00**