# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI
### (Springfield)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| 417 Rentals, LLC | ) | Case No. 17-60935-can11 |
| | ) | |
| Debtor | ) | Chapter 11 |
| | ) | |
| | ) | |
| City of Springfield, Missouri | ) | |
| | ) | |
| Movant | ) | |

| EXHIBIT INDEX TO SPRINGFIELD'S "OBJECTION TO DISCLOSURE STATEMENT AND PLAN" | | | | |
|---|---|---|---|---|
| O =    Offered, admitted w/o objection<br>Ex =   Offered but objected to, excluded<br>D.B. = Admitted, *de bene esse*<br>Ltd. = Admitted, for limited purpose | | | X =    Offered, admitted over objection<br>N.O. = Marked but not offered<br>W.D. = Offered then withdrawn | |
| Exhibit Number | Action Taken | Date | Time | Description |
| A | | | | **Nuisance abatement records** |
| B | | | | **Nuisance abatement records** |
| C | | | | **Overgrowth records** |
| D | | | | **Overgrowth records** |
| E | | | | **Dangerous building records** |
| F | | | | **Dangerous building records** |
| G | | | | **Housing complaint records** |
| H | | | | **Housing complaint records** |
| I | | | | **Photographs** |
| J | | | | **Photographs** |
| K | | | | **Photographs** |
| 2 | | | | **Photographs** |
| 3 | | | | **"Dangerous Building Warning" placard** |
| 4 | | | | **Photograph** |
| 5 | | | | **Proof of Title** |
| 6 | | | | **Abatement Notice** |
| 7 | | | | **Failure Notice** |
| 8 | | | | **Hearing Notice** |
| 9 | | | | **Proof of Mailing** |

| 10 | | | | Proof of Mailing |
|---|---|---|---|---|
| 11 | | | | Photograph |
| 12 | | | | Tax sale advertisements 2015-2017 |
| S2 | | | | Photographs |
| S3 | | | | "Dangerous Building Warning" placard |
| S4 | | | | Photograph |
| S5 | | | | Title Documents |
| S6 | | | | Abatement Notice |
| S7 | | | | Failure Notice |
| S8 | | | | Hearing Notice |
| S9 | | | | Abatement Notice Mailings |
| S10 | | | | Failure and Hearing Notice Mailings |
| S11 | | | | Photographs |
| C1 | | | | Photograph |

CITY OF SPRINGFIELD, MISSOURI

*/s/ Duke McDonald*
Duke McDonald
Missouri Bar #36265
Assistant City Attorney
840 Boonville
Springfield, Missouri 65802
(417) 864-1645
(417) 864-1551 fax
dmcdonald@springfieldmo.gov
ATTORNEY FOR MOVANT SPRINGFIELD

<u>Service Certificate</u>

I certify that on February 26, 2018, the foregoing "Amended Exhibit Index" was filed with the Court under its ECF System and was served on said date by electronic mail directed to all parties entitled to electronic notice.

*/s/ Duke McDonald*
Duke McDonald