**EXHIBIT**

tabbies

S2

07/05/2017

2-A

07/05/2017

2-B

07/05/2017

2-C

07/05/2017

2-D



07/05/2017

2-D

07/05/2017

2-E

07/05/2017

2-F

07/05/2017

2-G

07/05/2017

2-H

07/05/2017

2-I

07/05/2017

2-J

07/05/2017

2-K

07/05/2017

2-L