# DANGEROUS BUILDING WARNING

**Address** _____

**WARNING:** A BUILDING INSPECTOR OF THE CITY HAS FOUND THAT THIS STRUCTURE MAY PRESENT AN IMMEDIATE DANGER TO THE HEALTH, SAFETY AND WELFARE OF PERSONS ON OR NEAR THE PREMISE. IT IS UNLAWFUL TO REMOVE THIS NOTICE PENDING FURTHER ORDER OF THE DIRECTOR OF THE DEPARTMENT OF BUILDING DEVELOPMENT SERVICES.

Section 26-63, Springfield City Code

**Inspector** _____   **Date** _____

**NOTE:** A PERMIT IS REQUIRED TO BOARD UP ANY OPENINGS IN THIS STRUCTURE. PERMITS ARE ISSUED AT THE BELOW ADDRESS AND ARE REQUIRED BEFORE BEGINNING THE WORK.

**CITY OF SPRINGFIELD, MISSOURI**
**DEPARTMENT OF BUILDING DEVELOPMENT SERVICES**
**BUSCH MUNICIPAL BUILDING, FIRST FLOOR**
**840 BOONVILLE, 65802          864-1068**

EXHIBIT S3