IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In re:

**417 Rentals, LLC**

Debtor.

Case # 17-60935-11
Chapter 11

**MOTION BY DEBTOR FOR AUTHORITY TO EXECUTE AND DELIVER
DEED IN LIEU OF FORECLOSURE TO LEGACY BANK**

**COMES NOW,** 417 Rentals, LLC, Debtor, and for its Motion to Execute and Deliver Deed in Lieu of Foreclosure to Legacy Bank states:

I. Jurisdiction and Venue

1.  On August 25, 2017 (the "Petition Date"), the Debtor filed its Voluntary Petition for Relief pursuant to *Chapter 11* of *Title* 11 of the *United States Code*. Since that time, the Debtor has remained in possession of its assets and has operated its business as a Debtor-in-Possession.

2.  The Court has jurisdiction over this matter pursuant to *28 U.S.C. §§ 157 and 1334*. This is a core proceeding pursuant to *28 U.S.C. § 157(b)(2)(A),(N) and (O)*.

3.  Venue in this case is proper in this District pursuant to *28 U.S.C. §§ 1408 and 1409*.

II. Background

4.  The Debtor's assets consist of 565 rental units, many of which are single family dwellings. These properties are located in the Springfield, Missouri area. There are 15 lenders whose liens encumber most of the properties. The Debtor's reorganization plan will seek to refinance certain properties and sell the remaining properties.

III. Deed in Lieu of Foreclosure

5.  Debtor's assets being deeded in lieu are the real estate and improvements listed in Exhibit A. Properties not being deeded in lieu are real estate and improvements located at 141 S.

Main, 216 HWY 174 and 440 West HWY 60.

6. The value of the aforementioned real estate is less than the balance owed and retaining the properties would be burdensome to the estate.

7. Legacy Bank has agreed to accept a deed in lieu of foreclosure for the aforementioned real estate and not pursue any deficiency claim in the Debtor's reorganization proceeding.

8. Debtor states that it is in the best interest of the estate to execute and deliver a deed in lieu of foreclosure of the aforementioned real estate.

9. The real estate subject of this Motion is not necessary for an effective reorganization.

## IV. Relief Requested

10. The Debtor requests the Court approve execution and delivery of the deed in lieu of foreclosure in finding that it is in the best interest of the estate for the Debtor to complete this transaction.

**WHEREFORE**, 417 Rentals, LLC, Debtor herein, prays the Court for an order authorizing it to convey to Legacy Bank a deed in lieu of foreclosure for properties listed in Exhibit A and for such other and further relief as is just and proper.

Respectfully submitted,
**BERMAN, DeLEVE, KUCHAN & CHAPMAN, LLC**

By: */s/ Ronald S. Weiss*
Ronald S. Weiss    MO #21215
Joel Pelofsky      MO #17929
1100 Main, Suite 2850
Kansas City, Missouri 64105
(816) 471-5900 Phone / (816) 842-9955 Fax
Email: rweiss@bdkc.com
Email: jpelofsky@bdkc.com
**ATTORNEYS FOR DEBTOR**

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion was electronically filed with the Clerk of the Bankruptcy Court on this 12th day of March, 2018 and was served electronically on those parties receiving electronic notice through the Court's CM/ECF system, with an identical copy delivered by First Class, United States Mail, postage pre-paid to the following:

Lloyd E. Mueller
Office of the U.S. Trustee
400 E 9th Street, Suite 3440
Kansas City, MO 64106
**U.S. TRUSTEE**

Rodney H. Nichols
Eric L. Johnson
SPENCER FANE, LLP
2144 E. Republic Rd, Suite B300
Springfield, MO 65804
**ATTORNEYS FOR LEGACY BANK**

Legacy Bank and Trust
PO Box 920
175 Johnston Drive
Rogersville, MO 65742

/s/ *Ronald S. Weiss*
Ronald S. Weiss, MO #21215
Attorney for Debtor

# EXHIBIT A

| Properties in Portfolio | | | | | Property Type |
|---|---|---|---|---|---|
| 30 | | | | | |

**Legacy Bank and Trust**

| Address | City | State | Zip | Loan # | Property Type |
|---|---|---|---|---|---|
| 1026 N West Ave | Springfield | MO | 65802 | 40001644 | SF |
| 1651 N Engel Ave | Springfield | MO | 65803 | 40001644 | SF |
| 221 S Broadway Ave | Springfield | MO | 65802 | 40001644 | SF |
| 2615 W Page St | Springfield | MO | 65806 | 40001644 | SF |
| 2721 W Lincoln St | Springfield | MO | 65802 | 40001644 | SF |
| 2954 W Water St | Springfield | MO | 65802 | 40001644 | SF |
| 816 N National Ave | Springfield | MO | 65802 | 40001644 | SF |
| 826 N Weaver Ave | Springfield | MO | 65802 | 40001644 | SF |
| 1121 N Park Ave | Springfield | MO | 65802 | 40003477 | SF |
| 1312-1314 S Brite Ave | Springfield | MO | 65807 | 40003477 | Duplex |
| 1506 E Lindberg St | Springfield | MO | 65804 | 40003477 | SF |
| 2021-2025 N Pierce St | Springfield | MO | 65803 | 40003477 | Duplex |
| 2134 N Kansas Ave | Springfield | MO | 65802 | 40003477 | SF |
| 2541 E Bennett St | Springfield | MO | 65807 | 40003477 | SF |
| 3225 W Latoka St | Springfield | MO | 65807 | 40003477 | SF |
| 520 S Scenic Ave | Springfield | MO | 65802 | 40003477 | Triplex |
| 819 N Forest Ave | Springfield | MO | 65802 | 40003477 | SF |
| 918 N Brown Ave | Springfield | MO | 65802 | 40003477 | SF |
| 1074 S New Ave | Springfield | MO | 65807 | 40003752 | SF |
| 1507 E Blaine St | Springfield | MO | 65803 | 40003752 | SF |
| 1932 W Chestnut St | Springfield | MO | 65802 | 40003752 | SF |
| 2321 N Kellett Ave | Springfield | MO | 65807 | 40003752 | SF |
| 2731 W College St | Springfield | MO | 65802 | 40003752 | SF |
| 3242 W Page St | Springfield | MO | 65802 | 40003752 | SF |
| 611 N Warren Ave | Springfield | MO | 65802 | 40003752 | SF |
| 729 W Chicago St | Springfield | MO | 65803 | 40003752 | SF |
| 924 W Central St | Mountain Grove | MO | 65711 | 40003752 | SF |
| 939 S Fort Ave | Mountain Grove | MO | 65711 | 40003752 | SF |

| Properties in Portfolio | | | | | Property Type |
|---|---|---|---|---|---|
| 30 | | | | | |

**Legacy Bank and Trust**

| Address | City | State | Zip | Loan # | Property Type |
|---|---|---|---|---|---|
| 1026 N West Ave | Springfield | MO | 65802 | 40001644 | SF |
| 1651 N Engel Ave | Springfield | MO | 65803 | 40001644 | SF |
| 221 S Broadway Ave | Springfield | MO | 65802 | 40001644 | SF |
| 2615 W Page St | Springfield | MO | 65806 | 40001644 | SF |
| 2721 W Lincoln St | Springfield | MO | 65802 | 40001644 | SF |
| 2954 W Water St | Springfield | MO | 65802 | 40001644 | SF |
| 816 N National Ave | Springfield | MO | 65802 | 40001644 | SF |
| 826 N Weaver Ave | Springfield | MO | 65802 | 40001644 | SF |
| 1121 N Park Ave | Springfield | MO | 65802 | 40003477 | SF |
| 1312-1314 S Brite Ave | Springfield | MO | 65807 | 40003477 | Duplex |
| 1506 E Lindberg St | Springfield | MO | 65804 | 40003477 | SF |
| 2021-2025 N Pierce St | Springfield | MO | 65803 | 40003477 | Duplex |
| 2134 N Kansas Ave | Springfield | MO | 65802 | 40003477 | SF |
| 2541 E Bennett St | Springfield | MO | 65807 | 40003477 | SF |
| 3225 W Latoka St | Springfield | MO | 65807 | 40003477 | SF |
| 520 S Scenic Ave | Springfield | MO | 65802 | 40003477 | Triplex |
| 819 N Forest Ave | Springfield | MO | 65802 | 40003477 | SF |
| 918 N Brown Ave | Springfield | MO | 65802 | 40003477 | SF |
| 1074 S New Ave | Springfield | MO | 65807 | 40003752 | SF |
| 1507 E Blaine St | Springfield | MO | 65803 | 40003752 | SF |
| 1932 W Chestnut St | Springfield | MO | 65802 | 40003752 | SF |
| 2321 N Kellett Ave | Springfield | MO | 65807 | 40003752 | SF |
| 2731 W College St | Springfield | MO | 65802 | 40003752 | SF |
| 3242 W Page St | Springfield | MO | 65802 | 40003752 | SF |
| 611 N Warren Ave | Springfield | MO | 65802 | 40003752 | SF |
| 729 W Chicago St | Springfield | MO | 65803 | 40003752 | SF |
| 924 W Central St | Mountain Grove | MO | 65711 | 40003752 | SF |
| 939 S Fort Ave | Mountain Grove | MO | 65711 | 40003752 | SF |