**EXHIBIT 3C**
**PLAN PAYMENTS ON 417 LOANS**

| Deed Of Trust Held | Loan # | Interest | Interest Only Pmt | Amort Pmt |
|---|---|---|---|---|
| Arvest | 1705360 | 0.00% | 0 | 0 |
| Arvest | 4064848 | 4.50% | 1,357 | 2,034 |
| Arvest | 4243330 | 4.52% | 3,932 | 5,879 |
| Arvest | 4319350 | 4.50% | 99 | 148 |
| Bank of Bolivar | 6.1961 | 4.75% | 1,613 | 2,349 |
| Bank of Missouri | 133850 | 6.00% | 0 | 3,502 |
| Bank of Missouri | 136845 | 6.36% | 0 | 4,361 |
| Bank of Missouri | 139634 | 5.93% | 0 | 3,595 |
| Bank of Missouri | 160778 | 5.75% | 0 | 835 |
| Great Southern Bank | 96193492 | 5.25% | 256 | 400 |
| Great Southern Bank | 96193506 | 5.25% | 135 | 211 |
| Great Southern Bank | 96195339 | 5.25% | 169 | 264 |
| Great Southern Bank | 96196262 | 5.50% | 110 | 168 |
| Great Southern Bank | 96196270 | 5.50% | 108 | 165 |
| Great Southern Bank | 96272856 | 5.50% | 851 | 1,295 |
| Great Southern Bank | 96199040 | 5.25% | 1,405 | 2,193 |
| Great Southern Bank | 96205792 | 5.25% | 1,517 | 2,368 |
| Great Southern Bank | 96212381 | 5.50% | 1,624 | 2,471 |
| **Great Southern Bank** | Misc per Stip | 5.50% | 31 | 48 |
| Guaranty Bank | 5100190938 | 5.00% | 2,050 | 3,290 |
| Guaranty Bank | 5400228881 | 5.00% | 1,773 | 2,845 |
| Guaranty Bank | 5400228909 | 5.00% | 1,805 | 2,561 |
| Guaranty Bank | 5400229052 | 5.00% | 1,334 | 2,141 |
| Guaranty Bank | 5400229090 | 5.00% | 0 | 0 |
| Guaranty Bank | 5400229140 | 5.00% | 1,814 | 2,574 |
| Legacy Bank & Trust | 40001644 | 5.25% | 1,843 | 2,554 |
| Legacy Bank & Trust | 40003477 | 5.25% | 2,118 | 2,935 |
| Legacy Bank & Trust | 40003752 | 5.19% | 1,385 | 1,929 |
| Legacy Bank & Trust | 40003612 | 2.45% | 510 | 1,124 |
| Mid-Missouri Bank | 322289001 | 6.25% | 2,245 | 3,759 |
| Mid-Missouri Bank | 322289002 | 6.25% | 2,431 | 4,070 |
| Mid-Missouri Bank | 322289101 | 5.00% | 61 | 117 |
| Old Missouri Bank | 9452 | 4.69% | 1,837 | 3,061 |
| Old Missouri Bank | 9512 | 4.69% | 2,091 | 3,484 |
| Old Missouri Bank | 12628 | 6.00% | 114 | 166 |
| Old Missouri Bank | 10121 | 4.69% | 1,539 | 2,564 |
| Old Missouri Bank | 0 | 0.00% | 0 | 0 |

**EXHIBIT 3C**
**PLAN PAYMENTS ON 417 LOANS**

| Bank | Account | Rate | Payment 1 | Payment 2 |
|---|---|---|---|---|
| Simmons Bank | 3016984 | 6.00% | 765 | 1,111 |
| Simmons Bank | 3017325 | 6.00% | 1,145 | 1,664 |
| Simmons Bank | 3115501 | 6.00% | 745 | 1,082 |
| Simmons Bank | 3115524 | 6.00% | 820 | 1,191 |
| Simmons Bank | 3116262 | 6.00% | 1,339 | 1,945 |
| Simmons Bank | 3116305 | 6.00% | 909 | 1,321 |
| Simmons Bank | 4019868 | 6.00% | 578 | 840 |
| Simmons Bank | 10361726 | 6.00% | 1,501 | 2,181 |
| Simmons Bank | 40001896 | 6.00% | 1,180 | 1,715 |
| Simmons Bank | 50000476 | 6.00% | 1,467 | 1,777 |
| Southern Bank | 639353 | 5.50% | 5,473 | 8,327 |
| Southern Bank | 661752 | 5.00% | 0 | 0 |
| Southern Bank | 1600090324 | 5.50% | 2,172 | 3,305 |
| Southern Bank | 635903 | 0.00% | 0 | 0 |
| SoMo Bank of Marshfield | 60016056 | 4.95% | 485 | 783 |
| SoMo Bank of Marshfield | 60017340 | 4.95% | 1,576 | 2,544 |
| SoMo Bank of Marshfield | 60017489 | 4.95% | 1,517 | 2,449 |
| SoMo Bank of Marshfield | 60017564 | 4.95% | 149 | 240 |
| SoMo Bank of Marshfield | 60019096 | 4.95% | 1,836 | 2,964 |
| Systematic Savings Bank | 1788 | 5.00% | 1,615 | 2,710 |
| Systematic Savings Bank | 6650 | 6.35% | 202 | 267 |
| Systematic Savings Bank | 6651 | 6.35% | 382 | 504 |
| Systematic Savings Bank | 6722 | 6.38% | 79 | 104 |
| Systematic Savings Bank | 6881 | 6.65% | 218 | 275 |
| Systematic Savings Bank | 6817 | 6.50% | 879 | 1,135 |