**EXHIBIT 3 D**

**PROPERTY VALUES ON ARVEST LOANS  AND LIQUIDATION ANALYSIS**

| Properties in Portfolio | Fair Market Value | Units in Portofolio | Value Per Unit | Liquidated Value is 70% of Fair Mkt Value |
|---|---|---|---|---|
| 39 | $ 1,484,900 | 55 | $26,998 | $1,039,430 |
| **Arvest** | | | | 70.00% |

| Address | Fair Market Value | Units in Lot | Loan # | Liquidated Value |
|---|---|---|---|---|
| 1016 N GRANT AVE | $ 31,400 | 1 | 1705360 | $21,980 |
| 1024 E Scott St | $ 50,300 | 1 | 4064848 | $35,210 |
| 1033 W High St | $ 42,400 | 1 | 4064848 | $29,680 |
| 1313 N Clifton Ave | $ 43,000 | 1 | 4064848 | $30,100 |
| 2055 N Newton Ave | $ 37,300 | 1 | 4064848 | $26,110 |
| 2232 N Howard Ave | $ 37,900 | 1 | 4064848 | $26,530 |
| 423-435 W Division St | $ 135,000 | 4 | 4064848 | $94,500 |
| 831 W Scott St | $ 25,000 | 1 | 4064848 | $17,500 |
| 1015 N Newton Ave | $ 28,400 | 1 | 4243330 | $19,880 |
| 1121 W Elm Arcade St | $ 63,400 | 3 | 4243330 | $44,380 |
| 1206 N Clifton Ave | $ 26,800 | 1 | 4243330 | $18,760 |
| 1207 W Webster St | $ 41,100 | 1 | 4243330 | $28,770 |
| 1315 W Mt Vernon St | $ 31,700 | 1 | 4243330 | $22,190 |
| 1433 E Blaine St | $ 23,900 | 1 | 4243330 | $16,730 |
| 1452 N Prospect Ave | $ 19,500 | 1 | 4243330 | $13,650 |
| 1531 W Webster St | $ 27,400 | 1 | 4243330 | $19,180 |
| 1628 N Irving Ave | $ 30,400 | 1 | 4243330 | $21,280 |
| 1629-1631 N Sherman A | $ 48,200 | 2 | 4243330 | $33,740 |
| 1715 N National Ave | $ 33,800 | 1 | 4243330 | $23,660 |
| 2020 W Division St | $ 27,700 | 1 | 4243330 | $19,390 |
| 2028 W Division St | $ 27,000 | 1 | 4243330 | $18,900 |
| 2120 N Kansas Ave | $ 41,400 | 1 | 4243330 | $28,980 |
| 2143 N Benton Ave | $ 28,800 | 1 | 4243330 | $20,160 |
| 2267 N Lyon Ave | $ 22,900 | 1 | 4243330 | $16,030 |
| 2325 N Ramsey Ave | $ 39,900 | 1 | 4243330 | $27,930 |
| 2532 N East Ave | $ 26,900 | 1 | 4243330 | $18,830 |
| 2856 W Harrison St | $ 24,700 | 1 | 4243330 | $17,290 |
| 3010 W Walnut St | $ 37,400 | 1 | 4243330 | $26,180 |
| 3220 N Howard Ave | $ 94,300 | 4 | 4243330 | $66,010 |
| 3222-3224 N Howard Av | $ - | 0 | 4243330 | $0 |
| 4346 W Maple St | $ 21,000 | 1 | 4243330 | $14,700 |

| | | | | |
|---|---|---|---|---|
| 501 N West Ave | $ 27,000 | 1 | 4243330 | $18,900 |
| 519 E Dale St | $ 22,900 | 1 | 4243330 | $16,030 |
| 610 E Logan St | $ 173,800 | 1 | 4243330 | $121,660 |
| 675 E South St | $ - | 10 | 4243330 | $0 |
| 678 E South St | $ - | 0 | 4243330 | $0 |
| 800 W Della St | $ 32,500 | 1 | 4243330 | $22,750 |
| 902 E Garfield St | $ 24,100 | 1 | 4243330 | $16,870 |
| 911 S Missouri Ave | $ 35,700 | 1 | 4243330 | $24,990 |

Liquidated V      $1,039,430

$  1,484,900