**EXHIBIT 6 D**

**PROPERTY VALUES ON BANK OF MISSOURI LOANS AND LIQUIDATION ANALYSIS**

| Properties in Portfolio | Fair Market Value | Value Per Unit | Property Type | Liquidated Value (70% of Fair Market Value) |
|---|---|---|---|---|
| 30 | $ 1,952,000 | $65,067 | | $1,321,950 |
| **Bank of Missouri** | | | | 70% |

| Address | Fair Market Value | Loan # | Property Type | Liquidated Value |
|---|---|---|---|---|
| 2756 E Cairo St | $62,000 | 133850 | SF | $43,400 |
| 3970 W Groton St | $77,000 | 133850 | SF | $53,900 |
| 2301 N Franklin Ave | $72,500 | 133850 | SF | $50,750 |
| 2133 W Calhoun St | $67,000 | 133850 | SF | $46,900 |
| 711 N Park Ave | $57,500 | 133850 | SF | $40,250 |
| 621 S Golden Ave | $55,000 | 133850 | SF | $38,500 |
| 1111 E Sunshine St | $85,000 | 133850 | SF | $59,500 |
| 2746 W Whiteside St | $64,000 | 133850 | SF | $44,800 |
| 2954 W Latoka St | $54,000 | 133850 | SF | $37,800 |
| 2109 S National Ave | $78,000 | 133850 | SF | $54,600 |
| 2665 N Eloise Ave | $64,000 | 136845 | SF | $44,800 |
| 526 S Monte Vista Ave | $76,500 | 136845 | SF | $53,550 |
| 2632 N Kellett Ave | $58,000 | 136845 | SF | $40,600 |
| 744 N Kansas Ave | $58,000 | 136845 | SF | $40,600 |
| 1111 N Kansas Expy | $64,500 | 136845 | SF | $45,150 |
| 631 S Golden Ave | $64,000 | 136845 | SF | $44,800 |
| 2938 W Harrison St | $63,500 | 136845 | SF | $44,450 |
| 916 S Douglas Ave | $59,000 | 136845 | SF | $41,300 |
| 1523 S Grant Ave | $59,000 | 136845 | SF | $41,300 |
| 822 W Morningside St | $74,000 | 136845 | SF | $51,800 |
| 2622 N Fremont Ave | $58,000 | 139634 | SF | $40,600 |
| 2424 N Kellett Ave | $61,000 | 139634 | SF | $42,700 |
| 931 W Chicago St | $61,000 | 139634 | SF | $42,700 |
| 714 W Calhoun St | $63,500 | 139634 | SF | * |
| 1323 W Poplar St | $47,000 | 139634 | SF | $32,900 |
| 902 N Kansas Expy | $55,500 | 139634 | SF | $38,850 |
| 1317 N Lexington Ave | $47,500 | 139634 | SF | $33,250 |
| 816 N West Ave | $59,000 | 139634 | SF | $41,300 |
| 206 S Scenic Ave | $64,000 | 139634 | SF | $44,800 |
| 2867 N Atlantic Ave | $72,500 | 139634 | SF | $50,750 |

| 1942 E COMMERCIAL | $50,500 | $35,350 |