**EXHIBIT 7 D**
**PROPERTY VALUES AND LIQUIDATION ANAl**

| Properties in Portfolio | | Fair Market Value Per GSB | Value Per Unit | Property Type |
|---|---|---|---|---|
| 43 | | $ 1,764,719 | $38,363 | |

**Great Southern Bank**

| Address | City | Fair Market Value Per GSB | Loan # | Property Type |
|---|---|---|---|---|
| 1502 N Grant Ave (633 W Division) | Springfield | $64,041.31 | 96212381 | SF |
| 2354 N Pierce Ave | Springfield | $38,220.04 | 96212381 | SF |
| 503 S Miller Rd | Springfield | $45,841.30 | 96212381 | SF |
| 2242 N Farmer Ave | Springfield | $34,466.28 | 96212381 | SF |
| 1020 S Douglas Ave | Springfield | $25,138.78 | 96212381 | Triplex |
| 1030 S Fort Ave | Springfield | $45,272.55 | 96212381 | SF |
| 1235 N Prospect Ave | Springfield | $41,063.79 | 96212381 | SF |
| 1350 N Wabash Ave | Springfield | $41,860.04 | 96212381 | SF |
| 1839 N Hillcrest Ave | Springfield | $35,717.54 | 96212381 | SF |
| 1885 N Grant Ave | Springfield | $57,216.31 | 96212381 | SF |
| 2223 N Hillcrest | Springfield | $32,077.53 | 96272856 | SF |
| 2259 N Main Ave | Springfield | $40,040.04 | 96272856 | SF |
| 229 N Scenic Ave | Springfield | $33,215.03 | 96272856 | SF |
| 802 W Mt Vernon St | Springfield | $72,686.32 | 96272856 | SF |
| 833 E Garfield St | Springfield | $17,176.27 | 96272856 | SF |
| 903 N Delaware Ave | Springfield | $38,902.54 | 130091769 | SF |
| 1201 N Fulbright Ave | Springfield | $38,447.54 | 96199040 | SF |
| 1212 W Webster St | Springfield | $37,423.79 | 96199040 | SF |
| 1216 W Florida St | Springfield | $44,703.79 | 96199040 | SF |
| 1510 E Lindberg St | Springfield | $49,595.05 | 96199040 | SF |
| 1816 N Colgate Ave | Springfield | $32,191.28 | 96199040 | SF |
| 2100 N Elizabeth Ave | Springfield | $39,357.54 | 96205792 | SF |
| 3244 W Latoka St | Springfield | $42,770.04 | 96205792 | SF |
| 635 S Nettleton Ave | Springfield | $39,243.79 | 96205792 | SF |
| 759 S Grant Ave | Springfield | $39,698.79 | 96205792 | SF |
| 811 N Broadway Ave | Springfield | $29,006.28 | 96205792 | SF |
| 1026 W Monroe Ter | Springfield | $27,868.78 | 96205792 | SF |
| 1132 W Division St | Springfield | $48,912.55 | 96205792 | SF |
| 1218 W Webster St | Springfield | $40,381.29 | 96205792 | SF |
| 2006 W Olive St | Springfield | $38,333.79 | 96205792 | SF |

| Address | Location | Amount | Number | Type |
|---|---|---|---|---|
| **2226 W Mt Vernon St** | Greene County | $39,812.54 | 96205792 | SF |
| **2236 N National Ave** | Springfield | $26,617.53 | 96212381 | SF |
| **2338 N Lyon Ave** | Springfield | $28,437.53 | 96212381 | SF |
| **512 W Nichols St** | Springfield | $37,878.79 | 96212381 | SF |
| **608 - 610 N Patterson Ave** | Springfield | $60,628.81 | 96212381 | Duplex |
| **816 S Glenn Ave** | Springfield | $42,315.04 | 96212381 | SF |
| **826 N National Ave** | Springfield | $50,732.55 | 96212381 | SF |
| **1120 W Mt Vernon St** | Springfield | $37,651.29 | 96212381 | SF |
| **1509 S Oak Grove Ave** | Springfield | $54,713.80 | 96212381 | SF |
| **1800 W Walnut St** | Springfield | $40,836.29 | 96212381 | SF |
| **2553 E Atlantic St** | Springfield | $50,618.80 | 96212381 | SF |
| **615 N Nettleton Ave** | Springfield | $43,680.04 | 96212381 | SF |
| **1117 W Division St** | Springfield | $39,926.29 | 130091769 | SF |

**...LYSIS ON GREAT SOUTHERN BANK LOANS**

| Liquidated Value (70% of Fair Market Value) |
|---|
| $1,235,303 |
| 70% |

| Liquidated Value |
|---|
| $44,829 |
| $26,754 |
| $32,089 |
| $24,126 |
| $17,597 |
| $31,691 |
| $28,745 |
| $29,302 |
| $25,002 |
| $40,051 |
| $22,454 |
| $28,028 |
| $23,251 |
| $50,880 |
| $12,023 |
| $27,232 |
| $26,913 |
| $26,197 |
| $31,293 |
| $34,717 |
| $22,534 |
| $27,550 |
| $29,939 |
| $27,471 |
| $27,789 |
| $20,304 |
| $19,508 |
| $34,239 |
| $28,267 |
| $26,834 |

$27,869
$18,632
$19,906
$26,515
$42,440
$29,621
$35,513
$26,356
$38,300
$28,585
$35,433
$30,576
$27,948