**EXHIBIT 8 D**

**PROPERTY VALUES AND LIQUIDATION ANALYSIS ON GUARANTY BANK LC**

| Properties in Portfolio | Fair Market Value | Value Per Unit | Property Type | Liquidated Value (70% of Fair Market Value) |
|---|---|---|---|---|
| 51 | $1,700,100 | $20,001 | | $1,190,070 |

**Guaranty Bank** 70%

| Address | Fair Market Value | Loan # | Property Type | Liquidated Value | |
|---|---|---|---|---|---|
| 1018 W Lynn St | | 5100190938 | SF | $0 | Being sold |
| 1128 W Division St | $ 34,000 | 5100190938 | SF | $23,800 | |
| 1330 W Thoman St | $ 39,600 | 5100190938 | SF | $27,720 | |
| 1730 N Clay Ave | $ 62,700 | 5100190938 | Duplex | $43,890 | |
| 2340 N Franklin Ave | $ 34,000 | 5100190938 | SF | $23,800 | |
| 349 N Homewood Ave | $ 56,200 | 5100190938 | FourPlex | $39,340 | |
| 430 S Newton Ave | | 5100190938 | SF | $0 | being sold |
| 652 S Campbell Ave | $ 35,100 | 5100190938 | SF | $24,570 | |
| 804 W Locust St | $ 37,900 | 5100190938 | SF | $26,530 | |
| 946 W Poplar St | $ 35,400 | 5100190938 | SF | $24,780 | |
| 1065 E Pacific St | $ 36,300 | 5400228881 | SF | $25,410 | |
| 1330 N Broadway Ave | $ 44,400 | 5400228881 | SF | $31,080 | |
| 1411 W Dale St | $ 39,200 | 5400228881 | SF | $27,440 | |
| 1603 W Thoman St | $ 59,400 | 5400228881 | Duplex | $41,580 | |
| 2107 N National Ave | $ 40,500 | 5400228881 | SF | $28,350 | |
| 2116 N Grace Ave | $ 45,800 | 5400228881 | SF | $32,060 | |
| 2227 N Boonville Ave | $ 37,900 | 5400228881 | SF | $26,530 | |
| 2310 N Lexington Ave | $ 37,100 | 5400228881 | SF | $25,970 | |
| 620 S Belcrest Ave | $ 58,800 | 5400228881 | SF | $41,160 | |
| 839 S West Ave | $ 32,600 | 5400228881 | SF | $22,820 | |
| 1450 N West Ave | $ 38,000 | 5400228909 | SF | $26,600 | |
| 1510 W Lynn St | $ 46,700 | 5400228909 | SF | $32,690 | |
| 1617 N Fremont Ave | $ 43,100 | 5400228909 | SF | $30,170 | |
| 1953 W Atlantic St | $ 38,400 | 5400228909 | SF | $26,880 | |
| 2623 W Mt Vernon St | $ 39,400 | 5400228909 | SF | $27,580 | |
| 2629 W Phelps St | $ 38,700 | 5400228909 | SF | $27,090 | |
| 645 W Webster St | $ 43,900 | 5400228909 | SF | $30,730 | |
| 746 S Douglas Ave | $ 33,200 | 5400228909 | SF | $23,240 | |
| 822 N Lexington Ave | $ 31,500 | 5400228909 | SF | $22,050 | |
| 930 S Missouri Ave | $ 37,000 | 5400228909 | SF | $25,900 | |

| Address | Amount | ID | Type | | Value |
|---|---|---|---|---|---|
| 1333 S Prince Ln | $ 33,400 | 5400229052 | SF | | $23,380 |
| 1532 W Thoman St | $ 24,100 | 5400229052 | SF | | $16,870 |
| 1626 N Golden Ave | $ 27,300 | 5400229052 | SF | | $19,110 |
| 1627 W Chestnut St | $ 13,500 | 5400229052 | SF | | $9,450 |
| 2113 N East Ave | $ 14,300 | 5400229052 | SF | | $10,010 |
| 2140 N Kentwood Ave | $ 31,900 | 5400229052 | SF | | $22,330 |
| 2511 N Main Ave | $ 21,300 | 5400229052 | SF | | $14,910 |
| 2856 W Elm St | $ 26,300 | 5400229052 | SF | | $18,410 |
| 540 S Warren Ave | $ 25,400 | 5400229052 | SF | | $17,780 |
| 818 N Forest Ave | $ 35,400 | 5400229052 | SF | | $24,780 |
| 2107 E Cherry St Apt | $ 690,300 | 5400229090 | 30 Unit | Sold | |
| 1336 N Prospect Ave | $ 33,000 | 5400229140 | SF | | $23,100 |
| 1713 W Atlantic St | $ 28,300 | 5400229140 | SF | | $19,810 |
| 1905 E Dale St | $ 30,400 | 5400229140 | SF | | $21,280 |
| 1936 E Cairo St | $ 27,300 | 5400229140 | SF | | $19,110 |
| 2122 W Wall St | $ 23,100 | 5400229140 | SF | | $16,170 |
| 2634 W Madison St | $ 25,500 | 5400229140 | SF | | $17,850 |
| 516 W Nichols St | $ 28,900 | 5400229140 | SF | | $20,230 |
| 732 S Eastgate Ave | $ 31,900 | 5400229140 | SF | | $22,330 |
| 819 S Ferguson Ave | $ 28,700 | 5400229140 | SF | | $20,090 |
| 951 S Fort Ave | $ 33,300 | 5400229140 | SF | | $23,310 |

)ANS