**EXHIBIT 9 D**

**PROPERTY VALUES ON LEGACY BANK AND TRUST LOANS**

| Properties in Portfolio | Fair Market Value | Value Per Unit | Property Type | Liquidated Value (70% of Fair Market Value) |
|---|---|---|---|---|
| 30 | $ 1,627,350 | $47,863 | | $1,139,145 |
| Legacy Bank and Trust | | | | 70% |

| Address | Fair Market Value | Loan # | Property Type | Liquidated Value |
|---|---|---|---|---|
| 1026 N West Ave | $44,650 | 40001644 | SF | $ 31,255 |
| 141 S Main St | $86,450 | 40001644 | SF | $ 60,515 |
| 1651 N Engel Ave | $78,850 | 40001644 | SF | $ 55,195 |
| 221 S Broadway Ave | $34,200 | 40001644 | SF | $ 23,940 |
| 2615 W Page St | $59,850 | 40001644 | SF | $ 41,895 |
| 2721 W Lincoln St | $62,700 | 40001644 | SF | $ 43,890 |
| 2954 W Water St | $65,550 | 40001644 | SF | $ 45,885 |
| 440 W US Hwy 60 | $107,350 | 40001644 | SF | $ 75,145 |
| 816 N National Ave | $58,900 | 40001644 | SF | $ 41,230 |
| 826 N Weaver Ave | $37,050 | 40001644 | SF | $ 25,935 |
| 1121 N Park Ave | $46,550 | 40003477 | SF | $ 32,585 |
| 1312-1314 S Brite Ave | $71,250 | 40003477 | Duplex | $ 49,875 |
| 1506 E Lindberg St | $42,750 | 40003477 | SF | $ 29,925 |
| 2021-2025 N Pierce St | $91,200 | 40003477 | Duplex | $ 63,840 |
| 2134 N Kansas Ave | $46,550 | 40003477 | SF | $ 32,585 |
| 2541 E Bennett St | $48,450 | 40003477 | SF | $ 33,915 |
| 3225 W Latoka St | $55,100 | 40003477 | SF | $ 38,570 |
| 520 S Scenic Ave | $66,500 | 40003477 | Triplex | $ 46,550 |
| 819 N Forest Ave | $61,750 | 40003477 | SF | $ 43,225 |
| 918 N Brown Ave | $54,150 | 40003477 | SF | $ 37,905 |
| 1074 S New Ave | $44,175 | 40003752 | SF | $ 30,923 |
| 1507 E Blaine St | $36,575 | 40003752 | SF | $ 25,603 |
| 1932 W Chestnut St | $49,875 | 40003752 | SF | $ 34,913 |
| 2321 N Kellett Ave | $36,575 | 40003752 | SF | $ 25,603 |
| 2731 W College St | $39,900 | 40003752 | SF | $ 27,930 |
| 3242 W Page St | $35,625 | 40003752 | SF | $ 24,938 |
| 611 N Warren Ave | $52,250 | 40003752 | SF | $ 36,575 |
| 729 W Chicago St | $31,825 | 40003752 | SF | $ 22,278 |
| 924 W Central St | $47,500 | 40003752 | SF | $ 33,250 |
| 939 S Fort Ave | $33,250 | 40003752 | SF | $ 23,275 |

| | |
|---|---:|
| $ | 900,000 |
| $ | 1,000,000 |
| | 1000000 |

**AND LIQUIDATION ANALYSIS**