**EXHIBIT 10 D**

**PROPERTY VALUES ON MID MISSOURI BANK LOANS AND LIQUIDATION AN**

| Properties in Portfolio | Fair Market Value | Value Per Unit | Property Type | Liquidated Value (70% of Fair Market Value) |
|---|---|---|---|---|
| 22 | $ 857,400 | $38,973 | | $600,180 |
| **Mid Missouri Bank** | | | | 70% |

| Address | Fair Market Value | Loan # | Property Type | Liquidated Value |
|---|---|---|---|---|
| 1607 W Thorman St | $ 32,700 | 322289001 | SF | $22,890 |
| 1812 W Water St | $ 31,200 | 322289001 | SF | $21,840 |
| 1919 N Douglas Ave | $ 53,900 | 322289001 | SF | $37,730 |
| 2100 S Grant Ave | $ 52,200 | 322289001 | SF | $36,540 |
| 2110 N Roosevelt Ave | $ 38,200 | 322289001 | SF | $26,740 |
| 2420 E Commercial St | $ 49,400 | 322289001 | SF | $34,580 |
| 2956 E Southeast Cir | $ 61,800 | 322289001 | SF | $43,260 |
| 3021 W Walnut St | $ 32,200 | 322289001 | SF | $22,540 |
| 331 W Charles St | $ 47,100 | 322289001 | SF | $32,970 |
| 4791 W Sunshine St | $ 90,900 | 322289001 | SF | $63,630 |
| 1009 E Lynn St | $ 19,500 | 322289002 | SF | $13,650 |
| 1028 E McClemon St | $ 46,700 | 322289002 | SF | $32,690 |
| 1207 N Warren Ave | $ 22,600 | 322289002 | SF | $15,820 |
| 1214 W Chase St | $ 18,100 | 322289002 | SF | $12,670 |
| 1470 E Cairo St | $ 36,200 | 322289002 | SF | $25,340 |
| 1533 E Whiteside St | $ 29,200 | 322289002 | SF | $20,440 |
| 1702 N Oakgrove Ave | $ 33,700 | 322289002 | SF | $23,590 |
| 2119 W High St | $ 41,100 | 322289002 | SF | $28,770 |
| 2844 W Washita St | $ 33,200 | 322289002 | SF | $23,240 |
| 359 N Warren St | $ 32,600 | 322289002 | SF | $22,820 |
| 1700 W Webster St | $ 27,300 | 322289101 | SF | $19,110 |
| 1901 W Lynn St | $ 27,600 | 322289101 | SF | $19,320 |

**ALYSIS**