**EXHIBIT 11 D**

**PROPERTY VALUES ON OLD MISSOURI BANK LOANS AND LIQUID...**

| Properties in Portfolio | Fair Market Value | Value Per Unit | d Value (70% of Fair Market |
|---|---|---|---|
| 35 | $ 2,106,000 | $58,500 | $1,474,200 |
| Old Missouri Bank | | | 70% |

| Address | Fair Market Value | Loan # | Liquidated Value | Minimum Release Price |
|---|---|---|---|---|
| 1022-4 S Lexington Ave | $ 105,000 | 9452 | $73,500 | $70,342 |
| 1331 N Brown Ave | $ 63,000 | 9452 | $44,100 | $42,205 |
| 1637 W Florida St | $ 41,000 | 9452 | $28,700 | $27,467 |
| 1683 E Dale St | $ 58,000 | 9452 | $40,600 | $38,856 |
| 1731 W Walnut St | $ 69,000 | 9452 | $48,300 | $46,225 |
| 1803 E Crestview St | $ 76,000 | 9452 | $53,200 | $50,914 |
| 2020 N Ramsey Ave | $ 76,000 | 9452 | $53,200 | $50,914 |
| 208 E Brooks St | $ 78,000 | 9452 | $54,600 | $52,254 |
| 637 S Miller Rd | $ 74,000 | 9452 | $51,800 | $49,574 |
| 816 S New Ave | $ 62,000 | 9452 | $43,400 | $41,535 |
| 10945 N Farm Rd 115 | $ 75,000 | 9512 | $52,500 | $50,969 |
| 1150 S Crutcher Ave | $ 70,000 | 9512 | $49,000 | $47,571 |
| 130 S Walnut Ave | $ 53,000 | 9512 | $37,100 | $36,018 |
| 1876 N Broadway Ave | $ 41,000 | 9512 | $28,700 | $27,863 |
| 2006 N Pickwick Ave | $ 33,000 | 9512 | $23,100 | $22,426 |
| 2035 N Pickwick Ave | $ 39,000 | 9512 | $27,300 | $26,504 |
| 2564 W Phelps St | $ 31,000 | 9512 | $21,700 | $21,067 |
| 2644 W Lombard St | $ 63,000 | 9512 | $44,100 | $42,814 |
| 3020 W Elm St | $ 43,000 | 9512 | $30,100 | $29,222 |
| 403 Somerset St | $ 75,000 | 9512 | $52,500 | $50,969 |
| 434 W Evergreen St | $ 63,000 | 9512 | $44,100 | $42,814 |
| 627 N Hillcrest Ave | $ 49,000 | 9512 | $34,300 | $33,300 |
| 818 W Scott St | $ 57,000 | 9512 | $39,900 | $38,736 |
| 829 N Farmer Ave | $ 44,000 | 9512 | $30,800 | $29,902 |
| 944 S New Ave | $ 52,000 | 9512 | $36,400 | $35,339 |
| 626 N Phelps Ave | $ 64,000 | 12628 | $44,800 | $45,610 |
| 1253 S Brite Ave | $ 64,000 | 10121 | $44,800 | $45,610 |
| 1037 N Brown Ave | $ 60,000 | 10121 | $42,000 | $42,760 |
| 1112 N West Ave | $ 29,000 | 10121 | $20,300 | $20,667 |

| | | | | |
|---|---|---|---|---|
| **1607 W Nichols St** | **$ 57,000** | 10121 | $39,900 | $40,622 |
| **1636 W Thoman St** | **$ 38,000** | 10121 | $26,600 | $27,081 |
| **2058 N Grace Ave** | **$ 53,000** | 10121 | $37,100 | $37,771 |
| **2105 N Albertha Ave** | **$ 56,000** | 10121 | $39,200 | $39,909 |
| **2224 N Weller Ave** | **$ 58,000** | 10121 | $40,600 | $41,334 |
| **7033 W Farm Road 106** | **$ 93,000** | 10121 | $65,100 | $66,278 |
| 314 Gladiola | $ 44,000 | | $30,800 | $22,628 |

)ATION ANALYSIS