**EXHIBIT 12 D**

**PROPERTY VALUES ON SIMMONS BANK LOANS AND LIQUIDATION ANALYS**

| Properties in Portfolio | Fair Market Value | Value Per Unit | Property Type | Liquidated Value (70% of Fair Market Value) |
|---|---|---|---|---|
| 41 | $ 1,815,200 | $30,766 | | $1,270,640 |
| **Simmons Bank** | | | | 70% |

| Address | Fair Market Value | Loan # | Property Type | Liquidated Value |
|---|---|---|---|---|
| 1007 N Fremont Ave | $ 34,800 | 3016984 | SF | $24,360 |
| 1035 N Broadway Ave | | 3016984 | SF | sold |
| 1223 N Fremont Ave | $ 37,200 | 3016984 | SF | $26,040 |
| 1734 W Atlantic St | $ 31,400 | 3016984 | SF | $21,980 |
| 1068 S Thelma Ave | $ 34,000 | 3017325 | SF | $23,800 |
| 1103 N Ethyl Ave | $ 25,900 | 3017325 | SF | $18,130 |
| 3235 W Calhoun St | $ 36,500 | 3017325 | SF | $25,550 |
| 3254 W Lombard St | $ 39,600 | 3017325 | SF | $27,720 |
| 877 S Homewood Ave | $ 36,000 | 3017325 | SF | $25,200 |
| 1464 N Brown Ave | $ 40,300 | 3115501 | SF | $28,210 |
| 2258 N Weller Ave | $ 33,000 | 3115501 | SF | $23,100 |
| 700 N Hillcrest Ave | $ 45,100 | 3115501 | SF | $31,570 |
| 825 S Fort Ave | $ 31,600 | 3115501 | SF | $22,120 |
| 1306 W Talmage St | $ 32,500 | 3115524 | SF | $22,750 |
| 2826 W Olive St | $ 31,200 | 3115524 | SF | $21,840 |
| 2936 W Lombard St | $ 39,300 | 3115524 | SF | $27,510 |
| 717 S Market Ave | $ 46,200 | 3115524 | SF | $32,340 |
| 1054 E Cherokee St | $ 55,900 | 3116262 | SF | $39,130 |
| 1421 E Seminole St | $ 42,200 | 3116262 | SF | $29,540 |
| 1600 N Hayes Ave | $ 49,300 | 3116262 | SF | $34,510 |
| 1929 W Calhoun St | $ 32,100 | 3116262 | SF | $22,470 |
| 2405 E Atlantic St | $ 53,400 | 3116262 | SF | $37,380 |
| 514 S Dysart Ave | $ 37,000 | 3116262 | SF | $25,900 |
| 2316 W Nichols St | $ 38,800 | 3116305 | SF | $27,160 |
| 2650 W Brower St | $ 42,800 | 3116305 | SF | $29,960 |
| 2730 W Chestnut St | $ 29,100 | 3116305 | SF | $20,370 |
| 525 S Main St | $ 40,300 | 3116305 | SF | $28,210 |
| 3475 W Farm Rd 142 | $ 111,600 | 4019868 | 5 Unit | $78,120 |
| 301 W Mt Vernon BLV | $ 195,500 | 10361726 | 14 Unit | $136,850 |
| 1523 N Main Ave | $ 35,200 | 40001896 | SF | $24,640 |
| 2149 N National Ave | $ 31,100 | 40001896 | SF | $21,770 |
| 2312 E Atlantic St | $ 34,300 | 40001896 | SF | $24,010 |

| | | | | |
|---|---|---|---|---|
| 2908 W Latoka St | $ 42,900 | 40001896 | SF | $30,030 |
| 1730 W Olive St | $ 32,300 | 40001896 | SF | $22,610 |
| 632 W Nichols St | $ 36,900 | 40001896 | SF | $25,830 |
| 1211 W Florida St | $ 38,500 | 50000476 | SF | $26,950 |
| 1882 N Jefferson Ave | $ 32,700 | 50000476 | SF | $22,890 |
| 2131 W Atlantic St | $ 44,100 | 50000476 | SF | $30,870 |
| 3404 W Sylvania St | $ 70,100 | 50000476 | Duplex | $49,070 |
| 4426 W Billings St | $ 45,400 | 50000476 | SF | $31,780 |
| 536 S Broadway Ave | $ 29,100 | 50000476 | SF | $20,370 |
| 715 E Dale St | $ 40,000 | 50000476 | SF | $28,000 |

**SIS**