**EXHIBIT 13 D**
**PROPERTY VALUES ON SOUTHERN MISSOURI BANK OF MARSHFIELD LOANS**
**AND LIQUIDATION ANALYSIS**

| Properties in Portfolio | Fair Market Value | Units in Portofolio | Value Per Unit | Property Type | Liquidated Value (70% of Fair Market Value) |
|---|---|---|---|---|---|
| 33 | $ 1,015,000 | 33 | $30,758 | | $710,500 |
| **Southern Missouri Bank of Marshfield** | | | | | 70% |

| Address | Fair Market Value | Units in Lot | Loan # | Property Type | Liquidated Value |
|---|---|---|---|---|---|
| 2084 N Roosevelt Ave | $ 40,600 | 1 | 60016056 | SF | 28,420 |
| 2542 W High St | $ 33,200 | 1 | 60016056 | SF | 23,240 |
| 3232 W Lakota St | $ 39,700 | 1 | 60016056 | SF | 27,790 |
| 1037 N Ethyl Ave | $ 31,300 | 1 | 60017340 | SF | 21,910 |
| 1478 E Central St | $ 27,500 | 1 | 60017340 | SF | 19,250 |
| 1501 E Whiteside St | $ 31,400 | 1 | 60017340 | SF | 21,980 |
| 1935 N Lone Pine Ave | $ 37,800 | 1 | 60017340 | SF | 26,460 |
| 2039 N Roosevelt Ave | $ 29,700 | 1 | 60017340 | SF | 20,790 |
| 2761 W Latoka St | $ 23,500 | 1 | 60017340 | SF | 16,450 |
| 4229 W Maple St | $ 18,800 | 1 | 60017340 | SF | 13,160 |
| 4239 W Maple St | $ 24,000 | 1 | 60017340 | SF | 16,800 |
| 626 W Division St | $ 27,100 | 1 | 60017340 | SF | 18,970 |
| 932 W Florida St | $ 24,500 | 1 | 60017340 | SF | 17,150 |
| 1116 W Mt Vernon St | $ 18,000 | 1 | 60017489 | SF | 12,600 |
| 1910 W Thomas St | $ 24,400 | 1 | 60017489 | SF | 17,080 |
| 1934 N Yates Ave | $ 35,400 | 1 | 60017489 | SF | 24,780 |
| 2426 E Commercial St | $ 34,800 | 1 | 60017489 | SF | 24,360 |
| 2440 S Westwood Ave | $ 63,000 | 1 | 60017489 | SF | 44,100 |
| 2901 W Grand St | $ 24,900 | 1 | 60017489 | SF | 17,430 |
| 721 N Nettleton Ave | $ 25,000 | 1 | 60017489 | SF | 17,500 |
| 727 S Douglas Ave | $ 39,000 | 1 | 60017489 | SF | 27,300 |
| 910 S Newton Ave | $ 13,600 | 1 | 60017489 | SF | 9,520 |
| 1711 W Webster St | $ 28,000 | 1 | 60017564 | SF | 19,600 |
| 1018 N Brown Ave | $ 33,200 | 1 | 60019096 | SF | 23,240 |
| 1431 W Thoman St | $ 31,600 | 1 | 60019096 | SF | 22,120 |
| 1675 E Dale St | $ 31,100 | 1 | 60019096 | SF | 21,770 |
| 2001 W Lynn St | $ 28,600 | 1 | 60019096 | SF | 20,020 |
| 2115 N Kansas Ave | $ 33,600 | 1 | 60019096 | SF | 23,520 |
| 2509 N Kellett Ave | $ 25,900 | 1 | 60019096 | SF | 18,130 |
| 3041 W Water St | $ 22,000 | 1 | 60019096 | SF | 15,400 |

| | | | | | |
|---|---|---|---|---|---|
| 864 S Homewood Ave | $ 38,500 | 1 | 60019096 | SF | 26,950 |
| 908 W Harrison St | $ 28,300 | 1 | 60019096 | SF | 19,810 |