**EXHIBIT 14 D**
**PROPERTY VALUES ON SOUTHERN BANK LOANS AND LIQUIDATION ANALYSIS**

| Properties in Portfolio | Fair Market Value | Units in Portofolio | Value Per Unit | Liquidated Value (70% of Fair Market Value) |
|---|---|---|---|---|
| 26 | $ 1,265,800 | 32 | $39,556 | $886,060 |
| **Southern Bank** | | | | 70% |

| Address | Fair Market Value | Units in Lot | Loan # | Liquidated Value |
|---|---|---|---|---|
| 1205 W Elm Arcade St | $ 71,000 | 4 | 639353 | $49,700 |
| 1350 S Newton Ave | $ 31,400 | 1 | 639353 | $21,980 |
| 1520 W Division St | $ 33,600 | 1 | 639353 | $23,520 |
| 1553 E Nora St | $ 30,700 | 1 | 639353 | $21,490 |
| 1638 N Drury Ave | $ 29,100 | 1 | 639353 | $20,370 |
| 1700 S Fort Ave | $ 71,000 | 1 | 639353 | $49,700 |
| 1701 W Webster St | $ 32,700 | 1 | 639353 | $22,890 |
| 2120 N Broadway Ave | $ 35,200 | 1 | 639353 | $24,640 |
| 2126 W Wall St | $ 32,100 | 1 | 639353 | $22,470 |
| 3219 N Howard Ave | $ 30,300 | 1 | 639353 | $21,210 |
| 510 S Burton Ave | $ 27,200 | 1 | 639353 | $19,040 |
| 5849 W US Hwy 60 | $ 385,000 | 1 | 639353 | $269,500 |
| 615 E Pacific St | $ 62,400 | 1 | 639353 | $43,680 |
| 654 S Laurel Ave | $ 32,100 | 1 | 639353 | $22,470 |
| 924 W Nichols St | $ 19,000 | 1 | 639353 | $13,300 |
| Lots 11 & 12 | $ 14,500 | 1 | 639353 | $10,150 |
| 1036 E Morningside St | $ 50,700 | 1 | 1600090324 | $35,490 |
| 1310 N Ethyl Ave | $ 28,800 | 1 | 1600090324 | $20,160 |
| 1334 N Warren Ave | $ 19,600 | 1 | 1600090324 | $13,720 |
| 1530 E Lindberg St | $ 27,600 | 1 | 1600090324 | $19,320 |
| 2024 N Columbia Ave | $ 28,000 | 1 | 1600090324 | $19,600 |
| 203 N Meadowview Ave | $ 34,700 | 1 | 1600090324 | $24,290 |
| 2075 N Lexington Ave | $ 29,800 | 1 | 1600090324 | $20,860 |
| 532 N College Ave | $ 30,300 | 1 | 1600090324 | $21,210 |
| 645 S Grant Ave | $ 51,100 | 4 | 1600090324 | $35,770 |
| 920 W Kerr St | $ 27,900 | 1 | 1600090324 | $19,530 |

15.75
275
4331.25