**EXHIBIT 15 D**
**PROPERTY VALUES ON SYSTEMATIC SAVINGS BANK LOANS**
**AND LIQUIDATION ANALYSIS**

| Properties in Portfolio | Appraised Value | Value Per Unit | Property Type | Liquidated Value (70% of Fair Market Value) |
|---|---|---|---|---|
| 8 | $ 712,200 | $16,957 | | $498,540 |

**Systematic Savings Bank** 70%

| Address | Appraised Value | Loan # | Property Type | Liquidated Value |
|---|---|---|---|---|
| 5759 W US Hwy 60 | $ 324,300 | 1788 | 13 Unit | $ 227,010 |
| 419 W State St | $ 61,000 | 6650 | Fourplex | $ 42,700 |
| 625 W Madison St | $ 16,800 | 6651 | SF | $ 11,760 |
| 629 W Madison St | $ 27,000 | 6651 | SF | $ 18,900 |
| 742 S Grant Ave | $ 62,000 | 6651 | 5 Unit | $ 43,400 |
| 202 N Main St | $ 37,700 | 6722 | Duplex | $ 26,390 |
| 421 W State St | $ 32,600 | 6881 | SF | $ 22,820 |
| 6251 Hwy O 1-14 | $ 150,800 | 6817 | 15 Unit | $ 105,560 |