IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
(Springfield)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| 417 Rentals, LLC | ) | Case No. 17-60935-can11 |
| | ) | |
| Debtor | ) | Chapter 11 |
| | ) | |
| | ) | |
| City of Springfield, Missouri | ) | |
| | ) | |
| Springfield | ) | |

# SPRINGFIELD'S WITNESS AND EXHIBIT LIST

At the hearing on Springfield's "Request for Administrative Expenses,'"

Springfield:

1. intends to call the following witnesses:

    a. Auston Wood;

    b. Carson Cash;

    c. Keith Coker;

    d. Brad Musick;

    e. Susan Smith;

    f. Dorrelle Duquette;

    g. James Choates; and,

    h. Chris Gatley.

2. reserves the right to call additional witnesses to rebut evidence adduced at the hearing or to impeach any witness;

3. intends to offer the items listed in the "Exhibit Index to 'Request for Administrative Expenses'" into evidence, which items are already filed with the court and electronically available; and,

4. reserves the right to:

    a. introduce into evidence any items other parties to these proceedings may identify;

    b. rebut adduced evidence; or,

    c. impeach any witness.

          CITY OF SPRINGFIELD, MISSOURI

          */s/ Duke McDonald*
Duke McDonald
Missouri Bar #36265
Assistant City Attorney
840 Boonville
Springfield, Missouri 65802
(417) 864-1645
(417) 864-1551 fax
dmcdonald@springfieldmo.gov
ATTORNEY FOR SPRINGFIELD

## Service Certificate

I certify that on June 18, 2018, the foregoing "Springfield's Witness and Exhibit List" was filed with the Court under its ECF System and was served on said date by electronic mail directed to all parties entitled to electronic notice.

Case 17-60935-can11    Doc 494    Filed 06/18/18    Entered 06/18/18 09:40:20    Desc
Main Document    Page 3 of 3

*/s/Duke  McDonald*
Duke McDonald

Case 17-60935-can11    Doc 494    Filed 06/18/18    Entered 06/18/18 09:40:20    Desc
Main Document    Page 3 of 3

*/s/Duke  McDonald*
Duke McDonald