| Total:197 sort | Recd Sort1 A | Target sort | Finaled sort | status sort | reqType sort | st# sort | stPfx sort | stName sort | stType sort | stUnit sort | stFrac sort | stSfx sort | Exhibit B-1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SVC2011-01901 | 04/25/2011 | 05/25/2011 | 05/10/2011 | CLO | WEEDS | 1306 | W | TALMAGE | ST | | | | |
| SVC2011-02270 | 05/03/2011 | 06/02/2011 | 07/13/2011 | CLO | WEEDS | 759 | S | GRANT | AVE | | | | |
| SVC2011-02270 | 05/03/2011 | 06/02/2011 | 07/13/2011 | CLO | WEEDS | 759 | S | GRANT | AVE | | | | |
| SVC2011-02270 | 05/03/2011 | 06/02/2011 | 07/13/2011 | CLO | WEEDS | 759 | S | GRANT | AVE | | | | |
| SVC2011-02449 | 05/09/2011 | 06/08/2011 | 05/25/2011 | CLO | WEEDS | 1016 | N | GRANT | AVE | | | | |
| SVC2011-02696 | 05/16/2011 | 06/15/2011 | 06/03/2011 | CLO | WEEDS | 2017 | N | BOONVILLE | AVE | | - 2019 | | |
| SVC2011-02997 | 05/25/2011 | 06/24/2011 | 06/13/2011 | CLO | WEEDS | 2019 | N | BOONVILLE | AVE | | | | |
| SVC2011-03077 | 05/31/2011 | 06/30/2011 | 06/08/2011 | CLO | WEEDS | 2039 | E | ELM | ST | | | | |
| SVC2011-03350 | 06/07/2011 | 07/02/2011 | 06/20/2011 | CLO | WEEDS | 1433 | E | BLAINE | ST | | | | |
| SVC2011-03329 | 06/07/2011 | 07/07/2011 | 06/16/2011 | CLO | WEEDS | 2100 | N | ELIZABETH | AVE | | | | |
| SVC2011-03379 | 06/08/2011 | 07/08/2011 | 06/16/2011 | CLO | WEEDS | 2650 | W | BROWER | ST | | | | |
| SVC2011-03626 | 06/14/2011 | 07/14/2011 | 06/28/2011 | CLO | WEEDS | 833 | S | NETTLETON | AVE | | | | |
| SVC2011-03627 | 06/14/2011 | 09/01/2011 | 09/28/2011 | CLO | INOPERABLE VEH | 827 | S | NETTLETON | AVE | | | | |
| SVC2011-03977 | 06/23/2011 | 07/23/2011 | 07/11/2011 | CLO | WEEDS | 431 | W | DIVISION | ST | | | | |
| SVC2011-04728 | 07/22/2011 | 08/15/2011 | 08/17/2011 | CLO | WEEDS | 652 | S | CAMPBELL | AVE | | | | |
| SVC2011-04988 | 08/03/2011 | 09/02/2011 | 08/30/2011 | CLO | TRASH,WEEDS | 911 | S | MISSOURI | AVE | | | | |
| SVC2011-05317 | 08/19/2011 | 09/18/2011 | 09/08/2011 | CLO | TRASH,WEEDS | 1617 | N | FREMONT | AVE | | | | |
| SVC2011-05792 | 09/07/2011 | 09/29/2011 | 09/30/2011 | CLO | INOPERABLE VEH | 2131 | W | ATLANTIC | ST | | | | |
| SVC2011-06280 | 10/05/2011 | 10/31/2011 | 10/28/2011 | CLO | TRASH,WEEDS | 1885 | N | GRANT | AVE | | | | |
| SVC2012-03949 | 05/08/2012 | 05/24/2012 | 05/22/2012 | CLO | WEEDS | 515 | N | WESTGATE | AVE | | | | |
| SVC2012-04126 | 05/14/2012 | 06/07/2012 | 06/04/2012 | CLO | WEEDS | 1271 | S | FERGUSON | AVE | | | | |
| SVC2012-04095 | 05/14/2012 | 05/25/2012 | 05/21/2012 | CLO | WEEDS | 1700 | S | FORT | AVE | | | | |
| SVC2012-04148 | 05/15/2012 | 06/08/2012 | 06/11/2012 | CLO | TRASH,WEEDS | 1020 | S | DOUGLAS | AVE | | | | |
| SVC2014-03205 | 05/23/2014 | 07/07/2014 | 07/07/2014 | CLO | BRUSH,TRASH,W | 818 | W | SCOTT | ST | | | | |
| SVC2014-03488 | 05/30/2014 | 09/07/2014 | 08/11/2014 | CLO | TRASH,WEEDS | 615 | E | PACIFIC | ST | | | | |
| SVC2014-03488 | 05/30/2014 | 09/07/2014 | 08/11/2014 | CLO | TRASH,WEEDS | 615 | E | PACIFIC | ST | | | | |
| SVC2014-03488 | 05/30/2014 | 09/07/2014 | 08/11/2014 | CLO | TRASH,WEEDS | 615 | E | PACIFIC | ST | | | | |
| SVC2014-04785 | 07/03/2014 | 10/06/2014 | 09/23/2014 | CLO | TRASH,WEEDS | 2227 | N | BOONVILLE | AVE | | | | |
| SVC2014-04785 | 07/03/2014 | 10/06/2014 | 09/23/2014 | CLO | TRASH,WEEDS | 2227 | N | BOONVILLE | AVE | | | | |
| SVC2014-06534 | 09/16/2014 | 10/08/2014 | 12/11/2014 | CLO | TRASH,WEEDS | 2665 | N | ELOISE | AVE | | | | |
| SVC2014-06621 | 09/19/2014 | 10/22/2014 | 10/16/2014 | CLO | BRUSH,TRASH,W | 800 | W | DELLA | ST | | | | |
| SVC2014-06621 | 09/19/2014 | 10/22/2014 | 10/16/2014 | CLO | BRUSH,TRASH,W | 800 | W | DELLA | ST | | | | |
| SVC2014-06637 | 09/22/2014 | 10/06/2014 | 09/25/2014 | CLO | TRASH,WEEDS | 827 | S | NETTLETON | AVE | | | | |
| SVC2014-07150 | 10/16/2014 | 11/15/2014 | 10/29/2014 | CLO | WEEDS | 2129 | W | WALL | ST | | | | |
| SVC2014-07247 | 10/22/2014 | 04/17/2015 | 04/22/2015 | CLO | TRASH,WEEDS | 1885 | N | GRANT | AVE | | | | |
| SVC2014-07247 | 10/22/2014 | 04/17/2015 | 04/22/2015 | CLO | TRASH,WEEDS | 1885 | N | GRANT | AVE | | | | |
| SVC2014-07247 | 10/22/2014 | 04/17/2015 | 04/22/2015 | CLO | TRASH,WEEDS | 1885 | N | GRANT | AVE | | | | |
| SVC2014-07494 | 11/05/2014 | 11/18/2014 | 11/12/2014 | CLO | TRASH,WEEDS | 939 | S | FORT | AVE | | | | |
| SVC2015-01620 | 04/14/2015 | 05/14/2015 | 05/19/2015 | CLO | BRUSH,WEEDS | 355 | N | HOMEWOOD | AVE | | | | |
| SVC2015-01620 | 04/14/2015 | 05/14/2015 | 05/19/2015 | CLO | BRUSH,WEEDS | 355 | N | HOMEWOOD | AVE | | | | |
| SVC2015-01671 | 04/15/2015 | 05/01/2015 | 04/22/2015 | CLO | TRASH,WEEDS | 1330 | W | THOMAN | ST | | | | |
| SVC0000-02575 | 04/21/2015 | 05/21/2015 | 05/01/2015 | CLO | WEEDS | 1700 | S | FORT | AVE | | | | |
| SVC0000-02590 | 04/22/2015 | 05/22/2015 | 05/04/2015 | CLO | WEEDS | 2259 | N | MAIN | AVE | | | | |
| SVC0000-02655 | 04/27/2015 | 05/15/2015 | 05/14/2015 | CLO | WEEDS | 759 | S | GRANT | AVE | | | | |
| SVC0000-02655 | 04/27/2015 | 05/15/2015 | 05/14/2015 | CLO | WEEDS | 759 | S | GRANT | AVE | | | | |
| SVC2015-02019 | 04/28/2015 | 05/14/2015 | 05/04/2015 | CLO | TRASH,WEEDS | 1431 | W | THOMAN | ST | | | | |
| SVC2015-02077 | 04/29/2015 | 05/19/2015 | 05/15/2015 | CLO | WEEDS | 2100 | N | ELIZABETH | AVE | | | | |
| SVC2015-02070 | 04/29/2015 | 05/18/2015 | 05/19/2015 | CLO | TRASH,WEEDS | 2308 | W | MADISON | ST | | | | |
| SVC2015-02104 | 04/30/2015 | 05/30/2015 | 05/06/2015 | CLO | WEEDS | 924 | W | NICHOLS | ST | | | | |
| SVC2015-02141 | 05/01/2015 | 05/31/2015 | 05/04/2015 | CLO | WEEDS | 3010 | W | WALNUT | ST | | | | |
| SVC0000-02779 | 05/04/2015 | 05/22/2015 | 05/22/2015 | CLO | WEEDS | 1885 | N | GRANT | AVE | | | | |
| SVC2015-02176 | 05/04/2015 | 06/04/2015 | 06/01/2015 | CLO | HOUSING,WEEDS | 2440 | S | WESTWOOD | AVE | | | | |
| SVC2015-02208 | 05/04/2015 | 05/29/2015 | 05/26/2015 | CLO | WEEDS | 1035 | W | DIVISION | ST | | | | |
| SVC0000-02774 | 05/04/2015 | 05/22/2015 | 05/26/2015 | CLO | WEEDS | 1502 | N | GRANT | AVE | | | | |
| SVC2015-02227 | 05/04/2015 | 06/03/2015 | 05/06/2015 | CLO | WEEDS | 1112 | N | WEST | AVE | | | | |
| SVC2015-02176 | 05/04/2015 | 06/04/2015 | 06/01/2015 | CLO | HOUSING,WEEDS | 2440 | S | WESTWOOD | AVE | | | | |
| SVC2015-02297 | 05/06/2015 | 05/25/2015 | 05/26/2015 | CLO | WEEDS | 1111 | N | KANSAS | EXPY | | | | |
| SVC2015-02292 | 05/06/2015 | 06/05/2015 | 05/20/2015 | CLO | WEEDS | 2542 | W | HIGH | ST | | | | |
| SVC2015-02381 | 05/07/2015 | 05/28/2015 | 05/28/2015 | CLO | WEEDS | 721 | N | NETTLETON | AVE | | | | |
| SVC2015-02334 | 05/07/2015 | 06/06/2015 | 05/08/2015 | CLO | WEEDS | 759 | S | GRANT | AVE | | | | |
| SVC2015-02401 | 05/08/2015 | 06/07/2015 | 05/28/2015 | CLO | RODENTS,WEED | 504 | E | CHERRY | ST | | | | |
| SVC2015-02401 | 05/08/2015 | 06/07/2015 | 05/28/2015 | CLO | RODENTS,WEED | 504 | E | CHERRY | ST | | | | |
| SVC0000-02870 | 05/11/2015 | 00/00/0000 | 05/15/2015 | CLO | WEEDS | 930 | S | MISSOURI | AVE | | | | |
| SVC2015-02502 | 05/12/2015 | 06/28/2015 | 06/29/2015 | CLO | TRASH,WEEDS | 1150 | S | CRUTCHER | AVE | | | | |
| SVC2015-02502 | 05/12/2015 | 06/28/2015 | 06/29/2015 | CLO | TRASH,WEEDS | 1150 | S | CRUTCHER | AVE | | | | |

| Addr desc sort | fname sort | mi sort | lname sort | Desc sort | reporting dept sort |
|---|---|---|---|---|---|
| | | | ANON | weeds | Health |
| | WEST | | CENTRAL | Neighborhood reports weeds have grown up | PIO |
| | WEST | | CENTRAL | Neighborhood reports weeds have grown up | PIO |
| | WEST | | CENTRAL | Neighborhood reports weeds have grown up | PIO |
| | | | ANON | weeds | Health |
| | | | ANON | weeds in back | Health |
| | | | ANON | weeds | Health |
| | | | ANON | weeds, especially in back | Health |
| | | | ANON | Weeds tall in front. | Health |
| | DALE | | MILAM | back yard was never mowed; 2nd violation w | Health |
| | | | ANON | weeds | Health |
| | WEST | | CENTRAL | Tall grass | PIO |
| | WEST | | CENTRAL | Tall grass, trash and inoperable vehicle in th | PIO |
| | | | ANON | weeds | Health |
| | | | ANON | weeds in yard and brush covering entrance t | PIO |
| | | | ANON | trash at curb blowing and pile in back; peopl | Health |
| | | | ANON | weeds and trash | Health |
| | | | ANON | furniture, tires, and trash again; 5th violation | Health |
| | BRANDON | M | ECKHARDT | There is a large pile of trash in the backyard | PIO |
| | THELMA | | CRAWFORD | Tall grass and snakes. | PIO |
| | FASSNIGHT | | NEIGHBORHOOD | Tall weeds | PIO |
| | FASSNIGHT | | NEIGHBORHOOD | Tall grass and weeds | PIO |
| | | | ANON | tall weeds and trash | PIO |
| | ANDY | T | SIMMONS | There has been lots of limbs and other debr | PIO |
| | ANONYMOU | | | There are at least 4 car tires laying around t | PIO |
| | ANONYMOU | | | There are at least 4 car tires laying around t | PIO |
| | ANONYMOU | | | There are at least 4 car tires laying around t | PIO |
| | WOODLAND | | HEIGHTS | Couch, mattress and other items in the yard | PIO |
| | WOODLAND | | HEIGHTS | Couch, mattress and other items in the yard | PIO |
| | | | ANON | Rental property is trashed. There is trash ar | PIO |
| | | | ANON | Trash and tall weeds, front and back. | PIO |
| | | | ANON | Trash and tall weeds, front and back. | PIO |
| | LARRY | | FORGEY | Caller said the residents refuse to mow the t | PIO |
| | | | ANON | Tall grass at this vacant property. | PIO |
| | BRANDON | | ECKHARDT | trash accumulation on front porch and espec | PIO |
| | BRANDON | | ECKHARDT | trash accumulation on front porch and espec | PIO |
| | BRANDON | | ECKHARDT | trash accumulation on front porch and espec | PIO |
| | | | CALLER | tall weeds and trash setting out for a month | PIO |
| | | | CALLER | weeds and brush around this apartment hou | PIO |
| | | | CALLER | weeds and brush around this apartment hou | PIO |
| | WOODLAND | | HEIGHTS | Trash-messy yard, tall grass | PIO |
| | | | BETTY WARD | Tall weeds. starting up where we left off last | PIO |
| | | | BETTY WARD | tall grass &weeds | PIO |
| | | | BETTY WARD | tall weeds &amp; grass | PIO |
| | | | BETTY WARD | tall weeds &amp; grass | PIO |
| | MARK | | JENNINGS | Tall weeds and trash all over the yard | PIO |
| | | | ANON | Tall grass | PIO |
| | | | ANON | Piling box springfs, mattress next to the hou | PIO |
| | | | ANON | Tall weeds and snakes | PIO |
| | | | ANON | Tall grass front and back | PIO |
| | | | BRANDON ECKHAF | The current residents have 24&quot; tall gra | PIO |
| AT W CRESTVIEW | | | ANON | Junk all over including lgos, lumber and tras | PIO |
| | MARK | | JENNINGS | Tall weeds | PIO |
| | | | BETTY WARD | tall weeds | PIO |
| | | | ANON | Tall grass | PIO |
| AT W CRESTVIEW | | | ANON | Junk all over including lgos, lumber and tras | PIO |
| AT W SCOTT | | | ANON | Tall grass, back is especially bad. | PIO |
| | MARK | | JENNINGS | Tall weeds | PIO |
| | SUE | | MERRITT | this Gatley property has tall weeds in back; r | PIO |
| NW MADISON & GRANT | | | CALLER | Tall weeds | PIO |
| | | | CALLER | tall weeds at this complex. seeing mice and | PIO |
| | | | CALLER | tall weeds at this complex. seeing mice and | PIO |
| | | | RACHEL SANDERS | Grass and weeds are very tall in the yard. | PIO |
| | | | CALLER | trash at front porch. tall weeds | PIO |
| | | | CALLER | trash at front porch. tall weeds | PIO |

| responsible dept sort | cZone sort | hZone sort | census sort | Health Insp sort | Bds Insp sort | Pio Closure sort | nghb report sort | COP sort | nghb sort | updated sort | updater Desc sort |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Health | 1 | ? | 56 | WAGNER,J |  |  |  |  | Doling | 04/28/2011 14:14:40 | lpilgrim |
| Health | 3 | ? | 5 | MUSICK,B. |  | ✓ |  |  | West Central | 08/05/2011 13:37:17 | ccrighto |
| Health | 3 | ? | 5 | MUSICK,B. |  | ✓ |  |  | West Central | 08/05/2011 13:37:17 | ccrighto |
| Health | 3 | ? | 5 | MUSICK,B. |  | ✓ |  |  | West Central | 08/05/2011 13:37:17 | ccrighto |
| Health | 1 | ? | 6 | STUTZ,C. |  |  |  |  | Grant Beach | 05/10/2011 11:43:40 | aeddy |
| Health | 1 | ? | 55 | STUTZ,C. |  |  |  |  | Woodland Heights | 05/17/2011 13:11:52 | aeddy |
| Health | 1 | ? | 55 | MARLOW,V |  |  |  |  | Woodland Heights | 05/25/2011 16:21:14 | aeddy |
| Health | 2 | ? | 23 | MARLOW,V |  |  |  |  | (None) | 05/31/2011 08:56:17 | aeddy |
| Health | 2 | ? | 8 | MUSICK,B |  |  |  |  | Weller | 06/07/2011 16:32:49 | aeddy |
| Health | 1 | ? | 33 | FEISTNER, |  |  |  |  | Tom Watkins | 06/07/2011 14:56:50 | aeddy |
| Health | 1 | ? | 32 | FEISTNER, |  |  |  |  | Heart of the West Side | 06/09/2011 08:02:39 | sfeistner |
| Health | 3 | ? | 5 | MUSICK,B. |  | ✓ |  |  | West Central | 08/05/2011 13:37:34 | ccrighto |
| Health | 3 | ? | 5 | MUSICK,B. |  | ✓ |  |  | West Central | 10/21/2011 10:12:27 | ccrighto |
| Health | 1 | ? | 6 | STUTZ,C. |  |  |  |  | Grant Beach | 06/23/2011 12:44:55 | aeddy |
| Health | 3 | ? | 5 | MUSICK,B. |  | ✓ |  |  | West Central | 08/19/2011 09:14:38 | aeddy |
| Health | 3 | ? | 5 | MUSICK,B. |  |  |  |  | West Central | 10/21/2011 10:12:30 | ccrighto |
| Health | 2 | ? | 8 | STUTZ,C. |  |  |  |  | Weller | 08/24/2011 11:05:38 | lpilgrim |
| Health | 1 | ? | 33 | MUSICK,B. |  |  |  |  | Tom Watkins | 09/08/2011 14:18:40 | lpilgrim |
| Health | 1 | ? | 19 | MUSICK,B. |  | ✓ |  |  | Woodland Heights | 11/04/2011 08:45:46 | aeddy |
| BDS | 1 | ? | ? | ? | obaker | ✓ |  |  | (None) | 05/25/2012 11:23:21 | ccrighto |
| BDS | 3 | ? | ? | ? | llee | ✓ |  |  | Fassnight | 07/09/2012 16:49:33 | ccrighto |
| BDS | 3 | ? | ? | ? | llee | ✓ |  |  | Fassnight | 07/09/2012 16:49:40 | ccrighto |
| BDS | 3 | ? | ? | ? | llee | ✓ |  |  | Fassnight | 06/22/2012 08:17:18 | aeddy |
| BDS | 1 | ? | ? | ? | bmusick | ✓ |  |  | Grant Beach | 07/11/2014 08:59:25 | aeddy |
| BDS | 1 | ? | ? | ? | kwilliam | ✓ |  |  | Mid-Town Neighborhood | 08/15/2014 08:14:36 | aeddy |
| BDS | 1 | ? | ? | ? | kwilliam | ✓ |  |  | Mid-Town Neighborhood | 08/15/2014 08:14:36 | aeddy |
| BDS | 1 | ? | ? | ? | kwilliam | ✓ |  |  | Mid-Town Neighborhood | 08/15/2014 08:14:36 | aeddy |
| BDS | 1 | ? | ? | ? | kwilliam | ✓ |  |  | Woodland Heights | 12/17/2014 10:44:00 | ccrighto |
| BDS | 1 | ? | ? | ? | kwilliam | ✓ |  |  | Woodland Heights | 12/17/2014 10:44:00 | ccrighto |
| BDS | 2 | ? | ? | ? | ccash | ✓ |  |  | Doling | 12/12/2014 08:06:28 | aeddy |
| BDS | 1 | ? | ? | ? | ccash | ✓ |  |  | Doling | 10/17/2014 09:44:20 | aeddy |
| BDS | 1 | ? | ? | ? | ccash | ✓ |  |  | Doling | 10/17/2014 09:44:20 | aeddy |
| BDS | 3 | ? | ? | ? | dgateley | ✓ |  |  | West Central | 09/26/2014 07:56:49 | aeddy |
| BDS | 1 | ? | ? | ? | kwilliam | ✓ |  |  | Westside | 10/31/2014 08:53:01 | aeddy |
| BDS | 1 | ? | ? | ? | ccash | ✓ |  |  | Woodland Heights | 04/24/2015 10:53:58 | ccrighto |
| BDS | 1 | ? | ? | ? | ccash | ✓ |  |  | Woodland Heights | 04/24/2015 10:53:58 | ccrighto |
| BDS | 1 | ? | ? | ? | ccash | ✓ |  |  | Woodland Heights | 04/24/2015 10:53:58 | ccrighto |
| BDS | 3 | ? | ? | ? | dgateley | ✓ |  |  | West Central | 11/14/2014 08:15:02 | aeddy |
| BDS | 1 | ? | ? | ? | bmusick | ✓ |  |  | Westside | 05/22/2015 08:41:41 | aeddy |
| BDS | 1 | ? | ? | ? | bmusick | ✓ |  |  | Westside | 05/22/2015 08:41:41 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ |  |  | Woodland Heights | 08/26/2015 11:06:47 | ccrighto |
| BDS | 3 | ? | ? | ? | llee | ✓ |  |  | Fassnight | 05/04/2015 09:56:34 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ |  |  | Woodland Heights | 05/08/2015 08:29:22 | aeddy |
| BDS | 3 | ? | ? | ? | kwilliam | ✓ |  |  | West Central | 05/15/2015 09:44:00 | aeddy |
| BDS | 3 | ? | ? | ? | kwilliam | ✓ |  |  | West Central | 05/15/2015 09:44:00 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ |  |  | Woodland Heights | 05/08/2015 08:33:09 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ |  |  | Tom Watkins | 05/22/2015 08:42:09 | aeddy |
| BDS | 1 | ? | ? | ? | bmusick | ✓ |  |  | Westside | 05/22/2015 08:42:07 | aeddy |
| BDS | 1 | ? | ? | ? | kwilliam | ✓ |  |  | Grant Beach | 05/08/2015 08:34:33 | aeddy |
| BDS | 1 | ? | ? | ? | bmusick | ✓ |  |  | Westside | 05/08/2015 08:34:41 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ |  |  | Woodland Heights | 05/29/2015 10:08:48 | aeddy |
| BDS | 3 | ? | ? | ? | llee | ✓ |  |  | (None) | 06/05/2015 08:52:32 | aeddy |
| BDS | 1 | ? | ? | ? | kwilliam | ✓ |  |  | Grant Beach | 08/19/2015 14:59:00 | ccrighto |
| BDS | 1 | ? | ? | ? | kwilliam | ✓ |  |  | Grant Beach | 08/19/2015 14:58:52 | ccrighto |
| BDS | 1 | ? | ? | ? | bmusick | ✓ |  |  | Heart of the West Side | 05/08/2015 08:34:58 | aeddy |
| BDS | 3 | ? | ? | ? | llee | ✓ |  |  | (None) | 06/05/2015 08:52:32 | aeddy |
| BDS | 1 | ? | ? | ? | bmusick | ✓ |  |  | Heart of the West Side | 05/29/2015 10:19:17 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ |  |  | Tom Watkins | 05/22/2015 08:42:21 | aeddy |
| BDS | 1 | ? | ? | ? | kwilliam | ✓ |  |  | Grant Beach | 08/19/2015 14:59:07 | ccrighto |
| BDS | 3 | ? | ? | ? | kwilliam | ✓ |  |  | West Central | 05/08/2015 08:35:06 | aeddy |
| BDS | 3 | ? | ? | ? | llee | ✓ |  |  | (None) | 05/29/2015 10:19:33 | aeddy |
| BDS | 3 | ? | ? | ? | llee | ✓ |  |  | (None) | 05/29/2015 10:19:33 | aeddy |
| BDS | 3 | ? | ? | ? | kwilliam | ✓ |  |  | West Central | 05/22/2015 08:40:40 | aeddy |
| BDS | 2 | ? | ? | ? | llee | ✓ |  |  | Oak Grove | 07/02/2015 09:03:55 | aeddy |
| BDS | 2 | ? | ? | ? | llee | ✓ |  |  | Oak Grove | 07/02/2015 09:03:55 | aeddy |

| Total:197 sort | Recd Sort1 A | Target sort | Finaled sort | status sort | reqType sort | st# sort | stPfx sort | stName sort | stType sort | stUnit sort | stFrac sort | stSfx sort |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SVC2015-02511 | 05/12/2015 | 05/28/2015 | 06/01/2015 | CLO | TRASH,WEEDS | 2120 | N | BROADWAY | AVE | | | |
| SVC2015-02514 | 05/12/2015 | 06/11/2015 | 05/29/2015 | CLO | WEEDS | 2235 | E | BATTLEFIELD | RD | | | |
| SVC2015-02630 | 05/13/2015 | 06/03/2015 | 06/03/2015 | CLO | WEEDS | 944 | S | NEW | AVE | | | |
| SVC0000-02923 | 05/13/2015 | 05/30/2015 | 05/27/2015 | CLO | WEEDS | 932 | S | NETTLETON | AVE | | | |
| SVC2015-02635 | 05/13/2015 | 05/30/2015 | 05/20/2015 | CLO | WEEDS | 2115 | N | KANSAS | AVE | | | |
| SVC2015-02664 | 05/14/2015 | 06/13/2015 | 06/01/2015 | CLO | WEEDS | 1935 | N | LONE PINE | AVE | | | |
| SVC2015-02740 | 05/18/2015 | 06/03/2015 | 06/03/2015 | CLO | WEEDS | 1816 | N | COLGATE | AVE | | | |
| SVC2015-02721 | 05/18/2015 | 06/16/2015 | 06/16/2015 | CLO | WEEDS | 1657 | N | HAYES | AVE | | | |
| SVC2015-02710 | 05/18/2015 | 06/03/2015 | 06/04/2015 | CLO | WEEDS | 700 | N | HILLCREST | AVE | | | |
| SVC2015-02761 | 05/18/2015 | 06/17/2015 | 05/20/2015 | CLO | WEEDS | 1502 | N | GRANT | AVE | | | |
| SVC2015-02807 | 05/19/2015 | 06/09/2015 | 06/01/2015 | CLO | INOPERABLE VEH | 1638 | N | DRURY | AVE | | | |
| SVC2015-02807 | 05/19/2015 | 06/09/2015 | 06/01/2015 | CLO | INOPERABLE VEH | 1638 | N | DRURY | AVE | | | |
| SVC2015-02827 | 05/20/2015 | 06/19/2015 | 05/27/2015 | CLO | WEEDS | 811 | S | NEW | AVE | | | |
| SVC2015-02831 | 05/20/2015 | 11/02/2015 | 11/17/2015 | CLO | TRASH,WEEDS | 715 | E | DALE | ST | | | |
| SVC2015-02831 | 05/20/2015 | 11/02/2015 | 11/17/2015 | CLO | TRASH,WEEDS | 715 | E | DALE | ST | | | |
| SVC2015-02831 | 05/20/2015 | 11/02/2015 | 11/17/2015 | CLO | TRASH,WEEDS | 715 | E | DALE | ST | | | |
| SVC2015-03231 | 06/02/2015 | 06/19/2015 | 06/24/2015 | CLO | TRASH,WEEDS | 501 | N | WEST | AVE | | | |
| SVC2015-03372 | 06/05/2015 | 06/23/2015 | 06/18/2015 | CLO | WEEDS | 2844 | W | WASHITA | ST | | | |
| SVC2015-03476 | 06/09/2015 | 06/25/2015 | 06/25/2015 | CLO | WEEDS | 829 | N | FARMER | AVE | | | |
| SVC2015-03544 | 06/10/2015 | 07/06/2015 | 07/06/2015 | CLO | TRASH,WEEDS | 1628 | N | IRVING | AVE | | | |
| SVC2015-03544 | 06/10/2015 | 07/06/2015 | 07/06/2015 | CLO | TRASH,WEEDS | 1628 | N | IRVING | AVE | | | |
| SVC2015-03646 | 06/15/2015 | 07/03/2015 | 07/07/2015 | CLO | WEEDS | 1218 | W | WEBSTER | ST | | | |
| SVC2015-03628 | 06/15/2015 | 07/15/2015 | 06/16/2015 | CLO | WEEDS | 1675 | E | DALE | ST | | | |
| SVC2015-03675 | 06/16/2015 | 07/03/2015 | 07/02/2015 | CLO | WEEDS | 1628 | N | IRVING | AVE | | | |
| SVC2015-03657 | 06/16/2015 | 07/03/2015 | 09/04/2015 | CLO | WEEDS | 1350 | S | NEWTON | AVE | | | |
| SVC2015-03765 | 06/18/2015 | 07/18/2015 | 06/19/2015 | CLO | WEEDS | 826 | N | NATIONAL | AVE | | | |
| SVC2015-03833 | 06/22/2015 | 07/22/2015 | 06/23/2015 | CLO | WEEDS | 2761 | W | LATOKA | ST | | | |
| SVC2015-03831 | 06/22/2015 | 07/29/2015 | 07/29/2015 | CLO | WEEDS | 1350 | N | WABASH | AVE | | | |
| SVC2015-03827 | 06/22/2015 | 07/22/2015 | 06/24/2015 | CLO | WEEDS | 621 | W | MADISON | ST | | | |
| SVC2015-03825 | 06/22/2015 | 07/22/2015 | 06/22/2015 | CLO | WEEDS | 1433 | E | BLAINE | ST | | | |
| SVC2015-03890 | 06/23/2015 | 07/09/2015 | 07/09/2015 | CLO | WEEDS | 3242 | W | PAGE | ST | | | |
| SVC2015-03908 | 06/23/2015 | 07/09/2015 | 07/09/2015 | CLO | WEEDS | 727 | S | DOUGLAS | AVE | | | |
| SVC2015-04010 | 06/25/2015 | 07/10/2015 | 07/10/2015 | CLO | WEEDS | 2035 | N | PICKWICK | AVE | | | |
| SVC2015-04049 | 06/25/2015 | 07/25/2015 | 06/26/2015 | CLO | WEEDS | 2312 | E | ATLANTIC | ST | | | |
| SVC2015-04088 | 06/26/2015 | 07/15/2015 | 07/08/2015 | CLO | WEEDS | 720 | E | COMMERCIAL | ST | | | |
| SVC2015-04079 | 06/26/2015 | 07/26/2015 | 06/29/2015 | CLO | WEEDS | 2131 | W | ATLANTIC | ST | | | |
| SVC2015-04190 | 06/29/2015 | 07/29/2015 | 06/30/2015 | CLO | TRASH,WEEDS | 1715 | N | NATIONAL | AVE | | | |
| SVC2015-04249 | 07/01/2015 | 07/17/2015 | 08/03/2015 | CLO | WEEDS | 1065 | E | PACIFIC | ST | | | |
| SVC2015-04365 | 07/06/2015 | 07/23/2015 | 09/25/2015 | CLO | WEEDS | 944 | S | NEW | AVE | | | |
| SVC0000-03882 | 07/09/2015 | 07/30/2015 | 08/27/2015 | CLO | WEEDS | 825 | S | FORT | AVE | | | |
| SVC2015-04482 | 07/10/2015 | 08/02/2015 | 10/07/2015 | CLO | WEEDS | 924 | W | NICHOLS | ST | | | |
| SVC2015-04512 | 07/13/2015 | 08/12/2015 | 07/14/2015 | CLO | WEEDS | 2035 | N | PICKWICK | AVE | | | |
| SVC2015-04737 | 07/16/2015 | 08/15/2015 | 07/17/2015 | CLO | WEEDS | 431 | W | DIVISION | ST | | | |
| SVC2015-04735 | 07/16/2015 | 08/06/2015 | 08/07/2015 | CLO | WEEDS | 423 | W | DIVISION | ST | | | |
| SVC2015-04732 | 07/16/2015 | 08/15/2015 | 07/20/2015 | CLO | WEEDS | 1502 | N | GRANT | AVE | | | |
| SVC2015-05074 | 07/22/2015 | 08/09/2015 | 08/14/2015 | CLO | WEEDS | 910 | S | KANSAS | AVE | | | |
| SVC2015-05170 | 07/24/2015 | 08/12/2015 | 09/15/2015 | CLO | WEEDS | 831 | W | SCOTT | ST | | | |
| SVC2015-05308 | 07/28/2015 | 08/14/2015 | 08/20/2015 | CLO | WEEDS | 652 | S | CAMPBELL | AVE | | | |
| SVC2015-05373 | 07/29/2015 | 08/28/2015 | 08/07/2015 | CLO | WEEDS | 1953 | W | ATLANTIC | ST | | | |
| SVC2015-05494 | 07/31/2015 | 08/18/2015 | 08/20/2015 | CLO | WEEDS | 2035 | N | PICKWICK | AVE | | | |
| SVC2015-05556 | 08/03/2015 | 08/22/2015 | 08/25/2015 | CLO | WEEDS | 2514 | W | MONROE | ST | | | |
| SVC2015-05539 | 08/03/2015 | 08/26/2015 | 08/27/2015 | CLO | WEEDS | 1035 | W | DIVISION | ST | | | |
| SVC2015-05652 | 08/05/2015 | 08/22/2015 | 08/25/2015 | CLO | WEEDS | 1111 | N | KANSAS | EXPY | | | |
| SVC2015-05758 | 08/11/2015 | 08/28/2015 | 09/02/2015 | CLO | WEEDS | 1910 | W | THOMAN | ST | | | |
| SVC2015-05903 | 08/13/2015 | 10/04/2015 | 10/19/2015 | CLO | TRASH,WEEDS | 3254 | W | LOMBARD | ST | | | |
| SVC2015-05903 | 08/13/2015 | 10/04/2015 | 10/19/2015 | CLO | TRASH,WEEDS | 3254 | W | LOMBARD | ST | | | |
| SVC2015-05903 | 08/13/2015 | 10/04/2015 | 10/19/2015 | CLO | TRASH,WEEDS | 3254 | W | LOMBARD | ST | | | |
| SVC2015-06293 | 08/24/2015 | 09/16/2015 | 09/14/2015 | CLO | TRASH,WEEDS | 714 | W | CALHOUN | ST | | | |
| SVC2015-06437 | 08/26/2015 | 09/15/2015 | 09/17/2015 | CLO | WEEDS | 721 | N | NETTLETON | AVE | | | |
| SVC2015-06514 | 08/28/2015 | 09/28/2015 | 09/17/2015 | CLO | TRASH,WEEDS | 804 | N | WEST | AVE | | | |
| SVC2015-06514 | 08/28/2015 | 09/28/2015 | 09/17/2015 | CLO | TRASH,WEEDS | 804 | N | WEST | AVE | | | |
| SVC0000-05112 | 09/10/2015 | 00/00/0000 | 11/12/2015 | CLO | WEEDS | 2627 | N | BROADWAY | AVE | | | |
| SVC2015-07013 | 09/14/2015 | 10/14/2015 | 09/22/2015 | CLO | TRASH,WEEDS | 1035 | N | BROADWAY | AVE | | | |
| SVC2015-08207 | 11/04/2015 | 12/04/2015 | 11/06/2015 | CLO | WEEDS | 3317 | W | GRAND | ST | | | |
| SVC0000-09140 | 04/21/2016 | 05/12/2016 | 05/09/2016 | CLO | WEEDS | 2908 | W | LATOKA | ST | | | |

| Addr desc sort | fname sort | mi sort | lname sort | Desc sort | reporting dept sort |
|---|---|---|---|---|---|
| | | | ANON | House is vacant. Weeds are very tall. Big d | PIO |
| | | | ANON | This place looks like a jungle. | BDS |
| | | | ANON | Tall weeds | PIO |
| | | | ABBY OBERKROM | The rental house next door to me has been | PIO |
| | | | ANON | Weeds | BDS |
| | | | ANON | Tall weeds | PIO |
| | | | ANON | Weeds | BDS |
| | | | ANON | Tall grass | PIO |
| | | | ANON | Vacant lot with very tall grass.   Weeds grow | PIO |
| | MARK | | JENNINGS | tall weeds | PIO |
| | | | ANON | Overgrown, IV, trash, furniture | BDS |
| | | | ANON | Overgrown, IV, trash, furniture | BDS |
| | | | ANON | Tall weeds | PIO |
| | | | ANON | Trash and overgrowth | BDS |
| | | | ANON | Trash and overgrowth | BDS |
| | | | ANON | Trash and overgrowth | BDS |
| AT W PHELPS | | | CALLER | tall weeds. house vacated. trash scattered. | PIO |
| | | | ANON | Tall weeds, poison oak and ivy. | PIO |
| | | | ANON | tall weeds | PIO |
| | MARK | | JENNINGS | The house to the south of 1632 n Irving, tras | PIO |
| | MARK | | JENNINGS | The house to the south of 1632 n Irving, tras | PIO |
| | | | ANON | Tall grass | BDS |
| | | | ANON | Tall grass and overgrown bushes and tress. | PIO |
| | | | ANON | Needs to be mowed. | BDS |
| | BETTY | | HILLEN | Back yard hasn't been mowed in about 3 ye | PIO |
| | | | ANON | Overgrowth, downed limbs and rank vegeati | BDS |
| | | | ANON | Tall grass | BDS |
| | | | ANON | Tall grass | BDS |
| | TINA | | ANON | Caller said she had a serious case of poison | PIO |
| | WELLER | | NEIGHBORHOOD | Yard is very overgrown. | PIO |
| | A | | ANON | Tall weeds front and back | PIO |
| | WEST | | CENTRAL | Overgrown yard | PIO |
| | FAITH | AS | BUELL | Tall grass, neighbors seeing snakes | PIO |
| | | | ANON | Weeds and overgrowth | PIO |
| | | | ANON | tall weeds and or overgrowth | PIO |
| | | | ANON | Tall weeds | BDS |
| | | | ANON | Lots of weeds.  Couch and recliner on the fr | PIO |
| | | | CALLER | Tall weeds front and back | PIO |
| | | | CALLER | Tall weeds at this vacated property | PIO |
| | | | A. H, | grass not mowed, several piles of furniture b | PIO |
| | | | CALLER | Tall weeds | PIO |
| | | | CALLER | Tall grass in BACK. view from alley | PIO |
| | GRANT | | BEACH | Tall grass | PIO |
| | GRANT | | BEACH | Tall grass | PIO |
| | GRANT | | BEACH | Tall grass | PIO |
| | | | ANON | Back yard is tall, but front is taller, about 4 fe | PIO |
| | JAMI | | EARLYWINE | tall grass | PIO |
| | | | CALLER | tall weeds | PIO |
| | | | ANON | Weeds | BDS |
| | | | ANON | Tall grass, vacant property | PIO |
| | | | ANON | Tall grass | BDS |
| | MARK | | JENNINGS | Tall weeds | PIO |
| AT W SCOTT | | | CALLER | Tall grass at this vacant house | PIO |
| | BARBARA | | MYERS | tall weeds | PIO |
| | MICHELLE | | ANON | Trash everywhere. Tall grass. | PIO |
| | MICHELLE | | ANON | Trash everywhere. Tall grass. | PIO |
| | MICHELLE | | ANON | Trash everywhere. Tall grass. | PIO |
| | | | ANON | Tall grass, front and back.  Tires in the front | PIO |
| | | | ANON | Back yard has weeds 6 feet tall, can see fro | PIO |
| | | | ANON | Tall weeds, about 2 feet in the back. House | PIO |
| | | | ANON | Tall weeds, about 2 feet in the back. House | PIO |
| | | | CONNIE HERR | Grass in ditch and yard are tall and have not | PIO |
| | MARK | | JENNINGS | WeedsGarage not securedtrash dumped on | PIO |
| | | | CALLER | tall weeds. can view back from W Lombard | PIO |
| | | | BRETT HEMAN | This residence, which I am guessing is a ren | PIO |

| responsible dept. sort | cZone sort | hZone sort | census sort | Health Insp sort | Bds Insp sort | Pio Closure sort | nghb report sort | COP sort | nghb sort | updated sort | updater sort |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BDS | 1 | ? | ? | ? | dgateley | | | | Woodland Heights | 06/05/2015 08:53:03 | aeddy |
| BDS | 4 | ? | ? | ? | llee | | | | (None) | 05/13/2015 07:34:46 | sgriffith |
| BDS | 3 | ? | ? | ? | kwilliam | ✓ | | | West Central | 06/05/2015 08:53:26 | aeddy |
| BDS | 3 | ? | ? | ? | kwilliam | ✓ | | | West Central | 05/29/2015 10:08:51 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | | | | Tom Watkins | 05/14/2015 09:01:07 | sgriffith |
| BDS | 2 | ? | ? | ? | ccash | ✓ | | | (None) | 06/05/2015 08:53:36 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | | | | Tom Watkins | 05/19/2015 07:45:05 | sgriffith |
| BDS | 2 | ? | ? | ? | ccash | ✓ | | | (None) | 06/19/2015 09:06:56 | aeddy |
| BDS | 1 | ? | ? | ? | chasick | | | | Bissett | 09/25/2017 12:26:12 | sjacobso |
| BDS | 1 | ? | ? | ? | kwilliam | ✓ | | | Grant Beach | 08/19/2015 14:59:20 | ccrighto |
| BDS | 1 | ? | ? | ? | dgateley | | | | Tom Watkins | 05/19/2015 15:35:42 | sgriffith |
| BDS | 1 | ? | ? | ? | dgateley | | | | Tom Watkins | 05/19/2015 15:35:42 | sgriffith |
| BDS | 3 | ? | ? | ? | kwilliam | ✓ | | | West Central | 05/29/2015 10:19:50 | aeddy |
| BDS | 1 | ? | ? | ? | ccash | | | | Robberson | 05/20/2015 12:56:21 | sgriffith |
| BDS | 1 | ? | ? | ? | ccash | | | | Robberson | 05/20/2015 12:56:21 | sgriffith |
| BDS | 1 | ? | ? | ? | ccash | | | | Robberson | 05/20/2015 12:56:21 | sgriffith |
| BDS | 1 | ? | ? | ? | bmusick | ✓ | | | Westside | 06/26/2015 08:16:19 | aeddy |
| BDS | 3 | ? | ? | ? | dwneal | ✓ | | | (None) | 06/19/2015 09:08:14 | aeddy |
| BDS | 1 | ? | ? | ? | dwneal | ✓ | | | Heart of the West Side | 06/26/2015 08:16:49 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ | | | Grant Beach | 07/10/2015 08:45:39 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ | | | Grant Beach | 07/10/2015 08:45:39 | aeddy |
| BDS | 1 | ? | ? | ? | dwneal | | | | Grant Beach | 06/16/2015 06:55:47 | sgriffith |
| BDS | 2 | ? | ? | ? | sgriffith | ✓ | | | Robberson | 06/19/2015 09:08:51 | aeddy |
| BDS | 1 | ? | ? | ? | dwneal | | | | Grant Beach | 06/16/2015 10:18:19 | sgriffith |
| BDS | 3 | ? | ? | ? | dwneal | ✓ | | | Fassnight | 09/11/2015 08:51:47 | aeddy |
| BDS | 2 | ? | ? | ? | sgriffith | | | | Weller | 06/18/2015 14:29:13 | sgriffith |
| BDS | 3 | ? | ? | ? | dwneal | | | | (None) | 06/22/2015 14:04:17 | sgriffith |
| BDS | 1 | ? | ? | ? | dwneal | | | | Heart of the West Side | 06/22/2015 14:03:03 | sgriffith |
| BDS | 3 | ? | ? | ? | dwneal | ✓ | | | West Central | 06/26/2015 08:17:33 | aeddy |
| BDS | 2 | ? | ? | ? | sgriffith | ✓ | | | Weller | 07/16/2015 11:58:57 | ccrighto |
| BDS | 1 | ? | ? | ? | dwneal | ✓ | | | Westside | 07/10/2015 08:46:21 | aeddy |
| BDS | 3 | ? | ? | ? | dwneal | ✓ | | | West Central | 07/10/2015 08:46:22 | aeddy |
| BDS | 2 | ? | ? | ? | rrykowski | ✓ | | | Robberson | 07/17/2015 10:15:03 | aeddy |
| BDS | 2 | ? | ? | ? | rrykowski | ✓ | | | (None) | 07/02/2015 09:05:10 | aeddy |
| BDS | 1 | ? | ? | ? | dwneal | ✓ | | | Mid-Town Neighborhood | 07/10/2015 08:46:36 | aeddy |
| BDS | 1 | ? | ? | ? | dwneal | | | | Tom Watkins | 06/26/2015 13:51:08 | sgriffith |
| BDS | 1 | ? | ? | ? | dgateley | ✓ | | | Mid-Town Neighborhood | 07/02/2015 09:05:57 | aeddy |
| BDS | 1 | ? | ? | ? | dwneal | ✓ | | | Mid-Town Neighborhood | 08/03/2015 08:57:43 | aeddy |
| BDS | 3 | ? | ? | ? | dwneal | ✓ | | | West Central | 10/02/2015 09:50:59 | aeddy |
| BDS | 3 | ? | ? | ? | bmusick | ✓ | | | West Central | 08/28/2015 08:16:14 | aeddy |
| BDS | 1 | ? | ? | ? | dwneal | ✓ | | | Grant Beach | 10/09/2015 08:11:51 | aeddy |
| BDS | 2 | ? | ? | ? | rrykowski | ✓ | | | Robberson | 07/17/2015 10:16:12 | aeddy |
| BDS | 1 | ? | ? | ? | dwneal | ✓ | | | Grant Beach | 08/19/2015 14:59:44 | ccrighto |
| BDS | 1 | ? | ? | ? | dwneal | ✓ | | | Grant Beach | 11/19/2015 09:07:59 | ccrighto |
| BDS | 1 | ? | ? | ? | dwneal | ✓ | | | Grant Beach | 08/19/2015 14:59:43 | ccrighto |
| BDS | 1 | ? | ? | ? | dwneal | ✓ | | | West Central | 08/17/2015 12:36:35 | aeddy |
| BDS | 1 | ? | ? | ? | dwneal | ✓ | | | Grant Beach | 09/18/2015 08:20:28 | aeddy |
| BDS | 3 | ? | ? | ? | dwneal | ✓ | | | West Central | 08/24/2015 08:30:43 | aeddy |
| BDS | 1 | ? | ? | ? | dwneal | | | | Tom Watkins | 08/04/2015 14:48:38 | sgriffith |
| BDS | 2 | ? | ? | ? | dwneal | ✓ | | | Robberson | 08/24/2015 08:31:09 | aeddy |
| BDS | 1 | ? | ? | ? | dwneal | | | | Westside | 08/04/2015 14:59:18 | sgriffith |
| BDS | 1 | ? | ? | ? | dwneal | ✓ | | | Grant Beach | 08/28/2015 08:30:47 | aeddy |
| BDS | 1 | ? | ? | ? | dwneal | ✓ | | | Heart of the West Side | 08/28/2015 08:31:07 | aeddy |
| BDS | 1 | ? | ? | ? | dwneal | ✓ | | | Tom Watkins | 09/04/2015 08:34:44 | aeddy |
| BDS | 3 | ? | ? | ? | dgateley | ✓ | | | Westside | 10/23/2015 09:20:08 | aeddy |
| BDS | 3 | ? | ? | ? | dgateley | ✓ | | | Westside | 10/23/2015 09:20:08 | aeddy |
| BDS | 3 | ? | ? | ? | dgateley | ✓ | | | Westside | 10/23/2015 09:20:08 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ | | | Grant Beach | 09/18/2015 08:21:52 | aeddy |
| BDS | 1 | ? | ? | ? | dwneal | ✓ | | | Grant Beach | 09/18/2015 08:22:11 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ | | | Heart of the West Side | 09/18/2015 08:22:23 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ | | | Heart of the West Side | 09/18/2015 08:22:23 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ | | | Doling | 11/13/2015 08:56:24 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ | | | Grant Beach | 09/25/2015 08:26:58 | aeddy |
| BDS | 3 | ? | ? | ? | bmusick | ✓ | | | Westside | 11/13/2015 08:59:31 | aeddy |
| BDS | 3 | ? | ? | ? | kwilliam | ✓ | | | (None) | 05/13/2016 08:07:47 | ccrighto |

| Total:197 sort | Recd Sort1 A | Target sort | Finaled sort | status sort | reqType sort | st# sort | stPfx sort | stName sort | stType sort | stUnit sort | stFrac sort | stSfx sort Desc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SVC2016-02108 | 04/21/2016 | 05/06/2016 | 04/28/2016 | CLO | WEEDS | 1035 | N | BROADWAY | AVE | | | |
| SVC2016-02163 | 04/22/2016 | 05/09/2016 | 04/29/2016 | CLO | WEEDS | 924 | W | CENTRAL | ST | | | |
| SVC2016-02312 | 04/26/2016 | 05/19/2016 | 05/04/2016 | CLO | WEEDS | 727 | S | DOUGLAS | AVE | | | |
| SVC2016-02309 | 04/26/2016 | 05/26/2016 | 05/02/2016 | CLO | WEEDS | 3970 | W | GROTON | ST | | | |
| SVC2016-02277 | 04/26/2016 | 05/11/2016 | 04/28/2016 | CLO | WEEDS | 804 | W | LOCUST | ST | | | |
| SVC2016-02349 | 04/27/2016 | 05/16/2016 | 05/18/2016 | CLO | WEEDS | 2634 | W | MADISON | ST | | | |
| SVC2016-02393 | 04/28/2016 | 05/13/2016 | 05/18/2016 | CLO | WEEDS | 2115 | N | KANSAS | AVE | | | |
| SVC2016-02376 | 04/28/2016 | 05/16/2016 | 05/18/2016 | CLO | WEEDS | 3010 | W | WALNUT | ST | | | |
| SVC2016-02527 | 05/03/2016 | 06/02/2016 | 05/10/2016 | CLO | WEEDS | 2440 | S | WESTWOOD | AVE | | | |
| SVC2016-02680 | 05/05/2016 | 05/25/2016 | 05/17/2016 | CLO | WEEDS | 2120 | N | KANSAS | EXPY | | | |
| SVC2016-02650 | 05/05/2016 | 06/04/2016 | 06/15/2016 | CLO | WEEDS | 1300 | E | DIVISION | ST | | | |
| SVC2016-02642 | 05/05/2016 | 06/04/2016 | 05/10/2016 | CLO | WEEDS | 501 | N | WEST | AVE | | | |
| SVC0000-09443 | 05/06/2016 | 05/25/2016 | 05/31/2016 | CLO | WEEDS | 2856 | W | HARRISON | ST | | | |
| SVC0000-09435 | 05/06/2016 | 05/25/2016 | 05/16/2016 | CLO | WEEDS | 2627 | N | BROADWAY | AVE | | | |
| SVC0000-09464 | 05/08/2016 | 01/05/2320 | 06/15/2016 | CLO | WEEDS | 430 | S | NEWTON | AVE | | | |
| SVC2016-02749 | 05/09/2016 | 05/26/2016 | 05/16/2016 | CLO | WEEDS | 1223 | S | NEW | AVE | | | |
| SVC2016-02740 | 05/09/2016 | 05/26/2016 | 05/24/2016 | CLO | WEEDS | 829 | N | FARMER | AVE | | | |
| SVC2016-02806 | 05/10/2016 | 05/28/2016 | 05/31/2016 | CLO | WEEDS | 924 | W | NICHOLS | ST | | | |
| SVC2016-02793 | 05/10/2016 | 06/09/2016 | 05/13/2016 | CLO | WEEDS | 2035 | N | PICKWICK | AVE | | | |
| SVC0000-09504 | 05/10/2016 | 05/26/2016 | 06/01/2016 | CLO | WEEDS | 910 | S | KANSAS | AVE | | | |
| SVC2016-02839 | 05/11/2016 | 05/28/2016 | 05/31/2016 | CLO | WEEDS | 802 | W | MOUNT VERNON | ST | | | |
| SVC2016-02897 | 05/12/2016 | 05/31/2016 | 06/01/2016 | CLO | WEEDS | 2100 | N | ELIZABETH | AVE | | | |
| SVC2016-02893 | 05/12/2016 | 05/31/2016 | 05/25/2016 | CLO | WEEDS | 2721 | W | LINCOLN | ST | | | |
| SVC2016-02892 | 05/12/2016 | 05/31/2016 | 05/25/2016 | CLO | WEEDS | 2727 | W | LINCOLN | ST | | | |
| SVC2016-02914 | 05/13/2016 | 06/12/2016 | 05/18/2016 | CLO | WEEDS | 800 | W | DELLA | ST | | | |
| SVC2016-03052 | 05/19/2016 | 06/04/2016 | 06/06/2016 | CLO | WEEDS | 3242 | W | PAGE | ST | | | |
| SVC0000-09740 | 05/23/2016 | 06/08/2016 | 06/09/2016 | CLO | WEEDS | 2730 | W | CHESTNUT | ST | | | |
| SVC0000-09888 | 05/31/2016 | 06/18/2016 | 06/20/2016 | CLO | WEEDS | 930 | S | MISSOURI | AVE | | | |
| SVC2016-03329 | 05/31/2016 | 06/22/2016 | 06/17/2016 | CLO | WEEDS | 1531 | W | WEBSTER | ST | | | |
| SVC2016-03602 | 06/07/2016 | 06/24/2016 | 06/24/2016 | CLO | WEEDS | 1333 | S | PRINCE | LN | | | |
| SVC2016-03592 | 06/07/2016 | 06/24/2016 | 06/28/2016 | CLO | WEEDS | 818 | W | SCOTT | ST | | | |
| SVC2016-03584 | 06/07/2016 | 06/24/2016 | 06/28/2016 | CLO | WEEDS | 1035 | N | BROADWAY | AVE | | | |
| SVC2016-03717 | 06/10/2016 | 06/29/2016 | 06/30/2016 | CLO | WEEDS | 1885 | N | GRANT | AVE | | | |
| SVC2016-03754 | 06/13/2016 | 06/29/2016 | 06/30/2016 | CLO | WEEDS | 924 | W | NICHOLS | ST | | | |
| SVC2016-03972 | 06/14/2016 | 07/05/2016 | 08/03/2016 | CLO | WEEDS | 2109 | S | NATIONAL | AVE | | | |
| SVC2016-03927 | 06/16/2016 | 07/06/2016 | 06/21/2016 | CLO | WEEDS | 2105 | N | ALBERTHA | AVE | | | |
| SVC2016-04050 | 06/17/2016 | 07/17/2016 | 06/27/2016 | CLO | WEEDS | 909 | N | EAGLE | AVE | | | |
| SVC2016-04015 | 06/17/2016 | 07/17/2016 | 06/22/2016 | CLO | WEEDS | 1018 | W | LYNN | ST | | | |
| SVC2016-04030 | 06/17/2016 | 07/17/2016 | 06/23/2016 | CLO | WEEDS | 1218 | W | WEBSTER | ST | | | |
| SVC2016-03985 | 06/17/2016 | 07/17/2016 | 07/11/2016 | CLO | WEEDS | 2901 | W | GRAND | ST | | | |
| SVC0000-10275 | 06/19/2016 | 07/06/2016 | 07/07/2016 | CLO | WEEDS | 700 | N | HILLCREST | AVE | | | |
| SVC2016-04167 | 06/22/2016 | 07/22/2016 | 06/29/2016 | CLO | WEEDS | 1065 | E | PACIFIC | ST | | | |
| SVC2016-04323 | 06/27/2016 | 08/22/2016 | 08/24/2016 | CLO | WEEDS | 206 | S | SCENIC | AVE | | | |
| SVC2016-04322 | 06/27/2016 | 07/16/2016 | 07/18/2016 | CLO | WEEDS | 204 | S | SCENIC | AVE | | | |
| SVC2016-04369 | 06/28/2016 | 07/28/2016 | 07/01/2016 | CLO | WEEDS | 1636 | W | THOMAN | ST | | | |
| SVC0000-10458 | 06/29/2016 | 07/22/2016 | 07/25/2016 | CLO | WEEDS | 711 | N | PARK | AVE | | | |
| SVC2016-05056 | 07/18/2016 | 08/17/2016 | 07/20/2016 | CLO | WEEDS | 924 | W | CENTRAL | ST | | | |
| SVC2016-06634 | 08/31/2016 | 10/06/2016 | 10/10/2016 | CLO | WEEDS | 1533 | E | WHITESIDE | ST | | | |
| SVC2016-07145 | 09/20/2016 | 10/20/2016 | 10/13/2016 | CLO | WEEDS | 3242 | W | PAGE | ST | | | |
| SVC2016-07508 | 10/06/2016 | 11/08/2016 | 11/17/2016 | CLO | WEEDS | 1700 | W | WEBSTER | ST | | | |
| SVC2017-02125 | 04/27/2017 | 05/31/2017 | 05/31/2017 | CLO | WEEDS | 924 | W | CENTRAL | ST | | | |
| SVC2017-02260 | 05/02/2017 | 08/01/2017 | 07/18/2017 | CLO | WEEDS | 1022 | S | LEXINGTON | AVE | | | |
| SVC2017-02492 | 05/09/2017 | 06/19/2017 | 06/14/2017 | CLO | WEEDS | 625 | W | MADISON | ST | | | |
| SVC2017-02565 | 05/10/2017 | 06/19/2017 | 06/14/2017 | CLO | WEEDS | 759 | S | GRANT | AVE | | | |
| SVC2017-02595 | 05/11/2017 | 06/10/2017 | 05/25/2017 | CLO | WEEDS | 2134 | N | KANSAS | EXPY | | | |
| SVC2017-03171 | 05/25/2017 | 06/27/2017 | 06/27/2017 | CLO | WEEDS | 2120 | N | KANSAS | EXPY | | | |
| SVC2017-06561 | 09/19/2017 | 03/12/2018 | 03/16/2018 | CLO | WEEDS | 1634 | W | CHESTNUT | ST | | | |
| SVC2017-06697 | 09/26/2017 | 10/26/2017 | 12/28/2017 | CLO | WEEDS | 856 | S | NETTLETON | AVE | | | |
| SVC2018-01700 | 04/20/2018 | 05/01/2018 | 05/01/2018 | CLO | WEEDS | 932 | W | FLORIDA | ST | | | |
| SVC2018-01712 | 04/23/2018 | 05/16/2018 | 05/03/2018 | CLO | WEEDS | 3242 | W | PAGE | ST | | | |
| SVC2018-01920 | 05/01/2018 | 05/18/2018 | 00/00/0000 | INS | WEEDS | 2308 | W | MADISON | ST | | | |
| SVC2018-02164 | 05/07/2018 | 06/06/2018 | 00/00/0000 | INS | WEEDS | 2856 | W | HARRISON | ST | | | |
| SVC2018-02092 | 05/07/2018 | 06/06/2018 | 05/08/2018 | CLO | WEEDS | 652 | S | CAMPBELL | AVE | | | |
| SVC2018-02283 | 05/10/2018 | 06/04/2018 | 00/00/0000 | INS | WEEDS | 2553 | E | ATLANTIC | ST | | | |
| SVC2018-02316 | 05/11/2018 | 06/10/2018 | 00/00/0000 | INS | WEEDS | 931 | W | CHICAGO | ST | | | |

| Addr desc sort | fname sort | mi sort | lname sort | Desc sort | reporting dept Desc sort |
|---|---|---|---|---|---|
| | | | ANON | Tall weeds. | PIO |
| | | | ANON | Very tall grass in the back yard at this vacan | PIO |
| | WEST | | CENTRAL | Tall grass | PIO |
| | | | ANON | Tall grass | PIO |
| | | | ANON | weeds over 12" | PIO |
| | BRANDON | | BAKER | The house to the west of me has an extreme | PIO |
| | | | ANON | Tall grass and weeds | PIO |
| | | | ANON | Tall grass front and back | PIO |
| | ANONYMOU | | ANONYMOUS | Tall grass. | PIO |
| | | | ANON | Tall weeds | PIO |
| | WELLER | | NEIGHBORHOOD | Weeds | PIO |
| | ANONYMOU | | ANONYMOUS | Tall grass. | PIO |
| | | | WILLIAM SABEL | Vacant house with weeds and grass over 2 f | PIO |
| | | | CONNIE HERR | The house is condemned and so no one live | PIO |
| | | | CHRISTOPHER KE | Grass in the front, side, and back of the prop | PIO |
| | | | ANON | weeds | PIO |
| | | | ANON | Tall grass front and back, back is about wais | PIO |
| | ANONYMOU | | ANONYMOUS | Tall grass. | PIO |
| | | | ANON | Tall grass in BACK. View from alley | PIO |
| | | | JAMES GARVER | Grass is overgrown to an excess. Causing b | PIO |
| | | | ANON | weeds over 3 ft. tall | PIO |
| | DALE | | MILAM | 2100 N. Elizabeth Ave. has tall grass. City st | PIO |
| | | | ANON | weeds. | PIO |
| | | | ANON | weeds. | PIO |
| | | | ANON | Tall grass at this vacant property. | PIO |
| | | | ANON | Tall grass front and back | PIO |
| | | | JAMES CODY | Grass in front yard is about a foot high and b | PIO |
| | | | RACHEL SANDERS | Very tall grass and weeds in front yard. | PIO |
| | | | ANON | Tall weeds | PIO |
| | | | ANON | Tall weeds at this vacant house | PIO |
| | | | ANON | Tall grass | PIO |
| | | | ANON | Tall weeds. | PIO |
| | | | ANON | Tall grass | PIO |
| | ANON | | ANON | Tall grass. | PIO |
| | | | ANON | Overgrowth | BDS |
| | | | ANON | People moved out, tall grass | PIO |
| | | | ANON | Grass is waist deep | PIO |
| | ANON | | ANON | Tall grass. | PIO |
| | ANON | | ANON | Tall grass. | PIO |
| | | | ANON | weeds | PIO |
| | | | TIFFANY BURKS | my parents asked me to submit in about the | PIO |
| | | | ANON | tall weeds | PIO |
| | ANON | | ANON | Tall grass. Refuse to mow the backyard. | PIO |
| | ANON | | ANON | Tall grass. Refuse to mow the back yard. | PIO |
| | | | ANON | Weeds are 21 inches tall, caller measured t | PIO |
| N PARK AVE | | | DORIS MITCHELL | property not mowed | PIO |
| | | | ANON | weed alert | PIO |
| | | | INSPECTOR | Overgrowth found at the time of a solid wast | BDS |
| | | | ANON | Tall grass front and back. They only partially | PIO |
| | | | ANON | weeds | PIO |
| | ANON | | ANON | Tall grass. | PIO |
| | | | ANON | tall weeds | PIO |
| | WEST | | CENTRAL | Tall grass and a limb in the yard. | PIO |
| NW MADISON & GRANT | | | ANON | Vacant rental house has tall weeds. | PIO |
| | | | ANON | | PIO |
| | ANON | | ANON | Tall weeds and grass, can view via narrow a | BDS |
| | | | ANON | tall weeds. vacant 417 Rentals house. | PIO |
| | | | ANON | Tall grass | BDS |
| | ANON | | ANON | Tall grass in front and back yard. | PIO |
| | ANON | | ANON | Tall grass. | PIO |
| | | | ANON | Tall grass at this vacant house. | PIO |
| | | | ANON | Grass is at least knee high | PIO |
| | NEIL | | ROBINSON | Tall grass. | PIO |
| | ANON | | ANON | Tall grass | PIO |
| | ANON | | ANON | Tall grass | PIO |

| responsible dept sort | cZone sort | bZone sort | census sort | Health Insp sort | Bds Insp sort | Pio Closure sort | nghb report sort | COP sort | nghb sort | updated Desc | updater sort |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BDS | 1 | ? | ? | ? | bmusick | ✓ | | | Grant Beach | 04/29/2016 09:56:37 | sjacobso |
| BDS | 1 | ? | ? | ? | bmusick | ✓ | | | Grant Beach | 05/06/2016 09:43:27 | sjacobso |
| BDS | 3 | ? | ? | ? | kwilliam | ✓ | | | West Central | 07/19/2016 12:04:10 | ccrighto |
| BDS | 1 | ? | ? | ? | kcoker | ✓ | | | (None) | 05/06/2016 09:43:38 | sjacobso |
| BDS | 1 | ? | ? | ? | bmusick | ✓ | | | Grant Beach | 04/29/2016 09:57:07 | sjacobso |
| BDS | 1 | ? | ? | ? | kcoker | ✓ | | | Westside | 05/18/2016 10:13:44 | sjacobso |
| BDS | 1 | ? | ? | ? | kcoker | ✓ | | | Tom Watkins | 05/18/2016 10:13:49 | sjacobso |
| BDS | 1 | ? | ? | ? | kcoker | ✓ | | | Westside | 05/18/2016 10:13:48 | sjacobso |
| BDS | 3 | ? | ? | ? | kwilliam | ✓ | | | (None) | 05/13/2016 08:25:31 | ccrighto |
| BDS | 1 | ? | ? | ? | | ✓ | | | Woodland Heights | 05/17/2016 12:57:35 | sjacobso |
| BDS | 2 | ? | ? | ? | jmccaskill | ✓ | | | Weller | 08/05/2016 11:27:46 | ccrighto |
| BDS | 1 | ? | ? | ? | kcoker | ✓ | | | Westside | 05/13/2016 08:26:00 | ccrighto |
| BDS | 1 | ? | ? | ? | jmccaskill | ✓ | | | Westside | 05/27/2016 10:57:50 | cmatthev |
| BDS | 1 | ? | ? | ? | bmusick | ✓ | | | Doling | 05/17/2016 12:56:45 | sjacobso |
| BDS | 3 | ? | ? | ? | jmccaskill | ✓ | | | West Central | 05/25/2016 09:59:16 | sjacobso |
| BDS | 3 | ? | ? | ? | jmccaskill | ✓ | | | Fassnight | 05/17/2016 12:57:38 | sjacobso |
| BDS | 1 | ? | ? | ? | jmccaskill | ✓ | | | Heart of the West Side | 05/25/2016 10:00:31 | sjacobso |
| BDS | 1 | ? | ? | ? | jmccaskill | ✓ | | | Grant Beach | 06/02/2016 08:46:16 | sjacobso |
| BDS | 2 | ? | ? | ? | cmatthews | ✓ | | | Robberson | 05/16/2016 08:16:24 | sjacobso |
| BDS | 3 | ? | ? | ? | jmccaskill | ✓ | | | West Central | 06/02/2016 08:45:01 | sjacobso |
| BDS | 3 | ? | ? | ? | jmccaskill | ✓ | | | West Central | 05/25/2016 10:00:50 | sjacobso |
| BDS | 1 | ? | ? | ? | jmccaskill | ✓ | | | Tom Watkins | 06/02/2016 08:46:22 | sjacobso |
| BDS | 1 | ? | ? | ? | jmccaskill | ✓ | | | Westside | 05/25/2016 10:00:55 | sjacobso |
| BDS | 1 | ? | ? | ? | jmccaskill | ✓ | | | Westside | 05/25/2016 10:00:55 | sjacobso |
| BDS | 1 | ? | ? | ? | jmccaskill | ✓ | | | Doling | 05/18/2016 10:13:54 | sjacobso |
| BDS | 1 | ? | ? | ? | jmccaskill | ✓ | | | Westside | 05/27/2016 08:56:58 | sjacobso |
| BDS | 1 | ? | ? | ? | jmccaskill | ✓ | | | Bissett | 06/10/2016 11:34:30 | ccrighto |
| BDS | 3 | ? | ? | ? | jmccaskill | ✓ | | | West Central | 06/22/2016 08:57:35 | sjacobso |
| BDS | 1 | ? | ? | ? | jmccaskill | ✓ | | | Grant Beach | 06/10/2016 11:39:33 | sjacobso |
| BDS | 2 | ? | ? | ? | cmatthews | ✓ | | | Oak Grove | 06/28/2016 08:35:08 | sjacobso |
| BDS | 1 | ? | ? | ? | jmccaskill | ✓ | | | Grant Beach | 06/28/2016 16:03:52 | sjacobso |
| BDS | 1 | ? | ? | ? | jmccaskill | ✓ | | | Grant Beach | 06/28/2016 16:03:50 | sjacobso |
| BDS | 1 | ? | ? | ? | jmccaskill | ✓ | | | Woodland Heights | 07/05/2016 10:15:20 | sjacobso |
| BDS | 1 | ? | ? | ? | jmccaskill | ✓ | | | Grant Beach | 07/05/2016 10:15:23 | sjacobso |
| BDS | 4 | ? | ? | ? | ccash | | | | (None) | 07/05/2016 15:18:32 | cedward |
| BDS | 1 | ? | ? | ? | jmccaskill | ✓ | | | Tom Watkins | 06/22/2016 08:59:42 | sjacobso |
| BDS | 1 | ? | ? | ? | jmccaskill | ✓ | | | Heart of the West Side | 06/28/2016 08:35:51 | sjacobso |
| BDS | 1 | ? | ? | ? | jmccaskill | ✓ | | | Grant Beach | 06/24/2016 08:34:11 | sjacobso |
| BDS | 1 | ? | ? | ? | jmccaskill | ✓ | | | Grant Beach | 06/24/2016 08:34:12 | sjacobso |
| BDS | 3 | ? | ? | ? | jmccaskill | ✓ | | | Westside | 07/13/2016 10:20:13 | sjacobso |
| BDS | 1 | ? | ? | ? | jmccaskill | ✓ | | | Bissett | 07/13/2016 10:16:30 | sjacobso |
| BDS | 1 | ? | ? | ? | jmccaskill | ✓ | | | Mid-Town Neighborhood | 07/05/2016 10:15:46 | sjacobso |
| BDS | 1 | ? | ? | ? | jmccaskill | ✓ | | | Westside | 08/24/2016 15:49:26 | sjacobso |
| BDS | 1 | ? | ? | ? | jmccaskill | ✓ | | | Westside | 07/19/2016 14:09:01 | sjacobso |
| BDS | 1 | ? | ? | ? | jmccaskill | ✓ | | | Tom Watkins | 07/05/2016 10:16:03 | sjacobso |
| BDS | 1 | ? | ? | ? | jmccaskill | ✓ | | | Heart of the West Side | 07/26/2016 15:51:04 | sjacobso |
| BDS | 1 | ? | ? | ? | jmccaskill | ✓ | | | Grant Beach | 07/22/2016 08:30:29 | sjacobso |
| BDS | 4 | ? | ? | ? | ccash | | | | (None) | 08/31/2016 13:05:45 | rcrumrin |
| BDS | 1 | ? | ? | ? | kcoker | ✓ | | | Westside | 10/14/2016 08:37:01 | sjacobso |
| BDS | 1 | ? | ? | ? | kcoker | ✓ | | | Heart of the West Side | 11/23/2016 09:27:34 | sjacobso |
| BDS | 1 | ? | ? | ? | kwilliam | ✓ | | | Grant Beach | 06/01/2017 08:41:13 | sjacobso |
| BDS | 3 | ? | ? | ? | chasick | ✓ | | | Fassnight | 07/21/2017 09:06:05 | sjacobso |
| BDS | 3 | ? | ? | ? | kwilliam | ✓ | | | West Central | 07/18/2017 11:27:12 | ccrighto |
| BDS | 3 | ? | ? | ? | kwilliam | ✓ | | | West Central | 06/15/2017 09:06:37 | sjacobso |
| BDS | 1 | ? | ? | ? | chasick | ✓ | | | Woodland Heights | 05/26/2017 15:19:48 | sjacobso |
| BDS | 1 | ? | ? | ? | chasick | | | | Woodland Heights | 06/02/2017 09:13:18 | rmarriott |
| BDS | 1 | ? | ? | ? | ccash | ✓ | | | Heart of the West Side | 03/20/2018 09:14:24 | rcrumrin |
| BDS | 3 | ? | ? | ? | jchoates | | | | West Central | 01/23/2018 14:07:25 | ccrighto |
| BDS | 1 | ? | ? | ? | rmaddux | ✓ | | | Woodland Heights | 05/08/2018 09:53:19 | rcrumrin |
| BDS | 1 | ? | ? | ? | rmaddux | ✓ | | | Westside | 05/08/2018 09:53:21 | rcrumrin |
| BDS | 1 | ? | ? | ? | rmaddux | | | | Westside | 05/01/2018 09:06:29 | sjacobso |
| BDS | 1 | ? | ? | ? | rmoody | | | | Westside | 05/09/2018 07:38:05 | rmoody |
| BDS | 3 | ? | ? | ? | rmaddux | ✓ | | | West Central | 05/16/2018 10:23:11 | mkphillip |
| BDS | 2 | ? | ? | ? | rmaddux | | | | (None) | 05/11/2018 08:01:38 | rmaddux |
| BDS | 1 | ? | ? | ? | rmoody | | | | Woodland Heights | 05/14/2018 07:14:59 | rmoody |

| Total:197 sort | Recd Sort1 A | Target sort | Finaled sort | status sort | reqType sort | st# sort | stPfx sort | stName sort | stType sort | stUnit sort | stFrac sort | stSfx sort |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SVC2018-02352 | 05/14/2018 | 06/01/2018 | 00/00/0000 | INS | WEEDS | 2420 | E | COMMERCIAL | ST | | | |
| SVC0000-31764 | 05/15/2018 | 06/04/2018 | 00/00/0000 | INS | WEEDS | 621 | S | GOLDEN | AVE | | | |

| Addr desc sort | fname sort | mi sort | lname sort | Desc | reporting dept Desc sort |
|---|---|---|---|---|---|
| | ANON | | ANON | Tall grass. | PIO |
| | | | JUNE CALFEE | This home is a now vacant rental house, I b| PIO |

Case 17-60935-can11    Doc 509-3    Filed 06/28/18    Entered 06/28/18 15:02:09    Desc
Exhibit B-1    Page 12 of 12

| responsible dept sort | cZone sort | bZone sort | census sort | Health Insp sort | Bds Insp sort | Pio Closure sort | nghb report sort | COP sort | nghb sort | updated Desc sort | updater sort |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BDS | 2 | ? | ? | ? | rmaddux | | | | (None) | 05/16/2018 07:43:24 | rmaddux |
| BDS | 1 | ? | ? | ? | rmoody | | | | Westside | 05/17/2018 07:35:30 | rmoody |