| Total:24 sort | Recd Sort1 A | Target sort | Finaled sort | status sort | reqType sort | st# sort | stPfx sort | stName sort | stType sort | stUnit sort | stFrac sort | stSfx sort |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SVC2015-01149 | 03/23/2015 | 04/17/2015 | 04/17/2015 | CLO | DANGEROUS BUI | 1533 | E | WHITESIDE | ST | | | |
| SVC2016-05991 | 08/15/2016 | 09/13/2016 | 10/05/2016 | CLO | DANGEROUS BUI | 435 | W | DIVISION | ST | | | |
| SVC2016-06294 | 08/22/2016 | 10/13/2016 | 10/05/2016 | CLO | DANGEROUS BUI | 206 | S | SCENIC | AVE | | | |
| SVC2016-06345 | 08/23/2016 | 09/21/2016 | 09/22/2016 | CLO | DANGEROUS BUI | 916 | S | DOUGLAS | AVE | | | |
| SVC2016-08221 | 11/17/2016 | 12/31/2016 | 12/22/2016 | CLO | DANGEROUS BUI | 1478 | E | CENTRAL | ST | | | |
| SVC2017-00140 | 01/09/2017 | 02/18/2017 | 03/14/2017 | CLO | DANGEROUS BUI | 1035 | N | BROADWAY | AVE | | | |
| SVC2017-00590 | 02/06/2017 | 04/18/2017 | 04/18/2017 | CLO | DANGEROUS BUI | 2063 | N | ROOSEVELT | AVE | | | |
| SVC2017-00808 | 02/17/2017 | 03/19/2017 | 03/14/2017 | CLO | DANGEROUS BUI | 2267 | N | LYON | AVE | | | |
| SVC2017-01002 | 03/02/2017 | 08/16/2017 | 07/25/2017 | CLO | DANGEROUS BUI | 2542 | W | HIGH | ST | | | |
| SVC2017-02635 | 05/12/2017 | 12/14/2017 | 12/19/2017 | CLO | DANGEROUS BUI | 631 | W | HIGH | ST | | | |
| SVC2017-03537 | 06/06/2017 | 07/06/2017 | 07/05/2017 | CLO | DANGEROUS BUI | 631 | S | GOLDEN | AVE | | | |
| SVC0000-21389 | 06/14/2017 | 07/14/2017 | 07/03/2017 | CLO | DANGEROUS BUI | 1035 | N | BROADWAY | AVE | | | |
| SVC0000-21477 | 06/17/2017 | 07/17/2017 | 07/06/2017 | CLO | DANGEROUS BUI | 2730 | W | CHESTNUT | ST | | | |
| SVC0000-22492 | 06/18/2017 | 07/18/2017 | 07/12/2017 | CLO | DANGEROUS BUI | 2832 | W | WATER | ST | | | |
| SVC2017-06025 | 08/29/2017 | 09/28/2017 | 09/20/2017 | CLO | DANGEROUS BUI | 1502 | N | GRANT | AVE | | | |
| SVC2017-06101 | 08/30/2017 | 10/18/2017 | 11/02/2017 | CLO | DANGEROUS BUI | 902 | N | KANSAS | EXPY | | | |
| SVC2017-06206 | 09/05/2017 | 11/26/2017 | 11/28/2017 | CLO | DANGEROUS BUI | 508 | E | CHERRY | ST | # D | | |
| SVC2017-07922 | 12/12/2017 | 03/30/2018 | 04/03/2018 | CLO | DANGEROUS BUI | 536 | S | BROADWAY | AVE | | | |
| SVC2018-00634 | 02/13/2018 | 04/16/2018 | 04/16/2018 | CLO | DANGEROUS BUI | 645 | S | GRANT | AVE | | | |
| SVC2018-01562 | 04/12/2018 | 05/11/2018 | 05/15/2018 | CLO | DANGEROUS BUI | 2856 | W | HARRISON | ST | | | |
| SVC2018-01562 | 04/12/2018 | 05/11/2018 | 05/15/2018 | CLO | DANGEROUS BUI | 2856 | W | HARRISON | ST | | | |
| SVC2018-01626 | 04/16/2018 | 05/16/2018 | 04/17/2018 | CLO | DANGEROUS BUI | 2440 | S | WESTWOOD | AVE | | | |
| SVC2018-01626 | 04/16/2018 | 05/16/2018 | 04/17/2018 | CLO | DANGEROUS BUI | 2440 | S | WESTWOOD | AVE | | | |
| SVC2018-01657 | 04/18/2018 | 05/19/2018 | 00/00/0000 | PEN | DANGEROUS BUI | 1128 | W | DIVISION | ST | | | |

Exhibit C-1

| Addr.desc sort | fname sort | mi sort | lname sort | Desc sort | reporting dept sort |
|---|---|---|---|---|---|
| | | | ANON | Residents erected a garage that doesn't look | PIO |
| | PHYLLIS | | FERGUSON | Door is standing open on this vacant house. | PIO |
| | | | ANON | House is vacant and back door is standing o | PIO |
| | | | ANON | Doors open, broken windows or missing ent | PIO |
| | DON | | WILLIAMS | Vacant home with open doors/windows. Old | PIO |
| | MJ | | ANON | Garage not secure. No doors on garage. | PIO |
| | | | ANON | Vacant. Front door openBroken window that | PIO |
| | | | ANON | Vacant house. 417 Rentals house. Littere | PIO |
| | | | BDS INSPECTOR C | During inspection of Housing Complaint SVC | BDS |
| | PHYLLIS | | FERGUSON | Vacant house, door is standing open. | PIO |
| | | | ANON | Neighbors had to call police to get the vagra | PIO |
| | | | KENN WILLIAMS | Dangerous , litter, uncut, wide open | PIO |
| | | | JODIE ELROD | House is currently for rent. House is always | PIO |
| | | | SHERRY DOTSON | The house next door to me at 2832 w water | PIO |
| | | | ANON | Vacant house. Doors standing open, animals | PIO |
| | | | ANON | Vacant. Back door kicked in. Homeless guy | PIO |
| | | | ANON | This apartment is vacant. Must be full of tra | PIO |
| | JAMES | | MILLER | Online request #27893 did not transfer to SV | PIO |
| | JACK | RM | HODGES | Condition of this home just not livable. | BDS |
| | | | ANON | House is vacant and open. Back door stand | PIO |
| | | | ANON | House is vacant and open. Back door stand | PIO |
| | | | 417 RENTALS LLC | House is open and vacant. | PIO |
| | | | 417 RENTALS LLC | House is open and vacant. | PIO |
| | SHERYL | | HAMLETT | From: Sherl Hamlett [mailto:slhamlett@gma | PIO |

| responsible dept sort | sZone sort | hZone sort | census sort | Health Insp sort | Bds Insp sort | Pio Closure sort | nghb report sort | COP sort | nghb sort | updated Desc sort | updater sort |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BDS | 4 | ? | ? | ? | dduquett | ✓ | | | (None) | 04/24/2015 08:44:33 | aeddy |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Grant Beach | 10/06/2016 10:46:34 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Westside | 10/06/2016 10:46:41 | sjacobso |
| BDS | 3 | ? | ? | ? | jcurless | ✓ | | | West Central | 09/22/2016 16:43:09 | sjacobso |
| BDS | 2 | ? | ? | ? | jcurless | ✓ | | | Weller | 12/23/2016 08:54:22 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Grant Beach | 03/14/2017 10:40:50 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Tom Watkins | 04/24/2017 09:33:02 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Woodland Heights | 03/14/2017 10:40:51 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | | | | Tom Watkins | 03/02/2017 15:46:02 | rcrumrine |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Woodland Heights | 12/20/2017 08:15:42 | rcrumrine |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Westside | 07/10/2017 12:13:24 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Grant Beach | 07/10/2017 12:12:23 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Bissett | 07/10/2017 12:12:21 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Westside | 07/12/2017 15:18:12 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Grant Beach | 09/22/2017 10:08:32 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Grant Beach | 11/07/2017 13:43:41 | rcrumrine |
| BDS | 3 | ? | ? | ? | jawood | ✓ | | | (None) | 12/05/2017 08:16:10 | rcrumrine |
| BDS | 3 | ? | ? | ? | jawood | ✓ | | | West Central | 04/03/2018 10:03:41 | ccrighto |
| BDS | 3 | ? | ? | ? | jawood | | | | West Central | 03/15/2018 06:37:55 | cedwards |
| BDS | 1 | ? | ? | ? | jawood | ✓ | | | Westside | 05/16/2018 10:22:04 | mkphillip |
| BDS | 1 | ? | ? | ? | jawood | ✓ | | | Westside | 05/16/2018 10:22:04 | mkphillip |
| BDS | 3 | ? | ? | ? | jawood | ✓ | | | (None) | 04/20/2018 10:06:49 | rcrumrine |
| BDS | 3 | ? | ? | ? | jawood | ✓ | | | (None) | 04/20/2018 10:06:49 | rcrumrine |
| BDS | 1 | ? | ? | ? | jawood | | | | Grant Beach | 05/02/2018 06:46:36 | cedwards |