Case 17-60935-can11  Doc 509-6  Filed 06/28/18  Entered 06/28/18 15:02:09  Desc Exhibit C-2
Exhibit C-2    Page 1 of 3

| Total:18 Case Recd sort | Sort1 A | Target sort | Finaled sort | status sort | reqType sort | st# sort | stPfx sort | stName sort | stType sort | stUnit sort | stFrac sort | stSfx sort | Desc sort |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SVC2004-07776 | 11/17/2004 | 12/17/2004 | 11/18/2004 | CLO | DANGEROUS BUI | 1710 | W | BELMONT | ST | | | | |
| SVC2004-08121 | 12/08/2004 | 01/07/2005 | 01/03/2005 | CLO | DANGEROUS BUI | 929 | N | FULBRIGHT | AVE | | | | |
| SVC2005-06800 | 10/03/2005 | 10/12/2005 | 10/18/2005 | CLO | DANGEROUS BUI | 1014 | S | STEWART | AVE | | | | |
| SVC2005-07544 | 11/08/2005 | 12/08/2005 | 12/14/2005 | CLO | DANGEROUS BUI | 1014 | S | STEWART | AVE | | | | |
| SVC2005-07748 | 11/23/2005 | 12/23/2005 | 01/11/2006 | CLO | DANGEROUS BUI | 2721 | W | LINCOLN | ST | | | | |
| SVC2006-02884 | 05/05/2006 | 01/26/2007 | 01/26/2007 | CLO | DANGEROUS BUI | 1531 | N | GRANT | AVE | | | | |
| SVC2006-07503 | 10/25/2006 | 01/09/2007 | 01/03/2007 | CLO | DANGEROUS BUI | 4346 | W | MAPLE | ST | | | | |
| SVC2007-09530 | 11/01/2007 | 11/13/2007 | 11/27/2007 | CLO | DANGEROUS BUI | 1461 | N | MISSOURI | AVE | | | | |
| SVC2007-10267 | 12/14/2007 | 03/04/2008 | 03/03/2008 | CLO | DANGEROUS BUI | 508 | E | CHERRY | ST | | | | |
| SVC2007-10303 | 12/17/2007 | 01/07/2008 | 02/04/2008 | CLO | DANGEROUS BUI | 2020 | W | DIVISION | ST | | | | |
| SVC2008-04149 | 06/18/2008 | 07/07/2008 | 07/08/2008 | CLO | DANGEROUS BUI | 3219 | N | HOWARD | AVE | | | | |
| SVC2009-03684 | 06/15/2009 | 07/17/2009 | 07/17/2009 | CLO | DANGEROUS BUI | 2055 | N | NEWTON | AVE | | | | |
| SVC2012-04302 | 05/21/2012 | 12/21/2012 | 12/21/2012 | CLO | DANGEROUS BUI | 1433 | E | BLAINE | ST | | | | |
| SVC2015-01149 | 03/23/2015 | 04/17/2015 | 04/17/2015 | CLO | DANGEROUS BUI | 1533 | E | WHITESIDE | ST | | | | |
| SVC2016-06009 | 08/15/2016 | 10/27/2016 | 11/15/2016 | CLO | DANGEROUS BUI | 845 | S | CLIFTON | AVE | | | | |
| SVC2017-06206 | 09/05/2017 | 11/26/2017 | 11/28/2017 | CLO | DANGEROUS BUI | 508 | E | CHERRY | ST | # D | | | |
| SVC2018-01562 | 04/12/2018 | 05/11/2018 | 05/15/2018 | CLO | DANGEROUS BUI | 2856 | W | HARRISON | ST | | | | |
| SVC2018-01626 | 04/16/2018 | 05/16/2018 | 04/17/2018 | CLO | DANGEROUS BUI | 2440 | S | WESTWOOD | AVE | | | | |

| Addr desc sort | fname sort | mi sort | lname sort | Desc sort | reporting dept sort |
|---|---|---|---|---|---|
| | HEALTH | | | WIRING PROBLEMS, NO FURNACE- Hold | Health |
| | H PARKER | | HEALTH DEPT | Roof has water running in causing structural | BDS |
| | LOUETTA | | SNIDER | Left a message on voice mail to report at va | PIO |
| | | | ANONYMOUS | Doors open and windows not secure allowin | BDS |
| | CHRIS | | GATLEY | Heather Parker from Health reports wires ha | Health |
| | | | | Structure fire | Fire |
| | | | | Structure fire | BDS |
| | | | | Water improperly installed and without perm | BDS |
| APARTMENT BUILDING | | | | Renovating without permits | BDS |
| | | | | GAS2006-00777 expired without inspections | BDS |
| | | | | Vacant and open. Basement is flooded | BDS |
| | | | | Romex is running outside of house for the a | BDS |
| | CHRIS | | HAMPTON | Caller said they are being evicted from this | PIO |
| | | | ANON | Residents erected a garage that doesn't loo | PIO |
| | | | 911 | 911 left a voice mail stating an officer was o | PIO |
| | | | ANON | This apartment is vacant. Must be full of tra | PIO |
| | | | ANON | House is vacant and open. Back door stand | PIO |
| | | | 417 RENTALS LLC | House is open and vacant. | PIO |

| responsible dept sort | cZone sort | hZone sort | census sort | Health Insp sort | Bds Insp sort | Pio Closure sort | nghb report sort | COP sort | nghb sort | updated Desc sort | updater sort |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BDS | 3 |  | ? | BERGANT, |  |  |  |  | West Central | 12/29/2004 13:44:41 | HSTA |
| BDS | 1 |  | ? | RUGGLES, |  |  |  |  | (None) | 12/28/2004 09:48:46 | BDOU |
| BDS | 2 |  | ? | GERBOTH, |  | ✓ |  |  | (None) | 10/21/2005 10:47:00 | tslagle |
| BDS | 2 |  | ? | GERBOTH, |  |  |  |  | (None) | 11/21/2005 14:38:21 | tslagle |
| BDS | 1 |  | ? | BERGANT, |  |  |  |  | WESTSIDE COMMUNI | 11/30/2005 08:51:27 | tslagle |
| BDS | 1 |  | ? | GERBOTH, |  |  |  |  | Grant Beach | 05/09/2006 16:09:28 | tslagle |
| BDS | 1 |  | ? | COPELAND |  |  |  |  | (None) | 11/01/2006 10:11:59 | tslagle |
| BDS | 1 |  | ? | HILTON, J |  |  |  |  | Grant Beach | 11/13/2007 14:19:24 | awerland |
| BDS | 3 |  | ? | DUQUETTE |  |  |  |  | (None) | 12/17/2007 15:15:27 | awerland |
| BDS | 1 |  | ? | HILTON, J |  |  |  |  | HEART OF WEST SIDE | 01/21/2008 15:09:56 | cedward |
| BDS | 2 |  | ? | GORMAN, E |  |  |  |  | (None) | 07/01/2008 10:06:39 | tslagle |
| BDS | 1 |  | ? | LUMLEY, G |  |  |  |  | Woodland Heights | 06/16/2009 14:58:20 | awerland |
| BDS | 2 | ? | ? | ? | bgorman | ✓ |  |  | Weller | 12/21/2012 12:55:22 | aeddy |
| BDS | 4 | ? | ? | ? | dduquett | ✓ |  |  | (None) | 04/24/2015 08:44:33 | aeddy |
| BDS | 1 | ? | ? | ? | jcurless | ✓ |  |  | Westside | 11/15/2016 10:52:55 | sjacobso |
| BDS | 3 | ? | ? | ? | jawood | ✓ |  |  | (None) | 12/05/2017 08:16:10 | rcrumrine |
| BDS | 1 | ? | ? | ? | jawood | ✓ |  |  | Westside | 05/16/2018 10:22:04 | mkphillip |
| BDS | 3 | ? | ? | ? | jawood | ✓ |  |  | (None) | 04/20/2018 10:06:49 | rcrumrine |