| Total:159 sort | Rcvd Sort1 A | Target sort | Finaled sort | status sort | reqType sort | st# sort | stPfx sort | stName sort | stType sort | stUnit sort | stFrac sort | stSfx Desc sort |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SVC2002-06674 | 09/23/2002 | 11/01/2002 | 11/15/2002 | CLO | HOUSING | 2306 |  | HOWARD | AVE |  |  | Exhibit D-2 |
| SVC2009-07221 | 11/19/2009 | 12/19/2009 | 11/27/2009 | CLO | HOUSING | 1117 | W | DIVISION | ST |  |  |  |
| SVC2014-00952 | 03/03/2014 | 03/30/2014 | 04/08/2014 | CLO | HOUSING | 914 | W | NICHOLS | ST |  |  |  |
| SVC2014-03007 | 05/19/2014 | 07/27/2014 | 07/21/2014 | CLO | HOUSING,TRASH | 856 | S | NETTLETON | AVE |  |  |  |
| SVC2014-03007 | 05/19/2014 | 07/27/2014 | 07/21/2014 | CLO | HOUSING,TRASH | 856 | S | NETTLETON | AVE |  |  |  |
| SVC0000-00477 | 08/19/2014 | 01/12/2015 | 01/06/2015 | CLO | HOUSING | 856 | S | NETTLETON | AVE |  |  |  |
| SVC2014-06602 | 09/18/2014 | 10/15/2014 | 10/15/2014 | CLO | HOUSING | 419 | W | STATE | ST |  |  |  |
| SVC2014-06865 | 10/01/2014 | 10/20/2014 | 10/21/2014 | CLO | HOUSING | 900 | W | MOUNT VERNON | ST |  |  |  |
| SVC2014-07389 | 10/29/2014 | 11/28/2014 | 10/31/2014 | CLO | HOUSING,SEWAG | 816 | S | NEW | AVE |  |  |  |
| SVC2014-07504 | 11/05/2014 | 11/19/2014 | 11/20/2014 | CLO | HOUSING | 2312 | E | ATLANTIC | ST |  |  |  |
| SVC2014-07600 | 11/10/2014 | 12/10/2014 | 11/13/2014 | CLO | HOUSING | 818 | N | FOREST | AVE |  |  |  |
| SVC2014-07673 | 11/10/2014 | 12/10/2014 | 11/17/2014 | CLO | HOUSING | 2035 | N | PICKWICK | AVE |  |  |  |
| SVC2014-07847 | 12/01/2014 | 12/11/2014 | 12/15/2014 | CLO | HOUSING | 2107 | E | CHERRY | ST | # 29 |  |  |
| SVC2014-07847 | 12/01/2014 | 12/11/2014 | 12/15/2014 | CLO | HOUSING | 2107 | E | CHERRY | ST | # 29 |  |  |
| SVC2014-07854 | 12/01/2014 | 12/09/2014 | 12/11/2014 | CLO | HOUSING | 2665 | N | ELOISE | AVE |  |  |  |
| SVC2014-07877 | 12/03/2014 | 01/02/2015 | 12/08/2014 | CLO | HOUSING | 1438 | W | STATE | ST |  |  |  |
| SVC2014-08138 | 12/22/2014 | 12/26/2014 | 12/26/2014 | CLO | HOUSING | 2107 | E | CHERRY | ST | #12 |  |  |
| SVC2014-08176 | 12/29/2014 | 01/28/2015 | 12/30/2014 | CLO | HOUSING,SEWAG | 902 | N | KANSAS | EXPY |  |  |  |
| SVC2015-00025 | 01/05/2015 | 01/13/2015 | 01/13/2015 | CLO | HOUSING | 909 | N | EAGLE | AVE |  |  |  |
| SVC2015-00023 | 01/05/2015 | 01/09/2015 | 01/09/2015 | CLO | HOUSING | 2939 | W | SUNSHINE | ST |  | B 1 |  |
| SVC2015-00041 | 01/06/2015 | 02/18/2015 | 02/19/2015 | CLO | HOUSING,TRASH | 1433 | E | BLAINE | ST |  |  |  |
| SVC2015-00041 | 01/06/2015 | 02/18/2015 | 02/19/2015 | CLO | HOUSING,TRASH | 1433 | E | BLAINE | ST |  |  |  |
| SVC2015-00041 | 01/06/2015 | 02/18/2015 | 02/19/2015 | CLO | HOUSING,TRASH | 1433 | E | BLAINE | ST |  |  |  |
| SVC2015-00113 | 01/12/2015 | 02/11/2015 | 01/22/2015 | CLO | HOUSING | 818 | N | FOREST | AVE |  |  |  |
| SVC2015-00157 | 01/13/2015 | 01/28/2015 | 01/29/2015 | CLO | HOUSING,TRASH | 621 | W | MADISON | ST |  |  |  |
| SVC2015-00157 | 01/13/2015 | 01/28/2015 | 01/29/2015 | CLO | HOUSING,TRASH | 621 | W | MADISON | ST |  |  |  |
| SVC2015-00426 | 01/28/2015 | 02/04/2015 | 02/04/2015 | CLO | HOUSING | 804 | W | LOCUST | ST |  |  |  |
| SVC2015-00487 | 02/02/2015 | 02/12/2015 | 02/10/2015 | CLO | HOUSING | 2107 | N | NATIONAL | AVE |  |  |  |
| SVC2015-00687 | 02/17/2015 | 03/19/2015 | 03/02/2015 | CLO | HOUSING | 2107 | E | CHERRY | ST | #12 |  |  |
| SVC2015-00687 | 02/17/2015 | 03/19/2015 | 03/02/2015 | CLO | HOUSING | 2107 | E | CHERRY | ST | #12 |  |  |
| SVC2015-00688 | 02/17/2015 | 03/19/2015 | 03/12/2015 | CLO | HOUSING | 430 | S | NEWTON | AVE |  |  |  |
| SVC2015-00740 | 02/24/2015 | 03/29/2015 | 05/06/2015 | CLO | HOUSING,TRASH | 2107 | E | CHERRY | ST |  |  |  |
| SVC2015-00934 | 03/12/2015 | 04/14/2015 | 04/22/2015 | CLO | HOUSING | 430 | S | NEWTON | AVE |  |  |  |
| SVC2015-01025 | 03/16/2015 | 04/15/2015 | 03/25/2015 | CLO | HOUSING | 811 | S | NEW | AVE |  |  |  |
| SVC2015-01126 | 03/23/2015 | 04/22/2015 | 04/06/2015 | CLO | HOUSING | 2107 | E | CHERRY | ST | #12 |  |  |
| SVC2015-01126 | 03/23/2015 | 04/22/2015 | 04/06/2015 | CLO | HOUSING | 2107 | E | CHERRY | ST | #12 |  |  |
| SVC2015-01301 | 03/31/2015 | 05/05/2015 | 05/06/2015 | CLO | HOUSING | 833 | E | GARFIELD | ST |  |  |  |
| SVC2015-01383 | 04/06/2015 | 05/06/2015 | 04/08/2015 | CLO | HOUSING,SEWAG | 1502 | N | GRANT | AVE |  |  |  |
| SVC2015-01399 | 04/06/2015 | 04/22/2015 | 04/28/2015 | CLO | HOUSING | 804 | W | LOCUST | ST |  |  |  |
| SVC2015-01690 | 04/16/2015 | 04/24/2015 | 04/28/2015 | CLO | HOUSING | 944 | S | NEW | AVE |  |  |  |
| SVC0000-02490 | 04/16/2015 | 05/16/2015 | 05/04/2015 | CLO | HOUSING | 1103 | N | ETHYL | AVE |  |  |  |
| SVC2015-01868 | 04/24/2015 | 05/24/2015 | 04/29/2015 | CLO | HOUSING | 512 | E | CHERRY | ST | 1 |  |  |
| SVC2015-01868 | 04/24/2015 | 05/24/2015 | 04/29/2015 | CLO | HOUSING | 512 | E | CHERRY | ST | 1 |  |  |
| SVC2015-01914 | 04/27/2015 | 05/08/2015 | 05/06/2015 | CLO | HOUSING | 852 | S | NETTLETON | AVE |  |  |  |
| SVC0000-02708 | 04/30/2015 | 05/30/2015 | 05/06/2015 | CLO | HOUSING,INSECT | 1300 | E | DIVISION | ST | #1 |  |  |
| SVC0000-02708 | 04/30/2015 | 05/30/2015 | 05/06/2015 | CLO | HOUSING,INSECT | 1300 | E | DIVISION | ST | #1 |  |  |
| SVC2015-02176 | 05/04/2015 | 06/04/2015 | 06/01/2015 | CLO | HOUSING,WEEDS | 2440 | S | WESTWOOD | AVE |  |  |  |
| SVC2015-02176 | 05/04/2015 | 06/04/2015 | 06/01/2015 | CLO | HOUSING,WEEDS | 2440 | S | WESTWOOD | AVE |  |  |  |
| SVC2015-02288 | 05/06/2015 | 03/05/2016 | 04/15/2016 | CLO | HOUSING | 621 | W | MADISON | ST |  |  |  |
| SVC2015-03257 | 06/02/2015 | 07/02/2015 | 06/03/2015 | CLO | HOUSING | 909 | N | EAGLE | AVE |  |  |  |
| SVC2015-03611 | 06/12/2015 | 07/06/2015 | 07/06/2015 | CLO | HOUSING | 2084 | N | ROOSEVELT | AVE |  |  |  |
| SVC2015-03611 | 06/12/2015 | 07/06/2015 | 07/06/2015 | CLO | HOUSING | 2084 | N | ROOSEVELT | AVE |  |  |  |
| SVC2015-03798 | 06/19/2015 | 07/27/2015 | 10/26/2015 | CLO | HOUSING | 645 | S | GRANT | AVE |  |  |  |
| SVC2015-03798 | 06/19/2015 | 07/27/2015 | 10/26/2015 | CLO | HOUSING | 645 | S | GRANT | AVE |  |  |  |
| SVC2015-03878 | 06/22/2015 | 07/14/2015 | 07/10/2015 | CLO | HOUSING | 1350 | N | WABASH | AVE |  |  |  |
| SVC2015-03954 | 06/24/2015 | 08/11/2015 | 08/11/2015 | CLO | HOUSING | 912 | E | DALE | ST |  |  |  |
| SVC2015-03954 | 06/24/2015 | 08/11/2015 | 08/11/2015 | CLO | HOUSING | 912 | E | DALE | ST |  |  |  |
| SVC2015-04279 | 07/02/2015 | 07/15/2015 | 07/15/2015 | CLO | HOUSING | 2107 | E | CHERRY | ST | #23 |  |  |
| SVC2015-04279 | 07/02/2015 | 07/15/2015 | 07/15/2015 | CLO | HOUSING | 2107 | E | CHERRY | ST | #23 |  |  |
| SVC2015-04313 | 07/06/2015 | 08/05/2015 | 07/08/2015 | CLO | HOUSING | 1207 | W | WEBSTER | ST |  |  |  |
| SVC2015-04936 | 07/17/2015 | 09/06/2015 | 09/09/2015 | CLO | HOUSING,TRASH | 1460 | N | PROSPECT | AVE |  |  |  |
| SVC2015-04936 | 07/17/2015 | 09/06/2015 | 09/09/2015 | CLO | HOUSING,TRASH | 1460 | N | PROSPECT | AVE |  |  |  |
| SVC2015-04831 | 07/17/2015 | 08/12/2015 | 08/13/2015 | CLO | HOUSING | 1510 | W | LYNN | ST |  |  |  |
| SVC2015-04831 | 07/17/2015 | 08/12/2015 | 08/13/2015 | CLO | HOUSING | 1510 | W | LYNN | ST |  |  |  |
| SVC2015-04936 | 07/17/2015 | 09/06/2015 | 09/09/2015 | CLO | HOUSING,TRASH | 1460 | N | PROSPECT | AVE |  |  |  |

| Addr desc sort | fname sort | lname sort | Desc sort | reporting dept sort |
|---|---|---|---|---|
| | CHRIS | GATLEY | Housing | Health |
| | EMILY | MADDOX | housing issues | Health |
| | KATHY | | They rent from Holly Rentals and they won't | BDS |
| | JOHN | BILLINGS | long, narrow house on corner. windows brok | PIO |
| | JOHN | BILLINGS | long, narrow house on corner. windows brok | PIO |
| | | WEST CENTRAL N | Rental house is occupied, has boarded wind | PIO |
| | JOEL | PLANNING DEPT | Hole in the overhanging extension on the we | PIO |
| | SUZANNE | COLLINSWORTH | continual sewage problems. landlord sends | PIO |
| | JESSICA | MURPHY | sewer leaking in to basement. landlord will | PIO |
| | ASHLEY | STROM | The back half of the fireplace is falling down | PIO |
| | AGNES | FERRELL | Caller said her bathtub won't drain. She has | PIO |
| | STACEY | | E-mail from Linda Voris (Fire dept):I received | BDS |
| TIMBERWOOD APARTMENTS | MICHELLE | EDWARDS | Furnace was replaced after a fire and was n | PIO |
| TIMBERWOOD APARTMENTS | MICHELLE | EDWARDS | Furnace was replaced after a fire and was n | PIO |
| | TERRY | RAINE | NO heat in this rental property. They were s | PIO |
| | DEBRA | MIZE | Tenant says she hasn't had heat for a month | PIO |
| TIMBERWOOD APARTMENTS | JOSEPH | PFEIFFER | Apartment is flooded with sewage water and | PIO |
| | DARLA | KARLSTROMER | tenant has reported sewer issue of sewage | PIO |
| | IVY | MCGUIRE | Moved into the house Dec 5. the furnace do | PIO |
| OAK REST MOTEL | JESSICA | GLENN | caller living in Unit B1. no heat. has asked | PIO |
| | WELLER | NEIGHBORHOOD | Guttering in disrepair, soffits are rotting on th | PIO |
| | WELLER | NEIGHBORHOOD | Guttering in disrepair, soffits are rotting on th | PIO |
| | WELLER | NEIGHBORHOOD | Guttering in disrepair, soffits are rotting on th | PIO |
| | AGNES | FERRELL | The heat out of the house has been off for a | BDS |
| | WEST | CENTRAL | Junk and trash on the porch including a mat | PIO |
| | WEST | CENTRAL | Junk and trash on the porch including a mat | PIO |
| | JENNIFER | SMITH | Only toilet in the house does not work and h | PIO |
| | DANIELLE | NO LAST NAME | Furnace flue missing vent cap, which allows | BDS |
| TIMBERWOOD APARTMENTS | JOSEPH | PFEIFFER | Garbage disposal is broken and there is foo | PIO |
| TIMBERWOOD APARTMENTS | JOSEPH | PFEIFFER | Garbage disposal is broken and there is foo | PIO |
| | MRS | WILSON | caller reports water coming thru the walls, p | PIO |
| | | CALLER | caller reports bags of trash stacked behind t | PIO |
| | MENTHA | WILSON | Tenant came into Busch to file a complaint. | PIO |
| | JULIE | KATZ | Ceiling leaks in several places and landlord | PIO |
| TIMBERWOOD APARTMENTS | JOSEPH | PFEIFFER | Complainant said he has had flooding in the | PIO |
| TIMBERWOOD APARTMENTS | JOSEPH | PFEIFFER | Complainant said he has had flooding in the | PIO |
| | GRACE | CUMMINGS | part of roof has caved in. floor is buckeling. | PIO |
| | DALE OR C | PRESCOTT | Tenant said there is sewage under the house | PIO |
| | JENNIFER | SMITH | Major roof leaks and landlor won't fix. Worse | PIO |
| | VENITA | MORELOCK | Councilman Mike Shilling was in this house | PIO |
| | | NICOLE PRICE | I rent from 417 rentals I have called and con | PIO |
| | LIBERTY | GOEBELA | Spilling bleach on her carpet and foot long w | BDS |
| | LIBERTY | GOEBELA | Spilling bleach on her carpet and foot long w | BDS |
| 852 & 856 SAME PROPERTY | DOROTHY | CAPERS | ceiling falling, tailet leaks, etc. landlord will | PIO |
| #1 | | SHAWN HAMILTON | An insurmountable amount of cockroaches, | PIO |
| #1 | | SHAWN HAMILTON | An insurmountable amount of cockroaches, | PIO |
| AT W CRESTVIEW | | ANON | Junk all over including lgos, lumber and tras | PIO |
| AT W CRESTVIEW | | ANON | Junk all over including lgos, lumber and tras | PIO |
| | KAREN | PRESCOTT | They have 17 dogs and 10 cats. The inside | BDS |
| | IVY | MCGUIRE | Toilet doesn't work. the handrail on the front | PIO |
| | TAMMI | BEUHLER | landlord will not respond to request for scree | PIO |
| | TAMMI | BEUHLER | landlord will not respond to request for scree | PIO |
| | CHARLES | FERGUSON | everyone is moving because of the condition | PIO |
| | CHARLES | FERGUSON | everyone is moving because of the condition | PIO |
| | | ANON | Someone is supposedly living here, but they | PIO |
| | DEBBIE | HUCKER | Multiple water and ceiling leaks and leaks in | PIO |
| | DEBBIE | HUCKER | Multiple water and ceiling leaks and leaks in | PIO |
| | TAMMY | SMILEY | Apartment is flooded, every room. Hallway | PIO |
| | TAMMY | SMILEY | Apartment is flooded, every room. Hallway | PIO |
| | GARY | BOYET | Water heater issues and structure issues. T | BDS |
| | WELLER | NEIGHBORHOOD | Broken windows and trash | PIO |
| | WELLER | NEIGHBORHOOD | Broken windows and trash | PIO |
| | GRANT | BEACH | Problems with the fascia on the porch | PIO |
| | GRANT | BEACH | Problems with the fascia on the porch | PIO |
| | WELLER | NEIGHBORHOOD | Broken windows and trash | PIO |

| responsible dept sort | Zone sort | Zone sort | census sort | Health Insp sort | Bds Insp sort | Pic/Closure sort | nghb report sort | COP sort | nghb sort | updated sort | updater sort |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Health | 2 | | 55 | STUTZ,C. | | | | | (None) | 09/23/2002 09:41:23 | LPIL |
| Health | 1 | | 18 | ESSARY,C. | | | | | Grant Beach | 12/04/2009 10:29:49 | ccrighto |
| BDS | 1 | ? | ? | ? | kwilliam | | | | Grant Beach | 03/14/2014 09:39:23 | cedwards |
| BDS | 3 | ? | ? | ? | ccash | ✓ | | | West Central | 08/18/2014 08:46:08 | ccrighto |
| BDS | 3 | ? | ? | ? | ccash | ✓ | | | West Central | 08/18/2014 08:46:08 | ccrighto |
| BDS | 3 | ? | ? | ? | dgateley | ✓ | | | West Central | 10/10/2014 08:14:12 | aeddy |
| BDS | 3 | ? | ? | ? | dduquett | ✓ | | | West Central | 10/17/2014 09:44:19 | aeddy |
| BDS | 3 | ? | ? | ? | dgateley | ✓ | | | West Central | 10/24/2014 09:16:19 | aeddy |
| BDS | 3 | ? | ? | ? | dgateley | ✓ | | | West Central | 11/07/2014 08:49:29 | aeddy |
| BDS | 2 | ? | ? | ? | llee | ✓ | | | (None) | 12/05/2014 07:48:37 | aeddy |
| BDS | 1 | ? | ? | ? | kwilliam | ✓ | | | Heart of the West Side | 11/14/2014 08:15:19 | aeddy |
| BDS | 2 | ? | ? | ? | llee | | | | Robberson | 11/14/2014 07:15:32 | sgriffith |
| BDS | 2 | ? | ? | ? | bmusick | ✓ | | | (None) | 12/19/2014 08:27:20 | aeddy |
| BDS | 2 | ? | ? | ? | bmusick | ✓ | | | (None) | 12/19/2014 08:27:20 | aeddy |
| BDS | 2 | ? | ? | ? | ccash | ✓ | | | Doling | 12/12/2014 08:07:16 | aeddy |
| BDS | 3 | ? | ? | ? | dgateley | ✓ | | | West Central | 12/12/2014 08:07:21 | aeddy |
| BDS | 2 | ? | ? | ? | bmusick | ✓ | | | (None) | 01/02/2015 08:21:47 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ | | | Grant Beach | 01/02/2015 08:21:49 | aeddy |
| BDS | 1 | ? | ? | ? | kwilliam | ✓ | | | Heart of the West Side | 01/16/2015 08:24:34 | aeddy |
| BDS | 3 | ? | ? | ? | kwilliam | ✓ | | | Westside | 01/16/2015 08:24:33 | aeddy |
| BDS | 2 | ? | ? | ? | llee | ✓ | | | Weller | 03/19/2015 09:50:30 | ccrighto |
| BDS | 2 | ? | ? | ? | llee | ✓ | | | Weller | 03/19/2015 09:50:30 | ccrighto |
| BDS | 2 | ? | ? | ? | llee | ✓ | | | Weller | 03/19/2015 09:50:30 | ccrighto |
| BDS | 1 | ? | ? | ? | kwilliam | | | | Heart of the West Side | 01/12/2015 13:23:33 | sgriffith |
| BDS | 3 | ? | ? | ? | dgateley | ✓ | | | West Central | 02/17/2015 15:00:46 | ccrighto |
| BDS | 3 | ? | ? | ? | dgateley | ✓ | | | West Central | 02/17/2015 15:00:46 | ccrighto |
| BDS | 1 | ? | ? | ? | kwilliam | ✓ | | | Grant Beach | 02/06/2015 08:59:14 | aeddy |
| BDS | 2 | ? | ? | ? | ccash | | | | Robberson | 02/03/2015 08:45:12 | aeddy |
| BDS | 2 | ? | ? | ? | llee | ✓ | | | (None) | 03/06/2015 08:46:07 | aeddy |
| BDS | 2 | ? | ? | ? | llee | ✓ | | | (None) | 03/06/2015 08:46:07 | aeddy |
| BDS | 3 | ? | ? | ? | kwilliam | ✓ | | | West Central | 02/27/2015 08:11:00 | aeddy |
| BDS | 2 | ? | ? | ? | llee | ✓ | | | (None) | 05/29/2015 10:09:36 | aeddy |
| BDS | 3 | ? | ? | ? | kwilliam | ✓ | | | West Central | 04/24/2015 08:44:20 | aeddy |
| BDS | 3 | ? | ? | ? | kwilliam | ✓ | | | West Central | 03/27/2015 08:57:08 | aeddy |
| BDS | 2 | ? | ? | ? | llee | ✓ | | | (None) | 04/10/2015 08:19:14 | aeddy |
| BDS | 2 | ? | ? | ? | llee | ✓ | | | (None) | 04/10/2015 08:19:14 | aeddy |
| BDS | 1 | ? | ? | ? | ccash | ✓ | | | Robberson | 05/08/2015 08:31:33 | aeddy |
| BDS | 1 | ? | ? | ? | kwilliam | ✓ | | | Grant Beach | 04/10/2015 08:20:19 | aeddy |
| BDS | 1 | ? | ? | ? | kwilliam | ✓ | | | Grant Beach | 05/01/2015 13:58:28 | ccrighto |
| BDS | 3 | ? | ? | ? | kwilliam | ✓ | | | West Central | 05/01/2015 13:53:55 | ccrighto |
| BDS | 1 | ? | ? | ? | bmusick | ✓ | | | Heart of the West Side | 05/08/2015 08:29:20 | aeddy |
| BDS | 3 | ? | ? | ? | llee | | | | (None) | 04/24/2015 07:13:58 | sgriffith |
| BDS | 3 | ? | ? | ? | llee | | | | (None) | 04/24/2015 07:13:58 | sgriffith |
| BDS | 3 | ? | ? | ? | kwilliam | ✓ | | | West Central | 05/08/2015 08:33:01 | aeddy |
| BDS | 2 | ? | ? | ? | ccash | ✓ | | | Weller | 05/08/2015 08:29:29 | aeddy |
| BDS | 2 | ? | ? | ? | ccash | ✓ | | | Weller | 05/08/2015 08:29:29 | aeddy |
| BDS | 3 | ? | ? | ? | llee | ✓ | | | (None) | 06/05/2015 08:52:32 | aeddy |
| BDS | 3 | ? | ? | ? | llee | ✓ | | | (None) | 06/05/2015 08:52:32 | aeddy |
| BDS | 3 | ? | ? | ? | kwilliam | | | | West Central | 05/08/2015 12:16:47 | cedwards |
| BDS | 1 | ? | ? | ? | bmusick | ✓ | | | Heart of the West Side | 06/05/2015 08:56:21 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ | | | Tom Watkins | 07/10/2015 08:45:46 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ | | | Tom Watkins | 07/10/2015 08:45:46 | aeddy |
| BDS | 3 | ? | ? | ? | bmusick | ✓ | | | Grant Beach | 08/03/2015 08:57:30 | aeddy |
| BDS | 3 | ? | ? | ? | bmusick | ✓ | | | Grant Beach | 08/03/2015 08:57:30 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ | | | Heart of the West Side | 07/17/2015 10:14:45 | aeddy |
| BDS | 2 | ? | ? | ? | dgateley | ✓ | | | Robberson | 08/17/2015 12:34:37 | aeddy |
| BDS | 2 | ? | ? | ? | dgateley | ✓ | | | Robberson | 08/17/2015 12:34:37 | aeddy |
| BDS | 2 | ? | ? | ? | kwilliam | ✓ | | | (None) | 07/17/2015 10:15:35 | aeddy |
| BDS | 2 | ? | ? | ? | kwilliam | ✓ | | | (None) | 07/17/2015 10:15:35 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | | | | Grant Beach | 07/06/2015 10:09:35 | sgriffith |
| BDS | 2 | ? | ? | ? | ccash | ✓ | | | Weller | 10/19/2015 13:04:48 | ccrighto |
| BDS | 2 | ? | ? | ? | ccash | ✓ | | | Weller | 10/19/2015 13:04:48 | ccrighto |
| BDS | 1 | ? | ? | ? | dgateley | ✓ | | | Grant Beach | 08/19/2015 15:00:21 | ccrighto |
| BDS | 1 | ? | ? | ? | dgateley | ✓ | | | Grant Beach | 08/19/2015 15:00:21 | ccrighto |
| BDS | 2 | ? | ? | ? | ccash | ✓ | | | Weller | 10/19/2015 13:04:48 | ccrighto |

| Total:159 sort | Rcv'd Sort1 A | Target sort | Final sort | rmType sort | rmType sort | st# sort | stPfx sort | stName sort | stType sort | stUnit sort | stFrac sort | stSfx Desc sort |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SVC2015-04936 | 07/17/2015 | 09/06/2015 | 09/09/2015 | CLO | HOUSING,TRASH | 1460 | N | PROSPECT | AVE | | | |
| SVC2015-04936 | 07/17/2015 | 09/06/2015 | 09/09/2015 | CLO | HOUSING,TRASH | 1460 | N | PROSPECT | AVE | | | |
| SVC2015-04936 | 07/17/2015 | 09/06/2015 | 09/09/2015 | CLO | HOUSING,TRASH | 1460 | N | PROSPECT | AVE | | | |
| SVC2015-05775 | 08/11/2015 | 10/29/2015 | 11/02/2015 | CLO | HOUSING | 536 | S | BROADWAY | AVE | | | |
| SVC0000-04657 | 08/17/2015 | 09/14/2015 | 09/17/2015 | CLO | HOUSING | 615 | E | PACIFIC | ST | | | |
| SVC0000-04657 | 08/17/2015 | 09/14/2015 | 09/17/2015 | CLO | HOUSING | 615 | E | PACIFIC | ST | | | |
| SVC2015-06043 | 08/17/2015 | 08/24/2015 | 08/24/2015 | CLO | HOUSING | 742 | S | GRANT | AVE | APT B | | |
| SVC0000-04689 | 08/18/2015 | 00/00/0000 | 08/25/2015 | CLO | HOUSING | 1426 | W | STATE | ST | | | |
| SVC2015-06583 | 08/31/2015 | 09/30/2015 | 09/24/2015 | CLO | HOUSING | 721 | N | NETTLETON | AVE | | | |
| SVC2015-06588 | 08/31/2015 | 09/30/2015 | 09/14/2015 | CLO | HOUSING | 910 | S | NEWTON | AVE | | | |
| SVC2015-06692 | 09/02/2015 | 10/02/2015 | 09/09/2015 | CLO | HOUSING | 1935 | N | LONE PINE | AVE | | | |
| SVC2015-06715 | 09/03/2015 | 10/03/2015 | 11/18/2015 | CLO | HOUSING | 629 | W | MADISON | ST | | | |
| SVC2015-06852 | 09/09/2015 | 10/09/2015 | 09/17/2015 | CLO | HOUSING | 2039 | N | ROOSEVELT | AVE | | | |
| SVC2015-07030 | 09/14/2015 | 10/14/2015 | 09/16/2015 | CLO | HOUSING | 419 | W | STATE | ST | #4 | | |
| SVC2015-07030 | 09/14/2015 | 10/14/2015 | 09/16/2015 | CLO | HOUSING | 419 | W | STATE | ST | #4 | | |
| SVC2015-07132 | 09/17/2015 | 10/17/2015 | 10/06/2015 | CLO | HOUSING | 825 | S | FORT | AVE | | | |
| SVC2015-07638 | 10/02/2015 | 11/01/2015 | 10/07/2015 | CLO | HOUSING,INSECT | 504 | E | CHERRY | ST | #11 | | |
| SVC2015-07638 | 10/02/2015 | 11/01/2015 | 10/07/2015 | CLO | HOUSING,INSECT | 504 | E | CHERRY | ST | #11 | | |
| SVC2015-07858 | 10/14/2015 | 11/13/2015 | 10/20/2015 | CLO | HOUSING,INFORM | 3550 | W | CHESTNUT | EXPY | | | |
| SVC2015-07933 | 10/19/2015 | 11/18/2015 | 10/26/2015 | CLO | HOUSING | 746 | S | DOUGLAS | AVE | | | |
| SVC2015-08045 | 10/26/2015 | 11/25/2015 | 10/29/2015 | CLO | HOUSING | 2749 | W | OLIVE | ST | | | |
| SVC2015-08287 | 11/09/2015 | 01/20/2016 | 01/22/2016 | CLO | HOUSING,SEWAG | 2259 | N | MAIN | AVE | | | |
| SVC2015-08252 | 11/09/2015 | 12/09/2015 | 11/18/2015 | CLO | HOUSING | 1671 | E | DIVISION | ST | | | |
| SVC2015-08913 | 12/21/2015 | 01/20/2016 | 01/15/2016 | CLO | HOUSING,SEWAG | 1910 | W | THOMAN | ST | | | |
| SVC2015-08967 | 12/28/2015 | 03/07/2016 | 03/08/2016 | CLO | HOUSING | 2119 | W | HIGH | ST | | | |
| SVC2015-08984 | 12/29/2015 | 01/28/2016 | 01/11/2016 | CLO | HOUSING | 856 | S | NETTLETON | AVE | | | |
| SVC0000-07458 | 12/29/2015 | 00/00/0000 | 01/04/2016 | CLO | HOUSING | 924 | W | CENTRAL | ST | | | |
| SVC2015-08992 | 12/29/2015 | 01/28/2016 | 01/08/2016 | CLO | HOUSING | 2143 | N | BENTON | AVE | | | |
| SVC2015-09003 | 12/30/2015 | 01/25/2016 | 01/15/2016 | CLO | HOUSING | 1932 | W | CHESTNUT | ST | | | |
| SVC2016-00062 | 01/05/2016 | 02/04/2016 | 01/07/2016 | CLO | HOUSING | 2227 | N | BOONVILLE | AVE | | | |
| SVC2016-00080 | 01/06/2016 | 01/28/2016 | 01/28/2016 | CLO | HOUSING | 2006 | W | OLIVE | ST | | | |
| SVC2016-00108 | 01/07/2016 | 02/06/2016 | 01/13/2016 | CLO | HOUSING | 1507 | E | BLAINE | ST | | | |
| SVC2016-00262 | 01/15/2016 | 02/13/2016 | 02/16/2016 | CLO | HOUSING | 2107 | E | CHERRY | ST | #12 | | |
| SVC2016-00262 | 01/15/2016 | 02/13/2016 | 02/16/2016 | CLO | HOUSING | 2107 | E | CHERRY | ST | #12 | | |
| SVC2016-00261 | 01/15/2016 | 01/21/2016 | 02/09/2016 | CLO | HOUSING | 1015 | N | NEWTON | AVE | | | |
| SVC2016-00726 | 02/11/2016 | 03/12/2016 | 02/16/2016 | CLO | HOUSING | 3550 | W | CHESTNUT | EXPY | #10 | | |
| SVC2016-00726 | 02/11/2016 | 03/12/2016 | 02/16/2016 | CLO | HOUSING | 3550 | W | CHESTNUT | EXPY | #10 | | |
| SVC2016-00922 | 02/22/2016 | 03/23/2016 | 03/14/2016 | CLO | HOUSING,INSECT | 2107 | E | CHERRY | ST | #24 | | |
| SVC2016-00955 | 02/24/2016 | 03/25/2016 | 02/26/2016 | CLO | HOUSING | 1250 | E | ATLANTIC | ST | | | |
| SVC2016-01145 | 03/03/2016 | 03/10/2016 | 03/10/2016 | CLO | HOUSING | 827 | S | NETTLETON | AVE | | | |
| SVC2016-01213 | 03/07/2016 | 03/18/2016 | 03/18/2016 | CLO | HOUSING,TRASH | 2954 | W | LATOKA | ST | | | |
| SVC2016-01261 | 03/10/2016 | 03/11/2016 | 03/22/2016 | CLO | HOUSING | 2650 | W | BROWER | ST | | | |
| SVC2016-01302 | 03/11/2016 | 04/10/2016 | 03/14/2016 | CLO | HOUSING | 2650 | W | BROWER | ST | | | |
| SVC2016-01326 | 03/14/2016 | 04/13/2016 | 03/22/2016 | CLO | HOUSING | 2107 | E | CHERRY | ST | #23 | | |
| SVC2016-01326 | 03/14/2016 | 04/13/2016 | 03/22/2016 | CLO | HOUSING | 2107 | E | CHERRY | ST | #23 | | |
| SVC2016-01384 | 03/16/2016 | 04/15/2016 | 03/18/2016 | CLO | HOUSING | 3550 | W | CHESTNUT | EXPY | | | |
| SVC2016-01384 | 03/16/2016 | 04/15/2016 | 03/18/2016 | CLO | HOUSING | 3550 | W | CHESTNUT | EXPY | | | |
| SVC2016-01404 | 03/17/2016 | 04/16/2016 | 03/22/2016 | CLO | HOUSING | 2107 | E | CHERRY | ST | | | |
| SVC2016-01404 | 03/17/2016 | 04/16/2016 | 03/22/2016 | CLO | HOUSING | 2107 | E | CHERRY | ST | | | |
| SVC2016-01428 | 03/18/2016 | 04/17/2016 | 03/22/2016 | CLO | HOUSING | 2107 | E | CHERRY | ST | 11 | | |
| SVC2016-01428 | 03/18/2016 | 04/17/2016 | 03/22/2016 | CLO | HOUSING | 2107 | E | CHERRY | ST | 11 | | |
| SVC2016-01546 | 03/24/2016 | 04/29/2016 | 04/28/2016 | CLO | HOUSING | 804 | W | LOCUST | ST | | | |
| SVC2016-01650 | 03/30/2016 | 05/13/2016 | 04/22/2016 | CLO | GRAFFITI,HOUSIN | 512 | E | CHERRY | ST | 1 | | |
| SVC2016-01650 | 03/30/2016 | 05/13/2016 | 04/22/2016 | CLO | GRAFFITI,HOUSIN | 512 | E | CHERRY | ST | 1 | | |
| SVC2016-01730 | 04/04/2016 | 05/06/2016 | 05/16/2016 | CLO | HOUSING | 1636 | W | THOMAN | ST | | | |
| SVC2016-01850 | 04/08/2016 | 04/26/2016 | 04/28/2016 | CLO | HOUSING,TRASH | 2100 | N | ELIZABETH | AVE | | | |
| SVC2016-02110 | 04/21/2016 | 05/06/2016 | 04/28/2016 | CLO | HOUSING,TRASH | 1035 | N | BROADWAY | AVE | | | |
| SVC2016-02672 | 05/05/2016 | 06/10/2016 | 06/27/2016 | CLO | HOUSING | 2223 | N | HILLCREST | AVE | | | |
| SVC2016-02833 | 05/11/2016 | 06/10/2016 | 05/18/2016 | CLO | HOUSING | 3550 | W | CHESTNUT | EXPY | 1214 | | |
| SVC2016-02833 | 05/11/2016 | 06/10/2016 | 05/18/2016 | CLO | HOUSING | 3550 | W | CHESTNUT | EXPY | 1214 | | |
| SVC2016-02901 | 05/12/2016 | 06/20/2016 | 06/29/2016 | CLO | HOUSING | 2129 | W | WALL | ST | | | |
| SVC2016-02989 | 05/17/2016 | 07/29/2016 | 08/04/2016 | CLO | HOUSING | 2028 | W | DIVISION | ST | | | |
| SVC2016-03157 | 05/23/2016 | 09/21/2016 | 09/19/2016 | CLO | HOUSING,INSECT | 3550 | W | CHESTNUT | EXPY | 19 | | |
| SVC2016-03157 | 05/23/2016 | 09/21/2016 | 09/19/2016 | CLO | HOUSING,INSECT | 3550 | W | CHESTNUT | EXPY | 19 | | |
| SVC2016-03131 | 05/23/2016 | 06/22/2016 | 05/26/2016 | CLO | HOUSING,INSECT | 3550 | W | CHESTNUT | EXPY | 15 | | |

| Address sort | fname sort | lname sort | Incident Desc | reporting Dept Desc sort |
|---|---|---|---|---|
| | | WELLER | NEIGHBORHOOD | Broken windows and trash | PIO |
| | | WELLER | NEIGHBORHOOD | Broken windows and trash | PIO |
| | | WELLER | NEIGHBORHOOD | Broken windows and trash | PIO |
| | NICKI | POINTER | tenant reports roof sagging and ceiling tiles | PIO |
| | | EMILY LOGAN | We have tried to contact owners, 417 Renta | PIO |
| | | EMILY LOGAN | We have tried to contact owners, 417 Renta | PIO |
| | AMY | WAGNER | the sink has been leaking for 9 months. She | PIO |
| | | JAMIE COCKRUM | The sewer is not working properly in the hon | PIO |
| | JERRY | MOORE | The house to the South of me had a 70ft ma | BDS |
| | WHITLEY | BOHANAN | There are leaks in windows and leaks in the | PIO |
| | BOBBIE | JENSEN | There are holes in the porch roof that allows | PIO |
| | DWAYNE | ROSS | Tenant said his brother has chronic asthma | PIO |
| | | CAPT | E5 ran a call to 2039 N Roosevelt on Saturd | BDS |
| | KENYANDA | ROBINSON | Tenant said there is a hole in the roof that le | PIO |
| | KENYANDA | ROBINSON | Tenant said there is a hole in the roof that le | PIO |
| | MAKR | WOODS | Leak in the basement. Tenant said he has t | PIO |
| | DIANA | WHALEY | bedbugs. seems they disappear and they ke | PIO |
| | DIANA | WHALEY | bedbugs. seems they disappear and they ke | PIO |
| WISHING WELL | JENNAPHER | TURNER | Hello, We received a referral a couple weeks | PIO |
| | FAY | ANON | Door locks are broken and there is no way to | PIO |
| | SHELBY | PRICE | tenant reports no heat at this Gatley property | PIO |
| | DAVID | DOUCETTE | sewage seeping in yard and in house. has c | PIO |
| | | ANON | Occupying house without utilities | BDS |
| | SAMANTHA | DIAL | toilet won't flush, sewage backing up in tub a | PIO |
| | SHAYLA | YOUNT | electrical issues - plugs melt, spark, etc. ba | PIO |
| | ELISE | WILLIAMS | caller reports leaks in roof and pipes leaking | PIO |
| | | DONALD KECK | The basement floods all the time. No heat w | PIO |
| | JANELLE | GRIMM | roof continues to leak and landlord will not re | PIO |
| | JUSTIN | CLOUD | no heat and no hot water for 3 days. landlor | PIO |
| | | ANON | Caller said this property has been vacant for | PIO |
| | CALEB | HICKS | furnace is out. sewage backup. hole in roof | PIO |
| | WENDY | GRIFFIN | basement flooded. tenant has replaced sum | PIO |
| | JOSEPH | PFEIFER | Apartment flooded due to rain; bathroom wa | BDS |
| | JOSEPH | PFEIFER | Apartment flooded due to rain; bathroom wa | BDS |
| | CHARLES | SMEETON | tenant came to CRC. reports shingles off ro | PIO |
| WISHING WELL | BRADLEY | SCHUBERT | Tenant waid he just moved into unit #10 and | PIO |
| WISHING WELL | BRADLEY | SCHUBERT | Tenant waid he just moved into unit #10 and | PIO |
| | LISA | WELLS | Tenant said she does not have hot water. Al | PIO |
| | ROBBERSO | NEIGHBORHOOD | Gray tarp on the chimney, can be seen from | PIO |
| | ELIZABETH | CHENAULT | I tried submitting this through the website bu | PIO |
| | SUE | REAGAN | Rental property has duct work that is not cor | PIO |
| | ANTHONY | SEE | Fire damaged and nothing has been done. | BDS |
| | MARY | SEE | Previous fire at this house. Caller who is the | PIO |
| | TAMMY | SMILEY | Apartment is flooded, every room. Managem | PIO |
| | TAMMY | SMILEY | Apartment is flooded, every room. Managem | PIO |
| | AMBER | BALEY | Caller is a tenant of this rental, formerly Wis | PIO |
| | AMBER | BALEY | Caller is a tenant of this rental, formerly Wis | PIO |
| | CAROL | HUFFMAN | Several apartments have had water in the w | BDS |
| | CAROL | HUFFMAN | Several apartments have had water in the w | BDS |
| | MATT | RETHERFORD | Apartment and hallway is saturated from sev | PIO |
| | MATT | RETHERFORD | Apartment and hallway is saturated from sev | PIO |
| | | ANON | Tarp on the roof | PIO |
| | OFFICER M | EVANS | Busted windows and gang graffit that has be | PIO |
| | OFFICER M | EVANS | Busted windows and gang graffit that has be | PIO |
| | JOSHUA | DUNCAN | Sewage under the house and landlord won't | PIO |
| | DALE | MILAM | Back window is gone and has been replaced | PIO |
| | ANON | ANON | No screens. Trash on property. | PIO |
| | MICHELLE | GUVVO | LL is refusing to make repairs. The roof is le | PIO |
| | ANONYMOU | ANONYMOUS | Wishing Well Motel. When it rains, the elect | PIO |
| | ANONYMOU | ANONYMOUS | Wishing Well Motel. When it rains, the elect | PIO |
| | SKYLAR | RYSTED | LL is not fixing the leaking pipe beneath the | PIO |
| | HALEY | CURRIE | electric is running off of 2 outlets. The bedro | PIO |
| | KRISTINA | TOUCHECK | There are bedbugs, roaches and ants comin | PIO |
| | KRISTINA | TOUCHECK | There are bedbugs, roaches and ants comin | PIO |
| | CHRIS | SMITH | The roof is cracked letting water in by the ba | PIO |

| response sort | dept sort | zone sort | census sort | Health Insp sort | BDS Insp sort | Pio Code/right report sort | COP sort | neighb sort | Entered Desc sort | updater sort |
|---|---|---|---|---|---|---|---|---|---|---|
| BDS | 2 | ? | ? | ? | ccash | ✓ |  | Weller | 10/19/2015 13:04:48 | ccrighto |
| BDS | 2 | ? | ? | ? | ccash | ✓ |  | Weller | 10/19/2015 13:04:48 | ccrighto |
| BDS | 2 | ? | ? | ? | ccash | ✓ |  | Weller | 10/19/2015 13:04:48 | ccrighto |
| BDS | 3 | ? | ? | ? | bmusick | ✓ |  | West Central | 11/06/2015 08:42:23 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ |  | Mid-Town Neighborhood | 09/18/2015 08:18:26 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ |  | Mid-Town Neighborhood | 09/18/2015 08:18:26 | aeddy |
| BDS | 3 | ? | ? | ? | bmusick | ✓ |  | West Central | 08/28/2015 08:31:35 | aeddy |
| BDS | 3 | ? | ? | ? | bmusick | ✓ |  | West Central | 08/28/2015 08:28:25 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley |  |  | Grant Beach | 09/02/2015 11:08:02 | cedwards |
| BDS | 3 | ? | ? | ? | bmusick | ✓ |  | West Central | 09/18/2015 08:22:29 | aeddy |
| BDS | 2 | ? | ? | ? | ccash | ✓ |  | (None) | 09/11/2015 08:54:26 | aeddy |
| BDS | 3 | ? | ? | ? | bmusick | ✓ |  | West Central | 11/20/2015 08:06:09 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley |  |  | Tom Watkins | 09/15/2015 07:27:12 | sgriffith |
| BDS | 3 | ? | ? | ? | bmusick | ✓ |  | West Central | 09/18/2015 08:23:45 | aeddy |
| BDS | 3 | ? | ? | ? | bmusick | ✓ |  | West Central | 09/18/2015 08:23:45 | aeddy |
| BDS | 3 | ? | ? | ? | bmusick | ✓ |  | West Central | 10/09/2015 08:13:36 | aeddy |
| BDS | 3 | ? | ? | ? | bmusick | ✓ |  | (None) | 10/09/2015 08:14:43 | aeddy |
| BDS | 3 | ? | ? | ? | bmusick | ✓ |  | (None) | 10/09/2015 08:14:43 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ |  | (None) | 10/23/2015 09:23:59 | aeddy |
| BDS | 3 | ? | ? | ? | bmusick | ✓ |  | West Central | 10/30/2015 09:01:38 | aeddy |
| BDS | 1 | ? | ? | ? | bmusick | ✓ |  | Westside | 10/30/2015 09:01:59 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ |  | Woodland Heights | 02/05/2016 09:20:10 | aeddy |
| BDS | 2 | ? | ? | ? | bmusick |  |  | Weller | 11/12/2015 14:29:39 | bmusick |
| BDS | 1 | ? | ? | ? | kcoker | ✓ |  | Tom Watkins | 01/15/2016 08:37:57 | aeddy |
| BDS | 1 | ? | ? | ? | kcoker | ✓ |  | Tom Watkins | 03/11/2016 13:29:36 | ccrighto |
| BDS | 3 | ? | ? | ? | bmusick | ✓ |  | West Central | 01/15/2016 08:38:03 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ |  | Grant Beach | 01/08/2016 08:21:02 | aeddy |
| BDS | 1 | ? | ? | ? | dgateley | ✓ |  | Woodland Heights | 01/15/2016 08:38:05 | aeddy |
| BDS | 1 | ? | ? | ? | kcoker | ✓ |  | Heart of the West Side | 01/22/2016 08:07:58 | aeddy |
| BDS | 1 | ? | ? | ? | bmusick | ✓ |  | Woodland Heights | 01/08/2016 08:23:56 | aeddy |
| BDS | 1 | ? | ? | ? | kcoker | ✓ |  | Westside | 02/05/2016 09:21:24 | aeddy |
| BDS | 2 | ? | ? | ? | dgateley | ✓ |  | Weller | 01/15/2016 08:38:52 | aeddy |
| BDS | 2 | ? | ? | ? | ccash |  |  | (None) | 01/19/2016 09:23:02 | aeddy |
| BDS | 2 | ? | ? | ? | ccash |  |  | (None) | 01/19/2016 09:23:02 | aeddy |
| BDS | 1 | ? | ? | ? | bmusick | ✓ |  | Grant Beach | 02/12/2016 08:43:27 | ccrighto |
| BDS | 1 | ? | ? | ? | kcoker | ✓ |  | (None) | 02/18/2016 16:57:59 | ccrighto |
| BDS | 1 | ? | ? | ? | kcoker | ✓ |  | (None) | 02/18/2016 16:57:59 | ccrighto |
| BDS | 2 | ? | ? | ? | ccash | ✓ |  | (None) | 03/18/2016 09:20:31 | sjacobso |
| BDS | 2 | ? | ? | ? | dgateley | ✓ |  | Robberson | 03/30/2016 10:52:09 | ccrighto |
| BDS | 3 | ? | ? | ? | kwilliam | ✓ |  | West Central | 03/11/2016 08:10:49 | ccrighto |
| BDS | 3 | ? | ? | ? | kwilliam | ✓ |  | (None) | 03/25/2016 08:29:07 | sjacobso |
| BDS | 1 | ? | ? | ? | kcoker |  |  | Heart of the West Side | 03/21/2016 07:05:47 | cedwards |
| BDS | 1 | ? | ? | ? | kcoker | ✓ |  | Heart of the West Side | 03/18/2016 09:21:23 | sjacobso |
| BDS | 2 | ? | ? | ? | ccash | ✓ |  | (None) | 03/30/2016 08:30:59 | rcrumrine |
| BDS | 2 | ? | ? | ? | ccash | ✓ |  | (None) | 03/30/2016 08:30:59 | rcrumrine |
| BDS | 1 | ? | ? | ? | kcoker | ✓ |  | (None) | 03/25/2016 08:29:25 | sjacobso |
| BDS | 1 | ? | ? | ? | kcoker | ✓ |  | (None) | 03/25/2016 08:29:25 | sjacobso |
| BDS | 2 | ? | ? | ? | ccash |  |  | (None) | 03/18/2016 06:44:36 | sgriffith |
| BDS | 2 | ? | ? | ? | ccash |  |  | (None) | 03/18/2016 06:44:36 | sgriffith |
| BDS | 2 | ? | ? | ? | ccash | ✓ |  | Oak Grove | 03/25/2016 08:29:27 | sjacobso |
| BDS | 2 | ? | ? | ? | ccash | ✓ |  | Oak Grove | 03/25/2016 08:29:27 | sjacobso |
| BDS | 1 | ? | ? | ? | bmusick | ✓ |  | Grant Beach | 04/29/2016 09:56:04 | sjacobso |
| BDS | 3 | ? | ? | ? | kwilliam | ✓ |  | (None) | 04/29/2016 09:56:06 | sjacobso |
| BDS | 3 | ? | ? | ? | kwilliam | ✓ |  | (None) | 04/29/2016 09:56:06 | sjacobso |
| BDS | 1 | ? | ? | ? | kcoker | ✓ |  | Tom Watkins | 05/17/2016 12:57:12 | sjacobso |
| BDS | 1 | ? | ? | ? | kcoker | ✓ |  | Tom Watkins | 04/29/2016 09:56:20 | sjacobso |
| BDS | 1 | ? | ? | ? | bmusick | ✓ |  | Grant Beach | 04/29/2016 09:56:38 | sjacobso |
| BDS | 1 | ? | ? | ? | kcoker | ✓ |  | Tom Watkins | 06/28/2016 08:34:53 | sjacobso |
| BDS | 1 | ? | ? | ? | kcoker | ✓ |  | (None) | 05/20/2016 08:09:10 | sjacobso |
| BDS | 1 | ? | ? | ? | kcoker | ✓ |  | (None) | 05/20/2016 08:09:10 | sjacobso |
| BDS | 1 | ? | ? | ? | kcoker | ✓ |  | Westside | 07/05/2016 10:15:09 | sjacobso |
| BDS | 1 | ? | ? | ? | kcoker | ✓ |  | Heart of the West Side | 08/05/2016 09:51:01 | sjacobso |
| BDS | 1 | ? | ? | ? | kcoker | ✓ |  | (None) | 09/22/2016 08:41:00 | sjacobso |
| BDS | 1 | ? | ? | ? | kcoker | ✓ |  | (None) | 09/22/2016 08:41:00 | sjacobso |
| BDS | 1 | ? | ? | ? | kcoker | ✓ |  | (None) | 05/27/2016 08:57:04 | sjacobso |

| Total:159 sort | Sort1 A sort | sort | Final sort | sort | recName sort | stP# sort | stPfx sort | stName sort | stTppe sort | stUnit sort | stTac sort | stSfx Desc sort |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SVC2016-03131 | 05/23/2016 | 06/22/2016 | 05/26/2016 | CLO | HOUSING,INSECT | 3550 | W | CHESTNUT | EXPY | 15 | | |
| SVC2016-03293 | 05/27/2016 | 06/15/2016 | 06/16/2016 | CLO | HOUSING | 1730 | N | CLAY | AVE | | | |
| SVC2016-03326 | 05/31/2016 | 07/14/2016 | 07/14/2016 | CLO | HOUSING | 2252 | N | LYON | AVE | | | |
| SVC2016-03873 | 06/15/2016 | 07/29/2016 | 08/03/2016 | CLO | HOUSING | 2039 | N | ROOSEVELT | AVE | | | |
| SVC2016-03892 | 06/16/2016 | 07/16/2016 | 06/17/2016 | CLO | HOUSING | 632 | W | NICHOLS | ST | | | |
| SVC2016-06466 | 08/26/2016 | 10/01/2016 | 10/06/2016 | CLO | HOUSING | 912 | E | DALE | ST | | | |
| SVC2016-06635 | 08/31/2016 | 09/14/2016 | 09/15/2016 | CLO | HOUSING | 1533 | E | WHITESIDE | ST | | | |
| SVC2016-07735 | 10/19/2016 | 12/19/2016 | 12/20/2016 | CLO | HOUSING | 2308 | W | MADISON | ST | | | |
| SVC2016-07738 | 10/19/2016 | 11/18/2016 | 11/18/2016 | CLO | HOUSING | 2045 | N | LYON | AVE | | | |
| SVC2016-07843 | 10/26/2016 | 11/17/2016 | 12/09/2016 | CLO | HOUSING | 2107 | E | CHERRY | ST | #6 | | |
| SVC2016-08540 | 12/09/2016 | 01/08/2017 | 12/12/2016 | CLO | HOUSING | 1675 | E | DALE | ST | | | |
| SVC2017-00595 | 02/06/2017 | 03/08/2017 | 03/09/2017 | CLO | HOUSING | 2129 | W | WALL | ST | | | |
| SVC2017-00717 | 02/13/2017 | 03/15/2017 | 03/09/2017 | CLO | HOUSING | 1932 | W | CHESTNUT | ST | | | |
| SVC2017-01298 | 03/21/2017 | 04/24/2017 | 06/07/2017 | CLO | HOUSING | 2129 | W | WALL | ST | | | |
| SVC2017-01355 | 03/24/2017 | 04/12/2017 | 04/17/2017 | CLO | HOUSING,INSECT | 2107 | E | CHERRY | ST | 2 | | |
| SVC2017-01998 | 04/24/2017 | 05/24/2017 | 05/18/2017 | CLO | HOUSING | 912 | E | DALE | ST | | | |
| SVC2017-02277 | 05/03/2017 | 06/02/2017 | 05/18/2017 | CLO | HOUSING,INSECT | 2107 | E | CHERRY | ST | 2 | | |
| SVC2017-02417 | 05/08/2017 | 06/07/2017 | 05/18/2017 | CLO | HOUSING,INSECT | 2107 | E | CHERRY | ST | 6 | | |
| SVC2017-02488 | 05/09/2017 | 06/16/2017 | 06/16/2017 | CLO | HOUSING | 856 | S | NETTLETON | AVE | | | |
| SVC2017-03934 | 06/19/2017 | 08/07/2017 | 08/15/2017 | CLO | HOUSING,SEWAG | 520 | S | SCENIC | AVE | | | |
| SVC2017-05057 | 07/26/2017 | 09/08/2017 | 12/04/2017 | CLO | HOUSING,INSECT | 2107 | E | CHERRY | ST | #10 | | |
| SVC2017-05094 | 07/27/2017 | 08/22/2017 | 09/20/2017 | CLO | HOUSING | 909 | N | EAGLE | AVE | | | |
| SVC2017-05277 | 08/03/2017 | 09/02/2017 | 08/07/2017 | CLO | HOUSING | 2308 | W | MADISON | ST | | | |
| SVC2017-06140 | 08/31/2017 | 09/30/2017 | 11/09/2017 | CLO | HOUSING | 742 | S | GRANT | AVE | A | | |
| SVC2018-00937 | 03/05/2018 | 03/13/2018 | 03/15/2018 | CLO | HOUSING | 508 | E | CHERRY | ST | D | | |
| SVC2018-00965 | 03/06/2018 | 05/12/2018 | 00/00/0000 | PEN | HOUSING | 621 | S | GOLDEN | AVE | | | |
| SVC2018-01138 | 03/15/2018 | 03/26/2018 | 03/27/2018 | CLO | HOUSING | 1024 | S | LEXINGTON | AVE | | | |
| SVC2018-01390 | 04/02/2018 | 05/02/2018 | 04/27/2018 | CLO | HOUSING | 2856 | W | ELM | ST | | | |
| SVC2018-01699 | 04/20/2018 | 06/26/2018 | 00/00/0000 | INS | HOUSING | 1201 | N | FULBRIGHT | AVE | | | |

| ser desc sort | fname sort | lname sort | desc | reporting dept sort |
|---|---|---|---|---|
| | CHRIS | SMITH | The roof is cracked letting water in by the ba | PIO |
| | | ANON | this apartment building is trashed. There are | PIO |
| | BILLIE | TURNER | The landlord is refusing to put screens on th | PIO |
| | THERESA | COTTER | The electrical panel is burned. They are sw | PIO |
| | GRANT | EAC NEIGHBORHOOD A missing shingles | | PIO |
| | RATANYA | HARRIS | Toilets on the second floor were leaking and | PIO |
| | | INSPECTOR | Housing violations found at the time of a sol | BDS |
| | JUDY | STALKER | Furnace makes a big boom noise when turn | PIO |
| | MIKE | HAR MOONEY | 417 Chris Gatley is refusing to repair the fur | PIO |
| | ADAM | CARTER | No heat in the apartment, exposed wiring, el | PIO |
| | GARY | GARVOILLE | Tenant Gary Garvoille called furnace not wor | BDS |
| | JENNIFER | RYMER | CU will not turn on the gas. Tenant moved | PIO |
| | BRITTANY | CARROLL | No heat in the house for the past week. Lan | PIO |
| | JENNIFER | RYMER | CU will not turn on the gas. Tenant moved | PIO |
| | TIM | GRAHAM | roach infestation, water leaking into electrica | PIO |
| | JESSICA | EMMONS | Caller states this is a 417 Rentals house. P | PIO |
| | TIM | GRAHAM | Bed bugs in his apartment. | PIO |
| | MINDY | WILSON | Roaches and bed bugs in apartment 6. Wor | PIO |
| | LAWANDA | ARCH | Tenant report the water at the bathtub won't | PIO |
| | JENNIFER | NEWBERRY | Surfacing sewage at 520 S Scenic Ave. Flo | PIO |
| | JESSICA | GRADY | Fire Department was putting in a smoke det | PIO |
| | AARON | CRESON | Tenant said there is pulsing power in the wal | PIO |
| | JUDY | STALKER | :: I am 62 years old and I am trying to move | PIO |
| | ANON | ANON | There is a water leak in Apt. D that is running | PIO |
| PARCEL 881324302005. 508 512 E CHE | CHRISTINA | LOTTER | Tenant said the outlets don't work, they have | PIO |
| | JESSIE | WALKER | Tenants heat has not worked in 7 days. The | PIO |
| 1022 1024 DUPLEX. PARCEL 881327101 | TERESA | LAHAIE | Callers landlord isn't fixing a hole in her ceili | PIO |
| | JUSTIN | SOWARDS | Tenant has complained for 2-1/2 years, but r | PIO |
| | AMBER | PADGETT | Sewage is backing up into the bathtub and w | PIO |

| responsible dept sort | zone sort | hZone sort | census sort | Health Insp sort | Bds Insp sort | Plo Closure sort | onghb report sort | COP sort | nghb sort | updated Desc sort | updater sort |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BDS | 1 | ? | ? | ? | kcoker | ✓ | | | (None) | 05/27/2016 08:57:04 | sjacobso |
| BDS | 1 | ? | ? | ? | bmusick | ✓ | | | Mid-Town Neighborhood | 06/17/2016 09:03:12 | sjacobso |
| BDS | 1 | ? | ? | ? | bmusick | ✓ | | | Woodland Heights | 07/15/2016 09:48:30 | sjacobso |
| BDS | 1 | ? | ? | ? | kcoker | ✓ | | | Tom Watkins | 08/03/2016 08:59:06 | sjacobso |
| BDS | 1 | ? | ? | ? | bmusick | ✓ | | | Grant Beach | 07/27/2016 15:54:31 | ccrighto |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Robberson | 10/06/2016 15:28:14 | sjacobso |
| BDS | 4 | ? | ? | ? | ccash | | | | (None) | 08/31/2016 16:47:09 | rcrumrine |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Westside | 12/21/2016 11:12:06 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Woodland Heights | 11/23/2016 09:27:43 | sjacobso |
| BDS | 2 | ? | ? | ? | jcurless | ✓ | | | (None) | 12/09/2016 09:59:20 | sjacobso |
| BDS | 2 | ? | ? | ? | jcurless | | | | Robberson | 12/09/2016 10:50:11 | rmarriott |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Westside | 03/09/2017 11:06:22 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Heart of the West Side | 03/09/2017 11:06:24 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Westside | 06/07/2017 14:52:36 | sjacobso |
| BDS | 2 | ? | ? | ? | jcurless | ✓ | | | (None) | 04/24/2017 09:33:20 | sjacobso |
| BDS | 2 | ? | ? | ? | jcurless | ✓ | | | Robberson | 05/19/2017 12:55:24 | sjacobso |
| BDS | 2 | ? | ? | ? | jcurless | ✓ | | | (None) | 05/19/2017 12:55:28 | sjacobso |
| BDS | 2 | ? | ? | ? | jcurless | ✓ | | | (None) | 05/19/2017 12:55:32 | sjacobso |
| BDS | 3 | ? | ? | ? | jawood | ✓ | | | West Central | 06/13/2017 12:34:13 | jawood |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Westside | 08/17/2017 15:38:30 | sjacobso |
| BDS | 2 | ? | ? | ? | jawood | ✓ | | | (None) | 12/05/2017 08:15:56 | rcrumrine |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Heart of the West Side | 09/22/2017 10:08:04 | sjacobso |
| BDS | 1 | ? | ? | ? | jcurless | ✓ | | | Westside | 08/11/2017 16:12:03 | sjacobso |
| BDS | 3 | ? | ? | ? | jawood | ✓ | | | West Central | 11/14/2017 13:37:06 | rcrumrine |
| BDS | 3 | ? | | | jawood | ✓ | | | (None) | 03/20/2018 09:14:56 | rcrumrine |
| BDS | 1 | ? | | | jawood | | | | Westside | 04/24/2018 07:07:44 | cedward |
| BDS | 3 | ? | | | jawood | ✓ | | | Fassnight | 04/03/2018 08:32:44 | rcrumrine |
| BDS | 1 | ? | | | jawood | ✓ | | | Westside | 05/08/2018 09:50:14 | rcrumrine |
| BDS | 1 | ? | ? | ? | jawood | | | | Bissett | 04/20/2018 15:08:04 | cedward |