| Column 1 | Column 2 | Column 3 |
|---|---|---|
| 1955 W Division NA #3 | 2832 W Water FOF | 633 W Division Ltr of Condition |
| 1955 W Division #3-417 Rentals | 2321 N Kellett NA | 536 S Broadway NA |
| 1955 W Division Lis Pendens #2 | 2321 N Kellett Lis Pendens | 539 S Broadway-417 Rentals |
| 842 S Nettleton NA | 900 W Mt Vernon Ltr of Condition #2 | 536 S Broadway Lis Pendens |
| 842 S Nettleton-417 Rentals | 2129 W Wall Intent to Demo | 801 W Mount Vernon Ltr of Condition #2 |
| 842 S Nettleton Lis Pendens | 1431 W Thoman WD Lis Pendens | 1955 W Division Ltr of Condition |
| 1035 N Broadway Non Compliance | 839 S West-417 Rentals | 2832 W Water HN |
| 1502 N Grant HN | 816 S New FOF | 2832 W Water Failure Notice |
| 1502 N Grant Failure Notice | 831 W Scott-417 Rentals #3 | 2832 W Water #2-417 Rentals |
| 633 W Division HN | 1502 N Grant NA | 717 S Market Non Compliance |
| 633 W Division Failure Notice | 1502 N Grant-417 Rentals | 1431 E McDaniel NA |
| 2252 N Lyon #2-Edwards | 633 W Division NA | 1431 E McDaniel-417 Rentals |
| Lein Worksheet | 633 W Division-417 Rentals | 1431 E McDaniel Lis Pendens |
| 1018 W Lynn-417 Rentals | 2120 N Broadway Ltr of Condition | 2252 N Lyon NA |
| 1438 W State WD Lis Pendens | 1431 E McDaniel HN | 2252 N Lyon Lis Pendens |
| 1452 N Prospect Ltr of Condition | 1431 E McDaniel Failure Notice | 831 W Scott Non Compliance |
| 816 S New Non Compliance | 2252 N Lyon HN | 1035 N Broadway FOF |
| 430 S Newton FOF | 2252 N Lyon Failure Notice | 540 S Warren FOF |
| 430 S Newton NA | 2252 N Lyon-417 Rentals | 540 S Warren-417 Rentals |
| 1018 W Lynn FOF | 633 W Division Lis Pendens | 1035 N Broadway-417 Rentals |
| 1128 W Division Ltr of Condition | 1910 W Thoman WD Lis Pendens | 621 W Madison HN |
| 801 W Mount Vernon HN | 801 W Mount Vernon NA | 621 W Madison Failure Notice |
| 801 W Mount Vernon Failure Notice | 801 W Mt Vernon-417 Rentals (AutoRecovered) | 621 W Madison #2-417 Rentals |
| 519 E Dale NA #2 | 801 W Mt Vernon-417 Rentals | 700 N Hillcrest Ltr of Condition |
| 519 E Dale #2-417 Rentals | 801 W Mount Vernon Lis Pendens | 816 S New HN |
| 519 E Dale Lis Pendens #2 | 430 S Newton HN | 816 S New Failure Notice |
| 1701 W Webster Ltr of Condition | 430 S Newton Failure Notice | 816 S New-417 Rentals |
| 2856 W Harrison Ltr of Condition | 1018 W Lynn HN | 430 S Newton Lis Pendens |
| 2308 W Madison Ltr of Condition | 1018 W Lynn Failure Notice | 1018 W Lynn Lis Pendens |
| 2120 N Broadway NA | 645 S Grant NA | 1018 W Lynn NA |
| 2120 N Broadway-417 Rentals | 645 S Grant-417 Rentals | 430 S Newton-417 Rentals |
| 2120 N Broadway Lis Pendens | 645 S Grant Lis Pendens | 2129 W Wall FOF |
| 2321 N Kellett-417 Rentals | 2321 N Kellett Ltr of Condition | 1731 W Walnut Ltr of Condition |
| 2259 N Main Ltr of Condition #2 | 2129 W Wall Non Compliance | 536 S Broadway Ltr of Condition #2 |
| 932 S Nettleton Ltr of Condition | 3010 W Washita Ltr of Condition | 1438 W State-417 Rentals |
| 842 S Nettleton Ltr of Condition | 700 N Hillcrest NA | 1438 W State NA #2 |
| 700 N Hillcrest HN | 700 N Hillcrest-417 Rentals | 944 S New WD Lis Pendens |
| 700 N Hillcrest Failure Notice | 700 N Hillcrest Lis Pendens | 717 S Market FOF |
| 652 S Campbell WD Lis Pendens | 1511 N Douglas Ltr of Condition | 717 S Market-417 Rentals |
| 1509 S Oak Grove Ltr of Condition | 833 S Nettleton Recorder Cover Sheet | 831 W Scott FOF |
| 519 E Dale Ltr of Condition | 833 S Nettleton | 1451 N West WD Lis Pendens |
| 508 E Cherry WD Lis Pendens | 1502 N Grant Ltr of Condition #2 | 1430 N Frisco Ltr of Condition |

| | | |
|---|---|---|
| 1007 N Fremont Ltr of Condition | 508 E Cherry #D-417 Rentals | 2223 N Hillcrest Cancel Hearing |
| 1120 W Mt Vernon WD Lis Pendens | 508 E Cherry Lis Pendens | 1035 N Broadway Ltr of Condition #2 |
| 621 W Madison NA | 2832 W Water-417 Rentals | 831 W Scott Ltr of Condition #4 |
| 2832 W Water NA | 621 W Madison-417 Rentals | 1451 N West Lis Pendens |
| 2832 W Water Lis Pendens | 2832 W Water EBU FOF | 2542 W High HN |
| 900 W Mt Vernon Ltr of Condition | 621 W Madison EBU FOF | 2542 W High Failure Notice |
| 921 W Madison Lis Pendens | 2832 W Water EBU Hearing Notice #2 | 1451 N West NA |
| 430 S Newton Ltr of Condition #3 | 902 N Kansas Ltr of Condition | 1451 N West-417 Rentals |
| 714 W Calhoun Sewage Ltr of Condition | 2832 W Water EBU Hearing Notice | 944 S New Ltr of Condition #2 |
| 816 S New NA | 1431 W Thoman NA | 833 S Nettleton Non Compliance with FOF |
| 816 S New Lis Pendens | 1431 W Thoman-417 Rentals | 833 S Nettleton-417 Rentals |
| 1018 W Lynn Ltr of Condition #2 | 1431 W Thoman Lis Pendens | 1024 S Lexington NA |
| 850 S Grant Intent to Demo | 621 W Madsion EBU Hearing | 1024 S Lexington-417 Rentals |
| 850 S Grant #3-417 Rentals | 816 S New Ltr of Condition | 1022 S Lexington Lis Pendens |
| 2542 W High WD Lis Pendens #2 | 540 S Warren NA | 2063 N Roosevelt WD Lis Pendens |
| 801 W Mount Vernon Ltr of Condition | 540 S Warren Lis Pendens | 2223 N Hillcrest HN |
| 2746 W College Ltr of Condition | 1035 N Broadway NA | 2223 N Hillcrest Failure Notice |
| 1910 W Thoman NA | 1035 N Broadway Lis Pendens | 1451 N West Ltr of Condition |
| 1910 W Thoman-417 Rentals | 2129 W Wall NA | 504 E Cherry Ltr of Condition |
| 1910 W Thoman Lis Pendens | 2129 W Wall-417 Rentals | 2542 W High NA #2 |
| 540 S Warren HN | 2129 W Wall Lis Pendens | 2542 W High-417 Rentals |
| 540 S Warren Failure Notice | 2100 N Elizabeth NA | 2542 W High Lis Pendens #2 |
| 2832 W Water Recorder Cover Sheet | 2100 N Elizabeth-417 Rentals | 822 W Morningside Ltr of Condition |
| 1438 W State NA | 2100 N Elizabeth Lis Pendens | 839 S West NA |
| 1438 W State Lis Pendens | 717 S Market NA | 839 S West Lis Pendens |
| 1035 N Broadway HN | 717 S Market Lis Pendens | 2063 N Roosevelt NA |
| 1035 N Broadway Failure Notice | 839 S West WD Lis Pendens | 2063 N Roosevelt-417 Rentals |
| 2129 W Wall HN | 1448 N Prospect WD Lis Pendens | 2063 N Roosevelt Lis Pendens |
| 2129 W Wall Failure Notice | 831 W Scott NA #3 | 1448 N Prospect NA |
| 2832 W Water | 831 W Scott Lis Pendens #3 | 1448 N Prospect-417 Rentals |
| 2100 N Elizabeth Recorder Cover Sheet | 2730 W Chestnut Ltr of Condition | 1448 N Prospect Lis Pendens |
| 2100 N Elizabeth | 1452 N Propsect WD Lis Pendens | 1452 N Prospect NA |
| 1036 E Morningside Ltr of Condition | 519 E Dale WD Lis Pendens | 1452 N Prospect-417 Rentals |
| 717 S Market HN | 3041 W Water EBU Hearing Notice | 1452 N Prospect Lis Pendens |
| 717 S Market Failure Notice | 2542 W High Cancel Hearing | 1120 W Mt Vernon NA |
| 2223 N Hillcrest WD Lis Pendens | 1431 W Thoman Ltr of Condition | 1120 W Mt Vernon Lis Pendens |
| 652 S Campbell NA | 4426 W Billings Ltr of Condition #2 | 1120 W Mt Vernon-417 |
| 652 S Campbell-417 Rentals | 540 S Warren Ltr of Condition | 2223 N Hillcrest NA |
| 652 S Campbell Lis Pendens | 833 S Nettleton Intent to Demo | 2223 N Hillcrest-417 |
| 831 W Scott HN #2 | 944 S New NA | 2223 N Hillcrest Lis Pendens |
| 831 W Scott Failure Notice | 944 S New-417 Rentals | 519 E Dale-417 Rentals |
| 508 E Cherry #D NA | 944 S New Lis Pendens | 519 E Dale NA |

| | | |
|---|---|---|
| 519 E Dale Lis Pendens | 435 W Division Ltr of Condition | 1117 W Division Ltr of Condition |
| 2542 W High Ltr of Condition | 2131 W Atlantic Ltr of Condition | 831 W Scott Cancel Hrg |
| 2063 N Roosevelt Ltr of Condition #2 | 1502 N Grant Ltr of Condition | 1955 W Division HN #2 |
| 1120 W Mt Vernon Ltr of Condition | 1905 E Dale Sewage Ltr of Condition | 831 W Scott HN |
| 2113 N East Ltr of Condition | 2627 N Broadway FOF | 831 W Scott NA |
| 833 S Nettleton FOF | 2627 N Broadway Rescheduled Hearing | 831 W Scott Lis Pendens |
| 831 W Scott WD Lis Pendens #3 | 2458 E Broadmoor Ltr of Condition | 1218 W Webster Ltr of Condition |
| 1715 N National Ltr of Condition | 2120 N Kansas Ltr of Condition | Meridian Title Work Order |
| 1035 N Broadway Ltr of Condition | 625 W Madison WD Lis Pendens | 1955 W Division Sewage Ltr of Condition |
| 1411 W Lynn Ltr of Condition | 944 S New Ltr of Condition | 831 W Scott Ltr of Condition |
| 831 W Scott Ltr of Condition #3 | 2627 N Broadway HN #2 | 2227 N Boonville WD Lis Pendens |
| 1478 E Central Ltr of Condition | 2627 N Broadway Failure Notice | 1533 E Whiteside Ltr of Condition |
| 1955 W Division WD Lis Pendens | 727 S Douglas Ltr of Condition #2 | 1617 N Fremont Ltr of Condition |
| 2627 N Broadway Intent to Demo | 625 W Madison Cancel Hearing #2 | 1955 W Division HN |
| 2627 N Broadway-417 Rentals | 1955 W Division #2-417 Rentals | 1955 W Division NA |
| 1103 N Ethyl Sewage Ltr of Condition | 1955 W Division HN #4 | 1955 W Division-417 Rentals |
| 833 S Nettleton HN | 1955 W Division Failure Notice | 1955 W Division Lis Pendens |
| 833 S Nettleton Failure Notice | 2627 N Broadway Cancel Hearing | 1016 N Grant Final Demo collection letter |
| 831 W Scott Ltr of Condition #2 | 621 W Madison Ltr of Condition | 1016 N Grant Recorder Cover Sheet |
| 744 N Kansas Sewage Ltr of Condition #2 | 625 W Madison HN #2 | 1016 N Grant |
| 831 W Scott NA #2 | 625 W Madison Failure Notice | 1016 N Grant-417 Rentals |
| 2627 N Broadway Non Compliance with FOF | 625 W Madison Cancel Hearing | 2227 N Boonville FOF |
| 2105 N Albertha Ltr of Condition | 2627 N Broadway HN | 2227 N Boonville-417 Rentals |
| 930 S Missouri Ltr of Condition | 2627 N Broadway NA | 2681 E Atlantic NA |
| 831 W Scott-417 Rentals #2 | 2627 N Broadway Lis Pendens | 2681 E Atlantic-417 Rentals |
| 831 W Scott Lis Pendens #2 | 430 S Newton Ltr of Condition #2 | 1016 N Grant Summary Abatement statement |
| 2660 W Phelps Ltr of Condition | 2746 W Whiteside Ltr of Condition | 1313 E Blaine-417 Rentals |
| 206 S Scenic WD Lis Pendens | 1313 E Blaine WD Lis Pendens | 2681 E Atlantic Ltr of Condition |
| 845 S Clifton Ltr of Condition | 625 W Madison HN | 1313 E Blaine NA |
| 206 S Scenic Notice of Compliance | 625 W Madison NA | 1313 E Blaine Lis Pendens |
| 2063 N Roosevelt Sewage Ltr of Condition | 625 W Madison-Gatley | 2227 N Boonville HN |
| 206 S Scenic Lis Pendens | 625 W Madison Lis Pendens | 2227 N Boonville NA |
| 206 S Scenic NA | 1955 W Division NA #2 | 2227 N Boonville Lis Pendens |
| 2843 | 1955 W Division HN #3 | 721 N Nettleton Sewage Ltr of Condition |
| 811 S New Ltr of Condition #2 | 831 W Scott WD Lis Pendens | 422 N Patterson-JayandKaye |
| 833 S Nettleton NA | 900 W Mt Vernon Sewage Ltr of Condition | 422 N Patterson Ltr of Condition |
| 833 S Nettleton Lis Pendens | 1461 N Missouri Sewage Ltr of Condition | 720 E Commercial Ltr of Condition |
| 621 W Madison Ltr of Condition #2 | 744 N Kansas Sewage Ltr of Condition | 1461 N Missouri WD Lis Pendens |
| 831 W Scott WD Lis Pendens #2 | Certified Mail Template | 2259 N Main WD Lis Pendens |
| 717 S Market Ltr of Condition | 1955 W Division Rescheduled Hearing Notice | 1461 N Missouri Cancel Hrg |
| 206 S Scenic Ltr of Condition | 831 W Scott-417 Rentals | 920 N Concord WD Lis Pendens #2 |
| 916 S Douglas Ltr of Condition | 1018 W Lynn Ltr of Condition | 1520 W Division Ltr of Condition |

- 1461 N Missouri HN
- 1461 N Missouri NA
- 1461 N Missouri-417 Rentals
- 1461 N Missouri Lis Pendens
- 3010 W Walnut Ltr of Condition
- 833 E Garfield Ltr of Condition
- 1885 N Grant Ltr of Condition #2
- 2242 N Farmer NA
- 2242 N Farmer-417
- 2211 W Atlantic Ltr of Condition #3
- 2242 N Farmer Ltr of Condition
- 2259 N Main HN
- 2259 N Main NA
- 2259 N Main-417 Rentals
- 2259 N Main Lis Pendens
- 2119 W High Ltr of Condition
- 920 N Concord Withdraw
- 2259 N Main Ltr of Condition
- 920 N Concord Recorder Cover Sheet
- 2020 W Division Ltr of Condition #2
- 1223 S New Ltr of Condition
- 920 N Concord NA
- 920 N Concord
- 920 N Concord #2-417 Rentals
- 920 N Concord Lis Pendens #2
- 920 N Concord EBU FOF
- 920 N Concord Notice EBU Hrg
- 2147 N Fremont Ltr of Condition
- 2627 N Broadway Ltr of Condition
- 813 S Glenn WD Lis Pendens
- 1850 E Cairo Ltr of Condition
- 421 W State Ltr of Condition
- 813 S Glenn FOF
- 813 S Glenn Affidavit
- 1250 E Atlantic Ltr of Condition
- 2338 N Lyon WD Lis Pendens
- 813 S Glenn HN
- 2338 N Lyon-417
- 2338 N Lyon NA
- 2338 N Lyon Lis Pendens
- 813 S Glenn NA
- 813 S Glenn-417

- 813 S Glenn Lis Pendens
- 536 S Broadway Ltr of Condition
- 2316 W Olive Ltr of Condition
- 2229 W Elm Ltr of Condition
- 742 S Grant Ltr of Condition
- 430 S Newton Ltr of Condition
- 433 E Grand Non Comp FOF #2
- 433 E Grand Non Comp FOF
- 423 W Division Ltr of Condition
- 4426 W Billings Ltr of Condition
- 3159 W Madison Ltr of Condition
- 2063 N Roosevelt Ltr of Condition
- 1820 W Walnut Lawn Affidavit
- 1820 W Walnut Lawn-Bennett Rentals, LLC
- 1820 W Walnut Lawn-Bennett Rentals, LLC
- 520 S New Affidavit
- 520 S New-Schneider, Ross
- 520 S New-Schneider, Ross