Exhibit E-2

| Name | Date created | Type | Size | Folder |
|---|---|---|---|---|
| 1955 W Division NA... | 6/6/2018 10:24 AM | Microsoft Word D... | 19 KB | M:\ |
| 1955 W Division #3-... | 6/6/2018 10:15 AM | Microsoft Word D... | 13 KB | Owners (M:) |
| 1955 W Division Lis ... | 6/6/2018 10:14 AM | Microsoft Word D... | 16 KB | M:\ |
| 842 S Nettleton NA | 6/5/2018 1:23 PM | Microsoft Word D... | 19 KB | M:\ |
| 842 S Nettleton-417... | 6/5/2018 1:00 PM | Microsoft Word D... | 12 KB | Owners (M:) |
| 842 S Nettleton Lis ... | 6/5/2018 10:49 AM | Microsoft Word 9... | 27 KB | M:\ |
| 1035 N Broadway N... | 6/4/2018 8:54 AM | Microsoft Word D... | 13 KB | M:\ |
| 1502 N Grant HN | 6/1/2018 9:50 AM | Microsoft Word D... | 16 KB | M:\ |
| 1502 N Grant Failur... | 6/1/2018 9:46 AM | Microsoft Word D... | 13 KB | M:\ |
| 633 W Division HN | 6/1/2018 9:29 AM | Microsoft Word D... | 16 KB | M:\ |
| 633 W Division Failu... | 6/1/2018 9:27 AM | Microsoft Word D... | 14 KB | M:\ |
| 2252 N Lyon #2-Ed... | 5/31/2018 8:08 AM | Microsoft Word D... | 13 KB | Owners (M:) |
| 1438 W State WD Li... | 5/18/2018 8:18 AM | Microsoft Word 9... | 25 KB | M:\ |
| 1452 N Prospect Ltr ... | 5/17/2018 7:47 AM | Microsoft Word D... | 20 KB | M:\ |
| 816 S New Non Co... | 5/11/2018 7:08 AM | Microsoft Word D... | 13 KB | M:\ |
| 430 S Newton FOF | 5/8/2018 8:46 AM | Microsoft Word D... | 20 KB | M:\ |
| 1018 W Lynn FOF | 5/7/2018 2:27 PM | Microsoft Word D... | 21 KB | M:\ |
| 1128 W Division Ltr ... | 5/3/2018 10:15 AM | Microsoft Word D... | 20 KB | M:\ |
| 801 W Mount Verno... | 4/30/2018 10:51 AM | Microsoft Word D... | 16 KB | M:\ |
| 801 W Mount Verno... | 4/30/2018 10:49 AM | Microsoft Word D... | 13 KB | M:\ |
| 519 E Dale NA #2 | 4/30/2018 9:12 AM | Microsoft Word D... | 19 KB | M:\ |
| 519 E Dale #2-417 R... | 4/30/2018 9:08 AM | Microsoft Word D... | 12 KB | Owners (M:) |
| 519 E Dale Lis Pend... | 4/30/2018 9:01 AM | Microsoft Word 9... | 27 KB | M:\ |
| 1701 W Webster Ltr ... | 4/25/2018 12:00 PM | Microsoft Word D... | 20 KB | M:\ |
| 2856 W Harrison Ltr... | 4/25/2018 11:55 AM | Microsoft Word D... | 20 KB | M:\ |
| 2308 W Madison Ltr... | 4/23/2018 2:22 PM | Microsoft Word D... | 20 KB | M:\ |
| 2120 N Broadway NA | 4/23/2018 10:27 AM | Microsoft Word D... | 19 KB | M:\ |
| 2120 N Broadway-4... | 4/23/2018 10:17 AM | Microsoft Word D... | 12 KB | Owners (M:) |
| 2120 N Broadway Li... | 4/23/2018 10:06 AM | Microsoft Word 9... | 27 KB | M:\ |
| 2259 N Main Ltr of ... | 4/16/2018 3:09 PM | Microsoft Word D... | 20 KB | M:\ |
| 932 S Nettleton Ltr ... | 4/16/2018 3:06 PM | Microsoft Word D... | 20 KB | M:\ |
| 842 S Nettleton Ltr ... | 4/16/2018 3:04 PM | Microsoft Word D... | 20 KB | M:\ |
| 700 N Hillcrest HN | 4/16/2018 2:08 PM | Microsoft Word D... | 16 KB | M:\ |
| 700 N Hillcrest Failu... | 4/16/2018 2:06 PM | Microsoft Word D... | 13 KB | M:\ |
| 652 S Campbell WD... | 4/11/2018 1:32 PM | Microsoft Word 9... | 25 KB | M:\ |
| 1509 S Oak Grove Lt... | 4/9/2018 8:36 AM | Microsoft Word D... | 21 KB | M:\ |
| 519 E Dale Ltr of Co... | 4/4/2018 10:58 AM | Microsoft Word D... | 20 KB | M:\ |
| 508 E Cherry WD Lis... | 4/4/2018 9:11 AM | Microsoft Word 9... | 25 KB | M:\ |
| 2832 W Water FOF | 4/4/2018 8:08 AM | Microsoft Word D... | 20 KB | M:\ |

| Name | Date created | Type | Size | Folder |
|---|---|---|---|---|
| 2321 N Kellett NA | 4/3/2018 8:52 AM | Microsoft Word D... | 19 KB | M:\ |
| 2321 N Kellett-417 R... | 4/3/2018 8:40 AM | Microsoft Word D... | 13 KB | Owners (M:) |
| 2321 N Kellett Lis Pe... | 4/3/2018 8:35 AM | Microsoft Word 9... | 27 KB | M:\ |
| 900 W Mt Vernon Lt... | 4/2/2018 2:38 PM | Microsoft Word D... | 19 KB | M:\ |
| 2129 W Wall Intent t... | 3/30/2018 2:04 PM | Microsoft Word 9... | 32 KB | M:\ |
| 1431 W Thoman W... | 3/30/2018 7:27 AM | Microsoft Word 9... | 25 KB | M:\ |
| 839 S West-417 Ren... | 3/29/2018 11:07 AM | Microsoft Word D... | 12 KB | Owners (M:) |
| 816 S New FOF | 3/28/2018 9:29 AM | Microsoft Word D... | 20 KB | M:\ |
| 1502 N Grant NA | 3/26/2018 11:35 AM | Microsoft Word D... | 19 KB | M:\ |
| 1502 N Grant-417 R... | 3/26/2018 11:22 AM | Microsoft Word D... | 12 KB | Owners (M:) |
| 633 W Division NA | 3/22/2018 2:22 PM | Microsoft Word D... | 19 KB | M:\ |
| 633 W Division-417 ... | 3/22/2018 8:48 AM | Microsoft Word D... | 12 KB | Owners (M:) |
| 2120 N Broadway Lt... | 3/22/2018 7:03 AM | Microsoft Word D... | 19 KB | M:\ |
| 1431 E McDaniel HN | 3/21/2018 2:43 PM | Microsoft Word D... | 16 KB | M:\ |
| 1431 E McDaniel Fai... | 3/21/2018 2:41 PM | Microsoft Word D... | 13 KB | M:\ |
| 2252 N Lyon HN | 3/16/2018 8:18 AM | Microsoft Word D... | 16 KB | M:\ |
| 2252 N Lyon Failure... | 3/16/2018 8:16 AM | Microsoft Word D... | 13 KB | M:\ |
| 633 W Division Lis P... | 3/13/2018 9:29 AM | Microsoft Word 9... | 27 KB | M:\ |
| 1910 W Thoman W... | 3/12/2018 4:53 PM | Microsoft Word 9... | 25 KB | M:\ |
| 801 W Mount Verno... | 3/6/2018 12:22 PM | Microsoft Word D... | 19 KB | M:\ |
| 801 W Mt Vernon-4... | 3/6/2018 12:08 PM | Microsoft Word D... | 12 KB | Owners (M:) |
| 801 W Mt Vernon-4... | 3/6/2018 11:28 AM | Microsoft Word D... | 0 KB | Owners (M:) |
| 801 W Mount Verno... | 3/6/2018 11:26 AM | Microsoft Word 9... | 27 KB | M:\ |
| 430 S Newton HN | 2/27/2018 2:25 PM | Microsoft Word D... | 16 KB | M:\ |
| 430 S Newton Failur... | 2/27/2018 2:22 PM | Microsoft Word D... | 13 KB | M:\ |
| 1018 W Lynn HN | 2/27/2018 1:29 PM | Microsoft Word D... | 16 KB | M:\ |
| 1018 W Lynn Failure... | 2/27/2018 1:26 PM | Microsoft Word D... | 13 KB | M:\ |
| 645 S Grant NA | 2/26/2018 9:50 AM | Microsoft Word D... | 18 KB | M:\ |
| 645 S Grant-417 Ren... | 2/26/2018 8:55 AM | Microsoft Word D... | 12 KB | Owners (M:) |
| 645 S Grant Lis Pen... | 2/26/2018 8:02 AM | Microsoft Word 9... | 27 KB | M:\ |
| 2321 N Kellett Ltr of... | 2/21/2018 3:40 PM | Microsoft Word D... | 19 KB | M:\ |
| 2129 W Wall Non C... | 2/21/2018 10:29 AM | Microsoft Word D... | 13 KB | M:\ |
| 3010 W Washita Ltr ... | 2/15/2018 4:49 PM | Microsoft Word D... | 20 KB | M:\ |
| 700 N Hillcrest NA | 2/15/2018 12:57 PM | Microsoft Word D... | 19 KB | M:\ |
| 700 N Hillcrest-417 ... | 2/15/2018 12:41 PM | Microsoft Word D... | 12 KB | Owners (M:) |
| 700 N Hillcrest Lis P... | 2/15/2018 11:05 AM | Microsoft Word 9... | 27 KB | M:\ |
| 1511 N Douglas Ltr ... | 2/13/2018 3:02 PM | Microsoft Word D... | 20 KB | M:\ |
| 833 S Nettleton Rec... | 2/13/2018 10:11 AM | Microsoft Word 9... | 24 KB | Demo (M:\Lien D... |
| 1502 N Grant Ltr of ... | 2/8/2018 4:26 PM | Microsoft Word D... | 19 KB | M:\ |
| 633 W Division Ltr o... | 2/8/2018 4:23 PM | Microsoft Word D... | 19 KB | M:\ |

| Name | Date created | Type | Size | Folder |
|---|---|---|---|---|
| 536 S Broadway Lis ... | 2/8/2018 12:51 PM | Microsoft Word 9... | 27 KB | M:\ |
| 801 W Mount Verno... | 2/6/2018 3:39 PM | Microsoft Word D... | 19 KB | M:\ |
| 1955 W Division Ltr ... | 2/6/2018 3:31 PM | Microsoft Word D... | 20 KB | M:\ |
| 2832 W Water HN | 2/1/2018 10:37 AM | Microsoft Word D... | 16 KB | M:\ |
| 2832 W Water Failur... | 2/1/2018 10:35 AM | Microsoft Word D... | 13 KB | M:\ |
| 833 S Nettleton | 1/31/2018 10:18 AM | Microsoft Word D... | 631 KB | Demo (M:\Lien D... |
| 717 S Market Non C... | 1/31/2018 7:11 AM | Microsoft Word D... | 13 KB | M:\ |
| 1431 E McDaniel NA | 1/25/2018 10:39 AM | Microsoft Word D... | 18 KB | M:\ |
| 1431 E McDaniel-41... | 1/25/2018 10:28 AM | Microsoft Word D... | 12 KB | Owners (M:) |
| 1431 E McDaniel Lis... | 1/25/2018 10:27 AM | Microsoft Word 9... | 27 KB | M:\ |
| 2252 N Lyon NA | 1/24/2018 5:03 PM | Microsoft Word D... | 19 KB | M:\ |
| 2252 N Lyon-417 Re... | 1/24/2018 4:52 PM | Microsoft Word D... | 12 KB | Owners (M:) |
| 2252 N Lyon Lis Pen... | 1/24/2018 4:51 PM | Microsoft Word 9... | 27 KB | M:\ |
| 831 W Scott Non C... | 1/23/2018 10:16 AM | Microsoft Word D... | 13 KB | M:\ |
| 540 S Warren FOF | 1/22/2018 1:22 PM | Microsoft Word D... | 20 KB | M:\ |
| 1035 N Broadway F... | 1/22/2018 9:00 AM | Microsoft Word D... | 20 KB | M:\ |
| 621 W Madison HN | 1/18/2018 7:12 AM | Microsoft Word D... | 16 KB | M:\ |
| 621 W Madison Fail... | 1/18/2018 7:09 AM | Microsoft Word D... | 13 KB | M:\ |
| 700 N Hillcrest Ltr o... | 1/16/2018 9:03 AM | Microsoft Word D... | 20 KB | M:\ |
| 816 S New HN | 1/12/2018 2:03 PM | Microsoft Word D... | 16 KB | M:\ |
| 816 S New Failure N... | 1/12/2018 2:01 PM | Microsoft Word D... | 13 KB | M:\ |
| 1018 W Lynn Lis Pe... | 1/9/2018 9:17 AM | Microsoft Word 9... | 27 KB | M:\ |
| 1018 W Lynn NA | 1/9/2018 9:02 AM | Microsoft Word D... | 19 KB | M:\ |
| 1018 W Lynn-417 R... | 1/9/2018 8:58 AM | Microsoft Word D... | 13 KB | Owners (M:) |
| 430 S Newton NA | 1/9/2018 8:55 AM | Microsoft Word D... | 19 KB | M:\ |
| 430 S Newton-417 R... | 1/9/2018 8:42 AM | Microsoft Word D... | 12 KB | Owners (M:) |
| 430 S Newton Lis Pe... | 1/9/2018 8:17 AM | Microsoft Word 9... | 27 KB | M:\ |
| 2129 W Wall FOF | 1/5/2018 3:47 PM | Microsoft Word D... | 20 KB | M:\ |
| 1731 W Walnut Ltr ... | 1/2/2018 2:22 PM | Microsoft Word D... | 19 KB | M:\ |
| 536 S Broadway Ltr ... | 1/2/2018 2:12 PM | Microsoft Word D... | 19 KB | M:\ |
| 1438 W State NA #2 | 12/28/2017 9:53 AM | Microsoft Word D... | 19 KB | M:\ |
| 944 S New WD Lis P... | 12/19/2017 3:46 PM | Microsoft Word 9... | 25 KB | M:\ |
| 717 S Market FOF | 12/18/2017 8:43 AM | Microsoft Word D... | 22 KB | M:\ |
| 831 W Scott FOF | 12/13/2017 11:05 AM | Microsoft Word D... | 21 KB | M:\ |
| 1451 N West WD Lis... | 12/12/2017 4:57 PM | Microsoft Word 9... | 25 KB | M:\ |
| 1430 N Frisco Ltr of ... | 12/12/2017 4:07 PM | Microsoft Word D... | 19 KB | M:\ |
| 1007 N Fremont Ltr ... | 12/5/2017 7:39 AM | Microsoft Word D... | 19 KB | M:\ |
| 1120 W Mt Vernon ... | 11/29/2017 5:07 PM | Microsoft Word 9... | 25 KB | M:\ |
| 621 W Madison NA | 11/28/2017 1:24 PM | Microsoft Word D... | 19 KB | M:\ |
| 621 W Madison #2-... | 11/28/2017 10:11 AM | Microsoft Word D... | 12 KB | Owners (M:) |

| Name | Date created | Type | Size | Folder |
|---|---|---|---|---|
| 2832 W Water Lis Pe... | 11/28/2017 9:46 AM | Microsoft Word 9... | 27 KB | M:\ |
| 900 W Mt Vernon Lt... | 11/22/2017 2:34 PM | Microsoft Word D... | 19 KB | M:\ |
| 921 W Madison Lis ... | 11/21/2017 5:13 PM | Microsoft Word 9... | 27 KB | M:\ |
| 430 S Newton Ltr of... | 11/21/2017 11:54 AM | Microsoft Word D... | 19 KB | M:\ |
| 714 W Calhoun Sew... | 11/21/2017 11:10 AM | Microsoft Word D... | 15 KB | M:\ |
| 816 S New NA | 11/20/2017 4:31 PM | Microsoft Word D... | 19 KB | M:\ |
| 816 S New-417 Rent... | 11/20/2017 4:21 PM | Microsoft Word D... | 12 KB | Owners (M:) |
| 816 S New Lis Pend... | 11/20/2017 4:21 PM | Microsoft Word 9... | 27 KB | M:\ |
| 1018 W Lynn Ltr of ... | 11/16/2017 10:57 AM | Microsoft Word D... | 19 KB | M:\ |
| 850 S Grant Intent t... | 11/15/2017 3:44 PM | Microsoft Word 9... | 32 KB | M:\ |
| 850 S Grant #3-417 ... | 11/15/2017 3:38 PM | Microsoft Word D... | 12 KB | Owners (M:) |
| 2542 W High WD Li... | 11/8/2017 10:18 AM | Microsoft Word 9... | 25 KB | M:\ |
| 801 W Mount Verno... | 11/7/2017 4:48 PM | Microsoft Word D... | 19 KB | M:\ |
| 2746 W College Ltr ... | 11/7/2017 4:26 PM | Microsoft Word D... | 19 KB | M:\ |
| 1910 W Thoman NA | 11/7/2017 2:36 PM | Microsoft Word D... | 19 KB | M:\ |
| 1910 W Thoman-41... | 11/7/2017 2:15 PM | Microsoft Word D... | 12 KB | Owners (M:) |
| 1910 W Thoman Lis... | 11/7/2017 2:14 PM | Microsoft Word 9... | 27 KB | M:\ |
| 540 S Warren HN | 11/2/2017 10:32 AM | Microsoft Word D... | 16 KB | M:\ |
| 540 S Warren Failur... | 11/2/2017 10:30 AM | Microsoft Word D... | 13 KB | M:\ |
| 2832 W Water Recor... | 11/1/2017 11:43 AM | Microsoft Word 9... | 24 KB | Board Up (M:\Lien... |
| 1438 W State NA | 11/1/2017 8:30 AM | Microsoft Word D... | 19 KB | M:\ |
| 1438 W State-417 R... | 11/1/2017 8:14 AM | Microsoft Word D... | 12 KB | Owners (M:) |
| 1438 W State Lis Pe... | 11/1/2017 8:11 AM | Microsoft Word D... | 16 KB | M:\ |
| 1035 N Broadway HN | 10/31/2017 2:23 PM | Microsoft Word D... | 16 KB | M:\ |
| 1035 N Broadway F... | 10/31/2017 12:31 PM | Microsoft Word D... | 13 KB | M:\ |
| 2129 W Wall HN | 10/30/2017 9:45 AM | Microsoft Word D... | 16 KB | M:\ |
| 2129 W Wall Failure ... | 10/30/2017 9:43 AM | Microsoft Word D... | 13 KB | M:\ |
| 2832 W Water | 10/30/2017 9:18 AM | Microsoft Word 9... | 31 KB | Board Up (M:\Lien... |
| 2100 N Elizabeth Re... | 10/30/2017 9:10 AM | Microsoft Word 9... | 23 KB | Demo (M:\Lien D... |
| 1036 E Morningside... | 10/25/2017 11:56 AM | Microsoft Word D... | 19 KB | M:\ |
| 2100 N Elizabeth | 10/25/2017 9:59 AM | Microsoft Word D... | 630 KB | Demo (M:\Lien D... |
| 717 S Market HN | 10/17/2017 11:42 AM | Microsoft Word D... | 16 KB | M:\ |
| 717 S Market Failure... | 10/17/2017 11:40 AM | Microsoft Word D... | 13 KB | M:\ |
| 2223 N Hillcrest WD... | 10/16/2017 1:28 PM | Microsoft Word 9... | 25 KB | M:\ |
| 652 S Campbell NA | 10/13/2017 10:27 AM | Microsoft Word D... | 19 KB | M:\ |
| 652 S Campbell-417... | 10/13/2017 9:28 AM | Microsoft Word D... | 13 KB | Owners (M:) |
| 652 S Campbell Lis ... | 10/13/2017 9:11 AM | Microsoft Word 9... | 27 KB | M:\ |
| 831 W Scott HN #2 | 10/11/2017 10:11 AM | Microsoft Word D... | 16 KB | M:\ |
| 831 W Scott Failure ... | 10/11/2017 10:08 AM | Microsoft Word D... | 13 KB | M:\ |

| Name | Date created | Type | Size | Folder |
|---|---|---|---|---|
| 508 E Cherry #D NA | 10/9/2017 10:05 AM | Microsoft Word D... | 19 KB | M:\ |
| 508 E Cherry #D-41... | 10/9/2017 9:54 AM | Microsoft Word D... | 12 KB | Owners (M:) |
| 508 E Cherry Lis Pen... | 10/9/2017 9:54 AM | Microsoft Word 9... | 27 KB | M:\ |
| 2832 W Water-417 R... | 10/2/2017 10:02 AM | Microsoft Word D... | 12 KB | Owners (M:) |
| 621 W Madison-417... | 10/2/2017 9:58 AM | Microsoft Word D... | 12 KB | Owners (M:) |
| 2832 W Water EBU F... | 9/29/2017 3:38 PM | Microsoft Word D... | 18 KB | M:\ |
| 621 W Madison EBU... | 9/29/2017 3:13 PM | Microsoft Word D... | 18 KB | M:\ |
| 2832 W Water EBU ... | 9/28/2017 2:20 PM | Microsoft Word D... | 14 KB | M:\ |
| 902 N Kansas Ltr of ... | 9/28/2017 9:44 AM | Microsoft Word D... | 19 KB | M:\ |
| 2832 W Water EBU ... | 9/26/2017 10:04 AM | Microsoft Word D... | 14 KB | M:\ |
| 1431 W Thoman NA | 9/20/2017 1:39 PM | Microsoft Word D... | 18 KB | M:\ |
| 1431 W Thoman-41... | 9/20/2017 1:30 PM | Microsoft Word D... | 12 KB | Owners (M:) |
| 1431 W Thoman Lis... | 9/20/2017 1:29 PM | Microsoft Word 9... | 27 KB | M:\ |
| 621 W Madsion EBU... | 9/19/2017 7:20 AM | Microsoft Word D... | 14 KB | M:\ |
| 816 S New Ltr of Co... | 9/14/2017 4:17 PM | Microsoft Word D... | 19 KB | M:\ |
| 540 S Warren NA | 9/11/2017 2:37 PM | Microsoft Word D... | 19 KB | M:\ |
| 540 S Warren-417 R... | 9/11/2017 2:27 PM | Microsoft Word D... | 12 KB | Owners (M:) |
| 540 S Warren Lis Pe... | 9/11/2017 2:21 PM | Microsoft Word 9... | 27 KB | M:\ |
| 1035 N Broadway NA | 9/7/2017 10:43 AM | Microsoft Word D... | 19 KB | M:\ |
| 1035 N Broadway-4... | 9/7/2017 10:30 AM | Microsoft Word D... | 12 KB | Owners (M:) |
| 1035 N Broadway Li... | 9/7/2017 10:29 AM | Microsoft Word 9... | 27 KB | M:\ |
| 2129 W Wall NA | 8/31/2017 12:06 PM | Microsoft Word D... | 19 KB | M:\ |
| 2129 W Wall-417 Re... | 8/30/2017 11:21 AM | Microsoft Word D... | 12 KB | Owners (M:) |
| 2129 W Wall Lis Pen... | 8/30/2017 11:14 AM | Microsoft Word 9... | 27 KB | M:\ |