Abatement Summary

August 28, 2017

SVC2017-05505

2100 N. Elizabeth Avenue
Springfield, MO

Inspection Date: August 28, 2017

The structure remains in a condition which is unfit for human occupancy. There is the presence of animal feces, flees and roaches that are affecting the adjoining properties. The Property Owner representative pounded his fist on the door casing above the front entry door and several roaches became visible from behind the trim. A bug identified as a probable bed bug was photographed on a piece of door trim at the entrance to the living room. A strong odor of urine and feces is emitting from the residence indicating additional elements which endanger the health of potential residents of this structure and residence within the immediate vicinity.

The property was posted as a Dangerous Building and Unfit Dwelling on August 14, 2017. Since this time the property owner has attempted to abate the condition by hiring a pest control service to treat the interior and exterior of the residence. These treatments have proven unsuccessful and have added to the spread of the pests to neighboring properties.

Both neighbors to the north and south of this property report pests migrating from this property to theirs causing health concerns. I obtained a signed statement from Ms. Dale Milam who resides at 2074 N. Elizabeth Ave, Springfield, MO. This statement was taken from Ms. Milam on August 28, 2017 at 0930 hours. The statement includes her account of her sitting in a chair in her living room on the evening of August 27, 2017 when she reached for her glass of tea on her end table and a roach ran across the table. Additional relevant information is included in the statement of which a copy is attached.

I further contacted Ms. Stephanie Bond who resides at 2106 N. Elizabeth Ave., Springfield, MO who stated she has put out sticky traps at the entrances to her home. She provided me with a sticky trap that was in place at her front entrance for a period of 24 hours prior to the time of it being given to me at 0918 hours on August 28, 2017. The trap was placed in a gallon zip lock bag and labelled with the date and time taken, address taken from and my signature. This trap has a high number of roaches in various states of life indicating the pests are continuing to hatch in the structure at 2100 N. Elizabeth.

Because of the property owner being unsuccessful in removing the risk to public health It is my professional opinion that this structure should be demolished immediately to remove the harborage for the pests to nest and hatch new infants.

*[signature]*

Joel Curless
Residential Property Inspector
Building Services Department
Springfield, MO



























