# City of Springfield

## Abatement Notice and Order

May 30, 2018

417 Rentals, LLC
Chris Gatley, Registered Agent
5759 W US HWY 60
Brookline, MO 65619

**Re: SVC2018-01757**

As owner of **2354 N Pierce Ave,** you are responsible to abate these nuisance conditions listed in Section 74-382 now existing on the property:

-Debris of any kind, which means the remains of something broken down or destroyed or an accumulation or scattering of fragments of something broken down or destroyed;
-Trash, which means litter, refuse, solid waste, matter in a broken condition or mass, and all other waste material;
-Rubbish, which means combustible or non-combustible solid wastes that may or may not putrefy, like paper, wrappings, cigarettes, cardboard, tin cans, yard clippings, leaves, wood, glass, bedding, crockery, and similar materials;
-Discarded apparel, cloth materials, or rags;
-Garbage not deposited in solid-waste containers, which are fitted with a fly tight lid and covered;
-Paper, magazines, cardboard, and cardboard boxes; and,
-Outdoor storage of material that creates a potential rodent or vermin harborage.

You must abate the above nuisance conditions—by properly storing or removing them—from the property before **June 20, 2018**. Because you have not abated these conditions after we sent you at least one previous notice, you are already responsible for an administrative fee and a title-report fee. If you fail to abate the violations by **June 20, 2018, city personnel will pursue nuisance abatement and pass all costs including contractor charges on to you.**

The charges will either be added to the real-estate taxes for the property or appear in a "special tax bill." If issued, a "special tax bill" will be your personal debt and an assessment against the property.

**Office of Building Development Services**
Busch Municipal Building • 840 Boonville Avenue
Springfield, Missouri 65802 • 417-864-1059 • springfieldmo.gov



You have a right to a hearing to challenge this nuisance declaration, this order, and related proceedings. If you wish to have a hearing, you must deliver a written request for one. Oral requests will not be accepted. Your request must include your name, mailing address, the property involved, and briefly describe your basis for the hearing. If an attorney represents you, the request must say so.

You may deliver your hearing request to the Building Development Services Department personally, by mail, by FedEx, UPS, or a similar courier, or by e-mail to me. My e-mail address is **jchoates@springfieldmo.gov**. If we don't receive your hearing request before **June 20, 2018**, this notice will be final and you will have waived your right to a hearing.

_____
James Choates, Inspector

cc: Great Southern Bank
(Deed of Trust recorded 2008/10408-08 and Assignment of Rents recorded 2008/10409-08, Greene County, MO)
1451 E Battlefield Rd
Springfield, MO 65804

Registered Agent, Ltd.
Registered Agent for L&GST Corporation, Trustee
(Deed of Trust recorded 2008/10408-08, Greene County, MO)
2345 Grand Blvd
Suite 2500
Kansas City, MO 64108

Ronald S. Weiss
Berman DeLeve Kuchan & Chapman
(U.S. Bankruptcy Court, Western District of Missouri-Springfield, Bankruptcy Petition #:17-60935-can11)
1100 Main St
Suite 2850
Kansas City, MO 64105

**Office of Building Development Services**
Busch Municipal Building • 840 Boonville Avenue
Springfield, Missouri 65802 • 417-864-1059 • springfieldmo.gov

Page 437



Lloyd E. Mueller
Office of the U.S. Trustee
(U.S. Bankruptcy Court, Western District of Missouri-Springfield,
Bankruptcy Petition #:17-60935-can11)
400 E 9th St
Kansas City, MO 64106

City of Springfield – Finance Department
(Sewer Extension Cost Recovery Agreement recorded 2012/19177-12,
and Special Tax Bill #53247A recorded 2012/17046-12, Greene
County, MO)

**Office of Building Development Services**
Busch Municipal Building • 840 Boonville Avenue
Springfield, Missouri 65802 • 417-864-1059 • springfieldmo.gov

Page 438