**City of Springfield**

Exhibit G-12

## Abatement Notice and Order

June 20, 2018

417 Rentals, LLC　　　　　　　　　　　John LeRoy Campbell
Chris Gatley, Registered Agent　　　　627 N Hillcrest Ave
5759 W US HWY 60　　　　　　　　　　Springfield, MO  65802
Brookline, MO  65619

**Re:  SVC2018-02599**

As owner of **627 N Hillcrest Ave,** you are responsible to abate these nuisance conditions listed in Springfield City Code Section 74-382 now existing on the property:

-Debris of any kind, which means the remains of something broken down or destroyed or an accumulation or scattering of fragments of something broken down or destroyed;
-Trash, which means litter, refuse, solid waste, matter in a broken condition or mass, and all other waste material;
-Rubbish, which means combustible or non-combustible solid wastes that may or may not putrefy, like paper, wrappings, cigarettes, cardboard, tin cans, yard clippings, leaves, wood, glass, bedding, crockery, and similar materials;
-Discarded apparel, cloth materials, or rags;
-Garbage not deposited in solid-waste containers, which are fitted with a fly tight lid and covered;
-Paper, magazines, cardboard, and cardboard boxes;
-Downed limb(s), brush piles;
-Cut, fallen, or hazardous trees and shrubs;
-Lumber that is not stacked a minimum of six inches off the ground;
-Bricks and or concrete blocks that are not stacked;
-Any lumber, construction material, or wood that is rotten or deteriorating;
-Furniture manufactured only for indoor use located on porches and other exterior areas open to the elements;
-Broken furniture;
-Parts of equipment, automobiles, or other machines;
-Tin, steel, aluminum, copper, scrap iron, or other metals;
-Outdoor storage of material that:
　　　-creates a potential mosquito breeding area by collecting and holding water;

**Office of Building Development Services**
**Busch Municipal Building • 840 Boonville Avenue**
Springfield, Missouri 65802 • 417-864-1059 • springfieldmo.gov

Page 444



  -creates a potential rodent or vermin harborage;
  -has weeds, grass, brush, trees, or other vegetation growing in, or through, stored material; and,
-Items manufactured only for indoor use located on porches and other exterior areas open to the elements.

You must abate the above nuisance conditions by properly storing or stacking them according to Springfield City Code Section 74-382 or removing them from the property lot or land before **July 12, 2018**. Because you have not abated these conditions after we sent you a courtesy checklist of nuisance conditions, you are already responsible for an administrative fee and a title-report fee. If you fail to abate the violations by **July 12, 2018, city personnel will pursue nuisance abatement and pass all costs including contractor charges on to you.**

The charges will either be added to the real-estate taxes for the property or appear in a "special tax bill." If issued, a "special tax bill" will be your personal debt and an assessment against the property.

**You have a right to a hearing to challenge this nuisance declaration, this order, and related proceedings. If you wish to have a hearing, you must deliver a written request for one. Oral requests will not be accepted. Your request must include your name, mailing address, the property involved, and briefly describe your basis for the hearing. If an attorney represents you, the request must say so.**

You may deliver your hearing request to the Building Development Services Department personally, by mail, by FedEx, UPS, or a similar courier, or by e-mail to me. My e-mail address is **ccash@springfieldmo.gov**. If we don't receive your hearing request before **July 12, 2018**, this notice will be final and you will have waived your right to a hearing.

_____
Carson Cash, Inspector

**Office of Building Development Services**
Busch Municipal Building • 840 Boonville Avenue
Springfield, Missouri 65802 • 417-864-1059 • springfieldmo.gov

Page 445



cc:  David L. Wieland
(Deed of Trust recorded 2014/002299-14, Greene County, MO)
1548 E Primrose St
Springfield, MO  65804

Old Missouri Bank
(Deed of Trust recorded 2014/002299-14, Greene County, MO)
3570 S National Ave
Springfield, MO  65807

Ronald S. Weiss
Berman DeLeve Kuchan & Chapman
(U.S. Bankruptcy Court, Western District of Missouri-Springfield,
Bankruptcy Petition #:17-60935-can11)
1100 Main St
Suite 2850
Kansas City, MO  64105

Lloyd E. Mueller
Office of the U.S. Trustee
(U.S. Bankruptcy Court, Western District of Missouri-Springfield,
Bankruptcy Petition #:17-60935-can11)
400 E 9th St
Kansas City, MO 64106

**Office of Building Development Services**
Busch Municipal Building • 840 Boonville Avenue
Springfield, Missouri 65802 • 417-864-1059 • springfieldmo.gov

Page 446