McDonald, Duke

| | |
|---|---|
| From: | Burris, Greg |
| Sent: | Thursday, June 21, 2018 8:41 AM |
| To: | Hill, Harlan; McDonald, Duke |
| Cc: | Smith, Tim |
| Subject: | FW: City of Springfield |

Harlan and Duke: I'm forwarding this to you in case this is helpful in the bankruptcy litigation case.

**Greg Burris**
City Manager
City of Springfield, Missouri

**From:** McClure, Ken
**Sent:** Thursday, June 21, 2018 8:16 AM
**To:** Burris, Greg <gburris@springfieldmo.gov>
**Subject:** Fwd: City of Springfield

FYI

Get Outlook for iOS

---

**From:** Theresa Radloff <theresa_radloff@yahoo.com>
**Sent:** Wednesday, June 20, 2018 11:02 AM
**To:** McClure, Ken
**Subject:** City of Springfield

Hello,
   My name is Theresa Radloff and we just moved to Springfield, MO in January of 2018. My fiance and I were living on an 18 wheeler for three years prior due to the his job. We wanted to settle down close to the company he is contracted to and decided Springfield was the place. We rented a house and were informed of minor things that needed repair. We were also explained that the company we are renting from does not do any repairs until there is a tenant in the house because of the homeless problem. From what we were told, the homeless break into empty houses to keep warm or sleep, but some even steal and destroy property while there. Therefore, they would make repairs only after a tenant moves in. We understood and agreed to the repairs being done after we moved in. However, when we went to sign the lease we were informed there was a leak in the roof but they were not sure where the leak was exactly, and asked us to inform them of the location of the leak when we found it. Again, we agreed. We were not living in the house a full month when we found the leak. Immediately we called the office/maintenance and told them of the leak. We were told that they would have to wait for nicer weather before they could fix it. Understandable we agree yet again. No one wants to work on a slanted roof when its wet or icy. However, once the weather started getting nicer, we contacted the office/maintenance again. We were told they would get someone out to do an estimate. No one ever showed up. We have called, texted and even showed up in person multiple times to

1

complain. The leak is so bad it floods the room if it rains hard enough. Six months later and still nothing has been done. We now have black mold growing on the ceiling and we are not going to clean it up only for more to form. Plus if we try and clean it, the spores from the black mold with then be airborne more then they already are. Being Mayor, I am sure you know what black mold can do to a person and pets if not taken care of. We have contacted attorneys, but none want to help. We were even told that the company we are renting from are always being sued for neglect and some how manage to win the case each time. No attorney wants to go up against this company. We are advised to try legal aid, but because my fiance owns his own business we make to much money for their assistance. I do not know what else to do. I contacted the Governor and he pointed us to you. I am hoping you can help some how. The company that we rent from is 417 Rentals. If you need more information you can contact me via email or by phone. My number is 702-810-2772. I have pictures of everything that needs repair from the day we moved in to recent. I also have pictures of the few things they did repair as well. Most of the pictures are even time stamped.

My reason for turning to you is because I really can not afford to get any sicker then I am. I have epilepsy and just recently gone blind in one eye. Not to mention the multiple mental issues on top of that. With my health being where it is today I do not want it to get any worse. Please I am begging you to help us out. I am not asking for you to shut down 417 Rentals or anything of that nature, but I am asking for you to make it clear that they need to get their properties in living conditions. I am not the only one with a leaking roof. My neighbor who also rents from them also is having the same issue and they have lived in their house a lot longer then us.

Thank you,
Theresa Radloff