# McDonald, Duke

| | |
|---|---|
| **From:** | Romines, Frank |
| **Sent:** | Thursday, May 24, 2018 8:27 AM |
| **To:** | McDonald, Duke |
| **Subject:** | FW: Chris gatley 417 Rentals Springfield Missouri  2308 W Madison |

FYI-

**From:** Hill, Harlan
**Sent:** Friday, May 18, 2018 12:15 PM
**To:** Cotter, Anita <Acotter@springfieldmo.gov>; Burris, Greg <gburris@springfieldmo.gov>; Hosmer, Craig <chosmer@springfieldmo.gov>; Fisk, Jan <jfisk@springfieldmo.gov>; McClure, Ken <kmcclure@springfieldmo.gov>; Fulnecky, Kristi <kfulnecky@springfieldmo.gov>; Schilling, Mike <mschilling@springfieldmo.gov>; Ferguson, Phyllis <pferguson@springfieldmo.gov>; Prater, Tom <tprater@springfieldmo.gov>; Quigley, Collin <Cquigley@springfieldmo.gov>; Ollis, Richard <Rollis@springfieldmo.gov>; Romines, Frank <fromines@springfieldmo.gov>; Scott, Cora <cscott@springfieldmo.gov>; Simpson, Matthew <msimpson@springfieldmo.gov>; Smith, Sharon (City Manager's Office) <SdSmith@springfieldmo.gov>; Smith, Tim <Twsmith@springfieldmo.gov>
**Subject:** RE: Chris gatley 417 Rentals Springfield Missouri 2308 W Madison

This property is in the Dangerous Building process.  In process for overgrowth as well.  Notices have been posted and sent to owner.

**Harlan H. Hill, AIA**
Director
Building Development Services
840 Boonville Avenue
Springfield, Missouri 65801
417-864-1061
hhhill@springfieldmo.gov

**From:** Cotter, Anita
**Sent:** Thursday, May 17, 2018 9:10 PM
**To:** Burris, Greg <gburris@springfieldmo.gov>; Hosmer, Craig <chosmer@springfieldmo.gov>; Fisk, Jan <jfisk@springfieldmo.gov>; McClure, Ken <kmcclure@springfieldmo.gov>; Fulnecky, Kristi <kfulnecky@springfieldmo.gov>; Schilling, Mike <mschilling@springfieldmo.gov>; Ferguson, Phyllis <pferguson@springfieldmo.gov>; Prater, Tom <tprater@springfieldmo.gov>; Quigley, Collin <Cquigley@springfieldmo.gov>; Ollis, Richard <Rollis@springfieldmo.gov>; Romines, Frank <fromines@springfieldmo.gov>; Scott, Cora <cscott@springfieldmo.gov>; Simpson, Matthew <msimpson@springfieldmo.gov>; Smith, Sharon (City Manager's Office) <SdSmith@springfieldmo.gov>; Smith, Tim <Twsmith@springfieldmo.gov>
**Cc:** Hill, Harlan <hhhill@springfieldmo.gov>
**Subject:** FW: Chris gatley 417 Rentals Springfield Missouri

This was received on your City email account.

**From:** judy stalker [mailto:gentlesong2308@gmail.com]
**Sent:** Thursday, May 17, 2018 11:29 AM
**To:** Council <Council@springfieldmo.gov>
**Subject:** Chris gatley 417 Rentals Springfield Missouri

My name is Judy stalker I lived in one of Chris gatley house 2308 West Madison the reason I am sending this email is because the house that I lived in had roaches mice and termites I lost everything and had to start over at the age of 63 I am hearing and seeing impaired I didn't get nothing out of it but boy I really wish I could have tarred and feathered him do you know what it's like to start over at 63 it is not easy I Live Now in Marshfield Missouri at 10:50 to Banning apartment 22b if you wish to contact me my phone number is 417-630-0332 I don't know how much could this is going to do maybe none but I feel he owes me thank you for listening Judy stalker