# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI
### (Springfield)

| | | |
|---|---|---|
| In re: | ) | |
| 417 Rentals, LLC | ) | Case No. 17-60935-can11 |
| Debtor | ) | Chapter 11 |
| City of Springfield, Missouri | ) | |
| Springfield | ) | |

## SPRINGFIELD'S WITNESS AND EXHIBIT LIST

At the hearing on July 18, 2018, "Springfield's Objections to First Amended Plan and First Amended Disclosure Statement," Springfield:

1. intends to call the following witnesses:

    a. Harlan Hill

    b. Christi Edwards

    c. Susan Smith

    d. Carson Cash

    e. James Choates

    f. Keith Coker

    g. Auston Wood

    h. Sherry Jacobson

      i. David Aderhold

      j. Dorrell Duquette

      k. Joe Curless

      l. Rex Maddox

      m. Robert Moody

      n. Chris Straw

      o. Theresa Radloff

      p. Judy Stalker

      q. Dale Milam

      r. Heidi Hart

      s. Trisha Edmonds

      t. Brandon Moore

      u. Lara Fletcher

      v. Chris Gatley.

2. reserves the right to call additional witnesses to rebut evidence adduced at the hearing or to impeach any witness;

3. intends to offer the items listed in the "Exhibit Index to 'Springfield's Objections to First Amended Plan and First Amended Disclosure Statement'" into evidence, which items are already filed with the court and electronically available; and,

4. reserves the right to:

    a. introduce into evidence any items other parties to these proceedings may identify;

    b. rebut adduced evidence; or,

    c. impeach any witness.

                    CITY OF SPRINGFIELD, MISSOURI

                    */s/ Duke McDonald*
                    Duke McDonald
                    Missouri Bar #36265
                    Assistant City Attorney
                    840 Boonville
                    Springfield, Missouri  65802
                    (417) 864-1645
                    (417) 864-1551 fax
                    dmcdonald@springfieldmo.gov
                    ATTORNEY FOR SPRINGFIELD

## Service Certificate

I certify that on June 28, 2018, the foregoing "Springfield's Witness and Exhibit List" was filed with the Court under its ECF System and was served on said date by electronic mail directed to all parties entitled to electronic notice.

                    */s/Duke McDonald*
                    Duke McDonald