# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI
# (Springfield)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| 417 Rentals, LLC | ) | Case No. 17-60935-can11 |
| | ) | |
| Debtor | ) | Chapter 11 |
| | ) | |
| | ) | |
| City of Springfield, Missouri | ) | |
| | ) | |
| Movant | ) | |

## **MOTION TO DISMISS**

Springfield moves the court to dismiss this case for the cause of bad faith. *11 U.S.C.A. § 1112(b)*. A court may "dismiss a case due to the Debtor's bad faith. 11 U.S.C. § 1112(b); *In re C–TC 9th Avenue P'ship*, 113 F.3d 1304, 1310 (2d Cir.1997)." *In re Project Orange Assocs.*, LLC, 432 B.R. 89, 112 (Bankr. S.D.N.Y. 2010).

**Misrepresentations and Estate Neglect**

417 claims it has: 1) "managed all of the properties"; 2) "kept all units maintained and winterized"; 3) continued "to make necessary repairs"; and, 4) "responded to complaints regarding ordinance violations." (**Doc # 266**, paragraph 3.) 417 states it "will *continue to* maintain its properties, do construction and repairs. . . ." **Doc # 458**. [Emphasis added.]

417 has not complied with its obligations, promises, and commitments in the above statements and others made to the court. Here, Springfield incorporates **Doc # 195**, **Doc # 372**, **Doc # 376**, **Doc # 492**, **Doc # 509** and all their exhibits.

It is bad faith to misrepresent actions taken to the court and creditors. It is bad faith to neglect estate assets. It is bad faith to operate inconsistent with public policy as expressed in dangerous-building, nuisance-abatement, overgrowth, and property-maintenance codes.

**Conversion**

Conversion in this case in inappropriate. A Chapter 7 trustee would need to hire a property-management company. That expense would burden the estate and not be "in the best interests of creditors and the estate. . . ." *11 U.S.C.A. § 1112(b)(1)*.

        CITY OF SPRINGFIELD, MISSOURI

        */s/ Duke McDonald*
Duke McDonald
Missouri Bar #36265
Assistant City Attorney
840 Boonville
Springfield, Missouri  65802
(417) 864-1645
(417) 864-1551 fax
dmcdonald@springfieldmo.gov
ATTORNEY FOR SPRINGFIELD

### Service Certificate

I certify that on June 29, 2018, the foregoing "Motion to Dismiss" was filed with the Court under its ECF System and was served on said date by electronic mail directed to all parties entitled to electronic notice.

        */s/ Duke McDonald*
        Duke McDonald