**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **In re:** <br><br> **417 Rentals, LLC** <br><br> **Debtor.** | Case # 17-60935-11 <br> Chapter 11 |

**ORDER AUTHORIZING SALE OF REAL ESTATE**

The Court having considered the Motion for Order Authorizing Sale of Real Estate of 6251 State Highway O, Ash Grove, Missouri [Doc. 290] finds that the Motion should be granted; it is therefore

**ORDERED** that the sale of the property located at 6251 State Highway O, Ash Grove, Missouri is hereby approved; and it is further

**ORDERED** that after the payment of all customary costs relating to the sale, the proceeds be paid to Systematic Savings Bank, but in no event will Systematic Savings Bank be paid less than $116,500.00; and it is further

**ORDERED** that Systematic Savings Bank has three business days after receipt of the closing statement to object to the costs of the sale and in the event that such objection is made and the parties are unable to reach a resolution, the disputed issues will be immediately submitted to the Court.

**IT IS SO ORDERED** this 20th day of December, 2018.

    /s/ Cynthia A. Norton
THE HONORABLE CYNTHIA A. NORTON
CHIEF UNITED STATES BANKRUPTCY JUDGE

2

Submitted by:

**By**: */s/ Ronald S. Weiss*
**Ronald S. Weiss         MO #21215**
**BERMAN, DeLEVE, KUCHAN & CHAPMAN, LLC**
**1100 Main, Suite 2850**
**Kansas City, Missouri 64105**
 **(816) 471-5900 Phone / (816) 842-9955 Fax**
**Email:  rweiss@bdkc.com**
**ATTORNEYS FOR DEBTOR**

**And**

**By** / s / J. Mark Haseltine
**J. Mark Haseltine, MO #28703**
**SPRINGER & HASELTIN**
**3041 S. Kimbrough, #103**
**Springfield, MO 65807**
**(417) 862-0792 Phone / (417) 862-8322 Fax**
**Email: jmarkhaseltine@gmail.com**
**ATTORNEYS FOR SYSTEMATIC SAVINGS BANK**